UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOVIO PHARMACEUTICALS, INC., and J. JOSEPH KIM<br><br>Defendants. | Case No. 2:20-cv-01402-GJP |

**[PROPOSED] ORDER GRANTING
JOINT MOTION FOR ORDER
<u>REGARDING DEADLINE FOR DEFENDANTS' RESPONSES TO COMPLAINT</u>**

Having considered the Parties' Joint Motion for Order Regarding Deadline for Defendants' Responses to Complaint, and for good cause appearing:

**IT IS HEREBY ORDERED** that:

1. Defendants shall not respond to the existing complaint until after: (i) the Court has an opportunity to determine whether the existing complaint and any further cases that may be filed arising out of the same set of facts and circumstances as the existing complaint should be consolidated into one action, (ii) the Court has entered an order appointing a lead plaintiff and lead counsel, and (iii) the lead plaintiff files an amended complaint or deems the existing complaint the operative complaint;

2. After the Court has entered an order appointing a lead plaintiff and lead counsel, the Parties agree to meet and confer and to jointly propose a schedule for the Court's consideration regarding: (i) the deadline for filing an amended complaint, and (ii) the deadline for Defendants to

2

file a response to the complaint, as well as a proposed briefing schedule and hearing date for motions to dismiss.

**IT IS SO ORDERED.**


Dated: _____

_____
Judge Gerald J. Pappert