IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-cv-01402-GJP

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Andrew D. Abramowitz** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number **Paid Online**, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Maryland | 12/15/1996 | n/a |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| n/a | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _____

(Applicant's Signature)

05/19/2020
(Date)

Name of Applicant's Firm: **Berger Montague PC**
Address: **1818 Market Street, Suite 3600, Philadelphia, PA 19103**
Telephone Number: **215-875-3015**
Email Address: **aabramowitz@bm.net**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/19/2020**
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Andrew D. Abramowitz to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Michael Dell'Angelo | *[signature]* | 05/20/2009 | PA 80910 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Berger Montague PC

1818 Market Street, Suite 3600, Philadelphia, PA 19103

(215) 875-3080

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/19/2020                                    *[signature]*
            (Date)                                       (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK MCDERMID, individually and on behalf of all others similarly situated, | : : : : : : | Civil Action |
| v. | | |
| INOVIO PHARMACEUTICALS, INC., and J. JOSEPH KIM | | No.: 2:20-cv-01402-GJP |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Andrew D. Abramowitz, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

<u>Via Email to:</u>

Patrick Loftus
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103

Koji Fukumura
Peter Adams
Craig TenBroeck
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121

_____
(Signature of Attorney)

Michael Dell'Angelo
_____
(Name of Attorney)

Patrick McDermid
_____
(Name of Moving Party)

05/19/2020
_____
(Date)