IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>INOVIO PHARMACEUTICALS INC., et al.,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 20-01402 |

## **ORDER**

**AND NOW**, this 19th day of May, 2020, upon consideration of Plaintiff Patrick McDermid's Application for Admission *Pro Hac Vice* (ECF No. 19), it is hereby

**ORDERED** that the Application is **DENIED**.[1]

BY THE COURT:

 */s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

---

[1] Plaintiff is directed to refer to the Court's updated Policies and Procedures, Part I.D ("*Pro Hac Vice* Motions"), *available at* https://www.paed.uscourts.gov/documents/procedures/pappol.pdf.