# EXHIBIT 1

Case 2:20-cv-01402-CJP   Document 31-1   Filed 05/29/20   Page 2 of 3

**Finance Home**   **Coronavirus**   **Watchlists**   **My Portfolio**   **Screeners**   **Premium** 🔒   **Markets**   **News**   ⋯   Premium - Try it free

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Mar 05, 2020 | 8.03 | 10.10 | 7.52 | 9.80 | 9.80 | 112,845,000 |
| Mar 04, 2020 | 8.44 | 9.40 | 7.34 | 8.03 | 8.03 | 142,160,200 |
| Mar 03, 2020 | 5.12 | 7.48 | 4.84 | 7.45 | 7.45 | 121,306,800 |
| Mar 02, 2020 | 4.40 | 4.50 | 3.83 | 4.39 | 4.39 | 16,180,000 |
| Feb 28, 2020 | 4.79 | 4.89 | 3.93 | 4.28 | 4.28 | 25,742,400 |
| Feb 27, 2020 | 4.44 | 5.00 | 4.10 | 4.36 | 4.36 | 35,052,800 |
| Feb 26, 2020 | 3.80 | 4.04 | 3.73 | 3.99 | 3.99 | 14,289,700 |
| Feb 25, 2020 | 4.02 | 4.07 | 3.60 | 3.74 | 3.74 | 9,679,000 |
| Feb 24, 2020 | 4.10 | 4.20 | 3.83 | 3.96 | 3.96 | 15,286,400 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

Data Disclaimer   Help   Suggestions
Do not sell my info ▷

Privacy (Updated)   About Our Ads   Terms (Updated)   Sitemap

🐦  f  t

© 2020 Verizon Media. All rights reserved.

Finance Home   Coronavirus   Watchlists   My Portfolio   Screeners   Premium   Markets   News          •••         Premium - Try it free

## Inovio Pharmaceuticals, Inc. (INO)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist        👥 Visitors trend  2W ↓  10W ↑  9M ↑

**14.75** +1.40 (+10.49%)    14.73 -0.02 (-0.14%)
At close: 4:00PM EDT          After hours: 7:15PM EDT

Quote Lookup

Summary   Company Outlook 🔒   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability

 **MD: If You Have Toenail Fungus, Do This Immediately (Watch)**

Time Period: Feb 22, 2020 - Apr 05, 2020 ⌄        Show: Historical Prices ⌄        Frequency: Daily ⌄

Apply

Currency in USD                                                                    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Apr 03, 2020 | 7.31 | 7.94 | 7.24 | 7.74 | 7.74 | 11,052,900 |
| Apr 02, 2020 | 7.63 | 7.65 | 7.10 | 7.52 | 7.52 | 10,865,400 |
| Apr 01, 2020 | 7.32 | 8.09 | 7.09 | 7.70 | 7.70 | 15,973,400 |
| Mar 31, 2020 | 7.94 | 8.05 | 7.25 | 7.44 | 7.44 | 13,557,300 |
| Mar 30, 2020 | 9.20 | 9.32 | 7.60 | 8.02 | 8.02 | 31,303,900 |
| Mar 27, 2020 | 7.27 | 8.42 | 7.21 | 8.32 | 8.32 | 36,204,200 |
| Mar 26, 2020 | 6.72 | 7.39 | 6.63 | 7.15 | 7.15 | 17,695,900 |
| Mar 25, 2020 | 6.93 | 6.95 | 6.57 | 6.68 | 6.68 | 11,349,000 |
| Mar 24, 2020 | 7.31 | 7.40 | 6.71 | 7.09 | 7.09 | 19,009,900 |
| Mar 23, 2020 | 7.39 | 7.44 | 6.53 | 6.62 | 6.62 | 15,497,100 |
| Mar 20, 2020 | 7.05 | 7.68 | 6.50 | 7.22 | 7.22 | 24,446,900 |
| Mar 19, 2020 | 7.39 | 7.43 | 6.10 | 6.49 | 6.49 | 18,310,000 |
| Mar 18, 2020 | 6.92 | 7.62 | 6.60 | 7.44 | 7.44 | 18,324,400 |
| Mar 17, 2020 | 6.82 | 7.85 | 6.50 | 7.34 | 7.34 | 32,484,900 |
| Mar 16, 2020 | 6.06 | 6.47 | 5.13 | 6.13 | 6.13 | 30,066,800 |
| Mar 13, 2020 | 7.99 | 8.63 | 6.60 | 7.20 | 7.20 | 43,970,700 |
| Mar 12, 2020 | 10.95 | 11.93 | 8.52 | 9.50 | 9.50 | 98,065,300 |
| Mar 11, 2020 | 6.85 | 8.60 | 6.34 | 8.37 | 8.37 | 98,432,900 |
| Mar 10, 2020 | 9.40 | 10.88 | 5.50 | 5.70 | 5.70 | 75,074,500 |
| Mar 09, 2020 | 18.90 | 19.36 | 8.53 | 9.83 | 9.83 | 138,364,400 |
| Mar 06, 2020 | 10.81 | 16.00 | 10.68 | 14.09 | 14.09 | 195,142,300 |

ⓘ ✕



-59% New Balance Men's Fresh Foam Sport Shoes Grey $74.99
-64% New Balance Men's Fresh Foam 1165 Shoes Grey $99.99
-59% New Balance Men's NITREL v3 Trail Shoes Black with... $69.99
-69% New Balance Men's 574 Sport Shoes White $89.99

 **Stay ahead of volatile markets.** yahoo! finance PREMIUM Try it free*

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **MRNA** Moderna, Inc. | 61.50 | +5.96 | +10.73% |
| **NVAX** Novavax, Inc. | 46.04 | +1.20 | +2.68% |
| **CODX** Co-Diagnostics, Inc. | 18.00 | +0.53 | +3.03% |
| **VXRT** Vaxart, Inc. - Common Stock | 2.6800 | +0.0300 | +1.13% |
| **SRNE** Sorrento Therapeutics, Inc. | 5.05 | +0.10 | +2.02% |



**Start for Free. File Faster. Your Refund is Waiting.**
SPONSORED BY TAXACT

Advertise With Us