**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PATRICK MCDERMID, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>INOVIO PHARMACEUTICALS, INC., and J. JOSEPH KIM,<br><br>      Defendants. | Case No. 2:20-cv-01402-GJP |

**DECLARATION OF MICHAEL D. DELL'ANGELO IN FURTHER SUPPORT OF INOVIO GROUP'S MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE SELECTION OF LEAD AND LOCAL COUNSEL**

I, Michael C. Dell'Angelo, declare, under penalty of perjury:

1.      I am a partner with the law firm of Berger Montague P.C. I submit this declaration in further support of the motion of the Inovio Group for appointment as lead plaintiff, and approval of the Inovio Group's selection of counsel.

2.      Attached hereto as Exhibit A is a true and correct copy of chart that was filed in *Chahal v. Credit Suisse Grp. AG*, No. 1:18-cv-02268, ECF No. 67-1 (S.D.N.Y. June 5, 2018), identifying cases in which Robbins Geller Rudman & Dowd LLP ("RGRD") moved for and advocated that a group of investors be appointed as lead plaintiff under the PSLRA.

3.      Attached hereto as Exhibit B is a true and correct copy of a brief filed by RGRD in *Roby v. Ocean Power Techs., Inc.*, No. 14-cv-3799, ECF No. 13 (D.N.J. Aug. 13, 2014).

4.      Attached hereto as Exhibit C is a true and correct copy of a brief filed by RGRD in *In re Wilmington Trust Sec. Litig.*, No. 10-cv-990, ECF No. 6 (D. Del. Jan. 18, 2011).

5.      Attached hereto as Exhibit D is a true and correct of a printout from Yahoo! Finance showing the historical pricing data for Inovio Pharmaceuticals, Inc. common stock on March 9, 2020.


Dated: June 5, 2020                            */s/ Michael C. Dell'Angelo*
                                               Michael C. Dell'Angelo