# EXHIBIT A

# APPENDIX A

| | Robbins Geller Cases Seeking Appointment of Groups as Lead Plaintiff and/or Seeking Multiple-Firm Structures | | | | |
|---|---|---|---|---|---|
| # | Case | ECF No. | Group | Multiple-Firm Structure Sought | Appointed |
| 1 | *Smilovits v. First Solar Incorporated et al.*, 2:12-cv-00555 (D. Ariz. Mar. 15, 2012) | 37 | Mineworkers' Pension Scheme; British Coal Staff Superannuation Scheme | -- | Yes |
| 2 | *Molycorp Shareholder Group et al v. Molycorp, Inc. et al.*, 1:12-cv-00292 (D. Colo. Feb. 3, 2012) | 27 | Philip Marner; Jerry W. Jewell, individually and as Trustee for the Jerry W. Jewell Trust; Donald McAlpin; Randall Duck | Yes | Yes |
| 3 | *Reinschmidt v. Zillow, Inc. et al.*, 2:12-cv-02084 (W. D. Wash. Nov. 29, 2012) | 23 | Oklahoma Firefighters Pension and Retirement System; State-Boston Retirement System | Yes | |
| 4 | *Huang v. AirMedia Group Inc. et al.*, 1:15-cv-04966 (S.D.N.Y. June 25, 2015) | 16 | -- | Yes | Yes |
| 5 | *In re OSG Securities Litigation*, 1:12-cv-07948 (S.D.N.Y. Oct 25, 2012) | 48 | Stichting Pensioenfonds DSM Nederland; Indiana Treasurer of State; Lloyd Crawford | -- | Yes |
| 6 | *Isolde v. Trinity Industries, Inc. et al*, 3:15-cv-02093 (N.D. Tex. June 19, 2015) | 13 | Plumbers and Pipefitters National Pension Fund; United Association Local Union Officers & Employees Pension Fund | Yes (on subsequent stipulation) | Yes |
| 7 | *In re Ply Gem Holdings, Inc. Securities Litigation*, 1:14-cv-03577 (S.D.N.Y. May 9, 2014) | 18 | Electrical Workers Pension Trust Fund of IBEW Local Union No. 58 and IBEW Local Union No. 58 Annuity Fund; Strathclyde Pension Fund; Oklahoma Firefighters Pension and Retirement System | -- | No |
| 8 | *Fox v. Camelot Information Systems, Inc. et* | 10 | Michael Dochter; Raymond | Yes | Yes |

APPENDIX A

| | Robbins Geller Cases Seeking Appointment of Groups as Lead Plaintiff and/or Seeking Multiple-Firm Structures | | | | |
|---|---|---|---|---|---|
| # | Case | ECF No. | Group | Multiple-Firm Structure Sought | Appointed |
| | *al.*, Docket No. 1:12-cv-00086 (S.D.N.Y. Jan 05, 2012) | | L. Walters | | |
| 9 | *Gusinsky v. Barclays PLC et al.*, Docket No. 1:12-cv-05329 (S.D.N.Y. Jul 10, 2012) | 24 | Carpenters Pension Trust Fund of St. Louis; City of St. Clair Shores Police & Fire Retirement System | -- | Yes |
| 10 | *International Brotherhood of Electrical Workers Local No. 38 Pension Fund Pension Plan et al. v. KLX Inc. et al.*, 9:16-cv-80023 (S.D. Fla. Jan. 6, 2016) | 26 | International Brotherhood of Electrical Workers Local No. 38 Pension Fund Pension Plan; Steamfitters Local 449 Pension Fund | -- | Yes |
| 11 | *Ong v. Chipotle Mexican Grill, Inc.*, 1:16-cv-00141 (S.D.N.Y. Jan. 8, 2016) | 29 | Construction Laborers Pension Trust of Greater St. Louis; Metzler Investment GmbH | Yes | Yes |
| 12 | *KBC Asset Management NV v. 3d Systems Corporation*, 0:15-cv-02393 (D.S.C. June 12, 2015) | 35-1 | KBC Asset Management NV | Yes | Yes |
| 13 | *Lagendyk v. Rucker et al.*, 1:13-cv-08160 (S.D.N.Y. Nov 15, 2013) | 21 | Beaver County Employees' Retirement Fund; Erie County Employees Retirement System; Luc De Wulf | Yes | Yes |
| 14 | *In re Stratasys, Ltd. Shareholder Securities Litigation*, 0:15-cv-00455 (D. Minn. Feb. 5, 2015) | 40 | Mineworkers' Pension Scheme; Macomb County Employees' Retirement System | -- | Yes |
| 15 | *Sapssov v. Health Management Associates, Inc. et al.*, 2:12-cv-00046 (M.D. Fla. Jan 26, 2012) | 15 | New England Teamsters & Trucking Industry Pension Fund; Norfolk County Retirement System; the Operating Engineers Trust Funds | Yes | Yes |

