# EXHIBIT D



# Inovio Pharmaceuticals, Inc. (INO)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist    ᯤ Visitors trend 2W ↓ 10W ↑ 9M ↑

**11.88** -0.55 (-4.42%)    **12.05** +0.17 (1.43%)
At close: 4:00PM EDT    After hours: 7:59PM EDT

Quote Lookup

Summary   Company Outlook 🔒   Chart   Conversations   Statistics   **Historical Data**   Profile   Financials   Analysis   Options   Holders   Sustainability

AdChoices ▷   Social Security benefits calculator   Get a clear picture of: **When to claim.**   **93%**   AGE 63 AGE 64 AGE 65 AGE 66 AGE 67 AGE 68 AGE 69 AGE 70

Time Period: Mar 08, 2020 - Mar 13, 2020 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD      ⤓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Mar 13, 2020 | 7.99 | 8.63 | 6.60 | 7.20 | 7.20 | 43,970,700 |
| Mar 12, 2020 | 10.95 | 11.93 | 8.52 | 9.50 | 9.50 | 98,065,300 |
| Mar 11, 2020 | 6.85 | 8.60 | 6.34 | 8.37 | 8.37 | 98,432,900 |
| Mar 10, 2020 | 9.40 | 10.88 | 5.50 | 5.70 | 5.70 | 75,074,500 |
| Mar 09, 2020 | 18.90 | 19.36 | 8.53 | 9.83 | 9.83 | 138,364,400 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

▷✕ — The savings you expect — PLUS AN **15%** ADDITIONAL applied to **all six months** of your auto policy   **GEICO** | LOCAL OFFICE   CONTACT LOCAL AGENT ›   Limitations apply. See geico.com for details.

Stay ahead of volatile markets.   **yahoo!** finance PREMIUM   Try it free*

## People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **MRNA** Moderna, Inc. | 60.59 | +0.70 | +1.17% |
| **NVAX** Novavax, Inc. | 44.66 | +0.41 | +0.93% |
| **CODX** Co-Diagnostics, Inc. | 16.93 | 0.00 | 0.00% |
| **VXRT** Vaxart, Inc. - Common Stock | 2.6200 | -0.1200 | -4.38% |
| **SRNE** Sorrento Therapeutics, Inc. | 3.8600 | -0.2800 | -6.76% |

## Earnings ›

○ Consensus EPS

-0.16
-0.18
-0.20
-0.22
-0.24
-0.26
-0.28
-0.30
-0.32
-0.34
-0.36

Q2 2019   Q3 2019   Q4 2019   Q1 2020   Q2 2020
Missed   Beat   Missed   Missed   —

Finance Home   Coronavirus   Watchlists   My Portfolio   Screeners   Premium 🔒   Markets   News    •••   Premium - Try it free

Financials ›





Advertise With Us

Data Disclaimer   Help   Suggestions
Privacy Dashboard

Privacy (Updated)   About Our Ads   Terms
(Updated)   Sitemap

© 2020 Verizon Media. All rights reserved.