IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, *individually and on behalf of all others similarly situated*,<br><br>      *Plaintiff*,<br><br>  v.<br><br>INOVIO PHARMACEUTICALS, INC., *et al.*,<br><br>      *Defendants*. | CIVIL ACTION<br>NO. 20-01402 |

**ORDER**

**AND NOW**, this 18th day of June 2020, upon consideration of the pending Motions for Appointment as Lead Plaintiff (ECF Nos. 6, 8, 10, 11, 12, 13), the Responses in Opposition (ECF Nos. 30, 31) and the Replies (ECF Nos. 33, 34) and after oral argument by counsel for all interested movants (ECF No. 52), it is **ORDERED** that:

1) Manuel Williams's Motion (ECF No. 12) is **GRANTED**, Williams is **APPOINTED** as Lead Plaintiff and his selection of Robbins Geller Rudman & Dowd LLP as lead counsel and Saxton & Stump as local counsel is **APPROVED**;

2) All remaining Motions (ECF Nos. 6, 8, 10, 11, 13) are **DENIED**;

3) Lead Counsel **SHALL** have the following responsibilities and duties on behalf of Williams and the putative class:

    a) Prepare and file all pleadings;

    b) Brief and argue all motions;

    c) Conduct all discovery proceedings and depositions;

   d)  Negotiate settlement with defendants;

   e)  Oversee pretrial discovery proceedings and the preparation for trial, as well as the trial itself; and

   f)  Supervise all other matters concerning the prosecution or resolution of this action;

4) All securities class actions on behalf of purchasers of Inovio Pharmaceuticals, Inc. securities arising out of the same or substantially similarly subject matter later filed in or transferred to this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.  This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

                BY THE COURT:

                */s/ Gerald J. Pappert*
                GERALD J. PAPPERT, J.