UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. Action No. 2:20-cv-01402-GJP |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFF'S UNCONTESTED MOTION TO AMEND THE CONSOLIDATED CLASS |
| INOVIO PHARMACEUTICALS, INC., et al., | ) ) | ACTION COMPLAINT |
| Defendants. | ) ) ) | |

4847-0402-0427.v1

- 1 -

Having considered Manuel Williams' ("Plaintiff") Uncontested Motion to Amend the Consolidated Complaint (the "Motion") and good cause appearing therefore, the Court ORDERS as follows:

1.      The Motion is GRANTED; and

2.      Plaintiff shall file the First Amended Consolidated Complaint for Violation of the Federal Securities Laws within three days of the date of this Order.

        IT IS SO ORDERED.

DATED:  _____    _____
                                  THE HONORABLE GERALD J. PAPPERT
                                  UNITED STATES DISTRICT JUDGE

4847-0402-0427.v1