UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INOVIO PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. Action No. 2:20-cv-01402-GJP<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S UNCONTESTED MOTION TO AMEND THE CONSOLIDATED CLASS ACTION COMPLAINT |

Having considered Manuel Williams' ("Plaintiff") Uncontested Motion to Amend the Consolidated Complaint (the "Motion") and good cause appearing therefore, the Court ORDERS as follows:

1.    The Motion is GRANTED; and

2.    Plaintiff shall file the First Amended Consolidated Complaint for Violation of the Federal Securities Laws within three days of the date of this Order.

IT IS SO ORDERED.

DATED: ___9/18/20_____    _____THE
HONORABLE GERALD J. PAPPERT
UNITED STATES DISTRICT JUDGE

– 1 –

4847-0402-0427.v1