IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOVIO PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-01402-GJP<br><br>CLASS ACTION |

**DECLARATION OF HEATHER SPEERS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

I, Heather Speers, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and have been admitted *pro hac vice* in the United States District Court for the Eastern District of Pennsylvania for the purposes of this action.  I am an associate at Cooley LLP, counsel for defendants Inovio Pharmaceuticals, Inc. ("Inovio" or the "Company"), J. Joseph Kim, Peter D. Kies, and Robert J. Juba, Jr. (collectively, "Defendants") in the above-captioned matter.  I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint ("Motion to Dismiss").  I have personal knowledge of the following and, if called as a witness, would testify competently thereto.

2.      In accordance with Local Rule 5.1.2(6), the exhibits attached to this declaration have been excerpted to include only the first page of each document and the pages that contain information cited in the Motion to Dismiss.  Copies of the complete documents will be provided to the Court upon request.

3.      Attached as **Exhibit A** is a true and correct excerpted and highlighted copy of the

June 25, 2008 Supply Agreement between Inovio and VGXI, Inc., and the September 4, 2013, First Amendment thereto (collectively, the "Supply Agreement").  The Supply Agreement was filed as an exhibit to Inovio's publicly available complaint and petition for preliminary injunction in the Pennsylvania state court case, *Inovio Pharmaceuticals, Inc. v. GeneOne Life Science, Inc. and VGXI, Inc.*, Case No. 2020-06544 (the "*VGXI* Litigation").

4.      Attached as **Exhibit B** is a true and correct copy of a March 9, 2020 Twitter post from Citron Research, which is publicly available at: https://twitter.com/citronresearch/status/1237025059056709632.

5.      Attached as **Exhibit C** is a true and correct copy of a March 9, 2020 Twitter post from Inovio, which is publicly available at: https://twitter.com/inoviopharma/status/1237067248835182592.

6.      Attached as **Exhibit D** is a true and correct excerpted and highlighted copy of Inovio's Form 10-K for the year ending December 31, 2019, filed with the Securities and Exchange Commission ("SEC") on March 12, 2020, which is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

7.      Attached as **Exhibit E** is a true and correct excerpted and highlighted copy of Inovio's March 24, 2020 Press Release titled "Ology Bioservices, Inovio Partner to Manufacture COVID-19 DNA Vaccine With $11.9 Million Department of Defense Grant," which is publicly available on Inovio's website at: http://ir.inovio.com/news-releases/default.aspx.

8.      Attached as **Exhibit F** is a true and correct excerpted and highlighted copy of Inovio's April 30, 2020 Press Release titled "INOVIO Expands Manufacturing of COVID-19 DNA Vaccine INO-4800 With New Funding from CEPI," which is publicly available on Inovio's website at: http://ir.inovio.com/news-releases/default.aspx.

9.      Attached as **Exhibit G** is a true and correct excerpted and highlighted copy of the transcript of Inovio's May 11, 2020 Earnings Call, which is publicly available, for a fee, at: spglobal.com/marketintelligence.  A webcast of this earnings call is also publicly available on Inovio's website at: http://ir.inovio.com/events-and-presentations/default.aspx.

10.      Attached as **Exhibit H** is a true and correct excerpted and highlighted copy of the transcript from the June 18 and June 22, 2020 preliminary injunction hearing in the *VGXI* Litigation.

11.      Attached as **Exhibit I** is a true and correct excerpted and highlighted copy of Inovio's June 30, 2020 Press Release titled "INOVIO Announces Positive Interim Phase 1 Data for INO-4800 Vaccine for COVID-19," which is publicly available on Inovio's website at: http://ir.inovio.com/news-releases/default.aspx.

12.      Attached as **Exhibit J** is a true and correct excerpted and highlighted copy of the transcript of Inovio's August 10, 2020 Earnings Call, which is publicly available, for a fee, at: spglobal.com/marketintelligence.  A webcast of this earnings call is also publicly available on Inovio's website at: http://ir.inovio.com/events-and-presentations/default.aspx.

