# Exhibit A

Excerpted

## SUPPLY AGREEMENT

This **SUPPLY AGREEMENT** is made and entered into as of June 25, 2008 among VGXI, Inc., a Delaware corporation having an address of 2700 Research Forest Drive, The Woodlands, Texas 7738, VGX International, Inc. a Korean company having an address of Jung-Hun Building, #701, 944-1 Daechi 3-Dong, Gangnam-gu, Seoul, Korea, (collectively, "VGXI"), VGX Pharmaceuticals, Inc. a Delaware corporation having an address of 450 Sentry Parkway, BlueBell, PA 19422 ("VGXP").

### Recitals:

**WHEREAS**, VGXP owns certain proprietary DNA based product(s) to be identified from time to time ("PRODUCT");

**WHEREAS**, VGXP plans to develop such PRODUCTS and plans to file for approval of sale of PRODUCTs in countries throughout the world;

**WHEREAS**, VGXI has acquired VGXP's cGMP manufacturing facility in The Woodlands, TX for PRODUCTS via the asset purchase agreement ("APA"), entered into between VGXI, Inc. and VGX Pharmaceuticals, Inc. as of June 10, 2008;

**WHEREAS**, VGX International, Inc. and its branch office in the USA have the exclusive World-wide marketing and sales rights for the services of VGXI, Inc.;

**WHEREAS**, VGXI has obtained considerable and valuable proprietary knowledge pertaining to the manufacture and supply of PRODUCTS; and

**WHEREAS**, the parties desire to enter into this Agreement to set forth the terms and conditions under which VGXI shall manufacture and supply PRODUCT to VGXP for pre-clinical studies and/or clinical trials use and/or future commercialization;

**NOW, THEREFORE**, in consideration of the mutual covenants and consideration set forth herein, the parties hereto agree as follows:

### SECTION 1

### DEFINITIONS

**SECTION 1.1 Definitions.** As used herein, the following defined terms shall have the definitions set forth below:

(a)    Intentionally Omitted

Information specifically permitted by the requested party in writing to permitted entities, provided that such entities undertake the same confidentiality obligation in a written agreement as the requesting party has with respect to Information and the requested party is specifically made a third party beneficiary to such agreement. Notwithstanding anything to the contrary in this Agreement each party and its Affiliates may freely disclose the fact of the Agreement without the other party's prior approval.

(c)     Except as may be required by applicable laws, rules or regulations (including in connection with a public offering of securities), neither party will originate any publicity, news release, or other public announcement, written or oral, whether to the public press or otherwise, relating to this Agreement, any amendment hereto or to performance hereunder, or the existence of an arrangement between the parties, without the prior written approval of the other party, which consent shall not be unreasonably withheld or delayed (it being understood that such obligation is not intended to restrict either party's ability to promote, market and sell the PRODUCT or its services in a commercially reasonable manner). In the event disclosure is required by Applicable Law, then the party required to so disclose such Information shall, to the extent possible, provide to the other party for its approval (such approval not to be unreasonably withheld) a written copy of such public announcement at least ten (10) business days prior to disclosure. In the absence of a communication approving or disapproving of the public announcement from the party with the right of approval by the end of such ten (10) business day period, such party shall be deemed to have approved the public announcement.

**SECTION 4.2  Survival.**  The termination of this Agreement shall not relieve the parties of their liabilities hereunder.  Any termination of this Agreement shall not affect obligations accrued prior to such termination or any provisions of this Agreement that, by their terms, are to be performed after or are otherwise contemplated to survive the termination of this Agreement.

**SECTION 4.3  Penalties.**  If either party terminates this Agreement in accordance with the terms hereof, the terminating party shall owe no penalty to the terminated party on account of such termination.

**SECTION 4.4  Independent Contractor Status.**  Neither party shall have any authority to obligate the other in any respect nor hold itself out as having any such authority.  All personnel of VGXI shall be solely employees or consultants of VGXI and/or its Affiliates and shall not represent themselves as employees of VGXP, and all personnel of VGXP shall be solely employees or consultants of VGXP and its Affiliates and shall not represent themselves as employees of VGXI.

**SECTION 4.5  Binding Effect; Benefits.**  This Agreement shall endure to the benefit of and be binding upon the parties and their respective permitted successors and assigns.  Nothing contained herein shall give to any other person any benefit or any legal or equitable right, remedy or claim.

17

**Exhibit A, Page 2**

FIRST AMENDMENT TO THE SUPPLY AGREEMENT

This First Amendment to the Supply Agreement ("First Amendment") is made by and between VGXI, Inc., a Delaware corporation having an address of 2700 Research Forest Drive, The Woodlands, Texas 77381 VGX International, Inc. a Korean company having an address of Keungil Tower, #1903, 677-25 Yeoksam-Dong, Gangnam-Gu, Seoul, Korea, (collectively, "VGXI"), and Inovio Pharmaceuticals, Inc. (formerly doing business as VGX Pharmaceuticals) a Delaware corporation having an address of 1787 Sentry Parkway West, Blue Bell, PA 19422 ("Inovio"). The First Amendment shall be effective upon the date of the last signature, below ("First Amendment Effective Date"). VGXI and Inovio are individually referred to as "Party" and collectively as "Parties."

Recitals

WHEREAS, the Parties entered into a Supply Agreement effective on June 25, 2008; and

WHEREAS, the Parties wish to continue their relationship under the Supply Agreement with certain amendments provide herein;

NOW, THEREFORE, in consideration of the mutual covenants and considerations set forth herein, the Parties hereto agree as follows:

1.  VGX Pharmaceuticals and Inovio Pharmaceuticals shall be referred to herein as "Inovio," and the defined term "VGXP" shall be replaced by "Inovio." Unless provided otherwise in this First Amendment, all other defined terms shall remain.

2.  Section 1.1 (y) shall be replaced with the following:

    (y) "Product Transfer" shall mean Inovio transfers some or all of its rights to a Product to a third party ("Transferee") by the way of a sale, assignment, collaboration agreement or exclusive-license.

3.  Section 1.1 (gg) shall be added to section 1.1 as follows:

    1.1 (gg) "Process Technology" shall mean any and all patented technology, trade-secrets, and know-how covering VGXI's proprietary manufacturing process used to manufacture and supply PRODUCTS. Patented technology shall include: US Patent No. 7,238,522 and US Patent Publication No. US2009-0004716, and any continuation, continuation-in-part, divisional and re-issue applications thereof; and any foreign counterparts and extensions of any of the aforementioned.

4.  Section 2.9 a) (iii) shall be amended such that the first sentence is replaced by the following sentence:

    "In accordance to Section 2.8 (Most Favored Status), if VGXI is unable to manufacture or refuses a production project, VGXI shall deliver at no cost to Inovio, a transfer documentation package to enable Inovio to transfer the manufacturing process to a location of Inovio's choosing."

**Exhibit A, Page 3**

# Exhibit B

## Tweet

 **Citron Research**
@CitronResearch

$INO.  SEC should immediately HALT this stock and investigate the ludicrous and dangerous claim that they designed a vaccine in 3 hours.  This has been a serial stock promotion for years.  This will trade back to $2. Investors have been warned.

7:38 AM · Mar 9, 2020 · Twitter Web App

**116** Retweets      **71** Quote Tweets      **453** Likes

**Exhibit B, Page 1**

# Exhibit C

11/3/2020          INOVIO Pharmaceuticals on Twitter: "#INOVIO #INO $INO #COVID19 #DNA #DNAmedicine https://t.co/m0ueIKb24w" / Twitter

 **INOVIO Pharmaceuticals**
@InovioPharma

# #INOVIO #INO $INO #COVID19 #DNA #DNAmedicine

Dear shareholders,

A third-party report today demonstrated a lack of understanding of the science behind DNA medicines. Inovio designed a vaccine construct for its coronavirus vaccine (INO-4800) within three hours after the viral sequence was publicly available; produced the vaccine at small scale and was in preclinical trials in January – preclinical results are available online in Nature Communications. Inovio expects to move into human trials next month.

Based on extensive prior work creating DNA vaccines using our proprietary DNA medicines platform, we are confident that we have a viable approach to address the COVID-19 outbreak.

We remain committed to sharing our progress as we advance into the clinic in the coming weeks.

10:26 AM · Mar 9, 2020 · Twitter Web App

**162** Retweets   **41** Quote Tweets   **430** Likes

**Exhibit C, Page 1**

# Exhibit D

Excerpted

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 10-K

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2019**

**O R**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE TRANSITION PERIOD FROM TO**

**COMMISSION FILE NO. 001-14888**

# INOVIO PHARMACEUTICALS, INC.
### (EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)

| | |
|---|---|
| **DELAWARE** | **33-0969592** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **660 W. GERMANTOWN PIKE, SUITE 110 PLYMOUTH MEETING, PENNSYLVANIA** | **19462** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (267) 440-4200**

**SECURITIES REGISTERED PURSUANT TO SECTION 12(B) OF THE ACT:**

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| **COMMON STOCK, $0.001 PAR VALUE** | **INO** | **Nasdaq Global Select Market** |

**SECURITIES REGISTERED PURSUANT TO SECTION 12(G) OF THE ACT: NONE**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the voting and non-voting common equity (which consists solely of shares of Common Stock) held by non-affiliates of the Registrant as of June 28, 2019 was approximately $279,656,181 based on $2.94, the closing price on that date of the Registrant's Common Stock on the Nasdaq Global Select Market.

The number of shares outstanding of the Registrant's Common Stock, $0.001 par value, was 145,803,086 as of March 11, 2020.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's definitive proxy statement to be filed with the Commission pursuant to Regulation 14A in connection with the registrant's 2020 Annual Meeting of Stockholders (the "Proxy Statement') are incorporated by reference into Part III of this Report. Such Proxy Statement will be filed with the Commission not later than 120 days after the conclusion of the registrant's fiscal year ended December 31, 2019.

**Exhibit D, Page 1**

We or our collaborators are currently conducting or planning clinical studies of our DNA medicines for HPV-associated precancers, including cervical, vulvar, and anal dysplasia; HPV-associated cancers, including head & neck, cervical, anal, penile, vulvar, and vaginal; other HPV-associated diseases, such as recurrent respiratory papillomatosis (RRP); glioblastoma multiforme (GBM); prostate cancer; Human Immunodeficiency Virus (HIV); Ebola; Middle East Respiratory Syndrome (MERS); Lassa fever; Zika virus; and COVID-19 (coronavirus).

**Our Differentiated DNA Medicines Platform**

*Overview of our platform*

We believe that stimulating the immune system specifically to treat or prevent cancers and infections is a compelling concept. We also believe the opportunity for immune-activating DNA medicines has become especially promising in the wake of recent technology advancements, such as checkpoint inhibitors, which have had a significant impact on the way certain cancers are treated. Still, despite promising results in clinical trials and drug approvals in limited indications, there remains a critical need and opportunity for further advancements.

Our DNA medicines platform is comprised of precisely designed DNA plasmids -- circular strings of DNA that contain an optimized genetic sequence of an antigen or monoclonal antibody specific to a targeted disease to be produced independently inside a cell. The proprietary design and optimization process of our DNA plasmids is called SynCon®. These plasmids are delivered directly into cells in the body by our proprietary CELLECTRA® smart devices, which apply transient electrical energy to facilitate significant cellular uptake of the plasmids. Once inside the cell, the plasmids enhance the ability of the body's intracellular machinery to temporarily produce the target antigen or monoclonal antibody. We believe that together, these technologies may have versatile capabilities both in terms of myriad disease targets as well as product opportunities.

The characteristics and core components of our DNA medicines platform include:

**1**. **SynCon® Design Process:** Our SynCon® optimized plasmids have shown the ability to help break the immune system's tolerance of cancerous cells and facilitate cross-strain protection against unmatched and matched pathogens.

**2.** **CELLECTRA® Smart Device:** Our DNA medicines are injected directly into the cells of the body using our hand-held CELLECTRA® smart devices. Our application allows the patient's body to facilitate cellular uptake of the plasmids, which then enhances the ability of the intracellular machinery to temporarily produce the target antigen or monoclonal antibody. Our CELLECTRA® smart devices facilitate optimized cellular uptake of our DNA medicines, overcoming a key limitation of DNA-based immunotherapies. An antigen produced in this manner induces the immune system to generate polyclonal antibodies or T cells with the ability to perform their preventive or therapeutic functions. Similarly, DNA-encoded monoclonal antibodies, or dMAbs™ generated in this manner can also trigger desired immune system functions.

**3. Our DNA medicines have generated best-in-class in vivo immune responses:** With our core platform technologies, we have developed a pipeline of clinical-stage product candidates that have generated best-in-class in vivo immune responses, in particular CD8+ T cells that are fundamental in eliminating cancerous or infected cells.

**4. Our DNA medicines work more naturally with the immune system:** Our DNA medicines are non-live and non-replicating, and therefore do not cause the underlying disease. Compared to other technologies, our DNA medicines are designed to work more naturally with the immune system and within its controls to reduce or minimize the risk of unwanted inflammatory responses.

Our mechanism of action for our DNA medicines process is shown in the figures below.

SynCon® involves the proprietary design and optimization of our DNA based plasmids, which are delivered directly into cells in the body by our proprietary CELLECTRA® smart devices.

3

**Exhibit D, Page 2**

**ITEM 1A. RISK FACTORS**

*You should carefully consider the following factors regarding information included in this Annual Report. The risks and uncertainties described below are not the only ones we face. Additional risks and uncertainties not presently known to us or that we currently deem immaterial also may impair our business operations. If any of the following risks actually occur, our business, financial condition and operating results could be materially adversely affected.*

**Risks Related to Our Business and Industry**

*We have incurred losses since inception, expect to incur significant net losses in the foreseeable future and may never become profitable.*

We have experienced significant operating losses to date. As of December 31, 2019 our accumulated deficit was $739.8 million. We have generated limited revenues, primarily consisting of license revenue, grant funding and interest income. We expect to continue to incur substantial additional operating losses for at least the next several years as we advance our clinical trials and research and development activities. We may never successfully commercialize our DNA vaccine and DNA immunotherapy product candidates or electroporation-based synthetic vaccine delivery technology and thus may never have any significant future revenues or achieve and sustain profitability.

*We have limited sources of revenue and our success is dependent on our ability to develop our DNA vaccines and DNA immunotherapies and electroporation equipment.*

We do not sell any products and may not have any other products commercially available for several years, if at all. Our ability to generate future revenues depends heavily on our success in:

- developing and securing United States and/or foreign regulatory approvals for our product candidates, including securing regulatory approval for conducting clinical trials with product candidates;
- developing our electroporation-based DNA delivery technology; and
- commercializing any products for which we receive approval from the FDA and foreign regulatory authorities.

