IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INOVIO PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Case No. 2:20-cv-01402-GJP <br><br> CLASS ACTION |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

AND NOW, this _____ day of _____, 2021, upon consideration of Defendants Inovio Pharmaceuticals, Inc., J. Joseph Kim, Peter D. Kies, and Robert J. Juba, Jr.'s Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint ("Motion to Dismiss"), and any opposition and reply thereto, and there being good cause shown, it is hereby:

ORDERED that Defendants' Motion to Dismiss is GRANTED and Plaintiffs' First Amended Consolidated Class Action Complaint, as to all Defendants, is hereby DISMISSED WITH PREJUDICE.

_____
The Honorable Gerald J. Pappert
United States District Court Judge