IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>INOVIO PHARMACEUTICALS, INC., *et al.*,<br><br>*Defendants*. | CIVIL ACTION<br>NO. 20-01402 |

### ORDER

**AND NOW**, this 16th day of February 2021, upon consideration of Defendants' Motion to Dismiss, (ECF No. 72), Plaintiffs' Response, (ECF No. 80), and Defendants' Reply, (ECF No. 83), it is **ORDERED** that Defendants' Motion is **GRANTED in part** and **DENIED in part**. Specifically:

1. The Court **DISMISSES with prejudice** those claims in Counts I and II based upon the Defendants' April 30 and June 30, 2020 press releases; and

2. The Court **DENIES** Defendants' Motion to Dismiss Counts I and II as to all other statements.

It is further **ORDERED** that, upon consideration of Defendants' Request for Judicial Notice, (ECF No. 73), Plaintiffs' Response, (ECF No. 81), and Defendants' Reply, (ECF No. 84), the Motion is **GRANTED in part and DENIED in part**. The Court **GRANTS** the Motion as to Exhibits A–L, N–O and U–V and **DENIES** the Motion as to Exhibits M and P–T.

2

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.