UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. Action No. 2:20-cv-01402-GJP |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION |
| INOVIO PHARMACEUTICALS, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

4824-2630-5268.v1

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Manuel S. Williams and Representative Plaintiff Andrew R. Zenoff (together, "Plaintiffs"), by and through their undersigned attorneys, hereby respectfully moves this Court before the Honorable Gerald J. Pappert, at 11614 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, for an Order:  (i) certifying this action to proceed as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3); (ii) appointing Plaintiffs to serve as Class Representatives; and (iii) appointing Robbins Geller Rudman & Dowd LLP to serve as Class Counsel pursuant to Rule 23(g).  In support of this motion, Plaintiffs respectfully submit the accompanying Memorandum of Law, the Declaration of Trig R. Smith and the exhibits thereto, and [Proposed] Order Granting Plaintiffs' Motion for Class Certification.

Plaintiffs respectfully request oral argument on their Motion for Class Certification at a date and time convenient for the Court.

DATED:  July 29, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
TOR GRONBORG (*pro hac vice*)
TRIG R. SMITH (*pro hac vice*)
MATTHEW J. BALOTTA (*pro hac vice*)
SEAN C. McGUIRE (*pro hac vice*)


                    S/ Trig R. Smith
                    TRIG R. SMITH

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
torg@rgrdlaw.com
trigs@rgrdlaw.com
mbalotta@rgrdlaw.com
smcguire@rgrdlaw.com

Lead Counsel for Lead Plaintiff

- 1 -

4824-2630-5268.v1

- 2 -

SAXTON & STUMP
LAWRENCE F. STENGEL (PA #32809)
280 Granite Run Drive, Suite 300
Lancaster, PA  17601
Telephone:  717/556-1000
717/441-3810 (fax)
lfs@saxtonstump.com

Local Counsel for Lead Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 29, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Trig R. Smith
TRIG R. SMITH

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  trigs@rgrdlaw.com

4824-2630-5268.v1