APPENDIX A

| | Robbins Geller Cases Seeking Appointment of Groups as Lead Plaintiff and/or Seeking Multiple-Firm Structures | | | | |
|---|---|---|---|---|---|
| # | Case | ECF No. | Group | Multiple-Firm Structure Sought | Appointed |
| 16 | *In re Genworth Financial, Inc. Securities Litigation*, 1:14-cv-02392 (S.D.N.Y. April 4, 2014) | 10 | City of Hialeah Employees' Retirement System; New Bedford Contributory Retirement System | Yes | Yes |
| 17 | *Dougherty v. Esperion Therapeutics, Inc. et al.*, 2:16-cv-10089 (E.D. Mich. Jan. 12, 2016) | 18 | Ronald E. Wallace; Walter J. Minett | -- | Yes |
| 18 | *Gaynor et al. v. Miller et al.*, 3:15-cv-00545 (E.D. Tenn. Dec. 9, 2015) | 89 | Kenneth Gaynor; Marcia Goldberg; Gabriel R. Hull; Christoper R. Vorrath | -- | Yes |
| 19 | *City of Cape Coral Municipal Firefighters' Retirement Plan v. Emergent Biosolutions, Inc. et al.*, 8:16-cv-02625 (D. Md. July 19, 2016) | 16-2 | City of Cape Coral Municipal Firefighters' Plan; City of Sunrise Police Officers' Retirement Plan | -- | Yes |
| 20 | *Kelley et al v. Aerie Pharmaceuticals, Inc. et al.*, 3:15-cv-03007 (D.N.J. Apr. 29, 2015) | 14-1 | Michigan Association of Public Employee Retirement Systems members – City of Pontiac General Employees' Retirement System; City of Roseville Employees' Retirement System; Wayne County Employees' Retirement System | -- | Yes |
| 21 | *Ford v. VOXX International Corporation et al.*, 2:14-cv-04183 (E.D.N.Y. Jul. 8, 2014) | 12 | Asbestos Workers Philadelphia Pension Fund; IBEW Local 98 Pension Fund; Plumbers Local No. 98 Defined Benefit Pension Fund | -- | Yes |
| 22 | *Biver v. Nicholas Financial, Inc. et al.*, 8:14-cv-00250 (M.D. Fla. Feb. 3, 2014) | 61 | Marvin Biver; Richard Abrons | Yes | Yes |