13.      Attached as **Exhibit K** is a true and correct excerpted and highlighted copy of Judge Jeffery S. Saltz's August 25, 2020 Order Denying Inovio's Petition for Preliminary Injunction in the *VGXI* Litigation.

14.      Attached as **Exhibit L** is a true and correct excerpted and highlighted copy of Inovio's Form 10-Q for the quarter ending March 31, 2020, filed with the SEC on May 11, 2020, which is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

15.      Attached as **Exhibit M** is a true and correct excerpted and highlighted copy of Inovio's September 8, 2020 Press Release titled "INOVIO Adds Thermo Fisher Scientific to

Global Manufacturing Consortium," which is publicly available on Inovio's website at: http://ir.inovio.com/news-releases/default.aspx.

16.     Attached as **Exhibit N** is a true and correct excerpted and highlighted copy of Dr. Kim's Form 4 filed with the SEC on January 13, 2020, which is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

17.     Attached as **Exhibit O** is a true and correct excerpted and highlighted copy of Dr. Kim's Form 4 filed with the SEC on July 31, 2020, which is publicly available from the SEC on its website at: https://www.sec.gov/edgar.

18.     Attached as **Exhibit P** is a true and correct excerpted and highlighted copy of an analyst report from *Maxim Group* titled "COVID-19 Vaccine Candidate INO-4800 Timelines Announced, Could Have 1 Million Doses by YE20," and published March 3, 2020.  This report is publicly available, for a fee, at:  https://www.maximgrp.com/equity-research/.

19.     Attached as **Exhibit Q** is a true and correct excerpted and highlighted copy of an analyst report from *H.C. Wainwright & Co.* titled "Coronavirus Vaccine Development Timeline Accelerated; Positive Preclinical Data; Reiterate Buy," and published March 4, 2020.  This report is publicly available, for a fee, at: https://hcwco.com/services/research/.

20.     Attached as **Exhibit R** is a true and correct excerpted and highlighted copy of an analyst report from *Piper Sandler* titled "So Far So Good on INO-4800 Clinical Data, But Can They Manufacture It?" and published June 30, 2020.  This report is publicly available, for a fee, at: http://www.pipersandler.com/2col.aspx?id=2330.

21.     Attached as **Exhibit S** is a true and correct excerpted and highlighted copy of an analyst report from *Maxim Group* titled "Reports Positive P1 Data for INO-4800, but COVID Opportunity Seems Priced In," and published July 1, 2020.  This report is publicly available, for a

a fee, at: https://www.maximgrp.com/equity-research/.

22.    Attached as **Exhibit T** is a true and correct excerpted and highlighted copy of an analyst report from *H.C. Wainwright & Co.* titled "INO-4800 Phase 1 Data; Operation Warp Speed Selection; Reiterate Neutral," and published July 1, 2020.  This report is publicly available, for a fee, at: https://hcwco.com/services/research/.

23.    Attached as **Exhibit U** is a true and correct excerpted and highlighted copy of an article published on the World Health Organization website titled "DNA Vaccines," which was last accessed on November 2, 2020, and is publicly available at: https://www.who.int/biologicals/areas/vaccines/dna/en/.

24.    Attached as **Exhibit V** is a true and correct excerpted and highlighted copy of an article published on the U.S. Department of Health & Human Services website titled "Vaccine Types," which was last accessed on November 2, 2020, and is publicly available at: https://www.vaccines.gov/basics/types.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on November 5, 2020 in San Diego, California.

Heather Speers

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2020, I filed this document on the Court's docket using the Court's CM/ECF system.  Based on the Court's records, all counsel of record were served with a copy of the foregoing document by electronic means.

<div style="margin-left: 50%;">

*s/ Patrick Loftus*

DUANE MORRIS LLP
Patrick Loftus (PA60417)
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1367 (phone)
(215) 689-3591 (fax)
loftus@duanemorris.com

</div>