Our electroporation equipment and product candidates will require extensive additional clinical study and evaluation, regulatory approval in multiple jurisdictions, substantial investment and significant marketing efforts before we generate any revenues from product sales. We are not permitted to market or promote our electroporation equipment and product candidates before we receive regulatory approval from the FDA or comparable foreign regulatory authorities. If we do not receive regulatory approval for and successfully commercialize any products, we will not generate any revenues from sales of electroporation equipment and products, and we may not be able to continue our operations.

*None of our human vaccine and immunotherapy product candidates have been approved for sale, and we may not develop commercially successful vaccine products.*

Our human vaccine and immunotherapy programs are in the early stages of research and development, and currently include product candidates in discovery, preclinical studies and Phase 1, 2 and 3 clinical trials. There are limited data regarding the efficacy of synthetic vaccine and immunotherapy candidates compared with conventional vaccines, and we must conduct a substantial amount of additional research and development before any regulatory authority will approve any of our vaccine product candidates. The success of our efforts to develop and commercialize our product candidates could fail for a number of reasons. For example, we could experience delays in product development and clinical trials. Our product candidates could be found to be ineffective or unsafe, or otherwise fail to receive necessary regulatory clearances. The products, if safe and effective, could be difficult to manufacture on a large scale or uneconomical to market, or our competitors could develop superior products more quickly and efficiently or more effectively market their competing products.

In addition, adverse events, or the perception of adverse events, relating to vaccine and immunotherapy candidates and delivery technologies may negatively impact our ability to develop commercially successful products. For example, pharmaceutical companies have been subject to claims that the use of some pediatric vaccines has caused personal injuries, including brain damage, central nervous system damage and autism. These and other claims may influence public perception of the use of vaccine and immunotherapy products and could result in greater governmental regulation, stricter labeling requirements and potential regulatory delays in the testing or approval of our potential products.

*Our substantial indebtedness could limit the cash flow available for our operations and could expose us to risks that could adversely affect our business, financial condition and results of operations.*

During 2019, we sold $78.5 million aggregate principal amount of 6.50% convertible senior notes due 2024, or the Notes, as well as $15.0 million and $4.1 million aggregate principal amount of 1.0% convertible bonds due August 2024 and December 2024, respectively, or the August 2019 Bonds and the December 2019 Bonds, respectively. We may also incur

44

**Exhibit D, Page 3**

We will be required to spend substantial time and money to ensure that our business arrangements with third parties comply with applicable healthcare laws and regulations. Because of the breadth of these laws and the narrowness of the statutory exceptions and regulatory safe harbors available, which require strict compliance in order to offer protection, it is possible that governmental authorities may conclude that our business practices do not comply with current or future statutes, regulations, agency guidance or case law involving applicable healthcare laws. If our operations are found to be in violation of any of the laws described above or any other governmental regulations that apply to us, we may be subject to significant penalties, including administrative, civil and criminal penalties, damages, fines, disgorgement, possible exclusion from participation in Medicare, Medicaid and other federal healthcare programs, imprisonment, integrity and/or other oversight obligations, contractual damages, reputational harm, and the curtailment or restructuring of our operations. Any such penalties could adversely affect our ability to operate our business and our financial results. Any action against us for violation of these laws, even if we successfully defend against it, could cause us to incur significant legal expenses and divert our management's attention from the operation of our business.

***If we and the contract manufacturers upon whom we rely fail to produce our systems and product candidates in the volumes that we require on a timely basis, or fail to comply with stringent regulations, we may face delays in the development and commercialization of our electroporation equipment and product candidates.***

We manufacture some components of our electroporation systems and utilize the services of contract manufacturers to manufacture the remaining components of these systems and our product supplies for clinical trials. The manufacture of our systems and product supplies requires significant expertise and capital investment, including the development of advanced manufacturing techniques and process controls. Manufacturers often encounter difficulties in production, particularly in scaling up for commercial production. These problems include difficulties with production costs and yields, quality control, including stability of the equipment and product candidates and quality assurance testing, shortages of qualified personnel, as well as compliance with strictly enforced federal, state and foreign regulations. If we or our manufacturers were to encounter any of these difficulties or our manufacturers otherwise fail to comply with their obligations to us, our ability to provide our electroporation equipment to our partners and products to patients in our clinical trials or to commercially launch a product would be jeopardized. Any delay or interruption in the supply of clinical trial supplies could delay the completion of our clinical trials, increase the costs associated with maintaining our clinical trial program and, depending upon the period of delay, require us to commence new trials at significant additional expense or terminate the trials completely.

In addition, all manufacturers of our products must comply with cGMP requirements enforced by the FDA through its facilities inspection program. These requirements include, among other things, quality control, quality assurance and the generation and maintenance of records and documentation. Manufacturers of our products may be unable to comply with these cGMP requirements and with other FDA, state and foreign regulatory requirements. We have little control over our manufacturers' compliance with these regulations and standards. A failure to comply with these requirements may result in fines and civil penalties, suspension of production, suspension or delay in product approval, product seizure or recall, or withdrawal of product approval. If the safety of any product is compromised due to our or our manufacturers' failure to adhere to applicable laws or for other reasons, we may not be able to obtain regulatory approval for or successfully commercialize our products, and we may be held liable for any injuries sustained as a result. Any of these factors could cause a delay of clinical trials, regulatory submissions, approvals or commercialization of our products, entail higher costs or result in our being unable to effectively commercialize our products. Furthermore, if our manufacturers fail to deliver the required commercial quantities on a timely basis, pursuant to provided specifications and at commercially reasonable prices, we may be unable to meet demand for our products and would lose potential revenues.

***Our failure to successfully acquire, develop and market additional product candidates or approved products would impair our ability to grow.***

We may acquire, in-license, develop and/or market additional products and product candidates. The success of these actions depends partly upon our ability to identify, select and acquire promising product candidates and products.

The process of proposing, negotiating and implementing a license or acquisition of a product candidate or approved product is lengthy and complex. Other companies, including some with substantially greater financial, marketing and sales resources, may compete with us for the license or acquisition of product candidates and approved products. We have limited resources to identify and execute the acquisition or in-licensing of third-party products, businesses and technologies and integrate them into our current infrastructure. Moreover, we may devote resources to potential acquisitions or in-licensing opportunities that are never completed, or we may fail to realize the anticipated benefits of such efforts. We may not be able to acquire the rights to additional product candidates on terms that we find acceptable, or at all.

In addition, future acquisitions may entail numerous operational and financial risks, including:

• exposure to unknown liabilities;

56

# Exhibit E

Excerpted



NEWS RELEASE

# Ology Bioservices, Inovio Partner To Manufacture COVID-19 DNA Vaccine With $11.9 Million Department of Defense Grant

3/24/2020

PLYMOUTH MEETING, Pa. and ALACHUA, Fla., March 24, 2020 /PRNewswire/ -- Ology Bioservices Inc., a biologics contract development and manufacturing organization (CDMO), and Inovio Pharmaceuticals Inc., (NASDAQ: INO) developing DNA medicines for infectious diseases and cancer, announced today that the Department of Defense (DOD) has awarded Ology Bioservices with a contract valued at $11.9 million to work with Inovio on DNA technology transfer to rapidly manufacture DNA vaccines. This work is supported by the Office of the Assistant Secretary of Defense for Health Affairs with funding from the Defense Health Agency.

Under this program, Ology Bioservices will work with Inovio Pharmaceuticals to manufacture Inovio's DNA vaccine (INO-4800) for prevention of infection with the COVID-19 virus. The aim of the program is to rapidly and efficiently deliver the vaccine to the Department of Defense for upcoming clinical trials.

Peter H. Khoury, Ph.D., President and Chief Executive Officer of Ology Bioservices, noted "We are excited to be working with the Department of Defense and Inovio to rapidly respond to this crisis. The Advanced Development and Manufacturing Facility operated by Ology Bioservices was designed to respond to just such emergencies as we are now experiencing, and we are proud to be part of this effort to protect the U.S. warfighter and the nation."

J. Joseph Kim, Ph.D., Inovio's President and CEO, said, "Along with advancing INO-4800 through clinical studies as rapidly as possible, Inovio's goal is to scale up the manufacturing of this vaccine for future studies and for potential emergency use, if appropriate. Powered by the U.S. Department of Defense support, Inovio is pleased to partner with Ology to enable rapid response manufacture of INO-4800 especially for the nation's warfighters and other military personnel. This DOD-funded partnership is a testament to the importance and strength of public-private partnerships in meeting the challenges the world faces with the COVID-19 outbreak. This partnership increases Inovio's manufacturing capabilities for our COVID vaccine and establishes an additional DNA vaccine manufacturing facility to protect the U.S. military against current and future disease outbreaks."

1

**Exhibit E, Page 1**

mcarey@rxir.com

* * * *

This press release contains certain forward-looking statements relating to our business, including our plans to develop DNA medicines, our expectations regarding our research and development programs, including the planned initiation and conduct of clinical trials, and the availability and timing of data from those trials. Actual events or results may differ from the expectations set forth herein as a result of a number of factors, including uncertainties inherent in pre-clinical studies, clinical trials, product development programs and commercialization activities and outcomes, the availability of funding to support continuing research and studies in an effort to prove safety and efficacy of electroporation technology as a delivery mechanism or develop viable DNA medicines, our ability to support our pipeline of DNA medicine products, the ability of our collaborators to attain development and commercial milestones for products we license and product sales that will enable us to receive future payments and royalties, the adequacy of our capital resources, the availability or potential availability of alternative therapies or treatments for the conditions targeted by us or our collaborators, including alternatives that may be more efficacious or cost effective than any therapy or treatment that we and our collaborators hope to develop, issues involving product liability, issues involving patents and whether they or licenses to them will provide us with meaningful protection from others using the covered technologies, whether such proprietary rights are enforceable or defensible or infringe or allegedly infringe on rights of others or can withstand claims of invalidity and whether we can finance or devote other significant resources that may be necessary to prosecute, protect or defend them, the level of corporate expenditures, assessments of our technology by potential corporate or other partners or collaborators, capital market conditions, the impact of government healthcare proposals and other factors set forth in our Annual Report on Form 10-K for the year ended December 31, 2019 and other filings we make from time to time with the Securities and Exchange Commission. There can be no assurance that any product candidate in our pipeline will be successfully developed, manufactured or commercialized, that final results of clinical trials will be supportive of regulatory approvals required to market products, or that any of the forward-looking information provided herein will be proven accurate. Forward-looking statements speak only as of the date of this release, and we undertake no obligation to update or revise these statements, except as may be required by law.

View original content:**http://www.prnewswire.com/news-releases/ology-bioservices-inovio-partner-to-manufacture-covid-19-dna-vaccine-with-11-9-million-department-of-defense-grant-301028626.html**

SOURCE INOVIO Pharmaceuticals, Inc.

4

**Exhibit E, Page 2**

# Exhibit F

Excerpted



**NEWS RELEASE**

# INOVIO Expands Manufacturing of COVID-19 DNA Vaccine INO-4800 With New Funding from CEPI

4/30/2020

INOVIO and Richter-Helm BioLogics will expand existing DNA manufacturing agreement to support large-scale manufacturing of INO-4800

INO-4800 Phase 2/3 U.S. clinical trial being prepared to start this summer

PLYMOUTH MEETING, Pa., April 30, 2020 /PRNewswire/ -- INOVIO (NASDAQ:INO) today announced it has entered into an agreement to expand its manufacturing partnership with the German contract manufacturer Richter-Helm BioLogics GmbH & Co. KG, to support large-scale manufacturing of INOVIO's investigational DNA vaccine INO-4800, which currently is in Phase 1 clinical testing in the U.S. for COVID-19 and could potentially advance to Phase 2/3 efficacy trials this summer. The agreement is being partly funded by an initial grant of $1.3 million from the Coalition for Epidemic Preparedness Innovations (CEPI), which brings CEPI's total support to date for the development of INO-4800 to $17.2 million.

"We are grateful to CEPI for its continued generous funding and pleased to expand our work with Richter-Helm BioLogics to support large-scale manufacturing capacity for INO-4800," said INOVIO's President & CEO, Dr. J. Joseph Kim. "Richter-Helm has deep experience working with our optimized DNA plasmids, which are the building blocks of our DNA vaccines, and have consistently produced DNA medicines of the highest quality under stringent GMP standards."

INOVIO has been working with Richter-Helm BioLogics, which manufactures INOVIO's DNA medicine candidate VGX-3100, since 2014. Currently, VGX-3100 is in Phase 3 clinical trials for the treatment of precancerous cervical dysplasia caused by high-risk human papillomavirus (HPV). INOVIO has established commercial-scale plasmid production at Richter-Helm BioLogics for its DNA medicines platform, with successful technology transfer already demonstrated for VGX-3100 and an Advanced Therapy Medicinal Product (ATMP) certification granted by the European Medicines Agency (EMA) in May 2019.

"Richter-Helm BioLogics has a strong, long-standing relationship with INOVIO and is a leading manufacturer of DNA

1    ⇕

**Exhibit F, Page 1**

plasmids," said Richter-Helm BioLogics' Managing Director Dr. Kai Pohlmeyer. "We will mobilize all our resources to ensure sufficient supply of late-stage clinical and commercial batches of INO-4800 and contribute to the fight against the deadly COVID-19 pandemic."

INOVIO plans to produce one million doses of INO-4800 by the end of 2020. Additional capacity provided by Richter-Helm will significantly expand manufacturing of this DNA vaccine candidate to meet urgent needs in the midst of the pandemic.

"Having a trusted and proven partner with extensive experience manufacturing INOVIO's DNA medicines is critical as we scale up our INO-4800 production," said Robert Juba, INOVIO's vice president of Biological Manufacturing and Clinical Supply Management. "We look forward to continue to work closely together in our efforts to reduce the worldwide impact of COVID-19."

Richter-Helm Biologics is using manufacturing technology developed by VGXI Inc., a wholly owned subsidiary of GeneOne Life Science (KSE:011000} and INOVIO's contract manufacturer for early-stage clinical trial supply, under a license agreement from VGXI. Richter-Helm BioLogics will transfer and rapidly scale up the current (400 L scale) production process for the INO-4800 DNA plasmid from VGXI. Richter-Helm BioLogics and VGXI already share a long-term partnership that has resulted in numerous joint projects and project transfers followed by plasmid DNA production for commercial supply at Richter-Helm BioLogics´ facilities, including the technology transfer and Phase 3 manufacturing for VGX-3100.