APPENDIX A

| | Robbins Geller Cases Seeking Appointment of Groups as Lead Plaintiff and/or Seeking Multiple-Firm Structures | | | | |
|---|---|---|---|---|---|
| **#** | **Case** | **ECF No.** | **Group** | **Multiple-Firm Structure Sought** | **Appointed** |
| 23 | *Medina v. Tremor Video, Inc. et al.*, 1:13-cv-08364 (S.D.N.Y. Nov. 22, 2013) | 3 | -- | Yes | Yes |
| 24 | *In re Target Corporation Securities Litigation*, 0:16-cv-01315 (D. Minn. May 17, 2016) | 32 | -- | Yes | Yes |
| 25 | *Boynton Beach Firefighters' Pension Fund v. HCP, Inc.*, 3:16-cv-01106 (N.D. Ohio May 9, 2016) | 20-1 | City of Birmingham Retirement and Relief System (AL); Societe General Securities Services GmbH | Yes | Yes |
| 26 | *Flora v. The Hain Celestial Group, Inc. et al.*, 2:16-cv-04581 (E.D.N.Y. Aug. 17, 2016) | 21 | MCS Supplementary Pension Plan; Seafarers Money Purchase Pension Plan; Seafarers Officers and Employees Pension Plan; Seafarers Pension Plan; United Industrial Workers Pension Plan | -- | No |
| 27 | *Hirtenstein v. Cempra, Inc.*, 1:16-cv-01303 (M.D.N.C. Nov. 4, 2016) | 19 | Charles Craig Janies; Robert F. Colwell Jr.; Jennifer Colwell | Yes | Yes |
| 28 | *In re: Galena Biopharma, Inc. Securities Litigation*, 3:14-cv-00367 (D. Or. Mar. 5, 2014) | 28-1 | Guillame Stroker; Robert Schaft | -- | No |
| 29 | *Duane and Virginia Lanier Trust v. Sandridge Energy, Inc. et al.*, 5:15-cv-00634 (W.D. Ok. June 9, 2015) | 34 | Michael F. Davis; Michael A. Pence | Yes | No |
| 30 | *Levy v. Gutierrez et al.*, 1:14-cv-00443 (D.N.H. Oct. 9, 2014) | 32-2 | IAM National Pension Fund; Central States, Southeast and Southwest Areas Pension Fund | -- | No |
| 31 | *In re Magnum Hunter Resources Corporation Securities Litigation*, 1:13-cv-02668 | 41 | Macomb County Employees' | Yes | No |

APPENDIX A

| | | | | | |
|---|---|---|---|---|---|
|  | **Robbins Geller Cases Seeking Appointment of Groups as Lead Plaintiff and/or Seeking Multiple-Firm Structures** |
| **#** | **Case** | **ECF No.** | **Group** | **Multiple-Firm Structure Sought** | **Appointed** |
| | (S.D.N.Y. April 23, 2013) | | Retirement System; IBEW Local Union No. 58 Annuity Fund; Iron Workers District Council of New England Pension Fund | | |
| 32 | *In re: TVIX Securities Litigation*, 1:12-cv-04191 (S.D.N.Y. May 25, 2012) | 19 | William Mathers; Brian Vandiver; Farid A. Rahimi; Robert Kovacs | Yes | No |
| 33 | *Luciano v. LinnCo, LLC et al.*, 1:13-cv-04790 (S.D.N.Y. Jul 10, 2013) | 37 | Heavy & General Laborers' Locals 472 & 172 Pension; Annuity and Welfare Funds; Boilermaker-Blacksmith National Pension Trust | -- | No. (Case dismissed without Lead Plaintiff selected.) |
| 34 | *Farrah et al. v. Provectus Biopharmaceuticals, Inc. et al.*, 3:14-cv-00338 (E.D. Tenn. Jul 18, 2014) | 52 | Irfan Aras; Theodore Blatt | -- | No |
| 35 | *Martinelli v. Marrone Bio Innovations, Inc. et al.*, Docket No. 2:14-cv-02055 (E.D. Cal. Sept. 5, 2014) | 21 | Metzler Investment GmbH; Stacey Gillis | Yes | No |
| 36 | *Vikramkumar v. Nimble Storage, Inc. et al.*, 4:15-cv-05803 (N.D. Cal. Dec. 17, 2015) | 33 | Farshid Tabrizi; Hani Ascha | Yes | No |
| 37 | *Rihn v. Acadia Pharmaceuticals Inc. et al.*, 3:15-cv-00575 (S.D. Cal. Sept. 19, 2016) | 16-1 | Robert E. Pries; Lisa Hancock; Solomon A. Monderer | -- | No |
| 38 | *Oklahoma Firefighters Pension & Retirement Systems v. Rayonier Advanced Materials, Inc. et al.*, 3:15-cv-00546 (M.D. Fla. Apr. 30, 2015) | 11 | Local 295 IBT Employer Group Pension Trust and Welfare Funds | -- | No |
| 39 | *In re HP Securities Litigation*, 3:12-cv-05980 (N.D. Cal. Nov 26, 2012) | 49 | Central States, Southeast and Southwest Areas | Yes | No |