## About INOVIO's Global Coalition Advancing INO-4800

INOVIO has assembled a global coalition of collaborators, partners and funders to rapidly advance INO-4800. R&D collaborators to date include the Wistar Institute, the University of Pennsylvania, Université Laval, and the University of Texas. INOVIO has partnered with Beijing Advaccine and the International Vaccine Institute to advance clinical trials of INO-4800 in China and South Korea, respectively. INOVIO is also assessing preclinical efficacy of INO-4800 in several animal challenge models with Public Health England (PHE) and Commonwealth Scientific and Industrial Research Organization (CSIRO) in Australia. INOVIO is also working with a team of contract manufacturers including VGXI, Inc., Richter-Helm, and Ology Biosciences to produce one million doses of INO-4800 by year-end and seeking additional external funding and partnerships to scale up the manufacturing capacities to satisfy the urgent global demand for a safe and effective vaccine. To date, CEPI, the Bill & Melinda Gates Foundation, and the US Department of Defense have contributed significant funding to the advancement and manufacturing of INO-4800.

## About INO-4800

INO-4800 is INOVIO's DNA vaccine candidate created to protect against the novel coronavirus SARS-CoV-2, which

2

**Exhibit F, Page 2**

cleared high-risk HPV 16 and 18 in a Phase 2b clinical trial. High-risk HPV is responsible for 70% of cervical cancer, 91% of anal cancer, and 69% of vulvar cancer. Also in development are programs targeting HPV-related cancers and a rare HPV-related disease, recurrent respiratory papillomatosis (RRP); non-HPV-related cancers glioblastoma multiforme (GBM) and prostate cancer; as well as externally funded infectious disease DNA vaccine development programs in Zika, Lassa fever, Ebola, HIV, and coronaviruses associated with MERS and COVID-19 diseases. Partners and collaborators include Advaccine, ApolloBio Corporation, AstraZeneca, The Bill & Melinda Gates Foundation, Coalition for Epidemic Preparedness Innovations (CEPI), Defense Advanced Research Projects Agency (DARPA)/Department of Defense (DOD), GeneOne Life Science/VGXI, HIV Vaccines Trial Network, International Vaccine Institute (IVI), Medical CBRN Defense Consortium (MCDC), National Cancer Institute, National Institutes of Health, National Institute of Allergy and Infectious Diseases, Ology Bioservices, Plumbline Life Sciences, Regeneron, Richter-Helm, Roche/Genentech, University of Pennsylvania, Walter Reed Army Institute of Research, and The Wistar Institute. INOVIO also is a proud recipient of 2020 Women on Boards "W" designation recognizing companies with more than 20% women on their board of directors. For more information, visit **www.inovio.com**.

CONTACTS:
Media: Jeff Richardson, 267-440-4211, **jrichardson@inovio.com**
Investors: Ben Matone, 484-362-0076, **ben.matone@inovio.com**

This press release contains certain forward-looking statements relating to our business, including our plans to develop DNA medicines, our expectations regarding our research and development programs, including the planned initiation and conduct of clinical trials, and the availability and timing of data from those trials. Actual events or results may differ from the expectations set forth herein as a result of a number of factors, including uncertainties inherent in pre-clinical studies, clinical trials, product development programs and commercialization activities and outcomes, the availability of funding to support continuing research and studies in an effort to prove safety and efficacy of electroporation technology as a delivery mechanism or develop viable DNA medicines, our ability to support our pipeline of DNA medicine products, the ability of our collaborators to attain development and commercial milestones for products we license and product sales that will enable us to receive future payments and royalties, the adequacy of our capital resources, the availability or potential availability of alternative therapies or treatments for the conditions targeted by us or our collaborators, including alternatives that may be more efficacious or cost effective than any therapy or treatment that we and our collaborators hope to develop, issues involving product liability, issues involving patents and whether they or licenses to them will provide us with meaningful protection from others using the covered technologies, whether such proprietary rights are enforceable or defensible or infringe or allegedly infringe on rights of others or can withstand claims of invalidity and whether we can finance or devote other significant resources that may be necessary to prosecute, protect or defend them, the level of corporate expenditures, assessments of our technology by potential corporate or other partners or collaborators, capital market conditions, the impact of government healthcare proposals and other factors set forth

4

**Exhibit F, Page 3**

in our Annual Report on Form 10-K for the year ended December 31, 2019 and other filings we make from time to time with the Securities and Exchange Commission. There can be no assurance that any product candidate in our pipeline will be successfully developed, manufactured or commercialized, that final results of clinical trials will be supportive of regulatory approvals required to market products, or that any of the forward-looking information provided herein will be proven accurate. Forward-looking statements speak only as of the date of this release, and we undertake no obligation to update or revise these statements, except as may be required by law.

View original content:**http://www.prnewswire.com/news-releases/inovio-expands-manufacturing-of-covid-19-dna-vaccine-ino-4800-with-new-funding-from-cepi-301049889.html**

SOURCE INOVIO Pharmaceuticals, Inc.

# Exhibit G

Excerpted

**S&P Global**
Market Intelligence

# Inovio Pharmaceuticals, Inc.

# NasdaqGS:INO

# FQ1 2020 Earnings Call Transcripts

## Monday, May 11, 2020 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2020- | | | -FQ2 2020- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.22) | (0.26) | NM | (0.20) | (0.80) | (0.70) |
| Revenue (mm) | 1.91 | 1.33 | ▼ (30.37 %) | 2.15 | 15.91 | 27.82 |

Currency: USD
Consensus as of  May-08-2020 12:31 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

### - EPS (GAAP) -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ2 2019 | (0.28) | (0.30) | NM |
| FQ3 2019 | (0.25) | (0.23) | NM |
| FQ4 2019 | (0.24) | (0.38) | NM |
| FQ1 2020 | (0.22) | (0.26) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

**Exhibit G, Page 1**

# Presentation

**Operator**

Good day, everybody, and welcome to the Inovio First Quarter 2020 Financial Results Conference Call. [Operator Instructions]

Please note today's event is being recorded.

I would now like to turn the conference over to Ben Matone, Senior Director of Investor Relations. Please proceed, sir.

**Ben Matone**
*Director of Investor Relations*

Thank you, operator, and thank you, everyone, for joining the Inovio First Quarter 2020 Earnings Call. With me today are Dr. J. Joseph Kim, President and CEO; Peter Kies, our Chief Financial Officer; Dr. Prakash Bhuyan, Vice President of Clinical Development and Head of Inovio's Clinical Programs to treat HPV-related precancers; and Dr. Kate Broderick, Senior Vice President of Research and Development and Project Lead for Inovio's infectious disease programs, who together will review our corporate, financial and development progress for the first quarter 2020. Dr. Jacqueline Shea, our Chief Operating Officer, is also with us and will be joining for the Q&A session following prepared remarks.

Today's call is being webcast live on our website, ir.inovio.com, and a replay of today's call will be made available shortly after the call is concluded. Following prepared remarks, we will conduct a question-and-answer segment which will be reserved for equity research analysts. During the course of this conference call, we will be making certain forward-looking statements regarding future events and the future performance of the company.

In particular, these events which relate to our business include plans to develop Inovio's integrated platform of DNA medicines, clinical and regulatory developments and timing of clinical data readouts, along with capital resources and strategic matters, as well as the impact of the COVID-19 pandemic on Inovio's business operations. All of these statements are based on the beliefs and expectations of management as of today. These statements involve certain assumptions, risks and uncertainties and could cause actual results to differ materially. We assume no obligation to revise or update forward-looking statements, whether as a result of new information, future events or otherwise. Investors should read carefully the risks and uncertainties described in today's press release as well as the risk factors included in today's 10-Q filing with the SEC.

Thank you for your attention. And with that, I would now like to turn the call over to Joseph.

**J. Joseph Kim**
*CEO, President & Director*

Thank you, Ben. And good afternoon, everyone. Thank you for joining us on the call today. Inovio had a productive first quarter with developments across multiple clinical programs continuing to demonstrate the differentiating value and broad applicability of our DNA medicines platform. Please see the press release we just issued less than an hour ago for first quarter financial results and an extensive list of corporate highlights. I'm going to keep our remarks -- prepared remarks brief so that we have plenty of time to address your questions.

But before we delve into updates for each therapeutic program, I want to first provide an update on the impact of the COVID-19 pandemic on our programs in progress. First, recognizing the importance of patient safety and adhering to the global stay-at-home government orders during the COVID-19 pandemic, our clinical operations and development teams have gone to great lengths to ensure patients participating in our clinical programs continue to be able to receive our DNA medicines and vaccines within a safe environment.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Exhibit G, Page 2**

*CEO, President & Director*

Yes. Thanks, Greg. Well, just roughly, when we say we're preparing 1 million doses, we're discussing or we're stating both the plasmids and the device and arrays to deliver them. So you can't really have one without the other. So we're on right track to do that. But we're preparing to do beyond that, we're preparing and increasing our scale to be able to provide hundreds of millions of doses starting next year. So these are the preparations that take to -- which we're already doing to scale up in that massive scale. Assuming success of INO-4800, we will be in a great position to do so by relying on our current contract manufacturers of plasmids and adding on additional manufacturers that can help us scale.

In the device side, we've already have both produced enough arrays and devices to meet the 1 million need. So those processes are ongoing, both within our GMP facility in San Diego as well as our additional contract device and array manufacturers that we have brought on. So these are very extensive efforts. We've never had to prepare for hundreds of millions of doses, if not billions of doses that might be required to combat COVID-19 globally.

Prior to this year, most of our doses that we were planning for were in hundreds of thousands of doses if at most millions of doses. So I think this is a challenge our team has taken on. And I think we're making a great progress in this regard.

**Operator**

Our next question will come from Naureen Quibria of Maxim Group.

**Naureen Quibria**
*Maxim Group, LLC*

Congrats on all the progress. I guess my first one is on the GBM study that you'll be presenting on at ASCO, and we'll get the data just in a few days. You mentioned that survival data for 1 year for these patients are historically 60% to 65% at 1 year. Are you able to share with us what kind of delta you hope to see from historical rates for the 12-month OS? What would you think would be encouraging?

**J. Joseph Kim**
*CEO, President & Director*

Well, what number would get you excited, Naureen?

**Naureen Quibria**
*Maxim Group, LLC*

Well, obviously -- well higher than that.

**J. Joseph Kim**
*CEO, President & Director*

That's a great question. But yes, I think substantive increase over 65 -- 60%, 65% will be very encouraging. This is not the totally finished line. We will follow these patients at least for another 6 months or longer. So we will be -- I mean, we feel like this is a data set that we're building up. So from PFS6, which was very exciting between 20% to 30% difference compared to the standard of care at that early progression-free number was very encouraging to us and where we are today at overall survival at 12 months. And I think that adds to another level of validity and confidence in this data. And then as we continue to have longer tail in the survival curve in these patients at OS18, I mean that would even be even greater feat. So what would be a great number for you if you assume the standard care is 60% to 65%?

**Naureen Quibria**
*Maxim Group, LLC*

Well, I like it -- I would like it to be perfect. But that's not of possible, right?

**J. Joseph Kim**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Exhibit G, Page 3**

# Exhibit H

Excerpted

IN THE COURT OF COMMON PLEAS IN AND FOR

THE COUNTY OF MONTGOMERY, PENNSYLVANIA

CIVIL COURT DIVISION

- - -

INOVIO PHARMACEUTICALS,          : NO. 2020-06554
INC.,                            :
                Plaintiff        :
                                :
      VS.                        :
                                :
VGXI, INC. AND GENEONE LIFE      :
SCIENCE, INC.
                Defendant

- - -

Hearing on Preliminary Injunction

- - -

Virtual Court Hearing
Monday, June 18, 2020
Commencing at 9:00 a.m.

- - -

Susan M. Laucella
Official Court Reporter
Taken remotely via Videoconference
Montgomery County Courthouse
Norristown, Pennsylvania

- - -

BEFORE: THE HONORABLE JEFFREY S. SALTZ, JUDGE

- - -

Exhibit H, Page 1

178

Robert J. Juba, Jr. - Direct

technology transfer is complete, the defendant shall

provide Inovio with a project plan and personnel

required to facilitate transfer of the manufacturing

methods?

A.   I do.

Q.   Let's talk about the project plan first.  What is

a project plan?

A.   The project plan lays out the activities that are

required by the sending unit, the receiving unit, and

the third party client to insure successful tech

transfer.

Q.   Is the project plan in a document?

A.   Yes.

Q.   Does that document already exist?

A.   Yes.

Q.   And where does the document reside?

A.   VGXI would have a copy from the tech transfer

they completed to Richter-Helm for us in 2014 and

2015, any other clients that they have transferred to

Richter-Helm over the past two years.

Q.   You see the proposed order talks about personnel

required to facilitate the transfer?

A.   Yes.

Q.   How many employees will Inovio need?

**Exhibit H, Page 2**

Robert J. Juba, Jr. - Direct

A.   Based on our past technology transfer to Richter-Helm, it would be one person.

Q.   One person for how long?

A.   One person for 30 working days.

MR. CAHILL:  And, Julie, if you can put up for me Plaintiff's Exhibit 6, which is Mr. Parks' affidavit.  Julie, it's the second to the last page of that, 52, and then just pull up the bottom to the top of 52.  Thank you.

BY MR. CAHILL:

Q.   Mr. Juba, you are looking at Mr. Park's declaration right now. Do you see where it says if the Court entered a preliminary injection, VGXI would be forced to turn over its proprietary technology and methods and pull its employees off of their existing projects in the U.S. and Korea, so they can train other manufacturers around the world on the VGXI proprietary technology and methods.  This would effectively end VGXI's business.

Do you agree with that statement?

A.   I do not.

Q.   Why not?

A.   Again, as per our previous technology transfer,

**Exhibit H, Page 3**

Robert J. Juba, Jr. - Direct

we have 30 days of support from one employee, who is the head of process development. If we had access to that same employee for this tech transfer, it would not disrupt their manufacturing operation in any way.

Q.   What was the name of that employee?

A.   Steven Rodriguez.

Q.   And Mr. Rodriguez is a --

A.   He is the head of the process development group.

Q.   Other than what you have gone through, is there anything else that Inovio would need to receive the tech transfer and be able to use the VGXI technology?

A.   No.

MR. CAHILL: Your Honor, I am not sure if you want to wait until the end or if you have any questions.