APPENDIX A

| # | Case | ECF No. | Group | Multiple-Firm Structure Sought | Appointed |
|---|------|---------|-------|-------------------------------|-----------|
| | | | Pension Fund; Strathclyde Pension Fund | | |
| 40 | *Grodko et al. v. Central European Distribution Corporation et al.*, 1:12-cv-05530 (D.N.J. Sept. 5, 2012) | 23 | Protsvetaniye Holdings Limited; Medvezhonok Holdings Limited; Lancrenan Investments Limited; Roselia Limited | Yes | No |
| 41 | *In Re Netflix, Inc., Securities Litigation*, 3:12-cv-00225 (N.D. Cal. Jan. 13, 2012) | 44 | Alaska Electrical Pension Fund; Locals 302 and 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust | -- | No |
| 42 | *City of Royal Oak Retirement System v. Juniper Networks, Inc. et al.*, 5:11-cv-04003 (N.D. Cal. Aug. 15, 2011) | 21 | Roofers Local No. 149 Pension Fund; Steamship Trade Association-International Longshoremen's Pension Benefit Fund | Yes | No |
| 43 | *The TransEnterix Investor Group et al. v. TransEnterix, Inc.*, 5:16-cv-00313 (E.D.N.C. June 2, 2016) | 24 | -- | Yes | No |
| 44 | *Nicholas Crihfield v. Cytrx Corporation et al.*, 2:16-cv-05519 (C.D. Cal. July 25, 2016) | 24 | -- | Yes | No |
| 45 | *In re Seadrill Ltd. Sec. Litig.*, No. 1:14-cv-09642 (LGS) (S.D.N.Y. June 11, 2015) | 44 | Zalman Harari, IRA, Zalman Harari, Zalman Harari as Custodian for Solomon A. Mandel UTMA, Aviva Harari, IRA, Aviva Harari, Zalman and Aviva Harari, Abraham S. Harari, IRA; | -- | Yes |

APPENDIX A

| # | Case | ECF No. | Group | Multiple-Firm Structure Sought | Appointed |
|---|------|---------|-------|-------------------------------|-----------|
|  | **Robbins Geller Cases Seeking Appointment of Groups as Lead Plaintiff and/or Seeking Multiple-Firm Structures** | | | | |
| | | | Terry Jorgensen; Jeffrey Greenberg; the Carson Family Trust, Thomas Carson Charitable Trust; and institutional investor City of Royal Oak Retirement System | | |
| 46 | *N. Collier Fire Control & Rescue District Firefighter Pension Plan v. MDC Partners, Inc.*, No. 1:15-cv-06034-RJS (S.D.N.Y. Sept. 29, 2015) | 30 | the Plymouth County Retirement Association; North Collier Fire Control; and Rescue District Firefighter Pension Plan | Yes | Yes |
| 47 | *Mahoney v. Foundation Med., Inc.*, No. 1:17-cv-11394-LTS (D. Mass. Oct. 20, 2017) | 16 | Marc Mahoney; and John Blair | Yes | Yes |

APPENDIX A