THE COURT:  Why don't you go forward?

MR. CAHILL:. Okay.

BY MR. CAHILL

Q.   Mr. Juba, what type of products does VGXI manufacture for Inovio?

A.   They manufacture DNA plasmids for Phase 1 and Phase 2 clinical studies.

Q.   Do they offer for commercial sale?

Robert J. Juba, Jr. - Cross

right?

A.   Again, there was no point in discussing one million doses with VGXI because they did not have the capability to do that.

Q.   In the next sentence, which would be the third sentence of the e-mail:  I know you had sensed Eurogentec's hesitation with working with us due to our relationship with VGXI.

Were they concerned about some competitive issues with the VGXI technology?

A.   They were concerned that we would take their technology and give it to VGXI.

Q.   Got it. Not the other way around?

A.   No.

Q.   Did you propose giving the VGXI technology to Eurogentec?

A.   Never did, no.

Q.   Are you working with them right now to manufacture plasmids?

A.   We are going through feasibility, which is, they are going to evaluate what, if they can, manufacture our plasmid or not.

Q.   At present, do you have manufacturing getting lined up with Richter-Helm for approximately 500,000

**Exhibit H, Page 5**

Robert J. Juba, Jr. - Cross

doses this year, Ology for 250,000 doses this year and Eurogentec?

A.   Again, if Eurogentec process works, yes.

Q.   And that's all without VGXI and any technology transfer, right?

A.   Eurogentec has its own process.   Richter-Helm, we already transferred the process.

Q.   Do you know if VGXI gets paid a royalty on Richter-Helm manufacturing?

A.   To be honest, I had never seen their agreement between those two parties until last night.

Q.   Do you know if Miss Peterson was okay with you working with Richter-Helm because of the partnership agreement that VGXI has with Richter-Helm?

A.   Again, the e-mail that Dorothy sent me on February 7th seemed to indicate that she was okay with us talking to Richter-Helm about it.

Q.   You never sent VGXI any quarterly forecasts, even in the first two quarters of 2020, for what you all wanted to do with COVID-19 vaccines, correct?

A.   Correct.

Q.   You did not want to try to reserve manufacturing slots in 2021?

A.   Well, didn't become the first priority once we

IN THE COURT OF COMMON PLEAS

IN AND FOR THE COUNTY OF MONTGOMERY, PENNSYLVANIA

CIVIL DIVISION

- - -

| | | |
|---|---|---|
| INOVIO PHARMACEUTICALS, INC., | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | NO.  2020-06554 |
| | : | |
| VGXI, INC. AND GENEONE LIFE SCIENCE, INC. | : | |
| Defendant | : | |

- - -

Hearing on Preliminary Injunction

- - -

Volume II

- - -

Virtual Court Hearing
Monday, June 22, 2020
Commencing at 11:03 a.m.

- - -

Odalys Cummins, CSR
Official Court Reporter
Taken Remotely via Videoconference
Montgomery County Courthouse
Norristown, PA 19401

- - -

BEFORE:  THE HONORABLE JEFFREY S. SALTZ, JUDGE

- - -

**Exhibit H, Page 7**

JONG JOSEPH KIM - CROSS                           117

million doses of the COVID vaccine by year-end this year?

A.   It would be difficult.

Q.   So these statements in press releases about existing resources and capacity being on track for a million doses, you are always talking about assuming you got the VGXI technology?

A.   Yes.

Q.   Okay.  Has your company been telling investors that despite what happens in this lawsuit, you are still on track for a million doses this year and hundreds of millions more in the near future?

A.   We believe we will have -- we have and we will have access to this tech transfer.

Q.   It's always depending upon the tech transfer from VGXI?

A.   Yes.

Q.   What about all these other companies you're working with, Beijing Advaccine and the Serum Institute and Eurogentec?  I thought they all had their own processes.

A.   Eurogentec has their own.

Q.   Okay.

A.   Beijing Advaccine and Serum Institute assumes that

JONG JOSEPH KIM – CROSS                    118

we will transfer the tech process for INO-4800 that we believe we have the rights to through the supply agreement.

Q.   For Ology, don't they have their own process too?

A.   They have a process that they have been working on.

Q.   And is your need for the VGXI technology to have a backup plan in case their process is not compatible?

A.   No.  Their process is at a small scale -- I believe it's 30-liter scale -- whereas VGXI process has demonstrated to work in larger 400-liter scale.  So it's much -- predictable for success to have a process that works at scale than to try to increase the scale of a smaller process to a larger process.

Q.   Has your company started any technology transfers to companies such as Ology?

A.   No.

Q.   Have you promised technology transfers to other companies such as New Biologics in Korea?

A.   No.  Sorry.  I don't understand who that is.

Q.   Okay.  If you don't recognize it, that's okay.

Is it your belief that under the supply agreement, if your company decides on its own that VGXI doesn't have the ability to manufacture an order, that

# Exhibit I

Excerpted



NEWS RELEASE

# INOVIO Announces Positive Interim Phase 1 Data For INO-4800 Vaccine for COVID-19

6/30/2020

INO-4800 Selected for the U.S. Government's Operation Warp Speed

- 94% of Phase 1 trial participants demonstrated overall immune responses at Week 6 after two doses of INO-4800 in trial with 40 healthy volunteers in preliminary analyses

- Through Week 8 INO-4800 regimen was deemed safe and well-tolerated with no serious adverse events; all reported adverse events were grade 1 in severity

- In preclinical animal challenge study, INO-4800 provided full protection against SARS-CoV-2 replication in the lungs in mice challenged with the virus

- INOVIO to begin U.S. Phase 2/3 efficacy study this summer upon regulatory concurrence

PLYMOUTH MEETING, Pa., June 30, 2020 /PRNewswire/ -- INOVIO (NASDAQ:INO), a biotechnology company focused on rapidly bringing to market precisely designed DNA medicines to protect and treat people from infectious diseases and cancer, today announced positive interim clinical data of INO-4800, its vaccine candidate against novel coronavirus (SARS-CoV-2), from the first two Phase 1 clinical trial cohorts. In addition, INO-4800 has been selected to participate in a non-human primate (NHP) challenge study as part of the U.S. government's Operation Warp Speed, a new national program aiming to provide substantial quantities of safe, effective vaccine for Americans by January 2021. Furthermore, INOVIO has expanded its Phase 1 trial to add older participants in additional cohorts and plans to initiate a Phase 2/3 efficacy trial this summer upon regulatory concurrence.

Dr. J. Joseph Kim, President and CEO of INOVIO, said, "INOVIO would like to thank all of the trial participants and the investigator staff who have made this trial possible. We are very encouraged by the positive interim safety and preliminary cellular and humoral immune response results to date as well as the inclusion of INO-4800 in Operation Warp Speed. We are also pleased that INO-4800 vaccination abrogated viral replication in the lungs of mice challenged with SARS-CoV-2. We look forward to urgently advancing INO-4800, as it is the only nucleic-acid based vaccine that is stable at room temperature for more than a year and does not require to be frozen in transport or for years of storage, which are important factors when implementing mass immunizations to battle the current pandemic."

1

**Exhibit I, Page 1**

The Phase 1 clinical trial of INO-4800 initially enrolled 40 healthy adult volunteers 18 to 50 years of age at two U.S. sites with funding from the Coalition for Epidemic Preparedness Innovations (CEPI). The participants were enrolled into 1.0 mg and 2.0 mg dose cohorts; each participant received two doses of INO-4800 four weeks apart. Each dose was administered by intradermal injection using INOVIO's CELLECTRA® 2000 device. An independent Data Safety Monitoring Board reviewed the safety data. INO-4800 was generally safe and well-tolerated in all participants in both cohorts through week 8; all ten reported adverse events (AEs) were grade 1 in severity, and most were local injection site redness. There were no reported serious adverse events (SAEs).

Multiple immunology assays including those for humoral and cellular immune responses are being conducted for both 1.0 mg and 2.0 mg dose cohorts after two doses at week 6. Analyses to date have shown that 94% (34 out of 36 total trial participants) demonstrated overall immunological response rates based on preliminary data assessing humoral (binding and neutralizing) and T cell immune responses. One participant in the 1.0 mg dose cohort and two participants in the 2.0 mg dose cohort were excluded in the immune analyses as they tested positive for COVID-19 immune responses at study entry, indicating prior infection. One participant in the 2.0 mg dose cohort discontinued the study for reasons unrelated to safety or tolerability. INOVIO plans to publish the full data set in a peer-reviewed medical journal.

One key feature of INOVIO's DNA vaccines is the ability to generate balanced antibody and T cell immune responses, which in the case of SARS-CoV-2 infection could be important in the development of potential COVID-19 vaccines. In this regard, recent scientific reports have highlighted that SARS-CoV-2-specific T cells found in convalescent patients have been positively implicated in controlling the severity of their COVID-19 disease (Grifoni et al, Cell 2020) while other studies have shown that a significant proportion (33% to 40%) of convalescent individuals in their reports had neutralizing antibody below detectable levels (Robbiani et al, Nature 2020 and Payne et al, MMWR 2020).

In addition to positive interim Phase 1 data, INO-4800 has been shown to protect mice in SARS-CoV-2 viral challenge studies, where vaccination with INO-4800 prevented viral replication in the lungs of animals challenged with SARS-CoV-2. Moreover, INO-4800 is currently being tested in a ferret challenge model as well as in NHP challenge studies as part of Operation Warp Speed.

"While the pathophysiologic profile of SARS-CoV-2 is not completely understood, research and clinical studies suggest that both T cell and antibody immune responses will be important for protection in both mild and serious infections. Leveraging our previous expertise in MERS with INO-4700, where we demonstrated significant antibody and cellular responses, the breadth and profile of the responses observed to date with INO-4800 targeting SARS-CoV-2 provide a promising read towards further development and addressing the existing public health threat,"

**Exhibit I, Page 2**

said Dr. Kate Broderick, Senior Vice President of R&D at INOVIO.

As previously announced, INOVIO received $71 million funding from the U.S. Department of Defense to support the large-scale manufacture of the company's proprietary CELLECTRA® 3PSP smart device and the procurement of CELLECTRA® 2000 devices. INO-4800 development has also been supported by generous funding from CEPI and the Bill & Melinda Gates Foundation.

## About INO-4800

INO-4800 is INOVIO's DNA vaccine candidate being developed to protect against the novel coronavirus SARS-CoV-2, which causes COVID-19. INO-4800 was designed rapidly using INOVIO's proprietary DNA medicine platform after the publication of the genetic sequence of the coronavirus that causes COVID-19. INOVIO has extensive experience working with coronaviruses and is the only company with a Phase 2 vaccine for a related coronavirus that causes Middle East Respiratory Syndrome (MERS).

INO-4800 is the only nucleic-acid based vaccine that is stable at room temperature for more than a year and does not require to be frozen in transport or storage, which are important factors when implementing mass immunizations.

## About INOVIO's DNA Medicines Platform

INOVIO has 15 DNA medicine clinical programs currently in development focused on HPV-associated diseases, cancer, and infectious diseases, including coronaviruses associated with MERS and COVID-19 diseases being developed under grants from the Coalition for Epidemic Preparedness Innovations (CEPI) and the DoD. DNA medicines are composed of optimized DNA plasmids, which are small circles of double-stranded DNA that are synthesized or reorganized by a computer sequencing technology and designed to produce a specific immune response in the body.

INOVIO's DNA medicines deliver optimized plasmids directly into cells intradermally or intramuscularly using INOVIO's proprietary hand-held smart device called CELLECTRA®. The CELLECTRA device uses a brief electrical pulse to reversibly open small pores in the cell to allow the plasmids to enter, overcoming a key limitation of other DNA and other nucleic acid approaches, such as mRNA. Once inside the cell, the DNA plasmids enable the cell to produce the targeted antigen. The antigen is processed naturally in the cell and triggers the desired T cell and antibody-mediated immune responses. Administration with the CELLECTRA device is designed to ensure that the DNA medicine is efficiently delivered directly into the body's cells, where it can go to work to drive an immune response. INOVIO's DNA medicines do not interfere with or change in any way an individual's own DNA. The advantages of INOVIO's DNA medicine platform are how fast DNA medicines can be designed and manufactured,

3

**Exhibit I, Page 3**

# Exhibit J

Excerpted

**S&P Global**
Market Intelligence

# Inovio Pharmaceuticals, Inc.
# NasdaqGS:INO
# FQ2 2020 Earnings Call Transcripts

## Monday, August 10, 2020 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2020- | | | -FQ3 2020- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.17) | (0.83) | NM | (0.17) | (0.70) | 1.28 |
| Revenue (mm) | 2.61 | 0.27 | ▼ (89.66 %) | 3.50 | 13.56 | 485.39 |

Currency: USD
Consensus as of  Jul-31-2020 11:16 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS (GAAP) - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ3 2019 | (0.25) | (0.23) | NM |
| FQ4 2019 | (0.24) | (0.38) | NM |
| FQ1 2020 | (0.22) | (0.26) | NM |
| FQ2 2020 | (0.17) | (0.83) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

**Exhibit J, Page 1**

INO-4800 Phase I clinical results, which is now undergoing peer review for publication at a top medical journal, have demonstrated robust immunogenicity, including neutralizing antibodies and T cell responses, both CD8 and CD4 T cell responses, and a uniquely favorable safety profile that supports the foundation of promising responses we have seen in more than 2,000 patients and over 7,000 application of our DNA medicines with our CELLECTRA delivery devices.

Inovio has also set the standard with INO-4800 for durability of a protective response in a nonhuman primate animal challenge study at 4 months post vaccination and has shown balanced antibody and T cell immunogenicity against the emerging dominant strain of the virus known as G614. To our knowledge, we are the first to report generation of neutralizing antibody against this mutated strain of the coronavirus by vaccinating nonhuman primates. This data is published as a preprint on bioArchive and is currently under review at a peer review journal. We look forward to publishing our additional animal challenge studies as well as being a part of Operation Warp Speed's nonhuman primate animal challenge study.

We also have made significant strides in expanding our global coalition to manufacture large-scale quantities of INO-4800 and smart devices to deliver them. I look forward to having our Chief Operating Officer, Dr. Jacqui Shea, provide you with our latest manufacturing update.

I want to thank our partners and growing global manufacturing coalition, which includes Richter-Helm BioLogics in Germany, other large-scale European manufacturers and Ology Bioservices and other large-scale manufacturers here in the U.S. I also want to thank our current funders, including the U.S. Department of Defense, CEPI and The Bill & Melinda Gates Foundation. With this support, we look forward to advancing INO-4800 into a Phase II/III trial in September and meeting our target to provide at least 1 million doses of our DNA vaccine this year and 100 million doses in 2021. And while this past quarter has been dominated by COVID-19 news, our team continues to drive forward our overall DNA medicines pipeline with important milestones that support our goal to produce data to challenge the status quo and focuses on the safety, efficacy, durability and versatility of our DNA medicines.

As a quick recap, over the quarter, we accomplished the following: First, we presented positive interim data from our Phase I/IIa trial for our Middle East Respiratory Syndrome DNA vaccine, INO-4700, at ASGCT and are moving forward with our Phase II trial in the Middle East. We are the first company with Phase II vaccine for the coronavirus that causes MERS, which is in the same family of viruses as the coronavirus that causes COVID-19.

Second, we presented positive 12-month overall survival data at ASCO, demonstrating an 85% survival rate for our DNA immunotherapy INO-5401 for the devastating and difficult-to-treat glioblastoma multiforme. We look forward to the fourth quarter, where we will be evaluating and providing at an oncology conference overall survival at 18 months, which is the primary efficacy end point for the 52-patient Phase II trial.

Third, we reported positive interim Phase II results for VGX-3100 against HPV-related precancerous anal and vulvar dysplasias, and we remain on track to report top line Phase III pivotal efficacy data for VGX-3100 against HPV-related precancerous cervical dysplasia from REVEAL 1 in the fourth quarter of this year.

Fourth, for REVEAL 2, as we mentioned during our last earnings conference call in May, patient recruitment took a hit as a result of global pandemic since the first quarter. Our team continues to work relentlessly on getting us back on track to prepandemic enrollment rate in a safe manner, and I am confident that we will be in a position to build off of a positive REVEAL 1 data this year.

Fifth, we're also excited with the progress across our HPV programs, particularly for INO-3107, which recently received an orphan drug designation from the FDA to treat the rare, debilitating and potentially fatal condition called recurrent respiratory papillomatosis or RRP. We're currently conducting an open-label multicenter Phase I/II trial of INO-3107 in the U.S. As we mentioned during previous calls regarding RRP, these patients typically undergo multiple surgeries a year and literally plan their lives around scheduling their surgeries. As such, given the disease characteristics and tight knit community where patients are treated, we believe enrollment will be relatively swift and anticipate interim readouts by next year. We also expect to apply for regulatory approval to commence a trial to evaluate INO-3107 in pediatric

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Exhibit J, Page 2**

as well as the robust immune response across the antibodies and the T cells, mirroring the impressive clinical data.

To give some more context, our challenge study is more stringent than what others have generated to date as it was performed over 3 months from the last vaccination and not at the peak of their acute immune responses at 1 to 4 weeks post last dose. As such, our challenge study addresses protection from memory immune responses and not from high levels of circulating antibodies present during the acute post vaccination phase. We also assess the ability of INO-4800 to generate neutralizing antibodies against the newly emergent virus strain, G614, which is critical to ensuring that our research keeps pace with the virus as it evolves. And I want to emphasize here that no antibody-enhanced disease events were reported, supporting our favorable safety profile. We look forward to reassessing the impact of INO-4800's durability of response at 12 months out with our other ongoing nonhuman primate animal challenge studies, and we're also pleased to be participating in Operation Warp Speed's nonhuman primate animal challenge.

Finally, we are excited that our expanded U.S. Phase I trial is fully enrolled in older subjects and proceeding as planned, and our Phase I/II trials in South Korea and China have begun. We look forward to providing data updates on these trials in the fourth quarter.

And now I'd like to hand it back over to Joseph. Thank you.

**J. Joseph Kim**
*CEO, President & Director*

Thank you, Kate. Great summary. Now I'll turn over to our COO, Dr. Jacqui Shea, for a manufacturing update.

**Jacqueline E. Shea**
*Chief Operating Officer*

Thank you, Joseph, and good afternoon, everyone. First, I'd like to take a moment to recap and highlight the unique advantages of our DNA vaccines platform specific to how quickly DNA medicines can be designed and manufactured as well as the stability of the products, which are both critical aspects in addressing a global pandemic.

In terms of rapid and scalable manufacturing, our DNA vaccine development is achieved via a fully scalable manufacturing process, which are well established. They are cost-effective to manufacture and to produce in large quantities. And very importantly, DNA medicines are also very easily characterized from a manufacturing perspective, much more so than many other biologic products, and this facilitates production through multiple manufacturers. As Joseph mentioned, we have an established plan in place for manufacturing at least 1 million 1 mg doses of INO-4800 this year and the target of 100 million doses by 2021. We are also working on further expanding our manufacturing consortium.

In terms of stability, INO-4800 does not require frozen shipping or storage, meaning no minus 20 or minus 80 freezers are required. Our vaccine is stable for a year at room temperature or for 2 months at 37 degrees C and has a 5-year projected shelf life when refrigerated. The formulation consists of optimized DNA plasmids, water and salt with no lipid nanoparticles or adjuvants required, further leading to not only better stability of the vaccine, but also better tolerability when administered. This stability is a unique and important differentiating factor that positions INO-4800 very favorably when considering the logistics of addressing global vaccination needs during a pandemic.

Also, as Joseph mentioned, Inovio made significant strides in expanding our global coalition of collaborators, partners, manufacturers and funders to rapidly advance and manufacture large-scale quantities of INO-4800 to meet the demands of this pandemic. So to give you some scale-up highlights, at the end of quarter 1, the Department of Defense awarded Ology Bioservices, an $11.9 million contract to work with Inovio to manufacture INO-4800 for the DoD for clinical trials. In quarter 2, we also expanded our manufacturing partnership with Richter-Helm BioLogics in Germany, partially funded through the Coalition for Epidemic Preparedness Innovations, or CEPI. We are also in the process of finalizing additional manufacturing partnerships in the U.S. and in Europe to fulfill our vaccine candidate production

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Exhibit J, Page 3**

goals of 1 million doses this year, 100 million next and plan to make announcements about the expanded consortium over the next few months.

In addition, we are uniquely positioned with our CELLECTRA smart devices that deliver our DNA vaccines intradermally into the cells, overcoming a key limitation of other DNA and other nucleic acid approaches. CELLECTRA 3PSP is our next-generation smart device that leverages the efficacy and safety track record of an earlier version of the device called CELLECTRA 2000 that has received the CE Mark certification and has been used in clinical trials to safely provide more than 7,000 administrations of Inovio's DNA medicines. The 3PSP has a small footprint. It's similar to the size of an electric toothbrush. And it's portable, handheld, battery-powered or rechargeable and very user-friendly with excellent patient and clinician feedback. Additionally, it's multiuse and able to administer up to 5,000 doses per device. Very importantly, the delivery process for our DNA medicines using the CELLECTRA device is complete in less than 20 seconds and has been described by patients and volunteers in our trials as more tolerable than the standard flu shot.

I'm pleased to report that in late June, we received $71 million in funding from the U.S. Department of Defense to scale up manufacturing of our CELLECTRA 3PSP smart device and for procurement of CELLECTRA 2000 devices for clinical use. Both devices are used to deliver INO-4800 directly into the skin. The DoD contract builds upon 2 prior separate 5 million grants earlier this year from The Bill & Melinda Gates Foundation and from CEPI to accelerate testing of the CELLECTRA 3PSP device. We are extremely grateful for the DoD's commitment, and it speaks to the confidence that a major U.S. government entity sees in the value of our smart device and the potential role of INO-4800 in combating an infectious disease pandemic such as COVID-19.

Finally, I'd like to reiterate our gratitude to all of our partners, collaborators, manufacturing partners and funders once again and look forward to sharing continued updates as we scale up INO-4800 production.

Now I'll hand back to Joseph.

**J. Joseph Kim**
*CEO, President & Director*

Thank you, Jacqui, for the update and for your team's outstanding work. Our CFO, Peter Kies, joins us now for a review of second quarter financial results. Results, I have to add, include almost $400 million in cash reserves. Peter?

**Peter D. Kies**
*Chief Financial Officer*

Thanks, Joseph. Total revenue was $267,000 for the 3 months ended June 30, 2020, compared to $136,000 for the same period in 2019, while operating expenses were $33.4 million compared to $28.3 million for the same period in 2019.

Inovio's net loss for the quarter was $128.2 million or $0.83 per share basic and dilutive compared to $29.4 million or $0.30 per share basic and dilutive for the same period in 2019. It is important to understand that the increase in net loss for the quarter was primarily due to the change in fair value of the derivative liability related to the embedded conversion feature in our August 2019 convertible bonds. This is revalued at each reporting period. Without this noncash deliberative liability expense, the company's net loss for the quarter would be consistent with the second quarter 2019, and our net loss per share would be $0.20 per share rather than $0.83 per share, which is $0.10 less per share than 2019 -- for the same period in 2019. Subsequent to June 30, 2020, these bonds were converted voluntarily by the bondholders into common stock.

For operating expenses, R&D expenses for second quarter were $22.4 million compared to $22.5 million for the same period in 2019. Here, the decrease in R&D expenses was primarily related to an increase in contra-research and development expense recorded from grant agreements, offset by an increase in drug manufacturing expense related to our COVID-19 and VGX-3100 clinical trials and an increase in device inventory and engineering equipment.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Exhibit J, Page 4**

# Exhibit K

Excerpted

Case# 2020-06554-64 Docketed at Montgomery County Prothonotary on 08/25/2020 3:04 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA
CIVIL ACTION – LAW

| | | |
|---|---|---|
| INOVIO PHARMACEUTICALS, INC. | : | NO. 2020-06554 |
| | : | Superior Court No. 1349 EDA 2020 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| GENEONE LIFE SCIENCE INC and | : | |
| VGXI, INC | : | |

**OPINION**

SALTZ, J.                                                                                          **August 25, 2020**

I.      **FACTS**

If the current COVID-19 pandemic is a leading epidemiologist's "worst nightmare,"[1] then a safe, effective, and timely vaccine is "perhaps the best hope for ending" the nightmare.[2] In this case, Plaintiff Inovio Pharmaceuticals, Inc. ("Inovio"), a developer of a potential vaccine, brought this suit against Defendant VGXI, Inc. ("VGXI"), its principal manufacturing contractor, and VGXI's corporate parent, Defendant GeneOne Life Science, Inc. ("GeneOne"). Inovio sought a mandatory preliminary injunction to require VGXI to share its proprietary manufacturing technology with several other manufacturers, in order to allow for accelerated commercial production of the vaccine. Inovio asserts that such a technology transfer is required under a Supply Agreement between the parties. After consideration of two days of testimony, extensive exhibits, detailed briefing and argument, and the applicable law, this Court concluded

---

[1] Denise Grady, "Fauci Warns That the Coronavirus Pandemic Is Far From Over," N.Y. Times, https://www.nytimes.com/2020/06/09/health/fauci-vaccines-coronavirus.html (June 9, 2020).

[2] Mayo Clinic, COVID-19 (Coronavirus) Vaccine: Get the Facts, https://www.mayoclinic.org/diseases-conditions/coronavirus/in-depth/coronavirus-vaccine/art-20484859 (June 10, 2020).

1

**Exhibit K, Page 1**

Case# 2020-06554-64 Docketed at Montgomery County Prothonotary on 08/25/2020 3:04 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

irreparable harm was insufficient to satisfy the "concrete evidence" requirement because it was inherently speculative and contingent.

*First*, Inovio argues that without a transfer of VGXI's technology to alternate manufacturers, it will be unable to achieve timely large-scale manufacture of its vaccine. To be sure, Inovio presented evidence that it designed its vaccine so that it could be readily produced through VGXI's process and that the different processes used by other manufacturers may not be suitable. But the evidence of this harm was inescapably hypothetical. As Dr. Shea testified, "we will have to see if [an alternate manufacturer's] existing process works for this vaccine" and "we don't know currently whether or not other processes will work for this plasmid." (Tr., 6/18/20, Shea, at 140.) Evidence that irreparable harm *might* result from the unavailability of VGXI's technology, while conceding that other manufacturers' processes may be suitable, is too uncertain and speculative to meet the *Summit* standard.

Dr. Shea did testify that determining whether another process would work could entail delays of "[m]onths to years" (Tr., 6/18/20, Shea, at 140), but Inovio's own conduct is inconsistent with that assessment. Most specifically, in discussing Inovio's manufacturing arrangement with Ology, Mr. Juba told Ms. Peterson that Ology "would start" manufacturing using its own process, that "there was a risk it would not work," and that "in that case" a transfer of VGXI's technology would be needed. (Tr., 6/18/20, Juba, at 213.) This plan made clear that Inovio's professed need for a transfer was not "immediate" but rather contingent on whether Ology's own technology — and, by extension, the technology of other alternate manufacturers — would or would not work. Other evidence, discussed *supra*, pp. 15-16, showed that the chronology of events in the first several months of 2020 does not reflect the urgent, categorical need for a technology transfer that Inovio now professes. In short, the evidence that Inovio will

20

Case# 2020-06554-64 Docketed at Montgomery County Prothonotary on 08/25/2020 3:04 PM, Fee = $0.00. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

be unable to manufacture its vaccine on a timely basis without a technology transfer is not "concrete" but rather is based on "hypothesis." *Id.* It is therefore insufficient to support a preliminary injunction.[10]

*Second*, Inovio argues that without a technology transfer, the public will be deprived of a critical medical remedy for COVID-19. Such a deprivation would surely constitute irreparable harm, but once again, the evidence shows that the harm is hypothetical and speculative. There are approximately 160 other potential vaccines in development, any one of which may be the silver bullet (or one of multiple silver bullets) that can end this pandemic. Inovio has presented evidence that the results of its product thus far are encouraging. But the history of pharmaceutical research contains countless examples of treatments that initially showed promise but ultimately failed to prove themselves safe and effective. As the United States Supreme Court has explained:

> [E]ven at late stages in the development of a new drug, scientific testing is a process of trial and error. In the vast majority of cases, neither the drugmaker nor its scientists have any way of knowing whether an initially promising candidate will prove successful over a battery of experiments. That is the reason they conduct the experiments.

*Merck KGaA v. Integra Lifesciences I, Ltd.*, 545 U.S. 193, 206 (2005).

*Third*, Inovio argues that its entitlement to a technology transfer under the Supply Agreement is a "unique" contractual right and that the deprivation of that right is per se irreparable harm. This proposition — that the deprivation of an abstract contractual right, without more, constitutes irreparable injury — is directly contrary to the requirement to present "concrete evidence of harm." *Summit*, 828 A.2d at 1002. Under that requirement, it is

---

[10] Inovio asserts that "the undisputed evidence established that no manufacturer other than VGXI has the current ability to manufacturer [sic] the vaccine." (Concise Statement, ¶ 3.) In view of the above-quoted testimony of Dr. Shea and Mr. Juba, this characterization of the evidence is simply erroneous. The evidence is that the manufacturing ability of other companies has not been ascertained.

21

**Exhibit K, Page 3**

# Exhibit L

Excerpted

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

## FORM 10-Q

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE QUARTERLY PERIOD ENDED MARCH 31, 2020**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**FOR THE TRANSITION PERIOD FROM TO**

**COMMISSION FILE NO. 001-14888**

## INOVIO PHARMACEUTICALS, INC.
**(EXACT NAME OF REGISTRANT AS SPECIFIED IN ITS CHARTER)**

| | |
|---|---|
| **DELAWARE** | **33-0969592** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**660 W. GERMANTOWN PIKE, SUITE 110**
**PLYMOUTH MEETING, PA**

**19462**

| | |
|---|---|
| **(Address of principal executive offices)** | **(Zip Code)** |

**REGISTRANT'S TELEPHONE NUMBER, INCLUDING AREA CODE: (267) 440-4200**

**SECURITIES REGISTERED PURSUANT TO SECTION 12(B) OF THE ACT:**

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| COMMON STOCK, $0.001 PAR VALUE | INO | Nasdaq Global Select Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The number of shares outstanding of the Registrant's Common Stock, $0.001 par value, was 158,096,451 as of May 8, 2020.

**Exhibit L, Page 1**

conduct a substantial amount of additional research and development before any regulatory authority will approve any of our vaccine product candidates, including INO-4800, our coronavirus vaccine candidate. The success of our efforts to develop and commercialize our product candidates, including INO-4800, could be delayed or fail for a number of reasons. For example, we could experience delays in product development and clinical trials. Our product candidates could be found to be ineffective or unsafe, or otherwise fail to receive necessary regulatory clearances. The products, if safe and effective, could be difficult to manufacture on a large scale or uneconomical to market, or our competitors could develop superior products more quickly and efficiently or more effectively market their competing products.

In addition, adverse events, or the perception of adverse events, relating to vaccine and immunotherapy candidates and delivery technologies may negatively impact our ability to develop commercially successful products. For example, pharmaceutical companies have been subject to claims that the use of some pediatric vaccines has caused personal injuries, including brain damage, central nervous system damage and autism. These and other claims may influence public perception of the use of vaccine and immunotherapy products and could result in greater governmental regulation, stricter labeling requirements and potential regulatory delays in the testing or approval of our potential products.

***Our substantial indebtedness could limit the cash flow available for our operations and could expose us to risks that could adversely affect our business, financial condition and results of operations.***

During 2019, we sold $78.5 million aggregate principal amount of 6.50% convertible senior notes due 2024, or the Notes, as well as $15.0 million and $4.1 million aggregate principal amount of 1.0% convertible bonds due August 2024 and December 2024, respectively, or the August 2019 Bonds and the December 2019 Bonds, respectively. We may also incur additional indebtedness to meet future financing needs. Our indebtedness could have significant negative consequences for our security holders and our business, results of operations and financial condition by, among other things:

- increasing our vulnerability to adverse economic and industry conditions;

- limiting our ability to obtain additional financing;

- requiring the dedication of a substantial portion of our cash flow from operations to service our indebtedness, which will reduce the amount of cash available for other purposes;

- limiting our flexibility to plan for, or react to, changes in our business;

- diluting the interests of our existing stockholders if we issue shares of our common stock upon conversion of the Notes, the August 2019 Bonds and the December 2019 Bonds in accordance with their respective terms; and

- placing us at a possible competitive disadvantage with competitors that are less leveraged than us or have better access to capital.

Our business may not generate sufficient funds, and we may otherwise be unable to maintain sufficient cash reserves, to pay amounts due under the Notes, the August 2019 Bonds and the December 2019 Bonds and any additional indebtedness that we may incur. In addition, our cash needs may increase in the future. In addition, any future indebtedness that we may incur may contain financial and other restrictive covenants that limit our ability to operate our business, raise capital or make payments under our other indebtedness. If we fail to comply with these covenants or to make payments under our indebtedness when due, then we would be in default under that indebtedness, which could, in turn, result in that and our other indebtedness becoming immediately payable in full.

***The conditional conversion features of the Notes, if triggered, may adversely affect our financial condition, operating results, or liquidity.***

In the event the conditional conversion feature of the Notes is triggered, holders of the Notes will be entitled to convert their Notes into shares of our common stock at any time during specified periods at their option. If one or more of the holders of the Notes elects to convert their Notes, unless we satisfy our conversion obligation by delivering only shares of our common stock, we would be required to settle all or a portion of our conversion obligation through the payment of cash, which could adversely affect our liquidity. The conditional convertibility of the Notes will be monitored at each quarterly reporting date and analyzed dependent upon market prices of our common stock during the prescribed measurement periods.

***Conversion of the Notes, the August 2019 Bonds and/or the December 2019 Bonds will dilute the ownership interest of existing stockholders, and may otherwise depress the price of our common stock.***

The conversion of some or all of the Notes, the August 2019 Bonds and/or December 2019 Bonds will dilute the ownership interests of existing stockholders to the extent we deliver shares of our common stock upon conversion of any of the Notes. The Notes may become in the future convertible at the option of the holders of the Notes prior to November 1, 2023 under certain circumstances as provided in the indenture governing the Notes. The August 2019 Bonds and December 2019 Bonds may become in the future convertible at the option of the holders of the August 2019 Bonds and December 2019 Bonds starting August 1, 2020 and December 31, 2020, respectively, until the date that is one month prior to maturity date of the

35

- the U.S. Foreign Corrupt Practices Act, which, among other things, prohibits companies issuing stock in the U.S. from bribing foreign officials for government contracts and other business;

- state law equivalents of each of the above federal laws, such as anti-kickback and false claims laws which may apply to items or services reimbursed by any third-party payor, including commercial insurers, state and local laws requiring the registration of pharmaceutical sales and medical representatives, and state laws governing the privacy and security of health information in certain circumstances, many of which differ from each other in significant ways and often are not preempted by HIPAA, thus complicating compliance efforts; and

- additional state and local laws such as laws in California and Massachusetts, which mandate implementation of compliance programs, compliance with industry ethics codes, and spending limits, and other state and local laws, such as laws in Vermont, Maine, and Minnesota which require reporting to state governments of gifts, compensation, and other remuneration to physicians.

The shifting regulatory environment, along with the requirement to comply with multiple jurisdictions with different compliance and/or reporting requirements, increases the possibility that a company may run afoul of one or more laws.

We will be required to spend substantial time and money to ensure that our business arrangements with third parties comply with applicable healthcare laws and regulations. Because of the breadth of these laws and the narrowness of the statutory exceptions and regulatory safe harbors available, which require strict compliance in order to offer protection, it is possible that governmental authorities may conclude that our business practices do not comply with current or future statutes, regulations, agency guidance or case law involving applicable healthcare laws. If our operations are found to be in violation of any of the laws described above or any other governmental regulations that apply to us, we may be subject to significant penalties, including administrative, civil and criminal penalties, damages, fines, disgorgement, possible exclusion from participation in Medicare, Medicaid and other federal healthcare programs, imprisonment, integrity and/or other oversight obligations, contractual damages, reputational harm, and the curtailment or restructuring of our operations. Any such penalties could adversely affect our ability to operate our business and our financial results. Any action against us for violation of these laws, even if we successfully defend against it, could cause us to incur significant legal expenses and divert our management's attention from the operation of our business.

***If we and the contract manufacturers upon whom we rely fail to produce our systems and product candidates in the volumes that we require on a timely basis, or fail to comply with stringent regulations, we may face delays in the development and commercialization of our electroporation equipment and product candidates.***

We manufacture some components of our electroporation systems and utilize the services of contract manufacturers to manufacture the remaining components of these systems and our product supplies for clinical trials. The manufacture of our systems and product supplies requires significant expertise and capital investment, including the development of advanced manufacturing techniques and process controls. Manufacturers often encounter difficulties in production, particularly in scaling up for commercial production. These problems include difficulties with production costs and yields, quality control, including stability of the equipment and product candidates and quality assurance testing, shortages of qualified personnel, as well as compliance with strictly enforced federal, state and foreign regulations. If we or our manufacturers were to encounter any of these difficulties or our manufacturers otherwise fail to comply with their obligations to us, our ability to provide our electroporation equipment to our partners and products to patients in our clinical trials or to commercially launch a product would be jeopardized. Any delay or interruption in the supply of clinical trial supplies could delay the completion of our clinical trials, increase the costs associated with maintaining our clinical trial program and, depending upon the period of delay, require us to commence new trials at significant additional expense or terminate the trials completely.

In addition, all manufacturers of our products must comply with cGMP requirements enforced by the FDA through its facilities inspection program. These requirements include, among other things, quality control, quality assurance and the generation and maintenance of records and documentation. Manufacturers of our products may be unable to comply with these cGMP requirements and with other FDA, state and foreign regulatory requirements. We have little control over our manufacturers' compliance with these regulations and standards. A failure to comply with these requirements may result in fines and civil penalties, suspension of production, suspension or delay in product approval, product seizure or recall, or withdrawal of product approval. If the safety of any product is compromised due to our or our manufacturers' failure to adhere to applicable laws or for other reasons, we may not be able to obtain regulatory approval for or successfully commercialize our products, and we may be held liable for any injuries sustained as a result. Any of these factors could cause a delay of clinical trials, regulatory submissions, approvals or commercialization of our products, entail higher costs or result in our being unable to effectively commercialize our products. Furthermore, if our manufacturers fail to deliver the required commercial quantities on a timely basis, pursuant to provided specifications and at commercially reasonable prices, we may be unable to meet demand for our products and would lose potential revenues.

***Our failure to successfully acquire, develop and market additional product candidates or approved products would impair our ability to grow.***

46

# Exhibit M

Excerpted



NEWS RELEASE

# INOVIO Adds Thermo Fisher Scientific To Global Manufacturing Consortium

9/8/2020

INOVIO Plans to Have 100 Million Doses of COVID-19 Vaccine Candidate INO-4800 Manufactured in 2021
PLYMOUTH MEETING, Pa., Sept. 8, 2020 /PRNewswire/ -- INOVIO (NASDAQ:INO), a biotechnology company focused on bringing to market precisely designed DNA medicines to treat and protect people from infectious diseases and cancer, today announced that Thermo Fisher Scientific, the world leader in serving science, has signed a letter of intent to manufacture INOVIO's DNA COVID-19 vaccine candidate INO-4800.

Thermo Fisher joins other contract development and manufacturing organizations in INOVIO's global manufacturing consortium, enabling INOVIO to potentially scale commercial production of INO-4800. With its consortium of third-party manufacturers, INOVIO plans to have 1001 million doses of INO-4800 manufactured in 2021, subject to FDA approval of INO-4800 for use as a COVID-19 vaccine. Thermo Fisher plans to manufacture INO-4800 drug substance as well as perform fill and finish of INO-4800 drug product at its commercial facilities in the US. At peak capacity, Thermo Fisher projects that it could produce at least 100 million doses of INO-4800 annually.

"INOVIO welcomes Thermo Fisher to our global consortium of commercial scale vaccine manufacturers and we look forward to partnering with them on this critically important endeavor," said Dr. J. Joseph Kim, INOVIO's President & Chief Executive Officer. "Thermo Fisher's global capabilities and scale will be central to our production progress – the organization's commitment to quality, reliable production will be key to our ability to meet the urgent, global demand for a safe and effective vaccine against COVID-19."

Leon Wyszkowski, President, Commercial Operations for Thermo Fisher's Pharma Services business, said, "INOVIO has truly embraced the value of our end-to-end capabilities – starting with our initial work on clinical trials through supporting their commercial needs today. We remain extremely well-positioned to support INOVIO on its mission to manufacture 100 million doses of vaccine in 2021."

"INOVIO is very excited to partner with Thermo Fisher for the manufacture of DNA plasmid drug substance and

1

**Exhibit M, Page 1**

# Exhibit N

Excerpted

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Kim Jong Joseph | INOVIO PHARMACEUTICALS, INC. [ INO ] | X Director          10% Owner |
| (Last)     (First)     (Middle) | 3. Date of Earliest Transaction (Month/Day/Year) 01/13/2020 | X Officer (give title below)     Other (specify below) |
| 660 W. GERMANTOWN PIKE SUITE 110 | | Chief Executive Officer |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| PLYMOUTH MEETING   PA     19462 | | X Form filed by One Reporting Person |
| (City)     (State)     (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 01/13/2020 | | P | | 22,500 | A | $3.11 | 1,100,707 | D | |
| Common Stock | | | | | | | | 816,527 | I | By Family Limited Partnership |
| Common Stock | | | | | | | | 33,563 | I | By Daughter: EK |
| Common Stock | | | | | | | | 33,775 | I | By Son: JK1 |
| Common Stock | | | | | | | | 5,975 | I | By Spouse |
| Common Stock | | | | | | | | 33,533 | I | By Son: JK2 |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

**Remarks:**

**Exhibit N, Page 1**

# Exhibit O

Excerpted

SEC Form 4

**FORM 4**

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
| --- | --- |
| OMB Number: | 3235-0287 |
| Estimated average burden | |
| hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* <br> Kim Jong Joseph <br><br> (Last)    (First)    (Middle) <br> 660 W. GERMANTOWN PIKE SUITE 110 <br><br> (Street) <br> PLYMOUTH MEETING    PA    19462 <br><br> (City)    (State)    (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> INOVIO PHARMACEUTICALS, INC. [ INO ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 07/30/2020 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br> X    Director          10% Owner <br> X    Officer (give title below)    Other (specify below) <br><br> Chief Executive Officer <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X    Form filed by One Reporting Person <br>       Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/30/2020 | | S[1] | | 100,000 | D | $21.1345[2] | 1,188,313 | D | |
| Common Stock | | | | | | | | 816,527 | I | By Family Limited Partnership |
| Common Stock | | | | | | | | 33,563 | I | By Daughter: EK |
| Common Stock | | | | | | | | 33,775 | I | By Son: JK1 |
| Common Stock | | | | | | | | 5,975 | I | By Spouse |
| Common Stock | | | | | | | | 33,533 | I | By Son: JK2 |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. The sales reported in this Form 4 were effected pursuant to a Rule 10b5-1 trading plan adopted by the Reporting Person.

2. These transactions were executed in multiple trades at prices ranging from $20.19 to $22.78, inclusive. The price reported in Column 4 is a weighted average price. The reporting person hereby undertakes to provide upon request to the SEC staff, the Issuer or a security holder of the Issuer full information regarding

**Exhibit O, Page 1**

# **Exhibit P**

## Excerpted

# MAXIM GROUP

## EQUITY RESEARCH
### COMPANY UPDATE

## Biotechnology

**INO -** NASDAQ      March 3, 2020

| Intraday Price 3/3/20 | $5.12 |
|---|---|
| Rating: | Buy |
| 12-Month Target Price: | $6.00 |
| 52-Week Range: | $1.92 - $5.95 |
| Market Cap (M): | 519.0 |
| Shares O/S (M): | 101.4 |
| Float: | 96.2% |
| Avg. Daily Volume (000): | 7,762.6 |
| Debt (M): | $70.0 |
| Dividend: | $0.00 |
| Dividend Yield: | 0.0% |
| Risk Profile: | Speculative |
| Fiscal Year End: | December |

### Total Expenses ('000)

|  | 2018A | 2019E | 2020E |
|---|---|---|---|
| 1Q | 34,276 | 31,365A | 24,895 |
| 2Q | 29,652 | 28,336A | 25,019 |
| 3Q | 28,644 | 24,819A | 25,144 |
| 4Q | 32,002 | 24,828 | 25,270 |
| FY | 124,573 | 109,348 | 100,329 |



**Jason McCarthy, Ph.D.**
(212) 895-3556
jmccarthy@maximgrp.com

# Inovio Pharmaceuticals, Inc.     **Buy**

### COVID-19 Vaccine Candidate INO-4800 Timelines Announced, Could Have 1 Million Doses by YE20

## Summary

- INO shares are up ~17% on the announcement of development timelines for its COVID-19 vaccine (INO-4800) using its DNA vaccine platform.

- The company plans to initiate a US clinical trial (30 healthy subjects) in April with data by Fall 2020, and if positive, have 1M doses prepared for emergency use and future trials by the end of 2020. Importantly, this is not the first coronavirus vaccine from Inovio, they already have one for MERS which demonstrated positive data in humans.

- Inovio also received $9M to support initial INO-4800 development from the Coalition for Epidemic Preparedness Innovations (CEPI). Inovio previously was awarded up to $56M for other viral diseases, including Zika.

## Details

**Valuations in the COVID-19 space have risen significantly.** Over the past few weeks, COVID-19 has rattled the markets, leading the worst week for the S&P since the 2008. Since 2/1, companies associated with the COVID-19 space have seen rapidly rising valuations. For example, Gilead (GILD - Hold) is up ~15%, Codiagnostics (CODX - Hold) up ~360%, Moderna (MRNA - NR) up ~30%, and even safety equipment and safety products company Alpha Pro Tech (APT - NR) is up ~160%. However, Inovio seems to have been somewhat overlooked thus far (up ~13% since 2/1), in our view, yet this company may have the best vaccine option for COVID-19. Recall that Inovio's DNA-based vaccines span now 15 indications, including COVID-19, but also other coronaviruses like MERS. For MERS, Inovio has data in humans (see below).

**The new COVID-19 vaccine, INO-4800 was developed in just 3 hours** once the COVID-19 sequence was deposited in data banks for public access. This is demonstration of the versatility and speed with which Inovio can respond to an 'emergency' situation. Dr. Joseph Kim, CEO of the company, was called upon for the Ebola outbreak in 2014 and again in 2016 for Zika. Not surprising his group was called upon for COVID-19.

This is further supported by the fact that Inovio is consistently the recipient of non-dilutive grant funding for its infectious diseases vaccines from the Coalition for Epidemic Preparedness Innovations (CEPI). The company announced in February that CEPI has awarded a grant of up to $9M for development of a vaccine against COVID-19 (formerly 2019-nCoV). Inovio has previously developed candidates against arenavirus Lassa Fever and coronavirus Middle Eastern Respiratory Syndrome (MERS). The company was also called upon to develop a vaccine for the 2016 Zika outbreak. This work is supported with up to $56M in grants from CEPI.

**INO-4800 COVID-19 timeline.** Inovio has rapidly developed its DNA-based COVID-19 vaccine, which is set to enter the clinic in April. The company first received the genetic sequence on 1/10/20, after which it designed the vaccine within 3 hours using its DNA-based vaccine platform and entered preclinical development. On 1/23, the company received a grant of up to $9M from the Coalition for Epidemic Preparedness Innovations (CEPI) to fund development of the vaccine (preclinical and P1) and continued preclinical testing in animals, generating immune responses. The company has finalized the human trial designs, and has 3k doses prepared for clinical studies in the US, South Korea, and China. Large scale manufacturing plans are also developed. The human trials are set to begin in April. The US study will be in N=30 healthy volunteers, and initiation should be followed shortly by the studies in China and South Korea. Data from these trials are expected to be reported in Fall 2020. By the end of 2020, Inovio plans to have 1M doses prepared for emergency use and further trials.

This report is intended for ben.matone@inovio.com. Unauthorized distribution prohibited.

---

SEE PAGES 4 - 5 FOR IMPORTANT DISCLOSURES AND DISCLAIMERS

**Exhibit P, Page 1**

# Exhibit Q

Excerpted

**Company Update**

*Healthcare*

**March 4, 2020**

# ✕ H.C.WAINWRIGHT&CO.

## Inovio Pharmaceuticals, Inc. (INO)
## Rating: Buy

Raghuram Selvaraju, Ph.D.
212-916-3966
rselvaraju@hcwresearch.com

Yi Chen, Ph.D. CFA
212-916-3971
ychen@hcwresearch.com

## Coronavirus Vaccine Development Timeline Accelerated; Positive Preclinical Data; Reiterate Buy

| Stock Data | 03/03/2020 |
|---|---|
| Price | $7.45 |
| Exchange | NASDAQ |
| Price Target | $13.00 |
| 52-Week High | $7.48 |
| 52-Week Low | $1.92 |
| Enterprise Value (M) | $755 |
| Market Cap (M) | $755 |
| Public Market Float (M) | 96.3 |
| Shares Outstanding (M) | 101.4 |
| 3 Month Avg Volume | 9,706,511 |
| Short Interest (M) | 13.01 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $97.8 |
| Total Debt (M) | $98.0 |
| Total Cash/Share | $0.96 |
| Book Value/Share | $0.34 |

| EPS Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | (0.36) | (0.30)A | (0.22) |
| 2Q | (0.08) | (0.30)A | (0.23) |
| 3Q | (0.27) | (0.25)A | (0.19) |
| 4Q | (0.34) | (0.23) | (0.22) |
| FY | (1.05) | (1.06) | (0.86) |

| Revenue ($M) | | | |
|---|---|---|---|
| Full Year - Dec | 2018A | 2019E | 2020E |
| 1Q | 1.5 | 2.8A | 1.3 |
| 2Q | 24.4 | 0.1A | 1.3 |
| 3Q | 2.0 | 0.9A | 1.3 |
| 4Q | 2.5 | 1.3 | 1.3 |
| FY | 30.5 | 5.1 | 5.0 |



**COVID-19 vaccine Phase 1 data slated for fall 2020.** Yesterday, Inovio Pharmaceuticals formally announced the accelerated timeline for the development of its DNA vaccine against coronavirus COVID-19, designated INO-4800, following the company's participation in and presentation at the U.S. Coronavirus Task Force meeting at the White House. INO-4800 is now slated to enter human clinical testing in the U.S. in April 2020 and soon thereafter in both China and South Korea. The company plans to deliver 1M doses by the end of 2020 with existing resources and capacity. We find it impressive that Inovio first designed INO-4800 on January 10, within three hours of receiving the viral genetic sequence, and managed to complete preclinical studies and manufacture 3,000 human trial doses in roughly three months. The Phase 1 study starting in April is to enroll 30 healthy volunteers in the U.S. under the protocol and report data in Fall 2020. Accordingly, we believe INO-4800 could be ready for a Phase 2 trial and available for emergency use by the end of 2020. Inovio's DNA-based medicines do not need cold chain logistics, can be stored at room temperature for one year, and at 37°C for one week. The company's proprietary injection device is battery-operated and highly portable. Therefore, INO-4800 could be easily transported and deployed anywhere around the globe, in our view. In the wake of this update, we reiterate our Buy rating and $13 price target.

**INO-4800 animal data appear promising.** The preclinical data of INO-4800 are available online as a preprint prior to publication in *Nature Communications*. According to the article, INO-4800 targets a major surface antigen, the spike protein of SARS-CoV-2. The immunogenicity of INO-4800 was evaluated in BALB/c mice. Data revealed robust IgG binding against SARS-CoV-2 S protein antigens, with limited cross-reactivity to SARS-CoV S protein antigens, in the serum of INO-4800 immunized mice. Robust endpoint titers were observed in the serum of mice at day 14 after immunization with a single dose of INO-4800. INO-4800 immunogenicity was also evaluated in the Hartley guinea pig model, an established model for intradermal vaccine delivery. Immunization with INO-4800 showed a robust immune response in respect to SARS-CoV-2 S1+2 protein binding IgG levels in the serum on day 14. Therefore, immunogenicity testing in both mice and guinea pigs demonstrated that INO-4800 is capable of eliciting antibody responses to SARS-CoV-2 spike protein. In addition, T cell responses against SARS-CoV-2, SARS-CoV, and MERS-CoV S antigen were assayed. On day 7 post-INO-4800 administration, T cell responses were observed against SARS-CoV-2 for the 2.5µg and 10µg doses, respectively; higher magnitude responses were observed on day 10. Moreover, rapid and robust T cell responses against SARS-CoV-2 S protein epitopes were detected in mice immunized with INO-4800. In summary, we believe INO-4800's ability to rapidly elicit robust humoral and cellular responses at an early time point following a single immunization is very encouraging. Additional preclinical studies are ongoing to further characterize INO-4800 in both small and larger animals.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 5 - 6 of this report.

**Exhibit Q, Page 1**

# Exhibit R

Excerpted

# PIPER | SANDLER

HOT COMMENT
June 30, 2020

## Inovio Pharmaceuticals (INO) — Neutral

### So Far So Good on INO-4800 Clinical Data, But Can They Manufacture It?

## CONCLUSION

**No change to Neutral outlook on INO following the disclosure of initial top-line clinical data for the company's COVID-19 vaccine candidate, INO-4800.** Not a ton of detail at this point but 94% (34/36) of participants demonstrated an "overall immunological" (humoral and T cell) response at week 6, with a benign safety profile (generally limited to injection site redness), which overall appears consistent with preclinical data published in May. That said, we continue to worry that investor hopes for INO-4800 to emerge as a viable vaccine candidate to address the current COVID-19 pandemic are unrealistic barring clarity on the manufacturing scalability front. Given this, we remain on the sidelines.

- **Very early clinical data**. This was a P1 healthy volunteer trial (n=40, age 18-50) evaluating two doses of INO-4800 (1.0mg and 2.0mg) administered intradermally at week 0 and 4, with immune responses measured at week 6. INO reported that 94% (34/36) of participants demonstrated overall immunological response, which evidently lumps together preliminary assessments on humoral (binding and neutralizing antibody) responses as well as T cell responses. We'd like to see data on these measures (neutralizing antibody production and T cell response generation) separately and broken out by dose before drawing too many conclusions (similar to INO's MERS program). Safety was fine with no SAEs through week 8. In both cohorts, 10 Gr 1 AEs were reported, the majority of which were local injection site redness. Additionally, INO described successful viral challenge studies in mice, but again, little in the way of additional detail.

- **Next up: NHP challenge**, **data in older patients, and regulatory discussions.** Viral challenge testing is ongoing in ferrets and, as part of Operation Warp Speed (OWS), in NHP challenge studies, which should be more informative on INO-4800's efficacy than the mouse data hinted at today. Selection for inclusion in NHP challenge studies as part of OWS doesn't necessarily run counter to media reports that INO-4800 is excluded as an OWS finalist, and for context we note that Vaxart (also reported to be excluded from the OWS finalist list) recently reported participation in OWS NHP challenge studies as well. Dose selection for the P2/3 appears TBD, though we wonder if INO will have a better idea after dosing patients >50yrs old in additional P1 cohorts (note Part B of the trial is enrolling 120 subjects age 19-64). Pending discussions with regulators, INO continues to expect to initiate a P2/3 efficacy trial this summer.

- **But can they make it?** While initial human immunogenicity data is a necessary first step toward a viable COVID-19 vaccine, at this stage it's difficult (if not impossible) to determine which development candidate(s) will fare best in large-scale clinical trials. However, an equally important consideration is scalability, and on that front we remain concerned that last week's court ruling seriously jeopardizes INO-4800 manufacturing scale-up. INO filed notice of appeal on Friday (6/26), and it will likely take some time to for the dispute with longtime manufacturing partner VGXI to be resolved. Without clarity on this critical manufacturing question, we think it's prudent not to assign credit to the INO-4800 program. Remain on the sidelines.

## COMPANY DESCRIPTION

Inovio develops DNA immunotherapies for cancer and infectious diseases.

---

**PRICE: US$31.69**
**TARGET: US$8.00**
12x 2025 revenue estimate, discounted at 20% to early-'21 (assumes 159M shares)

**Christopher J. Raymond**
Sr. Research Analyst, Piper Sandler & Co.
312 267-5086, christopher.raymond@psc.com

**Allison M. Bratzel, CFA**
Research Analyst, Piper Sandler & Co.
312 267-5025, allison.bratzel@psc.com

**Nicole A. Gabreski, PhD**
Research Analyst, Piper Sandler & Co.
312 267-5073, nicole.gabreski@psc.com

## RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Clinical, regulatory, commercial, and IP risks associated with pipeline products.

**Price Performance - 1 Year**



*Source: Bloomberg*

---

Piper Sandler does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst Certification, found on pages 2 - 3 of this report or at the following site: http://www.pipersandler.com/researchdisclosures.

# Exhibit S

Excerpted



# EQUITY RESEARCH
## RATING CHANGE

## Biotechnology

| INO - NASDAQ | July 1, 2020 |
|---|---|

| Closing Price 6/30/20 | **$26.95** |
|---|---|
| Rating: | *(prior Buy)* Hold |
| 12-Month Target Price: | *(prior $24.00)* NA |
| 52-Week Range: | $1.92 - $33.79 |
| Market Cap (M): | 4,260.7 |
| Shares O/S (M): | 158.1 |
| Float: | 97.5% |
| Avg. Daily Volume (000): | 38,309.7 |
| Debt (M): | $70.0 |
| Dividend: | $0.00 |
| Dividend Yield: | 0.0% |
| Risk Profile: | Speculative |
| Fiscal Year End: | December |

### Total Expenses ('000)

|  | 2019A | 2020E | 2021E |
|---|---|---|---|
| 1Q | 31,365 | 26,560A | 26,269 |
| 2Q | 28,336 | 24,600 | 25,965 |
| 3Q | 24,819 | 24,638 | 28,295 |
| 4Q | 30,701 | 24,675 | 29,072 |
| FY | 115,220 | 100,472 | 109,601 |
| *Prior* | — | — | 109,658 |



**Naureen Quibria, Ph.D.**
(212) 895-3620
nquibria@maximgrp.com

**Jason McCarthy, Ph.D.**
(212) 895-3556
jmccarthy@maximgrp.com

# Inovio Pharmaceuticals, Inc.
# Hold

### Reports Positive P1 Data for INO-4800, but COVID Opportunity Seems Priced in – Downgrading Shares to Hold, from Buy

## Summary

- Inovio reported yesterday morning positive interim data from its Phase 1 clinical study (N=40) of INO-4800, its vaccine candidate against the SARS-Cov2 virus, in healthy subjects. But what about valuation? While the data are positive, the shares are up over 700% YTD (although down 15% on yesterday's news) and recently driven by funding from the DoD (announced on 6/23), taking the valuation to over $4.2B. In our opinion, the success of INO-4800 is priced in to the shares and as such, we are downgrading INO to Hold, from Buy, and removing our prior price target.

- Notably, INO-4800 has also been selected to participate in a non-human primate (NHP) challenge study as part of Operation Warp Speed, which aims to deliver substantial quantities of an effective COVID vaccine by YE20. This follows news of selection of Vaxart's (VXRT - NR) oral vaccine candidate for an NHP challenge study on 6/26 as well as technically, the very first 'approval' of a coronavirus vaccine (in China) developed by CanSino Biologics (6185.HK - NR) on 6/29 (news LINK), which received the greenlight for limited use for the military. Given the recent surge of the pandemic (and no approvals in the West), there is room for multiple players, in our view.

## Details

**INO-4800 – P1 study results (US).** Inovio's open-label P1 US study (N=40) began in April, completing enrollment within the same month (4/28). Healthy volunteers (18-50 years of age) at two sites (Perelman School of Medicine at the University of Pennsylvania in Philadelphia, PA and the Center for Pharmaceutical Research in Kansas City, MO) received two doses (1.0mg and 3.0mg) of INO-4800 four weeks apart. Each dose was administered via intradermal injection with Inovio's CELLECTRA 2000 device. Study results to date indicate that 94% (34 out of 36 total trial participants) demonstrated an overall immunological response, as assessed both by humoral (binding and neutralizing) and T cell immune responses. This is key. Why? In truth, while we don't know what 'good' immunogenicity data should be, studies suggest that both T cell and antibody immune responses will be important for protection in both mild and serious infections, particularly given that most convalescent plasmas obtained from individuals that have recovered from COVID-19 do not appear to contain high levels of neutralizing activity (e.g., one study, published in *Nature*, LINK). However, reports have also highlighted that the virus-specific T cells found in convalescent patients can control the severity of their COVID-19 disease (*Cell* article LINK). As such, the early data for INO-4800 appear to be promising, in our view. We expect full data, including potentially antibody titers from the study participants in a medical publication.

**Safety.** Three participants were excluded as they tested positive for COVID-19 immune responses at study entry (indicating prior infection) while a fourth discontinued, unrelated to drug safety or tolerability. No serious adverse events were reported, with 10 subjects experiencing only Grade 1 adverse events relating to local injection site reaction (redness). **Next steps**. While the P1 study has been expanded to include older participants (51+) in an additional cohort (at a dose of 0.5mg) that is presently enrolling, a P2/3 efficacy study is also expected to initiate this summer following IND clearance (described below).

**Two separate non-human primate studies.** While INO-4800 has been selected to participate in a non-human primate (NHP) challenge study as part of Operation Warp Speed (joining mostly larger players), Inovio has been separately conducting its own non-primate study as well. Data from the internal study could be reported in July.

*continued on page 2*

SEE PAGES 5 - 7 FOR IMPORTANT DISCLOSURES AND DISCLAIMERS

**Exhibit S, Page 1**

# Exhibit T

Excerpted



# H.C.WAINWRIGHT&CO.

**Company Update**

**Healthcare**

**July 1, 2020**

## Inovio Pharmaceuticals, Inc. (INO)
## Rating: Neutral

Raghuram Selvaraju, Ph.D.
212-916-3966
rselvaraju@hcwresearch.com

Yi Chen, Ph.D. CFA
212-916-3971
ychen@hcwresearch.com

### INO-4800 Phase 1 Data; Operation Warp Speed Selection; Reiterate Neutral

| Stock Data | 06/30/2020 |
|---|---|
| Price | $26.95 |
| Exchange | NASDAQ |
| Price Target | NA |
| 52-Week High | $33.79 |
| 52-Week Low | $1.92 |
| Enterprise Value (M) | $3,967 |
| Market Cap (M) | $4,261 |
| Public Market Float (M) | 154.6 |
| Shares Outstanding (M) | 158.1 |
| 3 Month Avg Volume | 37,370,040 |
| Short Interest (M) | 25.78 |

| Balance Sheet Metrics | |
|---|---|
| Cash (M) | $391.7 |
| Total Debt (M) | $98.0 |
| Total Cash/Share | $2.48 |
| Book Value/Share | $1.26 |

*Cash (M): pro forma*

| EPS Diluted | | | |
|---|---|---|---|
| Full Year - Dec | 2019A | 2020E | 2021E |
| 1Q | (0.30) | (0.26)A | (0.14) |
| 2Q | (0.30) | (0.18) | (0.10) |
| 3Q | (0.25) | (0.18) | (0.07) |
| 4Q | (0.38) | (0.16) | (0.06) |
| FY | (1.21) | (0.76) | (0.37) |

| Revenue ($M) | | | |
|---|---|---|---|
| Full Year - Dec | 2019A | 2020E | 2021E |
| 1Q | 2.8 | 1.3A | 9.3 |
| 2Q | 0.1 | 0.3 | 14.3 |
| 3Q | 0.9 | 0.3 | 19.3 |
| 4Q | 0.3 | 4.8 | 22.3 |
| FY | 4.1 | 6.7 | 65.2 |



**INO-4800 achieves 94% overall immunological response rate.** Yesterday, Inovio Pharmaceuticals reported positive interim data from the U.S. Phase 1 trial of its COVID-19 DNA vaccine candidate INO-4800. The study enrolled 40 healthy adult subjects between 18 to 50 years of age at two sites; each participant received two doses of INO-4800 four weeks apart in either the 1.0mg or 2.0mg dose cohort, delivered via intradermal injection with CELLECTRA® 2000. Interim data at Week 6 showed that 94% (34 out of 36) subjects demonstrated overall immunological response rates based on preliminary assessment of humoral (binding and neutralizing antibodies) and T cell immune responses. INO-4800 was safe and well-tolerated in all participants in both cohorts through Week 8. All ten reported adverse events (AEs) were Grade 1 in severity; most were local injection site redness. There were no serious adverse events (SAEs). The company plans to publish the full data set in a medical journal this summer. In addition, Inovio has added a third cohort to the Phase 1 trial to include older participants who would receive a 0.5mg dose. Based on recent findings on antibodies and T cell response in the plasma and peripheral blood mononuclear cell (PBMC) of recovered COVID-19 patients, we note that vaccinated subjects may not need both neutralizing antibodies and T cell response to gain protection against the coronavirus. Nevertheless, management emphasized that Inovio's DNA vaccines have the ability to generate balanced antibody and T cell immune responses. As a reminder, Inovio's MERS-CoV vaccine candidate INO-4700 induced antibody responses in 95% of subjects and generated broad-based T cell responses in nearly 90% of participants in a Phase 1 trial, with durable antibody response maintained through 60 weeks post-dosing. As we await publication of full INO-4800 Phase 1 data, we reiterate our Neutral rating.

**Viral replication in mouse lungs prevented.** In addition to the interim Phase 1 data, Inovio reported that INO-4800 was able to protect mice in SARS-CoV-2 viral challenge studies, wherein vaccination with INO-4800 prevented viral replication in the lungs of animals challenged with SARS-CoV-2. Moreover, INO-4800 is currently being tested in a ferret challenge model.

**INO-4800 selected to participate in Operation Warp Speed.** Inovio also announced that INO-4800 had been selected to participate in a non-human primate (NHP) challenge study as part of the U.S. government's Operation Warp Speed (OWS). According to the U.S. Department of Health & Human Services (HHS), OWS aims to deliver 300M doses of a safe, effective vaccine for COVID-19 by January 2021, as part of a broader strategy to accelerate the development, manufacturing, and distribution of COVID-19 vaccines, therapeutics, and diagnostics (collectively known as countermeasures). Recent HHS funding to support OWS vaccine development includes $456M for Johnson & Johnson's (JNJ; not rated) vaccine candidate, $483M for Moderna's (MRNA; not rated) vaccine candidate, and $1.2B for AstraZeneca's (AZN; not rated) vaccine candidate.

---

For definitions and the distribution of analyst ratings, analyst certifications, and other disclosures, please refer to pages 5 - 6 of this report.

**Exhibit T, Page 1**

# **Exhibit U**

Excerpted





## Biologicals

# DNA vaccines

Vaccination consists of stimulating the immune system with an infectious agent, or components of an infectious agent, modified in such a manner that no harm or disease is caused, but ensuring that when the host is confronted with that infectious agent, the immune system can adequately neutralize it before it causes any ill effect. For over a hundred years vaccination has been effected by one of two approaches: either introducing specific antigens against which the immune system reacts directly; or introducing live attenuated infectious agents that replicate within the host without causing disease synthesize the antigens that subsequently prime the immune system.

Recently, a radically new approach to vaccination has been developed. It involves the direct introduction into appropriate tissues of a plasmid containing the DNA sequence encoding the antigen(s) against which an immune response is sought, and relies on the in situ production of the target antigen. This approach offers a number of potential advantages over traditional approaches, including the stimulation of both B- and T-cell responses, improved vaccine stability, the absence of any infectious agent and the relative ease of large-scale manufacture. As proof of the principle of DNA vaccination, immune responses in animals have been obtained using genes from a variety of infectious agents, including influenza virus, hepatitis B virus, human immunodeficiency virus, rabies virus, lymphocytic chorio-meningitis virus, malarial parasites and mycoplasmas. In some cases, protection from disease in animals has also been obtained. However, the value and advantages of DNA vaccines must be assessed on a case-by-case basis and their applicability will depend on the nature of the agent being immunized against, the nature of the antigen and the type of immune response required for protection.

The field of DNA vaccination is developing rapidly. Vaccines currently being developed use not only DNA, but also include adjuncts that assist DNA to enter cells, target it towards specific cells, or that may act as adjuvants in stimulating or directing the immune response. Ultimately, the distinction between a sophisticated DNA vaccine and a simple viral vector may not be clear. Many aspects of the immune response generated by DNA vaccines are not understood. However, this has not impeded significant progress towards the use of this type of vaccine in humans, and clinical trials have begun.

**ACCESS TO MEDICINES AND HEALTH PRODUCTS**

— EMP home page
— Regulation
— Norms and standards

**LATEST NEWS: WHO EXPERT COMMITTEE ON BIOLOGICAL STANDARDIZATION, TRS 1024, 70TH EDITION, ECBS 2019**

TECHNICAL REPORT SERIES 1024

**RESPONSE TO COVID-19**

⬇ Relevant WHO documents
🖥 for SARS-CoV-2 vaccines and other biologicals
pdf, 433kb

**1st PUBLIC CONSULTATION: CALL FOR COMMENTS ON COLLABORATIVE PRODCEDURE FOR IVDs - All comments to be received by 15 July 2020**

**Exhibit U, Page 1** 1/3

# Exhibit V

Excerpted

 U.S. Department of Health & Human Services Explore HHS +

Español


**MENU**




**SEARCH**

[Vaccines](#) > [Vaccine Basics](#) > Vaccine Types

Text size:  A  A  A

# Vaccine Types

There are several different types of vaccines. Each type is designed to teach your immune system how to fight off certain kinds of germs — and the serious diseases they cause.

When scientists create vaccines, they consider:

- How your immune system responds to the germ
- Who needs to be vaccinated against the germ
- The best technology or approach to create the vaccine

Based on a number of these factors, scientists decide which type of vaccine they will make. There are 4 main types of vaccines:

- Live-attenuated vaccines
- Inactivated vaccines
- Subunit, recombinant, polysaccharide, and conjugate vaccines
- Toxoid vaccines

## Live-attenuated vaccines

Live vaccines use a weakened (or attenuated) form of the germ that causes a disease.

Because these vaccines are so similar to the natural infection that they help prevent, they create a strong and long-lasting immune response. Just 1 or 2 doses of most live vaccines can give you a lifetime of protection against a germ and the disease it causes.

**Exhibit V, Page 1**1/6

Case 2:20-cv-01402-GJP    Document 72-3    Filed 11/05/20    Page 73 of 73

- Hib (*Haemophilus influenzae* type b) disease
- Hepatitis B
- HPV (Human papillomavirus)
- Whooping cough (part of the DTaP combined vaccine)
- Pneumococcal disease
- Meningococcal disease
- Shingles

# Toxoid vaccines

Toxoid vaccines use a toxin (harmful product) made by the germ that causes a disease. They create immunity to the parts of the germ that cause a disease instead of the germ itself. That means the immune response is targeted to the toxin instead of the whole germ.

Like some other types of vaccines, you may need booster shots to get ongoing protection against diseases.

Toxoid vaccines are used to protect against:

- Diphtheria
- Tetanus

**The future of vaccines**

Did you know that scientists are still working to create new types of vaccines? Here are 2 exciting examples:

- **DNA vaccines** are easy and inexpensive to make — and they produce strong, long-term immunity.
- **Recombinant vector vaccines (platform-based vaccines)** act like a natural infection, so they're especially good at teaching the immune system how to fight germs.

Learn more about:

- Types of vaccines ⬏
- Types of vaccines routinely given to children ⬏
- Research on new vaccines ⬏

**Exhibit V, Page 2**3/6