# EXHIBIT A

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| |
|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated, |
| Plaintiff, |
| vs. |
| INOVIO PHARMACEUTICALS, INC., et al., |
| Defendants. |

Civ. Action No. 2:20-cv-01402-GJP

REPORT ON MARKET EFFICIENCY

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

July 29, 2021

**TABLE OF CONTENTS**

I.  SCOPE OF PROJECT AND REPORT ...................................................................................1

II.  CREDENTIALS ...............................................................................................................2

III.  CONCLUSIONS..................................................................................................................4

IV.  FACTUAL BACKGROUND.............................................................................................5

    A.  About the Company ..................................................................................................5

    B.  Inovio Common Stock ..............................................................................................6

V.  SUMMARY OF PLAINTIFFS' ALLEGATIONS .............................................................7

VI.  MARKET EFFICIENCY DEFINITION AND ASSESSMENT
    METHODOLOGY ...........................................................................................................8

    A.  Efficient Market Defined ..........................................................................................8

    B.  Indicators of Market Efficiency ..............................................................................11

        1.  The *Cammer* Factors...........................................................................11

        2.  The *Krogman* Factors .........................................................................13

VII.  ANALYSIS OF EFFICIENCY OF THE MARKET FOR INOVIO STOCK...................14

    A.  Trading Volume ......................................................................................................14

    B.  Analyst Coverage and Other Avenues of Information Dissemination ..................15

        1.  Analyst Coverage................................................................................15

        2.  Institutional Ownership and Buy-Side Analysis.................................16

        3.  News Coverage ...................................................................................17

    C.  Market Makers and Listing on the Nasdaq............................................................17

    D.  S-3 Registration Eligibility ....................................................................................19

    E.  *Krogman* Factors...................................................................................................21

        1.  Market Capitalization..........................................................................21

        2.  Float ....................................................................................................21

        3.  Bid-Ask Spread...................................................................................22

VIII.  EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY .................................23

    A.  Event Studies ..........................................................................................................25

    B.  Collective Event Study Test....................................................................................26

        1.  Collective Event Study Test Design and Methodology............................26

        2.  Collective Event Study Tests of Market Efficiency are Widely
            Used and Accepted by Courts.................................................................28

        3.  Using the Empirical Distribution To Assess Statistical Significance
            of Stock Returns During the Covid Volatility Period...............................30

|   |   | 4. | Selection of Earnings Announcement Dates for the Collective Event Study Test | 32 |
|   |   |   | a. | 13 March 2020 | 34 |
|   |   |   | b. | 12 May 2020 | 35 |
|   |   |   | c. | 11 August 2020 | 37 |
|   |   |   | d. | 10 November 2020 | 38 |
|   |   | 5. | A Caveat About Non-Significant Security Price Movements | 38 |
|   |   | 6. | Isolating the Impact of Company-Specific Information | 40 |
|   |   | 7. | *t*-Test | 43 |
|   | C. | Collective Event Study Test Results | 44 |
| IX. | MARKET EFFICIENCY SUMMARY | 45 |
| X. | COMMON DAMAGES METHODOLOGIES | 46 |
|   | A. | Section 10(b) Damage Methodology | 46 |
| XI. | LIMITING FACTORS AND OTHER ASSUMPTIONS | 49 |
| XII. | APPENDIX-1: LOGARITHMIC RETURNS | 50 |

## I.     SCOPE OF PROJECT AND REPORT

1. I was asked by Robbins Geller Rudman & Dowd LLP, Counsel for the Plaintiffs, to determine whether the common stock of Inovio Pharmaceuticals, Inc., ("Inovio" or the "Company") traded in an efficient market during the period from 14 February 2020 through 10 August 2020, inclusive (the "Class Period").

2. I was also asked to determine if Section 10(b) damages in this matter can be computed for all Class members using a common methodology that is consistent with the Plaintiffs' theory of liability. That is, I was asked to opine on whether or not there exists a common methodology consistent with the Plaintiffs' theory of liability for computing damages for all Class members who have claims under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 adopted thereunder (collectively, "Section 10(b)"), and if that methodology is feasible in this case.

3. Toward these ends, I analyzed the market for Inovio common stock, the price behavior of the stock, and the factors that are generally accepted to be indicative of market efficiency. I examined Company press releases, conference call transcripts, equity analyst reports, news articles, SEC filings, daily prices of the stock, trading volume, the performance of the overall stock market, and the performance of Inovio's industry sector, as well as other pertinent data and documents. I also read and considered the contents of the First Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws, filed 21 September 2020 (the "Complaint"), the Court's Memorandum dated 16 February 2021 (the "MTD Memorandum"), and the Court's Order dated 16 February 2021 (the "MTD Order"), which granted in part and denied in part Defendants' motion to dismiss the Complaint. Exhibit-1 lists the documents I considered in preparing this report and arriving at the opinions expressed herein.

4. This report presents my methodology, findings, and conclusions.

5. My work in this matter is ongoing, and I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work in this matter.

1

## II.   CREDENTIALS

6.   I am an Associate Professor of Finance at Babson College, and the founder and president of Crowninshield Financial Research, Inc., a financial economics consulting firm.

7.   I hold a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College. I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

8.   At Babson College, I have taught undergraduate and MBA-level courses in Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Financial Management, Risk Management, Quantitative Methods, and Valuation. I have also taught executive courses on investments and corporate financial management for numerous corporations. Other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

9.   I have held the Chair in Applied Investments at Babson College and served as the Director of the Stephen D. Cutler Investment Management Center, a research and education center dedicated to the study and teaching of investments and capital markets.

10.   Prior to my joining the faculty at Babson College, I taught finance courses at Boston University. Preceding my academic posts, I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States ("U.S.").

11.   I have published in the field of finance. My finance articles have appeared in the *Atlanta Federal Reserve Bank Economic Review*, *Derivatives Quarterly*, *Derivatives Weekly*, *The Engineering Economist*, *The Journal of Risk*, *The American Bankruptcy Institute Journal*, *The Journal of Financial Planning*, *The Journal of Forensic Economics*, *Managerial Finance*, *Risk Management*, *Primus*, and *The Review of Quantitative Finance and Accounting*. I am the author of Finance and Accounting for Project Management, published by the American Management Association. I wrote two chapters in the book The Portable MBA in Finance and Accounting – one on corporate financial planning and the other on risk management. I have presented research at the annual conventions of the

American Finance Association, the Academy of Financial Services, the Multinational Finance Society, the Financial Management Association, the Taxpayers Against Fraud Education Fund Conference, and the International Conference on Applied Business Research. I also co-authored papers that have been presented at the Eastern Finance Association meetings, the Midwestern Finance Association meetings, and the Boston Area Finance Symposium. A list of all the publications I authored in the past ten years can be found in my curriculum vitae, which is attached as Exhibit-2.

12. I have been selected to review papers for numerous finance journals and conferences, and I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing. I have been quoted on matters relating to finance and investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The Financial Times*, *The Boston Globe*, and *Bloomberg News*, and my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

13. I am a member of the American Finance Association, the Financial Management Association, the North American Case Research Association, the National Association of Forensic Economics, the CFA Institute, and the CFA Society Boston. I served as a member of the CFA Society Boston education committee and ethics subcommittee. I also served on the Fixed Income Specialization Examination Committee of the CFA Institute.

14. The CFA designation is the premier credential for financial analysts worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. For over ten years I taught in the Boston University CFA Review Program and the CFA Society Boston Review Program – two of the leading review programs that prepared candidates for the CFA exams. In both of these programs, I taught candidates at the most advanced level.

15. In addition to my teaching, research, CFA, and academic community responsibilities, I practice extensively as a financial consultant. Past clients include the United States Securities and Exchange Commission, the Internal Revenue Service, the Attorney General of the State of Illinois, the National Association of Securities Dealers, and

3

numerous law firms prominent in securities litigation. As a financial consultant, I have conducted analyses and presented opinions related to financial markets, valuation, and damages in more than 130 cases. Exhibit-3 lists my prior testimony appearances over the past four years.

16. I am the sole owner of the consulting firm Crowninshield Financial Research, Inc., which receives compensation for the work performed by me and the staff who assist me. My firm is being compensated at a rate of $950 per hour for my work, and a range of lower rates for analysts and other personnel who have assisted me on this case. My compensation is neither contingent on my findings nor on the outcome of this matter.

## III.   CONCLUSIONS

17. Inovio common stock traded in an efficient market over the course of the Class Period. I examined the factors set forth in *Cammer v. Bloom*, 711 F. Supp. 1264, 1273 (D.N.J. 1989) and *Krogman v. Sterritt*, 202 F.R.D. 467, 474-78 (N.D. Tex. 2001), which, consistent with financial economic principles and empirical research, indicate market efficiency. Courts in the Third Circuit have accepted and applied the factors set forth in *Cammer* and *Krogman* as dispositive indicators of market efficiency.[1] Inovio stock satisfied all of the *Cammer* and *Krogman* factors throughout the Class Period.

18. Statistical analysis examining the empirical behavior of Inovio stock proves that there was a cause-and-effect relationship between the release of Company information and movement in the Inovio stock price. Inovio stock responded to Company-specific information, which is the essence of market efficiency.

19. Based on the foregoing, I conclude that Inovio stock traded in an efficient market throughout the Class Period.

---

[1] See, e.g., *Bing Li v., Aeterna Zentaris, Inc*., et al., No: 14-cv-7081 (PGS)(TJB), District of New Jersey, 28 February 2018; *In Re Novo Nordisk Securities Litigation*, No. 3:17-cv-00209-BRM-LHG, District of New Jersey, 31 January 2020; *Roofer's Pension Fund v. Papa*, No. 16-2805, 2018 WL 3601229, at *22 (D.N.J. July 27, 2018); *In re Advance Auto Parts, Inc. Sec. Litig.*, No. 18-212, 2020 WL 6544637, at *4 (D. Del. Nov. 6, 2020); and *Pope v. Navient Corp.*, No. 17-8373-RBK-AMD, slip op. (D.N.J. Mar. 11, 2021).

4

20. Damages in this matter can be computed for all Class members using a common methodology that is consistent with Plaintiffs' theory of liability.

## IV. FACTUAL BACKGROUND

### A. About the Company

21. During the Class Period, Inovio designed and developed DNA-based medicines "to treat, cure, and protect people from diseases associated with human papillomavirus (HPV), cancer, and infectious diseases."[2] In its Form 10-K for the fiscal year ("FY") 2019, the Company had 12 active medicine development programs, ranging from the preclinical stage to phase 3 trials.[3] As of the start of the Class Period, Inovio did "not sell any products and may not have any other products commercially available for several years, … [n]one of [its] human vaccine and immunotherapy product candidates ha[d] been approved for sale."[4] The Company further explained that it had "incurred losses since inception."[5]

22. The Company did not manufacture its own products, but rather relied on other firms for manufacturing. In 2008, the Company sold its manufacturing operations to VGXI, Inc. ("VGXI"),[6] and entered into a supply agreement with VGXI. The agreement with VGXI specified that Inovio must offer certain manufacturing opportunities to VGXI or its parent company GeneOne Life Sciences, Inc. ("GeneOne") before Inovio could "manufacture DNA plasmids on [its] own behalf or engage a third party."[7]

---

[2] Inovio Pharmaceuticals, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 12 March 2020, p. 2.

[3] Inovio Pharmaceuticals, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 12 March 2020, p. 8.

[4] Inovio Pharmaceuticals, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 12 March 2020, p. 44.

[5] Inovio Pharmaceuticals, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 12 March 2020, p. 44.

[6] VGXI is "a wholly-owned United States subsidiary of GeneOne." Inovio Pharmaceuticals, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 12 March 2020, p. 40.

[7] Inovio Pharmaceuticals, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 12 March 2020, p. 40. According to the Company, it "owned 7.5% of the outstanding capital stock of GeneOne and GeneOne owned 73,590 shares of our common stock."

"In 2008, we sold our manufacturing operations (including patent rights to certain manufacturing technology) to VGXI, Inc., a wholly-owned United States subsidiary of GeneOne. In connection with this transfer we entered into a Supply Agreement pursuant to which VGXI, Inc., a cGMP contract manufacturer, produces and supplies the DNA plasmids for all of our research and early clinical trials. The price of the plasmids we purchase from VGXI, Inc. is determined by us and GeneOne at the time of order placement or, with respect to product supplied in connection with a grant contract, based on the contracted bid provided by the applicable agency. We agreed to treat GeneOne and its subsidiary as our most favored supplier for DNA plasmids and GeneOne and its subsidiary agreed to treat us as their most favored customer. Before we can manufacture DNA plasmids on our own behalf or engage a third party other than GeneOne or its subsidiary to manufacture DNA plasmids for us, we must first offer such manufacturing work to GeneOne or its subsidiary."

**Inovio Pharmaceuticals, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 12 March 2020, p. 40.**

### B.    Inovio Common Stock

23.    Throughout the Class Period, Inovio stock traded on the Nasdaq under the ticker symbol INO.[8] Inovio's market capitalization (the aggregate value of all outstanding shares) at the start of the Class Period was $415.0 million. At its Class Period peak on 29 June 2020, Inovio's market capitalization was $5.01 billion.[9] By the close of trading on 11 August 2020, the Company's market capitalization had fallen to $2.45 billion, a decline of $2.56 billion from the peak, representing a 51.12% decline in the Company's market value of equity.

24.    Inovio's stock price at the start of the Class Period stood at $4.15 per share, according to price data obtained from Bloomberg. The closing stock price peaked during the Class Period at $31.69 per share on 29 June 2020. By the close of trading on 11 August 2020, the first trading day following the end of the Class Period, Inovio's stock price had fallen to $14.62 per share, a decline of $17.07 per share or 53.87% from the Class Period high. Inovio's stock prices during the Class Period are included in Exhibit-4.

---

[8] Inovio Pharmaceuticals, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 12 March 2020, p. 64.

[9] Shares outstanding data obtained from Company SEC filings. Inovio's total shares outstanding increased from 100.0 million at the start of the Class Period to 167.5 million by the end of the Class Period.

## V.    SUMMARY OF PLAINTIFFS' ALLEGATIONS

25.    Plaintiffs contend that, throughout the Class Period, Inovio made misrepresentations and omissions regarding its Covid-19 vaccine candidate, INO-4800.[10] According to the Complaint, the Company "made false and misleading statements regarding the development of the INO-4800 vaccine and the Company's ability to produce one million doses of the vaccine by the close of 2020, and hundreds of millions of doses each year thereafter."[11]

26.    On 14 February 2020, the first day of the Class Period, during an interview on *Fox Business News*, the Company's Chief Executive Officer J. Joseph Kim ("CEO Kim") stated that after accessing the Covid-19 genetic sequence provided by Chinese authorities, the Company "[was] able to construct our vaccine INO-4800 in about three hours."[12] Further, on 2 March 2020, CEO Kim reiterated that "we are able to fully construct our vaccine within three hours," while adding that "'[w]ith existing resources and capacity, by end of this year, Inovio could deliver about one million doses ... by end of this year … .'"[13]

27.    Plaintiffs allege that these statements were false and misleading because Inovio had only designed rather than constructed the INO-4800 vaccine when these statements were made, and because the Company lacked the capacity to produce one million doses by the end of 2020.[14] Plaintiffs further allege that, throughout the Class Period, the Company continued to misrepresent its manufacturing capacity and ability to deliver one million doses in 2020 and "hundreds of millions of doses starting [in 2021]."[15]

---

[10] Complaint, ¶¶6-7.

[11] Complaint, ¶7.

[12] "Coronavirus vaccine created in 3 hours: Inovio Pharmaceuticals CEO," *Fox Business News*, 14 February 2020, 4:00 PM, https://video foxbusiness.com/v/6132663876001#sp=show-clips. See, Complaint, ¶97.

[13] https://www.c-span.org/video/?c4858361/user-clip-inovio-ceo-joseph-kim-adressing-trump-companies-coronavirus-plan. See, Complaint, ¶99.

[14] Complaint, ¶¶102-105.

[15] Complaint, ¶106.

28. Plaintiffs contend that the alleged misrepresentations and omissions were corrected through a series of partially corrective disclosures. The first alleged partially corrective disclosure was on 9 March 2020, when Citron Research asserted that the Company had not constructed a vaccine within three hours, and Inovio issued a tweet "conceding that it had not constructed its vaccine within three hours, but had merely 'designed a vaccine construct.'"[16] Plaintiffs contend that subsequent corrective disclosures throughout the Class Period incrementally informed the market that the Company lacked the manufacturing capacity to provide one million doses of INO-4800 in 2020 and hundreds of millions of doses beginning in 2021.[17]

29. I understand that in the MTD Order, the Court dismissed Plaintiffs' allegations related to the Company's 30 April 2020 announcement that the deal with Richter-Helm would "'significantly expand manufacturing capacity,'"[18] and the Company's 30 June 2020 statement that INO-4800 had been "'[s]elected for the U.S. Government's Operation Warp Speed.'"[19]

## VI.    MARKET EFFICIENCY DEFINITION AND ASSESSMENT METHODOLOGY

### A.    Efficient Market Defined

30. The definition of market efficiency set forth by Judge Alfred J. Lechner, Jr. in the 1989 *Cammer v. Bloom* decision is often cited as a legal authority on the meaning of market efficiency[20] and is consistent with the definition of informational efficiency generally accepted by the academic finance community.

---

[16] Complaint, ¶113.

[17] Complaint, ¶¶115-130.

[18] MTD Memorandum, p. 21.

[19] MTD Memorandum, p. 25.

[20] See, e.g., *Di Donato. v. Insys Therapeutics*, No. CV-16-00302-PHX-NVW, 20 September 2019.

> "As relevant here, courts have permitted a rebuttable presumption of reliance in the case of securities traded in 'efficient markets' (i.e., markets which are so active and followed that material information disclosed by a company is expected to be reflected in the stock price)."
> **Cammer, 711 F. Supp. 1264, at 1273.**

31. Judge Lechner also cited the definitions offered by commentators Alan Bromberg and Lewis Lowenfels, and by renowned financial economist and Nobel Laureate Eugene Fama.

> "An efficient market is one which rapidly reflects new information in price."
> **Alan Bromberg et al., *Securities Fraud and Commodities Fraud*, §7.484 (Dec. 2003); *see also Cammer*, 711 F. Supp. 1264 at 1276.**

> "A market in which prices always 'fully reflect' available information is called 'efficient.'"
> **"Efficient Capital Markets: A Review of Theory and Empirical Work," by Eugene Fama, *Journal of Finance*, 1970, cited in *Cammer*, 711 F. Supp. 1264, at 1280.**

32. In his 1991 follow up article titled "Efficient Capital Markets: II," Professor Fama elaborated, qualifying the definition to conform to economic realities rather than the perfect ideal.

> "I take the market efficiency hypothesis to be the simple statement that security prices fully reflect all available information. … A weaker and economically more sensible version of the efficiency hypothesis says that prices reflect information to the point where the marginal benefits of acting on information (the profits to be made) do not exceed the marginal costs."
> **"Efficient Capital Markets: II," by Eugene Fama, *Journal of Finance*, 1991, p. 1575.**

33. Professor Fama and a group of preeminent economists described market efficiency and the state of the profession's general understanding in an *amici curiae* brief that they submitted in 2014 to the U.S. Supreme Court in the *Halliburton II* case.

> "There is widespread debate about market efficiency among economists, and the signatories of this brief include participants with varying positions on that debate. It is critical, however, to be clear about what issues are in dispute—and what issues are not. Economists disagree about whether markets *perfectly* process information and how quickly they do so; about

9

whether prices reflect the fundamental value of the underlying stock; … and about whether it is possible to 'beat the market' by pursuing various investment strategies designed to exploit pricing anomalies. Such disagreements existed when *Basic* [Inc. v. Levinson, 485 U.S. 224] was decided in 1988, and they exist today. But economists do *not* generally disagree about whether market prices respond to new material information." **Brief of Financial Economists as *Amici Curiae* in Support of Respondents, *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc.*, 5 February 2014, p. 3 (emphasis in original).**

34.    The U.S. Supreme Court in the 1988 *Basic v. Levinson* decision focused on the same important characteristic at the heart of these definitions of market efficiency.

"The fraud on the market theory is based on the hypothesis that, in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business … ." ***Basic, Inc. v. Levinson,* 485 U.S. 224, 108 S. Ct. 978, 989 (1988).**

35.    The U.S. Supreme Court's 2013 *Amgen* decision defined market efficiency similarly.

"The fraud-on-the market premise is that the price of a security traded in an efficient market will reflect all publicly available information about a company … ." ***Amgen, Inc. v. Conn. Ret. Plans & Trust Funds,* 133 S. Ct. 1184, 1190, 185 L. Ed. 2d 308 (2013).**

36.    In its 2014 *Halliburton II* decision, the U.S. Supreme Court addressed the cause-and-effect relationship at the center of market efficiency as follows:

"Even the foremost critics of the efficient-capital-markets hypothesis acknowledge that public information generally affects stock prices. … Debates about the precise *degree* to which stock prices accurately reflect public information are thus largely beside the point. 'That the...price [of a stock] may be inaccurate does not detract from the fact that false statements affect it, and cause loss,' which is 'all that *Basic* requires.'" ***Halliburton Co. v. Erica P. John Fund, Inc.,* 134 S. Ct. 2398, 2410 (2014) (emphasis in original).**

37.    An efficient market, as defined and discussed by *Cammer, Basic, Amgen, Halliburton II*, Bromberg and Lowenfels, Professor Fama, and other leading scholars, is a market in which available information is incorporated into the price of a security such that the

trading price reflects available information with reasonable promptness. As these cases have recognized, market efficiency is relevant to a securities case because it addresses the question of whether false information (e.g., in the form of an alleged misrepresentation or omission) would likely have impacted the prices at which investors bought and sold securities, and upon which investors relied.

### B.    Indicators of Market Efficiency

#### 1.    The *Cammer* Factors

38.    The *Cammer* opinion lays out five factors that indicate whether the market for a security is efficient. As described below, economic rationales support each factor as an indicator of market efficiency. The five factors are 1) trading volume, 2) coverage by securities analysts, 3) number of market makers, 4) eligibility for S-3 registration, and 5) empirical evidence that the security price reacts to new, company-specific information.

39.    Empirical research has confirmed that trading volume, number of market makers, and analyst coverage indicate market efficiency.

> "Consistent with the efficiency indicators used recently by the courts, the inefficient firms have lower mean trading volume, fewer market makers, lower analyst following, and lower institutional ownership (number and percentage) than efficient firms."
> **"The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *Journal of Corporation Law*, 1994, p. 302.**

40.    Barber, Griffin, and Lev [1994] also found that high institutional ownership is indicative of market efficiency.[21]

41.    Recently published peer reviewed research that I conducted (with Miguel Villanueva, Ph.D.) found that the *Cammer* factors are dispositive indicators of stock price reactivity to information and therefore informational market efficiency.

---

[21] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *Journal of Corporation Law*, 1994.

"Our findings that the *Cammer/Krogman* factors are generally dispositive of reactivity supports the widespread use by courts of the *Cammer/Krogman* factors as indicia of market efficiency."
**"Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," by Miguel Villanueva and Steven Feinstein, *Review of Quantitative Finance and Accounting*, Vol. 57, Issue 1, 2021, p. 233.**

42.   Consistent with financial economic theory and empirical research, the language used by the *Cammer* court describes the factors not as a checklist of five necessary factors, but rather as individual pieces of evidence that each probatively indicates the degree to which the market for a security is expected to be efficient.

"There are several different characteristics pertaining to the markets for individual stocks which are probative of the degree to which the purchase price of a stock should reflect material company disclosures."
***Cammer*, 711 F. Supp. 1264 at 1283.**

43.   The *Cammer* opinion describes the nature of the five factors as follows:

"There are several types of facts which, if alleged, might give rise to an inference that Coated Sales [stock] traded in an efficient market. It is useful to set forth an explanation of how the existence of such facts would cause the understanding that disclosed company information (or misinformation) would be reflected in the company's stock price, the underpinning of the fraud on the market theory. *Peil, supra,* 806 F.2d at 1160."
***Id.* at 1285-86 (footnote omitted).**

"First, plaintiffs could have alleged there existed an average weekly trading volume during the class period in excess of a certain number of shares. *Abell v. Potomac Ins. Co.*, 858 F.2d 1104, 1121 (5th Cir.1988)."
***Id.* at 1286 (footnote omitted).**

"Second, it would be persuasive to allege a significant number of securities analysts followed and reported on a company's stock during the class period."
***Id.***

"Third, it could be alleged the stock had numerous market makers."
***Id.***

12

> "Fourth, as discussed, it would be helpful to allege the company was entitled to file an S-3 Registration Statement in connection with public offerings …."
>
> *Id.* **at 1287.**

> "Finally, it would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."
>
> *Id.*

> "As previously noted, one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause and effect relationship between company disclosures and resulting movements in stock price."
>
> *Id.* **at 1291.**

### 2.    The *Krogman* Factors

44.    In addition to the five *Cammer* factors that indicate market efficiency, the Fifth Circuit Court of Appeals in *Unger v. Amedisys,* 401 F.3d 316 (5th Cir. 2005) and the district court in *Krogman v. Sterritt,* 202 F.R.D. 467 (N.D. Tex. 2001) accepted that three additional factors are also indicative of market efficiency.

45.    These additional factors, the *Krogman* factors, are 1) the company's market capitalization, 2) the stock's float, and 3) the typical bid-ask spread.

46.    Market capitalization is the total value of all outstanding shares. It equals the number of shares outstanding times the price per share. Logically, the larger a company's market capitalization, the more prominent and well-known the company will be. Larger companies tend to attract more analyst and news media coverage and gain the attention of greater numbers of investors, including large institutional investors. All of these characteristics, which accompany a large market capitalization, promote market efficiency.

47.    The stock's float is the number of shares outstanding less shares held by insiders and affiliated corporate entities. It is the number of shares available for trading by outside investors in the open market. Float is closely related to market capitalization but focuses on the shares available for trading rather than all outstanding shares. Stocks with large floats tend to trade more actively, attract more analyst and news media coverage, and

13

garner the attention of a greater number of investors, including large institutional investors. All of these characteristics, which occur when a company has high float, promote market efficiency.

48. The bid-ask spread is the difference between the price at which market makers are offering to buy a security and the price at which they are offering the security for sale. If a security is actively traded and information about the security is readily available, the bid-ask spread tends to be narrow. A narrow bid-ask spread makes trading in the security less costly for investors and thereby tends to attract greater interest, greater coverage, and greater volume, all of which, in turn, promote market efficiency.[22]

49. Villanueva and Feinstein [2021] empirically examined and tested the market capitalization and bid-ask spread *Krogman* factors and found them to be dispositive indicators of stock price reactivity and therefore informational market efficiency.

## VII.    ANALYSIS OF EFFICIENCY OF THE MARKET FOR INOVIO STOCK

50. To assess whether the market for Inovio stock was efficient during the Class Period, I analyzed the market for, and behavior of, Inovio stock, focusing on the *Cammer* and *Krogman* factors.

### A.    Trading Volume

51. Throughout the Class Period, Inovio stock traded regularly and actively. On average, 38.5 million shares changed hands daily. Inovio stock price and volume data are presented in Exhibit-4.

52. In addition to average daily trading volume, another volume metric to consider in assessing market efficiency is the percentage of outstanding shares that turn over each week. During the Class Period, the average weekly trading volume of Inovio stock was over 100% of shares outstanding. This level of trading activity far exceeds the levels of

---

[22] See, e.g., "The Cost of Transacting," by Harold Demsetz, *The Quarterly Journal of Economics,* 1968, pp. 33-53; "Bid-Ask Spreads and Trading Activity in the S&P 100 Index Options Market," by Thomas George and Francis Longstaff, *Journal of Financial and Quantitative Analysis*, 1993, pp. 381-397; and "Liquidity and Market Efficiency," by Tarun Chordia et al., *Journal of Financial Economics*, 2008.

turnover accepted by courts as being indicative of market efficiency for common stock.[23] In the case of the common stock of Coated Sales, Inc., the *Cammer* court cited the conclusion of Alan Bromberg and Lewis Lowenfels that "average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one."[24] Thus, the trading volume for Inovio stock during the Class Period was well above the threshold for a strong presumption of market efficiency.

53.    In terms of both average daily trading volume and the percentage of outstanding shares traded weekly, the market for Inovio stock was active. Consistent with the *Cammer* opinion, economic theory, and empirical research, the active trading volume in Inovio stock is strong evidence of the efficiency of the market for Inovio stock over the course of the Class Period.

### B.    Analyst Coverage and Other Avenues of Information Dissemination

#### 1.    Analyst Coverage

54.    Securities analysts interpret and disseminate information about the companies they cover. They conduct research and provide valuation opinions, helping market participants acquire relevant information and understand the implications of that information for valuation and investment decisions. Consequently, securities analysts facilitate the flow of information and the digestion of information within the marketplace. These functions promote market efficiency.

55.    I obtained analyst reports about Inovio published during the Class Period by seven different analyst firms: The Benchmark Company, Cantor Fitzgerald, H.C. Wainwright, Maxim Group, Piper Sandler, RBC Capital Markets, and Roth Capital Partners.

---

[23] *Cammer*, 711 F. Supp. 1264 at 1286.

[24] *Id*., at 1293.

56. Transcripts of Inovio's conference calls conducted during the Class Period reveal that at least one additional analyst firm also followed the Company: Stifel, Nicolaus & Company.[25] Consequently, analysts from at least eight firms followed the Company during the Class Period.

57. Coverage by eight analyst firms is broad analyst coverage. Barber et al. [1994] found that coverage by one or two analysts strengthened the presumption of efficiency for a publicly traded stock.[26]

58. Consistent with the *Cammer* opinion, financial economic principles, and published empirical research, the coverage of Inovio by professional securities analysts is compelling evidence of the efficiency of the market for Inovio stock during the Class Period.

### 2. Institutional Ownership and Buy-Side Analysis

59. Consistent with published empirical research, some courts have also considered high institutional ownership of a security to be indicative of market efficiency.[27] Large investment firms often employ financial analysts who conduct their own research on the stocks they buy.

60. *Thomson Eikon* compiles and provides institutional ownership data derived from SEC Form 13-F filings. The filings and data show the holdings of Inovio stock by major investment institutions as of the end of each calendar quarter. Major institutions are defined as firms or individuals that exercise investment discretion over the assets of others in excess of $100 million.

---

[25] Conference call transcripts obtained from *Thomson Eikon*.

[26] "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," by Brad Barber et al., *Journal of Corporation Law*, 1994, pp. 302 and 310-311.

[27] See, e.g., *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008); and *Smilovits v. First Solar, Inc.*, 295 F.R.D. 423, 437 (D. Ariz. 2013).

61.    According to SEC filings compiled and reported by *Thomson Eikon*, at least 315 major institutions owned Inovio stock during the Class Period.[28] This widespread institutional ownership further supports a finding that the market for Inovio stock was an efficient market during the Class Period.

### 3.    News Coverage

62.    Although the *Cammer* court focused on coverage by securities analysts, other courts have noted that news media – including availability of news reports on the internet or other electronic sources – also facilitate the flow of information to the marketplace, thereby promoting market efficiency.[29] In the case of Inovio, news media coverage was extensive.

63.    My search of the Factiva database found that at least 758 articles were published about the Company during the Class Period.[30] The articles I obtained from Factiva include published news articles and press releases.

64.    Information about Inovio was also disseminated in the form of SEC filings and Company conference calls.

65.    Throughout the Class Period, information about Inovio was readily available to market participants, provided by news media, analysts, and various other sources. This extensive news coverage is further evidence of the efficiency of the market for Inovio stock.

### C.    Market Makers and Listing on the Nasdaq

66.    The number of market makers is one of the factors that the *Cammer* court determined indicates market efficiency. Market makers are financial intermediaries who trade in a particular security, standing ready to buy and sell with individual investors, institutions,

---

[28] According to the SEC filings compiled and reported by *Thomson Eikon*, 315 institutions held shares of Inovio stock on at least one of the following quarterly reporting dates during the Class Period: 31 March 2020 (195 institutions) and 30 June 2020 (281 institutions). There may have been additional institutions that held Inovio stock during the Class Period, though not on those quarterly reporting dates.

[29] See, e.g., *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484, 499 (S.D. Fla. 2003); *In Re Banc of California Securities Litigation,* No. 8:17-cv-00118-AG-DFM, 31 May 2018.

[30] Based on a Factiva search in "All Sources" for articles published during the Class Period where "Inovio Pharmaceuticals, Inc." was the "Company" search field parameter.

and other market makers. A large number of market makers implies that many market participants are trading that particular stock and generally provides a high degree of liquidity and lower transaction costs. With a large number of market makers, it is generally easy for investors to execute trades in a timely fashion and with reasonable transaction costs. These features preclude certain potential impediments to trading and conveyance of information and therefore promote market efficiency.

67.    During the Class Period, there were 113 market makers for Inovio stock according to Bloomberg, including such well known firms as: Barclays, Credit Suisse, Goldman Sachs, Morgan Stanley, and UBS.[31]

68.    The *Cammer* court's understanding that the market-making infrastructure of a stock market is indicative of its efficiency, or lack thereof, makes the fact that Inovio stock traded on the Nasdaq during the Class Period highly relevant. The subject company in the *Cammer* case, Coated Sales, Inc., was listed on the Nasdaq, an electronic exchange consisting of multiple competing market makers, using electronic systems to make quotes and effect trades. In fact, citing Bromberg and Lowenfels, the *Cammer* court noted specifically the importance of a Nasdaq listing and the implications of such a listing for market efficiency, stating that market efficiency can reasonably be presumed for ***all*** securities traded there.

> "We think that, at a minimum, there should be a presumption – probably conditional for class determination – that certain markets are developed and efficient for virtually all the securities traded there: the New York and American Stock Exchanges, the Chicago Board Options Exchange and the NASDAQ National Market System."
> **Cammer, 711 F. Supp. at 1292 (quoting Bromberg and Lowenfels [1988], §8.6).**

---

[31] Based on monthly market maker data obtained from Bloomberg for the period March 2020 through July 2020.

69. That Inovio stock traded on the Nasdaq and had numerous market makers is strong evidence that Inovio stock traded in an efficient market throughout the Class Period.

### D.   S-3 Registration Eligibility

70. S-3 registration is a simplified form which publicly traded companies can use to register securities with the SEC for a security offering in order to raise capital. Also known as "short-form" registration, S-3 registration is simpler, less cumbersome, and expedited as compared to an S-1 registration. However, to be eligible for S-3 registration, companies must satisfy certain requirements pertaining to size and prior disclosures.

71. A company is eligible for S-3 registration when, among other things, it has filed Exchange Act reports for a specified length of time and has outstanding float above a certain sizable value.

72. At the time of the *Cammer* opinion, the conditions for S-3 registration were that a company had filed financial reports with the SEC for 36 months and had outstanding float over $150 million held by non-affiliates, or $100 million of such float coupled with annual trading volume exceeding 3 million shares.[32]

73. In 1992, the SEC revised its S-3 registration eligibility requirements to 12 months of filings and at least $75 million of float. Since 2007, the SEC has allowed companies with less than $75 million of float to file an S-3 registration as long as the company has been filing financial reports for at least a year, has "a class of common equity securities listed and registered on a national securities exchange, and the issuers do not sell more than the equivalent of one-third of their public float in primary offerings over any period of 12 calendar months."[33] Despite the fact that the $75 million float requirement has been relaxed, courts continue to focus on the $75 million float benchmark when analyzing this *Cammer* factor.[34]

---

[32] "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.

[33] "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.

[34] See, e.g., *Vinh Nguyen v. Radient Pharm. Corp.*, 287 F.R.D. 563, 573 (C.D. Cal. 2012).

74.    The *Cammer* court observed that S-3 registration eligibility is indicative of market efficiency because the filing requirement ensures that financial data are available to market participants, and the "public float" requirement indicates that many market participants would have examined the information.[35]

> "Proposed Form S-3 recognizes the applicability of the efficient market theory to the registration statement framework with respect to those registrants which usually provide high quality corporate reports, including Exchange Act reports, and whose corporate information is broadly disseminated, because such companies are widely followed by professional analysts and investors in the market place. … Because of the foregoing observations made by the SEC, the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient." ***Cammer*, 711 F. Supp. 1264 at 1284-85.**

> "The 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed document." ***Id.* at 1285.**

75.    Not only was Inovio eligible for S-3 registrations during the Class Period, but the Company actually did file an S-3 shelf registration statement during the Class Period. Inovio's S-3 registration filing during the Class Period was on 13 March 2020.[36] Inovio had also filed S-3 registrations prior to the Class Period.[37]

76.    Inovio satisfied both the original and revised float conditions for S-3 registration throughout the entire Class Period. Inovio's average float during the Class Period of $2.0 billion exceeded the threshold requirement for S-3 registration by a wide margin. Inovio's average float was more than 64 times the size required for S-3 registration.

77.    Consistent with the *Cammer* opinion, Inovio's eligibility for S-3 registration is evidence of the efficiency of the market for its stock throughout the Class Period.

---

[35] *Cammer*, 711 F. Supp. 1264 at 1284-85.

[36] Inovio Pharmaceuticals, Inc., Form S-3, filed 13 March 2020.

[37] Inovio Pharmaceuticals, Inc., Form S-3, filed 31 January 2020; Inovio Pharmaceuticals, Inc., Form S-3, filed 25 May 2018; and Inovio Pharmaceuticals, Inc., Form S-3, filed 22 May 2015.

### E.    *Krogman* Factors

78.    In addition to evaluating market efficiency using the *Cammer* factors, I also examined Inovio stock and its market with respect to the three *Krogman* factors.

#### 1.    Market Capitalization

79.    Over the course of the Class Period, Inovio's market capitalization ranged between $364.0 million and $5.0 billion. Over the entire Class Period, the market capitalization averaged $2.1 billion, which was larger than 77% of all other publicly traded companies in the United States, as measured by market capitalization.[38,39]

80.    Consistent with the *Unger* and *Krogman* opinions, Inovio's sizeable market capitalization during the Class Period is further evidence of the efficiency of the market for Inovio stock.

#### 2.    Float

81.    Over the course of the Class Period, Inovio's public float ranged between $335.2 million and $4.8 billion. The float averaged $2.0 billion over the entire Class Period. Float excludes shares held by insiders and affiliated corporate entities, yet Inovio's average float was still larger than the total market capitalizations (which includes shares held by insiders and affiliates) of at least 76% of all other publicly traded companies in the U.S.[40] The size of Inovio's float satisfied the second *Krogman* factor for market efficiency.

82.    As well as in value and absolute share terms, float can also be analyzed as a percentage of total shares outstanding. On average during the Class Period, there were 142.7 million shares in Inovio's float and 148.9 million shares outstanding, resulting in an average float

---

[38] For the entire Class Period, the market capitalizations for all other stocks were computed as average month-end values using data from CRSP.

[39] Even at its Class Period low, Inovio's market capitalization was above the median market capitalization of all other publicly traded companies in the United States.

[40] This calculation is based upon averaged month-end data from CRSP for February 2020 through July 2020. Company share data were obtained from SEC filings. Even at its Class Period low, Inovio's float was above the median market capitalization of all publicly traded companies in the United States.

of 95.7% of shares outstanding. That is, the vast majority of Inovio's issued shares were available for trading throughout the Class Period.

83.    Inovio's float satisfied the second *Krogman* factor for market efficiency. The very large size and high percentage of Inovio's float are indicative of the efficiency of the market for Inovio stock throughout the Class Period.

### 3.    Bid-Ask Spread

84.    I obtained from Bloomberg the daily closing bid and ask quotes for Inovio stock during the Class Period.

85.    I measured the percentage bid-ask spread as the difference between the bid and ask quotes divided by the average of the bid and ask quotes, which is the standard way of measuring percentage bid-ask spreads in the finance literature.[41] Exhibit-4 presents bid and ask price data for Inovio stock.

86.    The average bid-ask spread for Inovio stock over the course of the Class Period was 0.17%. By comparison, the average month-end bid-ask spread over the course of the Class Period for all stocks in the CRSP database,[42] which comprises all stocks traded on U.S. exchanges, was 0.73%.[43] The Inovio stock bid-ask spread was therefore narrower than the mean level among all stocks traded on U.S. exchanges.

87.    In dollar terms, the Inovio stock bid-ask spread during the Class Period averaged $0.02 per share. For all stocks in the CRSP database, the average bid-ask spread was $0.22 during the Class Period.[44] Again, Inovio's bid-ask spread was much narrower than the average.

---

[41] "Price Reversals, Bid-Ask Spreads, and Market Efficiency," by Allen Atkins and Edward Dyl, *Journal of Financial and Quantitative Analysis*, 1990, pp. 535-547.

[42] The Center for Research in Security Prices ("CRSP") is a reliable data source that is widely used by academic researchers and investment professionals.

[43] This calculation is based upon averaged month-end data from CRSP for February 2020 through July 2020.

[44] This calculation is based upon averaged month-end data from CRSP for February 2020 through July 2020.

88.    The average bid-ask spread in the market for Inovio stock over the course of the Class Period was well below the typical bid-ask spreads exhibited by other publicly traded stocks in the United States. This narrow bid-ask spread in the market for Inovio stock supports a conclusion of market efficiency.

## VIII.    EMPIRICAL DEMONSTRATION OF MARKET EFFICIENCY

89.    The fifth *Cammer* factor is empirical evidence showing a cause-and-effect relationship between the release of company-specific information and movements in the security price.[45] The *Cammer* court noted that a demonstration of a cause-and-effect relationship "would be helpful to a plaintiff seeking to allege an efficient market."[46]

90.    While the *Cammer* court stated that the empirical factor is "helpful" and "convincing," more recently, in *In re Advance Auto Parts, Inc. Sec. Litigation,* the Third Circuit emphasized, consistent with financial principles and published empirical findings, that the empirical factor is not necessary to establish market efficiency, especially when the other factors are satisfied and circumstances are not unusual.

> "The Third Circuit stated that the fifth factor is 'normally the most important factor in an efficiency analysis.' *DVI*, 639 F.3d at 634. But the *Cammer* factors are an 'analytical tool' and not a 'checklist.' *Hull v. Global Dig. Sol., Inc.*, 2018 WL 4380999, at *6 (D.N.J. Sept. 14, 2018). Thus, as the Third Circuit also stated, the utility of the *Cammer* factors 'depend[s] on the circumstances.' *DVI*, 639 F.3d at 634 n. 16. Accordingly, '[c]ourts have rejected the idea that the fifth *Cammer* factor is necessary to establish market efficiency.' *W. Palm Beach Police Pension Fund v. DFC Global Corp.*, 2016 WL 4138613, at *12 (E.D. Pa. Aug. 4, 2016); *Di Donato v. Insys Therapeutics, Inc.*, 333 F.R.D. 427, 441-42 (D. Ariz. 2019) ('Plaintiffs may prove market efficiency without satisfying the fifth *Cammer* factor'); *Carpenters Pension Trust Fund of St. Louis v. Barclays PLC*, 310 F.R.D. 69, 86 (S.D.N.Y. 2015) ('[W]hether a plaintiff can satisfy *Cammer* 5 is not dispositive')."
> **In re Advance Auto Parts, Inc. Sec. Litigation., No. 18-212, 2020 WL 6544637, at *6 (D. Del. Nov. 6, 2020).**

---

[45] *Cammer*, 711 F. Supp. 1264 at 1291.

[46] *Id.*, at 1287.

91.     The Second Circuit arrived at the same conclusion in *Waggoner v. Barclays PLC*, 875 F.3d 79 (2d Cir. 2017). In *Waggoner v. Barclays PLC*, the Second Circuit stated that "a plaintiff seeking to demonstrate market efficiency need not always present direct evidence of price impact through event studies."[47]

92.     This understanding that the empirical factor is generally not needed to prove market efficiency when the other factors are satisfied has also been articulated by other courts in other circuits. For example, the District of Arizona recently found that the plaintiffs in *Di Donato v. Insys Therapeutic, Inc.* "proved the prerequisites for invoking the fraud-on-the-market presumption of reliance under *Basic*, and Defendants have not rebutted it."[48] In that decision, the *Insys* court, citing other circuit court decisions, concluded that "[e]vidence of the market's reaction to unexpected corporate events or financial disclosures is usually important, but not required in every case."[49]

> "The Second, Fourth, Fifth, and Eleventh Circuits have instructed that the *Cammer* factors serve only as a guide for determining market efficiency to be applied in a case-by-case basis in addition to other considerations and that, while important in certain cases, the fifth *Cammer* factor is not a mandatory prerequisite in every case for finding market efficiency. *Waggoner v. Barclays PLC*, 875 F.3d 79, 97-98 (2d Cir. 2017); *Gariety v. Grant Thornton, LLP*, 368 F.3d 356, 368 (4th Cir. 2004); *Unger v. Amedisys Inc.*, 401 F.3d 316, 323 (5th Cir. 2005); *Bell v. Ascendant Solutions, Inc.*, 422 F.3d 307, 313, 316 (5th Cir. 2005); Local 703, I.B. of T. Grocery & Food Employees Welfare Fund v. Regions Financial Corp.*, 762 F.3d 1248, 1255-56 (11th Cir. 2014). Although these circuit courts require proof and thorough analysis of market efficiency in context, they disclaim rigid adherence to a bright line test. The parties have not cited, and the Court has not found, contrary authority."
> **Di Donato v. Insys Therapeutics**, No. CV-16-00302-PHX-NVW, 20 September 2019, pp. 12-13.

---

[47] *Waggoner v. Barclays PLC*, 875 F.3d at 97.

[48] *Di Donato v. Insys Therapeutics, Inc.*, 333 F.R.D. 427, 448 (D. Ariz. 2019).

[49] *Id.*, p. 14.

93.    Nonetheless, significant stock price reactions to new valuation-relevant information do demonstrate market efficiency and are compelling empirical evidence of market efficiency. The empirical analysis that I conducted provides such evidence. Inovio stock exhibited statistically significant stock price reactions to Company announcements. The stock price movements following high information earnings announcements were much more frequently statistically significant than were the stock price movements on ordinary non-event days. This result proves that the Inovio stock price reacted to and reflected company information. There was a cause-and-effect relationship between the release of new information and changes in Inovio's stock price, which demonstrates and therefore indicates market efficiency.

### A.    Event Studies

94.    Event studies test whether a security responds to new information. Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers to assess market efficiency. Professor Eugene Fama attests:

> "The cleanest evidence on market-efficiency comes from event studies, especially event studies on daily returns. When an information event can be dated precisely and the event has a large effect on prices, the way one abstracts from expected returns to measure abnormal daily returns is a second-order consideration. As a result, event studies can give a clear picture of the speed of adjustment of prices to information."
> **"Efficient Capital Markets: II," by Eugene Fama, *Journal of Finance*, 1991, p. 1607.**

95.    Campbell et al. [1997] present a useful description and examples of the event study methodology and write about how it is generally accepted and widely used in academic research.[50] Gold et al. [2017] describe how the methodology is generally accepted and widely used in forensic applications.[51]

---

[50] "Event-Study Analysis," by John Campbell et al., Chapter 4 of *The Econometrics of Financial Markets*, Princeton University Press, 1997.

[51] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold, et al., Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

96.    An event study measures how much a stock price rises or falls in response to new, company-specific information. One component of an event study is statistical regression analysis that determines how much of a stock price change is explained by market and industry sector factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a stock price change that cannot be attributed to market or sector factors is called the residual stock price movement or "residual return." The event study isolates the residual return and also tests whether or not the residual return can reasonably be explained as merely a random fluctuation.

97.    If a security's residual return is statistically significant, it indicates that the stock price movement cannot be attributed to market factors, sector factors, or to random volatility, but rather was caused by new, company-specific information. A significant stock price reaction to the release of information demonstrates market efficiency. It is proof that the stock price responded to information.

### B.    Collective Event Study Test

#### 1.    Collective Event Study Test Design and Methodology

98.    If a company's news events collectively exhibit a significantly greater frequency of statistically significant stock price movements than do non- or lesser-news days, this finding would establish that the stock consistently reacts to information and is therefore compelling empirical evidence that the stock trades in an efficient market. One can test for market efficiency, therefore, by assessing collectively whether the stock exhibits statistically significant returns more often on days with greater information flow than on more typical days with less news. If the frequency of significant stock price movements is greater among a collection of news days than among all other non- or lesser-news days, this result would establish that there is a cause-and-effect relationship between the flow of information and stock price movements, which indicates market efficiency.

99.    The group of eight testifying finance experts (including myself) who wrote an *Amici Curiae* brief for *Halliburton II* recognized collective tests as valid tests of market efficiency. The brief explained that an empirical analysis of market efficiency may be performed as follows:

> "[D]ivide the days of the class period *ex ante* into expected news days and non-news days before examining price movements, and then compare the stock's price movements in the two categories to see if there is a statistically significant difference in price movement between the two categories. If the study finds a difference in price movement between the two sample sets (*e.g.*, earnings-release dates versus non-earnings-release dates), that is statistical evidence that the market incorporates new public information into the price of the stock."
> **Brief of Testifying Economists as *Amici Curiae* in Support of Respondent, *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc.,* 5 February 2014, p. 10.**

100.    I conducted a collective event study analysis for Inovio stock, focusing on the Company's earnings announcement days on which the Company provided financial information to investors and also updated analysts and investors about operations, financing, clinical results and developments.

101.    Because a collective event study test generally requires more than two high information flow days, and because the Class Period was less than 6 months long, I expanded the examination period to comprise the 252 day period (approximately one year) beginning on 30 January 2020 (the "Examination Period").  The Examination Period start date was selected to be 30 January 2020, because on that day the Director-General of the World Health Organization declared the novel coronavirus outbreak a Public Health Emergency of International Concern.[52] Using a 252 day period beginning on 30 January 2020 provides four earnings announcement events for testing purposes, and ensures that pandemic-period stock returns are compared only among themselves, rather than with stock returns driven by pre-pandemic stock price dynamics.

---

[52] "WHO Director-General's statement on IHR Emergency Committee on Novel Coronavirus (2019-nCoV)," speech transcript, World Health Organization, 30 January 2020, https://www.who.int/director-general/speeches/detail/who-director-general-s-statement-on-ihr-emergency-committee-on-novel-coronavirus-(2019-ncov); and "Statement on the second meeting of the International Health Regulations (2005) Emergency Committee regarding the outbreak of novel coronavirus (2019-nCoV)," World Health Organization, 30 January 2020, https://www.who.int/news/item/30-01-2020-statement-on-the-second-meeting-of-the-international-health-regulations-(2005)-emergency-committee-regarding-the-outbreak-of-novel-coronavirus-(2019-ncov).

102.    According to the finance literature, for most companies the flow of company-specific information is elevated on earnings announcement dates.[53] I examined the news about Inovio throughout the Examination Period, and specifically considered the information announced about Inovio on the earnings announcement days during the Examination Period. This comparison confirmed that the news flow on earnings announcement days during the Examination Period was elevated as compared to the news flow generally on all other more typical days.[54] A greater incidence of significant stock returns on Inovio's earnings announcement dates, therefore, would show that the Inovio stock reacted to information, which is the essence of informational market efficiency.

### 2.    Collective Event Study Tests of Market Efficiency are Widely Used and Accepted by Courts

103.    Collective event study tests that compare price movements on elevated news days to non- or lesser-news days for purposes of assessing market efficiency are widely used in securities cases, are presented in the literature, and have been accepted by courts.

> "We start by examining the statistical properties of the cause-and-effect relationship between stock returns and disclosures when there is no link. In other words, the daily stock prices do not reflect full information and that significant abnormal returns are not associated with the disclosure of information. It then logically follows that, for this security we will observe that: (a) the security's returns are determined arbitrarily or in a random fashion, and (b) there will be no link between disclosures and significant abnormal returns, in other words, disclosures and significant returns are randomly distributed. To test this hypothesis, we have established a novel statistical method employing a generally accepted approach called 'bootstrap testing.' Both the *DVI* and *HealthSouth* courts have accepted the

---

[53] *Financial Reporting: An Accounting Revolution*, 3rd ed., by William Beaver, Pearson, 1998, p. 38; and "Earnings Management to Exceed Thresholds," by François Degeorge et al., *Journal of Business*, 1999, p. 1.

[54] Several of the alleged disclosure dates were treated as ordinary lesser or non-news dates for the purposes of the collective event study, but this treatment is only because they were not earnings announcement dates. This treatment should not be interpreted to imply that there was no important news on those dates or on any of the other days treated as ordinary days, or that I have made such a determination. Treating dates that did not coincide with earnings announcements as ordinary lesser or non-news event dates is a conservative treatment when assessing market efficiency. Including these alleged disclosure dates in the sample of ordinary lesser or non-news days is highly conservative because it may increase the frequency of statistically significant dates in the non-news sample. Because the Fisher Exact Test measures the difference in incidence frequencies, adding these dates to the sample of non-news dates could skew the results against a finding that Inovio stock reacted more frequently on news days, and thus against a finding of market efficiency.

bootstrap approach. We have created test statistics to determine if the actual observations are likely to have been generated in a random fashion. If information disclosures are not linked to abnormal returns, then we would not expect there to be a statistically significant relationship that distinguishes those days when there are or are not disclosures of information from those days when there are or are not abnormal returns. In other words, there is no cause-and-effect correlation because the distributions of abnormal returns and disclosures are both random events."
**"The Curious Incident of the Dog That Didn't Bark and Establishing Cause-and-Effect in Class Action Securities Litigation," by Michael Hartzmark and H. Nejat Seyhun, *Va. L. & Bus. Rev.*, Vol. 6, No. 3, 2012, pp. 458-459 (footnote omitted).**

"In terms of the application of the EMH [Efficient Market Hypothesis] to securities class actions, an important question is whether any allegedly fraudulent information would cause a change in the issuer's stock price. However, because the market does not know (at the time) whether any information it receives is legitimate or fraudulent, this question can be answered by testing whether the market for a particular issuer's stock responds to news more generally. If it does, then one is more confident that the stock price would be affected by any material false information or would have responded to material omitted information. If the stock price does not generally respond to news, then the presumption should then become that the stock was not affected by any false news and may not have responded to allegedly omitted information. Because stock prices move all the time, one must compare the movements in response to news stories with a control group of prices."
**"The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases," by Paul Ferrillo et al., *St. John's L. Rev.*, Vol. 78.1, 2004, p. 119.**

104.    Courts have accepted collective event study tests as valid tests for establishing market efficiency and have acknowledged their "routine use" for this purpose.

"[C]ourts have … endorsed the comparison test that [Plaintiffs' expert] used. *See*, *e.g.*, *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266, 280 (S.D.N.Y. 2008). This test 'involves comparing the percentage of days with news that have a statistically significant price movement to the percentage of days without news that have a statistically significant price movement.' Paul A. Ferrillo et al., *The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases*, 78 St. John's L. Rev. 81, 120 (2004). If the stock price is significantly more likely to change on News Days than on Non-News Days, that suggests a causal relationship between material news and the stock price."
**_McIntire v. China MediaExpress Holdings, Inc._, 38 F. Supp. 3d 415, 430 (S.D.N.Y. 2014).**

"There is no dispute that z-tests are commonly used and widely accepted statistical tools. … [Defendant's expert] contends that, because the article was not peer-reviewed, a z-test cannot be used to show market efficiency. Were Feinstein using a novel or questionable statistical technique, the Court would place more weight on the absence of peer review. But it is not necessary for every application of a commonly used statistical technique to be peer-reviewed. Indeed, the elegance of statistical methods is that they can be applied to data sets of varying substantive significance, from rates of emphysema to transactions on modern securities markets. Because the Court is convinced that the z-test is a well-established and sound statistical technique, the lack of peer review does not seriously undermine Feinstein's application of the z-test."
*In re Petrobras Sec. Litig.*, **312 F.R.D. 354, 369 (S.D.N.Y. 2016).**

"Plaintiffs' expert, conducted an event study using Tidel's trading data. He identified two-day periods in which information pertaining to Tidel was released to the public and separated those two days from other two day periods in which there was no public information pertaining to Tidel. The periods were classified into 'information' versus 'non-information days.' Both experts analyzed the price changes on the 'information days' and the 'non-information days' and compared the results of the two groups. Professor Pettit concluded that the price changes on information days versus non-information days was statistically significant, meaning there was a related cause and effect relationship between the release of information pertaining to Tidel and Tidel's stock price. Simply put, Professor Pettit's tests indicated that Tidel's stock price reacted within a two-day window to news releases concerning Tidel, which indicates market efficiency."
*Lehocky v. Tidel Techs., Inc.*, **220 F.R.D. 491, 506 (S.D. Tex. 2004).**

"Additionally, experts routinely use, and courts accept, collective tests on the earnings and guidance dates like the one utilized by Bettencourt. *See In re NII Holdings*, 311 F.R.D. [401, 412 (E.D. Va. 2015)] (finding expert's collective test of company's earnings announcements objective and reliable)."
*City of Cape Coral Municipal Firefighters' Ret. Plan v. Emergent Biosolutions, Inc., HQ*, **322 F. Supp. 3d 676, 688 (D. Md. 2018).**

### 3.     Using the Empirical Distribution To Assess Statistical Significance of Stock Returns During the Covid Volatility Period

105.    As I explained above, event studies are one of the most commonly used analytic methodologies employed by finance researchers to assess market efficiency. However, when running an event study on a period during which volatility has suddenly increased

substantially, the standard event study methodology can produce unreliable results if no adjustment is made to the significance critical value to reflect the increased volatility.

106. Following the World Health Organization's declaration of COVID as a Public Health Emergency of International Concern, on 30 January 2020, stock market volatility increased substantially. During the year preceding 30 January 2020, the daily volatility of CRSP market index returns was 0.75%; in the period starting 30 January 2020 through 28 January 2021 ("COVID Period"), the daily CRSP return volatility was 2.23%. In the year preceding 30 January 2020, the daily volatility of Inovio was 4.91%. In the COVID Period, Inovio had a daily stock return volatility of 10.74%.

107. With the higher volatility in the COVID Period, the usual distributional assumptions for the $t$-test of significance are inadequate because they produce too many false positives. Driven by the much higher volatility, many random stock price movements during the COVID Period may seem to be statistically significant if the Inovio stock return regression is estimated on pre-Covid data and the usual 5% critical value cutoff of 1.96 is used to identify statistical significance at the 95% confidence level.[55] Far more than 5% of returns will have significant $t$-statistics. Without a proper correction, one may mistake spuriously significant random stock price movements for market reactions to information disclosures.

108. Using the critical value of 1.96 to test for the significance of the Inovio residual returns in the pre-COVID period shows 4.8% of the observations to be significant. On the other hand, using the critical value of 1.96 during the COVID Period, 18.7% of the Inovio residual return observations appear to be statistically significant. This divergence highlights the need to correct the critical $t$-statistic value so that it will appropriately identify statistically significant residual returns.

---

[55] The usual 1.96 critical value corresponds to the 5% probability tail of a Standard Normal distribution, which is also the 5% probability tail of the $t$-distribution for large samples.

109. Following published peer-reviewed methodology presented in Gelbach et al. [2013][56] and Walker [1968],[57] to account for the heightened volatility during the Covid Period, I used the empirical distribution of daily stock return $t$-statistics to locate the critical $t$-statistic value that defines the 5% probability tail of the distribution. One can precisely find the 5% critical value of the empirical distribution and use that value to test for significant residual returns. Gelbach et al., [2013] recommended the empirical distribution methodology specifically for drawing valid conclusions in event studies used in securities litigation. They note that the methodology is grounded in statistical theory presented by Walker [1968].

### 4.   Selection of Earnings Announcement Dates for the Collective Event Study Test

110. My collective event study test focused on Inovio's quarterly earnings announcements, during which the Company reported its financial results and other important Company news. Numerous well-known and highly regarded academic studies (for example, Beaver [1968], Ball and Brown [1968], Ball [1978], Watts [1978], Patell and Wolfson [1984], Ball and Kothari [1991], and Landsman and Maydew [2002]) have specifically examined stock price movements caused by earnings announcements and concur that earnings announcements are generally important information events. I examined Inovio's earnings announcements to confirm that there was an elevated flow of economically material information about Inovio on its earnings announcements during the Examination Period.

111. The Company announced earnings in press releases. The press releases were used to date the announcement events. Press releases for all four earnings announcements were each filed at 4:05 PM with conference calls commencing the same day at 4:30 PM. As the

---

[56] "Valid Inference in Single-Firm, Single-Event Studies," by Jonah Gelbach et al., *American Law and Economics Review*, Vol 15, No. 2, 2013.

[57] "A Note on the Asymptotic Distribution of Sample Quantiles," by A. M. Walker, *Journal of the Royal Statistical Society*, Series B, Vol. 30, No. 3 (1968).

press releases and conference calls were all after the close of trading, for each event the effective event date on which the stock could first react would be the following trading day. Table-1 presents the dates and times of Inovio's earnings announcements.

**Table 1 – Inovio Examination Period Earnings Announcements**

|  | Announcement Date | Effective Event Date |
|---|---|---|
| [1] | Thursday, March 12, 2020 | Friday, March 13, 2020 |
| [2] | Monday, May 11, 2020 | Tuesday, May 12, 2020 |
| [3] | Monday, August 10, 2020 | Tuesday, August 11, 2020 |
| [4] | Monday, November 9, 2020 | Tuesday, November 10, 2020 |

**Sources:**

[1] "INOVIO Pharmaceuticals Reports 2019 Fourth Quarter and Year-End Financial Results," *PRNewswire,* 12 March 2020, 4:05 PM; "Q4 2019 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters,* conference call, 12 March 2020, 4:30 PM.

[2] "INOVIO Reports First Quarter 2020 Financial Results; Provides Business Update," *PRNewswire,* 11 May 2020, 4:05 PM; "Q1 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters,* conference call, 11 May 2020, 4:30 PM.

[3] "INOVIO Reports Second Quarter 2020 Financial Results; Provides DNA Medicines Clinical Program Mid-Year Update," *PRNewswire,* 10 August 2020, 4:05 PM; "Q2 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters,* conference call, 10 August 2020, 4:30 PM.

[4] "INOVIO Reports Third Quarter 2020 Financial Results," *PRNewswire*, 9 November 2020, 4:05 PM; "Q3 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 9 November 2020, 4:30 PM.

112. While the importance of a company's financial results is well documented in the valuation literature, it is also recognized that for certain companies recent past financial results may not be as important as information concerning future growth prospects and the company's pipeline of new products.

> "When valuing a growth company, we confront many of the issues we faced with young idea companies, albeit on a lesser scale. Data on past operations provides a short, volatile, and not particularly useful basis for forecasting the future. Much of the company's value comes from expectations about how high growth will be in the future, how long this growth can be sustained, and the quality of this growth, all of which are difficult to forecast."
> *The Dark Side of Valuation*, **by Aswath Damodaran, Pearson Education, 2nd Edition, 2010, p. 310.**

33

113.    Because Inovio had no products on the market and low revenues during the Examination Period, news relevant to future earnings and the Company's product prospects and pipelines, including information on manufacturing capacities and vaccine developments, would be expected, *ex ante*, to be important information. I examined Company press releases, conference calls, and analyst reports on and surrounding Inovio's earnings announcements to assess whether the earnings announcements contained important information of this type.

114.    The Company's earnings announcements did contain important new information, and the flow of information on the earnings announcements was elevated compared to more ordinary days during the Examination Period. Thus, for Inovio, earnings announcement days are appropriate event dates for a collective event study testing market efficiency.

a.    **13 March 2020**

115.    On 12 March 2020, after the close of trading, Inovio announced financial results for Q4 2019 and FY 2019 and held a conference call with analysts and investors.[58] For the quarter, the Company reported total revenues of $279,000 (below consensus estimates of $2.3 million), and EPS of -$0.38 (below consensus estimates of -$0.24).[59]

116.    In its press release, the Company also provided updates on the status of four drug development programs,[60] including INO-4800. The Company explained that "preliminary efficacy and safety data [for VGX-3100] are planned to be presented later this month at The American Society for Colposcopy and Cervical Pathology (ASCCP) 2020 Scientific Meeting on Anogenital & HPV-Related Diseases."[61] Additional details about the

---

[58] "INOVIO Pharmaceuticals Reports 2019 Fourth Quarter and Year-End Financial Results," *PRNewswire*, 12 March 2020, 4:05 PM; and "Q4 2019 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 12 March 2020, 4:30 PM.

[59] "INOVIO Pharmaceuticals Reports 2019 Fourth Quarter and Year-End Financial Results," *PRNewswire*, 12 March 2020, 4:05 PM; Consensus estimates obtained from Eikon.

[60] "INOVIO Pharmaceuticals Reports 2019 Fourth Quarter and Year-End Financial Results," *PRNewswire*, 12 March 2020, 4:05 PM.

[61] "INOVIO Pharmaceuticals Reports 2019 Fourth Quarter and Year-End Financial Results," *PRNewswire*, 12 March 2020, 4:05 PM.

development progress was provided on the conference call.[62] For example, the Company reassured analysts that "there hasn't been any significant impact on our time lines and execution" for "REVEAL 1 and 2 but also for our GBM and RRP."[63] The Company further disclosed that it had "sold 43,148,952 shares of common stock under its ATM agreement for net proceeds of $208.2 million,"[64] which analysts noted provided "sufficient funding now into 2023, beyond two key data readouts from P3 REVEAL-1 and -2 clinical studies (VGX-3100, cervical dysplasia)."[65]

117.  The 12 March 2020 Inovio earnings announcement conveyed new information to the public. The news flow about the Company was elevated that day compared to all other more typical days during the Examination Period.

### b.    12 May 2020

118.  On 11 May 2020, after the close of trading, Inovio announced financial results for Q1 2020 and held a conference call with analysts and investors.[66] For the quarter, the Company reported total revenues of $1.3 million (below consensus estimates of $1.9 million), and EPS of -$0.26 (below consensus estimates of -$0.23).[67]

---

[62] See, "Q4 2019 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 12 March 2020, 4:30 PM, pp. 2-6 and 8-10.

[63] "Q4 2019 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 12 March 2020, 4:30 PM, p. 7.

[64] "INOVIO Pharmaceuticals Reports 2019 Fourth Quarter and Year-End Financial Results," *PRNewswire*, 12 March 2020, 4:05 PM.

[65] "4Q19 – Emboldened Cash and P3 Data in '20 to REVEAL Broadening Pipeline Potential," by Charles Duncan and Pete Stavropoulos, Cantor Fitzgerald, analyst report, 12 March 2020, p. 1.

[66] "INOVIO Reports First Quarter 2020 Financial Results; Provides Business Update," *PRNewswire*, 11 May 2020, 4:05 PM; and "Q1 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 11 May 2020, 4:30 PM.

[67] "INOVIO Reports First Quarter 2020 Financial Results; Provides Business Update," *PRNewswire*, 11 May 2020, 4:05 PM; Consensus estimates obtained from Eikon.

119.    In its press release, the Company provided updated information on the Phase 1 INO-4800 trial, and updated the market on the status of four additional drug development programs.[68] The Company announced that, on its conference call, it would "discuss financial results and provide a general business update, including the company's development of INO-4800, one of the leading COVID-19 vaccine candidates currently in U.S. Phase 1 clinical trials."[69,70] On the conference call, management provided updates on "the impact of the COVID-19 pandemic on [its] programs in progress" and that Inovio had seen a "decrease in enrollment rate from prior to the pandemic level" for REVEAL 2.[71,72] The Company further disclosed that "subsequent to the quarter" it had "sold an additional 12,041,178 shares of common stock for net proceeds of $121.7 million, under an ATM agreement."[73] Consequently, the 11 May 2020 Inovio earnings announcement conveyed new information, and was an elevated news date as compared to all other more typical days during the Examination Period.

---

[68] "INOVIO Reports First Quarter 2020 Financial Results; Provides Business Update," *PRNewswire*, 11 May 2020, 4:05 PM.

[69] "INOVIO Reports First Quarter 2020 Financial Results; Provides Business Update," *PRNewswire*, 11 May 2020, 4:05 PM.

[70] See, "Q1 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 11 May 2020, 4:30 PM, pp. 3-6 and 8-10.

[71] "Q1 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 11 May 2020, 4:30 PM, pp. 3 and 12.

[72] According to the Company, its "Phase 3 program [for VGX-3100], named REVEAL, consists of a primary study (REVEAL 1) and confirmatory study (REVEAL 2), in accordance with the FDA's general guidance for Phase 3 programs, to be conducted in parallel." Inovio Pharmaceuticals, Inc., Form 10-K for the fiscal year ended 31 December 2019, filed 12 March 2020, p. 11.

[73] "INOVIO Reports First Quarter 2020 Financial Results; Provides Business Update," *PRNewswire*, 11 May 2020, 4:05 PM.

c.    **11 August 2020**

120.    On 10 August 2020, after the close of trading, Inovio announced financial results for Q2 2020 results and held a conference call with analysts and investors.[74] For the quarter, the Company reported total revenues of $267,000 (below consensus estimates of $2.6 million), and EPS of -$0.83 (below consensus estimates of -$0.17).[75]

121.    In its press release, Inovio provided updates on "the first two cohorts in its Phase 1 clinical trial" for INO-4800, disclosed that it had "received significant funding from government and private sources in 1H 2020 to support vaccine development and manufacturing scale-up," and provided updates for three additional drug development programs.[76] Management discussed these developments in detail on the conference call, including a discussion of the results of the nonhuman primate study data and details on the Phase 1 extension studies for INO-4800.[77] Consequently, the 10 August 2020 Inovio earnings announcement conveyed new information, and was an elevated news day as compared to more typical days during the Examination Period.

---

[74] "INOVIO Reports Second Quarter 2020 Financial Results; Provides DNA Medicines Clinical Program Mid-Year Update," *PRNewswire*, 10 August 2020, 4:05 PM; and "Q2 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 10 August 2020, 4:30 PM.

[75] "INOVIO Reports Second Quarter 2020 Financial Results; Provides DNA Medicines Clinical Program Mid-Year Update," *PRNewswire*, 10 August 2020, 4:05 PM; Consensus estimates obtained from Eikon.

[76] "INOVIO Reports Second Quarter 2020 Financial Results; Provides DNA Medicines Clinical Program Mid-Year Update," *PRNewswire*, 10 August 2020, 4:05 PM.

[77] See, "Q2 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 10 August 2020, 4:30 PM, pp. 7-15.

d.    **10 November 2020**

122.    On 9 November 2020, after the close of trading, Inovio announced financial results for Q3 2020 and held a conference call with analysts and investors.[78] For the quarter, the Company reported total revenue of $236,000 (below consensus estimates of $3.0 million), and EPS of $0.12 (above consensus estimates of -$0.19).[79]

123.    In its press release, the Company provided updated information on INO-4800 and three additional drug development programs, and discussed the FDA's "partial clinical hold on INOVIO's Investigational New Drug Application (IND) for the Phase 2/3 trial of its COVID-19 vaccine candidate INO-4800."[80] Management elaborated on these points on the conference call,[81] and disclosed that the Company's REVEAL studies would be delayed.[82] Consequently, the 9 November 2020 Inovio earnings announcement conveyed new information, and was an elevated news date compared to more typical days during the Examination Period.

### 5.    A Caveat About Non-Significant Security Price Movements

124.    It is important to note that an event study tests the joint hypothesis that (i) the stock trades in an efficient market, and (ii) the appropriate valuation impact of the information disseminated on the event date (according to valuation principles) is of such a large magnitude as to exceed the threshold for statistical significance. A finding of statistical significance indicates market efficiency, but a finding of non-significance does not

---

[78] "INOVIO Reports Third Quarter 2020 Financial Results," *PRNewswire*, 9 November 2020, 4:05 PM; and "Q3 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 9 November 2020, 4:30 PM.

79 "INOVIO Reports Third Quarter 2020 Financial Results," *PRNewswire*, 9 November 2020, 4:05 PM; Consensus estimates obtained from Eikon.

[80] "INOVIO Reports Third Quarter 2020 Financial Results," *PRNewswire*, 9 November 2020, 4:05 PM

[81] "Q3 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 9 November 2020, 4:30 PM, pp. 4-7.

[82] "Q3 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 9 November 2020, 4:30 PM, p. 7.

necessarily establish inefficiency, because a modest non-significant stock price reaction may be the appropriate and efficient stock price reaction to a particular announcement or event.[83]

125.    For example, if a company reports business results that are in line with the expectations of analysts and investors, even though the announcement would be important, the mix of information may not have changed sufficiently on that date to warrant a statistically significant stock price change. The release of important information consistent with market expectations would maintain the price, whereas important information inconsistent with expectations would be expected to cause a change in the stock price. Similarly, if a misrepresentation is made alongside countervailing confounding news that impacts the stock price in the opposite direction, the mix of news may cause no statistically significant stock price reaction in an efficient market.[84] In these examples, a modest stock price movement, or even no movement at all, may be the appropriate stock price reaction in an efficient market. In such cases, the event study finding that the stock return was non-significant would not indicate inefficiency. In fact, in such cases, the non-significant stock price movement would show that the stock behaved as it should in an efficient market.[85]

---

[83] See, e.g., "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," by Alon Brav and J.B. Heaton, *Wash. U. L. Rev.,* 2015, p. 602.

[84] Confounding information is simultaneously released unrelated company-specific information.

[85] Of note, it is becoming increasingly recognized in the literature that the 95% confidence level is not the only statistical finding dispositive of correlation and causation. While significance at the 95% confidence level provides strong proof that the information conveyed by the disclosure event caused the price reaction, it is also well-known and now generally accepted that significance at a less than the 95% confidence level is informative as well.

Significance at less than the 95% confidence level certainly does not disprove that an event impacted the stock price. See, e.g., "Hypothesis tests are usually conducted using a type I error rate (probability of rejecting a true null) of 5%, but there is no good reason why 5% should be preferred to some other percentage. The father of statistics, R.A. Fisher, suggested it in an obscure 1923 paper, and it has been blindly followed ever since. Rosnow and Rosenthal (1989, p. 1277) recognize that 'surely, God loves the .06 as much as the .05.'" (*A Guide to Econometrics*, by Peter Kennedy, 6th ed., Blackwell Publishing, 2008, p. 60.).

Note also, "Statistical significance may be part of an expert's reasoning, but the expert should also consider all possible explanations for a scientific conclusion, including study design and the underlying scientific processes that affect the result. To the extent there are other studies or data that contradict the expert's conclusion, the expert should not dismiss that other data merely because it is not statistically significant." ("New Views on Statistical Significance Affect Expert Testimony," by Josh Becker et al., *Law360.com*, 23 May 2019.)

126. Similarly, when a company deceives analysts and investors by concealing important information, the effect of the concealment would generally not be a significant stock price movement at the time of the concealment and over its duration. The concealment would maintain the mix of information as it was previously, so the price impact would be maintenance of the price level where it was previously.

127. An event study testing market efficiency does not require a comprehensive identification of all events on which new allegation-related information was disclosed.[86] Nor is it necessary to test all events identified in a complaint. Events should be selected on the basis of an independent analysis of which candidate events are informative about market efficiency, and these events may be allegation-related or unrelated. In the same vein, an ideal candidate event for testing market efficiency should not necessarily be excluded simply because it also happens to be related to the allegations of the case.

128. When selecting events for a collective event study testing market efficiency, each event need not be so momentous as to be expected to elicit a significant stock price reaction. Rather, the group of events is selected such that the group as a whole is characterized as having higher information flow than ordinary days. One would not expect all or even necessarily most of the event returns in a collective event study to be statistically significant. In a collective event study, statistical testing establishes whether the incidence rate of statistical significance within the event group is elevated compared to all other dates. If so established, the finding proves the existence of a cause-and-effect relationship between information flow and stock price reaction.

### 6.    Isolating the Impact of Company-Specific Information

129. One component of event study analysis determines how much of the Company's stock return following each event was driven by market and industry sector factors, as opposed to Company-specific information, so that those influences can be statistically factored out. The method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of a company's stock typically behaved in relation to the overall market and its industry sector, and then using the

---

[86] A comprehensive identification of all disclosures of information related to the alleged fraud is beyond the scope of this report and is properly addressed in an analysis of loss causation and damages.

regression model to determine how much of each event day's actual return is explained by those market and sector effects. The portion of the stock return that is attributable to market and sector factors is called the explained return.

130. The explained return is then subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and industry sector effects.

131. I ran regressions modeling the return of Inovio stock as a function of 1) a constant term, 2) the return of the overall stock market, and 3) a sector index return.

132. For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"),[87] which is a generally accepted and widely used measure of the overall stock market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

133. For the sector factor, I used the S&P Biotechnology Select Industry Index (the "Sector Index").[88]

134. All returns used in the regressions are logarithmic returns – *i.e.*, the natural logarithm of the ratio of the current day's closing price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis because of various computational advantages.[89]

135. Inovio's stock prices, trading volume, and returns are shown in Exhibit-4. Exhibit-5 presents the Market Index and Sector Index data.

136. I estimated the regression over the interval 30 January 2019 through 29 January 2020 (the "Estimation Period"), which is the full year of data preceding the Examination Period. Using this pre-Covid Period ensures that the stock price dynamics are stationary during the regression estimation period and not yet impacted by Covid events or the events being

---

[87] Data obtained from Bloomberg, ticker CRSPTMT Index.

[88] The Company identified the S&P SuperCap Biotechnology Index as its representation of the industry sector. As data was unavailable on Bloomberg for that index, I used the S&P Biotechnology Select Industry Index, which is reasonably representative of the biotechnology industry sector.

[89] Appendix-1 presents the mathematical formula for the logarithmic return and a discussion of the measure.

41

tested. The choice of using data preceding the dates of interest for the regression estimation period is a widely used and generally accepted practice in event study analysis.

> "Three general choices for the placement of an estimation window are before the event window, surrounding the event window, and after the event window."
> **"Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak and Frederick Dunbar,** *Litigation Services Handbook: The Role of the Financial Expert*, **3rd ed., edited by Roman Weil et al., John Wiley & Sons, Inc., 2001, p. 19.5.**

137.   As discussed below, I repeated the statistical analysis using the Examination Period itself as the regression estimation period, and the qualitative results are the same. Therefore, the findings and conclusions are robust to alternative regression estimation periods.

138.   I used dummy variables to control for the potentially abnormal returns on the earnings announcement events that occurred during the Estimation Period. Using dummy variables to control for potentially atypical observations in the regression estimation period, especially when those dates are the subject of the event study analysis, so that the model parameters reflect typical stock price dynamics, is a widely used and generally accepted methodology.[90]

139.   The regression results are presented in Exhibit-6.

140.   For each date in the Examination Period, I computed the explained portion of Inovio's stock return by adding 1) the estimated regression intercept term, 2) the day's Market Index return multiplied by the Market Index coefficient estimated by the respective regression, and 3) the day's Sector Index return multiplied by the Sector Index coefficient.

141.   I then computed the residual return for each event date by subtracting the explained return from the actual return.

---

[90] See, e.g., "Event Studies with a Contaminated Estimation Period," by Nihat Aktas et al., *Journal of Corporate Finance*, 2007; and "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David F. Larcker et al., *Journal of Financial & Quantitative Analysis*, Vol. 15, No. 2, 1980.

### 7.    *t*-Test

142.    For each earnings announcement event date in the Examination Period, a statistical test called a *t*-test was conducted to determine whether the residual return of Inovio stock was statistically significant. Statistical significance means that the return, after controlling for the overall stock market and industry sector effects, was of such magnitude that the stock return cannot reasonably be attributed to random volatility, but rather must have been caused by Company-specific information. A *t*-test compares the residual return on an event date to typical residual returns for the stock over a control period. If the event date residual return is far greater (positively or negatively) than the typical residual return, the *t*-test indicates that the event residual return was unlikely to have been caused by random volatility and is therefore deemed statistically significant.[91]

143.    I constructed *t*-statistics for all of the returns in the Examination Period by dividing each residual by the standard error of the regression. To produce the empirical histogram of the Examination Period *t*-statistics, I sorted the Examination Period *t*-statistics from minimum to maximum. Thusly sorted, I identified the thresholds for the top and bottom 2.5 percentile values – that is, the bottom threshold that defines where the most negative 2.5% of all *t*-statistics reside and the top threshold that defines where the largest 2.5% of all *t*-statistics reside. These thresholds are the empirical distribution's two-tail critical values for the 5% significance level.[92]

144.    Any residual *t*-statistic that is below the bottom critical value or above the top critical value is statistically significant at the 5% significance level, corresponding to the 95% confidence level, according to the empirical distribution. The empirical distribution methodology guarantees that no more than 5% of the residual returns are significant at the 5% level.

---

[91] This test is called the *t*-test because it involves the computation of a *t*-statistic, which is the event day residual return divided by the standard deviation of residual returns from the estimation period. The *t*-statistic is essentially a normalized representation of the residual return. If an event date *t*-statistic is in the extreme tail of the *t*-statistic distribution, either the theoretical t-distribution or the empirical *t*-statistic histogram, such that it is unusual and unlikely to have been generated by random volatility alone, the random volatility explanation can be rejected, and the stock return for that day is deemed statistically significant.

[92] The critical *t*-statistic for the top 2.5 percentile is 6.09, and the critical *t*-statistic for the bottom 2.5 percentile is -4.71. As there are 252 observations in the Examination Period, the top and bottom 2.5 percentile values correspond with the top and bottom six *t*-statistics in the empirical distribution (252 * 2.5% = 6.3).

145. The results of the event study are presented below and summarized in Exhibit-7. Exhibit-8 presents the event study metrics for all dates during the Examination Period.

146. As shown in Exhibit-7, three of Inovio's four earnings announcements during the Examination Period elicited statistically significant price reactions.

### C.    Collective Event Study Test Results

147. I conducted a statistical test to determine whether three of four earnings announcements eliciting statistically significant stock price reactions was frequent enough to indicate market efficiency. The statistical test, known as the Fisher Exact Test, determines whether three significant stock returns out of four earnings announcements could have been the result of random chance alone, or alternatively must have been caused by a consistent cause-and-effect relationship between the release of Company information and Inovio stock price movements. The Fisher Exact Test is a commonly used and widely accepted methodology for testing whether incidence rates are different between two groups of data. A higher incidence of statistical significance on earnings announcement event dates would indicate that Inovio stock responded to information and thereby demonstrated market efficiency.

148. The Examination Period comprised 252 trading days, of which four days were earnings announcements. Three of the four earnings announcement event days had statistically significant returns, which is an incidence rate of 75%.

149. Of the remaining 248 trading days, deemed for purposes of this test to be lesser or non-news days, nine were statistically significant, which is an incidence rate of 3.63%.

150. The Fisher Exact Test finds that this difference in significance incidence rates, 75.00% versus 3.63%, is itself, highly statistically significant. The earnings announcement days exhibited a significantly greater incidence of statistically significant returns compared to all other days.

151. The probability that three of four earnings announcement days would be statistically significant if Inovio stock did not respond to information (such that the stock behaves the same on news- and non-news days) is only 0.03%. This finding rejects the null

hypothesis that Inovio stock behaves no differently on earnings announcement days with a greater flow of information than on all other days. The conclusion is that Inovio stock reacted to information and its market therefore demonstrated informational efficiency.

152. The results of the Fisher Exact Test are presented in Exhibit-9.

153. Exhibit-10a through Exhibit-10d present the regression results, event study results, and collective Fisher Exact Test results for alternative experimental designs. I ran the regression over the Estimation Period and alternatively over the Examination Period. I ran the *t*-tests and Fisher Exact Test using the empirical histogram *t*-statistic distribution and alternatively using the theoretical *t*-statistic distribution. As shown in these exhibits, all reasonable experimental designs produce the same qualitative results. The data confirm a cause-and-effect relationship between Company information and movement in the Inovio stock price, demonstrating market efficiency.

## IX.    MARKET EFFICIENCY SUMMARY

154. Inovio stock traded on the Nasdaq with numerous market makers facilitating trading in the stock. Trading volume was well above the level warranting a strong presumption of market efficiency. The Company was widely covered by analysts and the news media. Institutional ownership of Inovio stock was widespread. The Company was eligible for S-3 registration throughout the Class Period, and did file an S-3 registration statement during the Class Period. Market capitalization and float were high. The stock's bid-ask spread was narrow, substantially narrower than the average bid-ask spread among all other stocks traded on U.S. exchanges. No impediments to market efficiency were present.

155. Inovio stock also satisfied the empirical *Cammer* factor, observably reacting to information flow, thereby demonstrating market efficiency. The empirical tests proved that there was a cause-and-effect relationship between new, Company-specific information and movements in the price of Inovio stock.

156. In sum, the market for Inovio stock satisfied all of the *Cammer* and *Krogman* factors, which indicate market efficiency. Given these facts, I conclude that Inovio stock traded in an efficient market over the course of the Class Period.

45

## X.     COMMON DAMAGES METHODOLOGIES

### A.     Section 10(b) Damage Methodology

157.    Counsel for the Plaintiffs asked me to opine on whether Section 10(b) per share damages could be measured using a common methodology that is consistent with the Plaintiffs' theory of liability for all Class members with Section 10(b) claims.

158.    Section 10(b) addresses liability for investor losses sustained in connection with the purchase or sale of securities as a result of fraudulent misrepresentations and omissions.

159.    It should be noted that I have not conducted a loss causation analysis or computed damages at this time and reserve the right to address such issues at the appropriate stage. The full loss causation analysis that will be necessary to actually calculate damages in the current case requires the full development of the record.

160.    The out-of-pocket damage methodology discussed herein can be applied commonly for all Class members. Out-of-pocket damages are measured as the difference between the amount of stock price inflation at purchase and the amount of inflation in the stock price at sale or, if held, at the end of the Class Period, taking into account formulaic prescriptions in relevant case law and statutes. Artificial inflation is the difference between observed market price of a security and what that price would have been but for the misrepresentations and omissions.

161.    This methodology allows the calculation of individual and class-wide damages stemming from various alleged misrepresentations and omissions and therefore will accommodate alternative potential determinations of liability. Economic analyses, including valuation and empirical event study analysis, can be used to estimate the relationship between specific statements or sets of statements and the subsequent effect on prices, in the case of affirmative statements, omissions, and/or corrective disclosures. As such, class-wide damages in response to the specific misrepresentations and omissions ultimately established by the Plaintiffs can be calculated in a straightforward manner common to all Class members.

162.    To the extent that there may be specific issues complicating the quantification of artificial inflation encountered in the execution of the out-of-pocket damage methodology due to potentially unique facts and circumstances of this case, the standard tools of valuation

46

analysis can be applied as needed. Valuation tools can be applied to measure what the price of Inovio stock would have been but for the alleged misrepresentations and omissions.

163. Valuation analysis is undertaken continuously, every day, for virtually every publicly traded security, and these tools address the very complexities that could potentially be encountered in the course of computing inflation and damages in this case. Valuations assuming alternative scenarios are commonly conducted by analysts and investors.

164. Among the commonly used valuation tools that are available to investors and analysts in real time, and to forensic analysts when computing damages, are, for example: valuation multiple models, such as those based on earnings, earnings before interest, tax, depreciation and amortization (EBITDA), revenue, book value, and cash flow; discounted cash flow (DCF) models; scenario analysis, and the literature regarding valuation effects of factors such as reputation and quality of accounting. In addition, forensic analysts have the added benefit of being able to use event study analysis, which quantifies the price effects that occurred when information did reach the market.

165. Assuming a verdict for the Plaintiffs on the allegations of fraud, Section 10(b) per share damages can be measured as follows:

    i. First, valuation tools, which would include event study analysis such as that described herein, and potentially other empirical analyses if necessary, would be used to establish if the disclosures, correcting the alleged misrepresentations and omissions, caused the price of Inovio stock to fall. This analysis, after controlling for potentially non-fraud-related information, would establish if the alleged misrepresentations and omissions had caused the stock price to be artificially inflated, and if corrective disclosures caused the inflation to dissipate, in turn causing investor losses. This analysis would apply on a class-wide basis.

    ii. Second, an inflation ribbon would be constructed, using generally accepted empirical analysis and valuation tools, indicating how much artificial inflation caused by the alleged misrepresentations and omissions was in the price of Inovio stock on each day during the Class Period, if any. An inflation ribbon is a time series of the difference between a stock's actual price observed in the marketplace, and the estimated price that the stock would have traded at each day had there been

full disclosure. Construction of the inflation ribbon generally employs event study analysis, combined with widely used and generally accepted valuation tools. The inflation ribbon is often constructed by working chronologically backwards from the final corrective disclosure to the start of the Class Period, accounting for alleged fraud-related residual price declines as they occurred. Inflation prior to a corrective disclosure that dissipated inflation is greater than the inflation afterward by the amount of inflation that dissipated. The full array of generally accepted and widely used valuation tools can be applied, if necessary, to calculate the but-for stock prices under the assumption of prior full disclosure. This analysis would also apply on a class-wide basis.

iii. Third, the measure of per share damages generally applied in Section 10(b) cases is the reduction in the inflation ribbon over an investor's holding period (the economic/inflation loss). That is, per share damages would be calculated as the difference between the inflation on the date the shares were purchased and the inflation on the date those same shares were subsequently sold, or, if held, at the end of the Class Period.

iv. Per share damages are limited, however, to be no greater than the decline in the share price over the investor's holding period, which is the investment loss actually sustained.

v. Pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (15 U.S.C. § 78u-4(e)), for purposes of computing the investment loss limitation on damages, for any shares sold during the 90-day period after the end of the Class Period, the investment loss is computed as if the selling price was the greater of the actual selling price or the average price from the final corrective disclosure date to the sale date. For any shares held 90 days or more beyond the final corrective disclosure, the investment loss is computed as if the shares were sold for the average price over the 90 days following the final corrective disclosure.

vi. The calculation of each Class member's per share damages would be a mechanical arithmetic exercise for all Class members who bought Inovio stock during the Class Period, applying the results of the class-wide analyses described above to each Class member's stock trading data.

166.    In the instant case, just as in virtually all Section 10(b) class action security cases, damages for all Class members can be computed using the out-of-pocket damage methodology, common analytics, and readily available daily pricing information. This damage model is consistent not only with Plaintiffs' theory of liability, but also with governing statutes and case law.

167.    I have not yet been asked to calculate damages for any of the claims alleged on behalf of the Class, and such calculations will likely depend, in part, on the completion of discovery and full development of the record in this case. However, any valuation or computational complexities that may be encountered in the execution of the damage model will affect all Class members commonly, and therefore will be addressed in common fashion. The methodology described above is generally accepted and widely used for calculating damages under Section 10(b) for all Class members in securities class actions.

## XI.    LIMITING FACTORS AND OTHER ASSUMPTIONS

168.    This report is furnished solely for the purpose of court proceedings in the above-referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of the report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work on this matter.

Steven P. Feinstein, Ph.D., CFA

## XII.    APPENDIX-1: LOGARITHMIC RETURNS

A-1.    Logarithmic returns, rather than percent change returns, are commonly used in stock return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:
>   $R_t$ is the logarithmic return on day t;
>   $P_t$ is the stock price at the end of day t;
>   $P_{t-1}$ is the stock price from the previous day, day t-1;
>   $d_t$ is the dividend on day t, if any.

A-2.    The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:
>   $DR_t$ is the dollar return on day t;
>   $P_{t-1}$ is the stock price from the previous day, day t-1;
>   e is natural e (approximately 2.7);
>   $R_t$ is the logarithmic return on day t.

A-3.    If a stock falls from $20 to $18, the percent change in price is -10%, equal to the $2 decline divided by the original $20 price. The logarithmic return, however, is -10.54%, equal to ln($18/$20).

A-4.    The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

A-5.    An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and sector factors.

**Exhibit-1**

**Documents and Other Information Considered**

## CASE DOCUMENTS

- First Amended Consolidated Class Action Complaint for Violation of The Federal Securities Laws, dated 21 September 2020.
- Motion To Dismiss Memorandum, filed 16 February 2021.
- Motion To Dismiss Order, dated 16 February 2021.

## NEWS ARTICLES/PRESS RELEASES

- Factiva news articles from 14 February 2019 to 1 July 2021, downloaded using the following search parameters: All Sources; All Authors; Company: Inovio Pharmaceuticals, Inc; All Subjects; All Industries; All Regions.

## ANALYST REPORTS

- Analyst reports, 3 September 2019 through 6 April 2021, obtained from Plaintiffs' counsel, in the following files:
  - CF000001-165.
  - HCW0000001.
  - HCW0000007.
  - HCW0000013.
  - HCW0000018.
  - HCW0000024.
  - HCW0000030.
  - HCW0000036.
  - HCW0000042.
  - HCW0000048.
  - HCW0000054.
  - HCW0000061.
  - HCW0000070.
  - HCW0000077.
  - HCW0000084.
  - HCW0000089.
  - HCW0000095.
  - HCW0000102.
  - HCW0000108.
  - HCW0000114.

51

**Exhibit-1**

**Documents and Other Information Considered**

- HCW0000119.
- HCW0000125.
- HCW0000130.
- HCW0000135.
- HCW0000141.
- HCW0000147.
- HCW0000153.
- HCW0000159.
- HCW0000165.
- HCW0000172.
- HCW0000178.
- HCW0000185.
- HCW0000190.
- HCW0000198.
- INO analyst reports 06142020-07102020.
- INO analyst reports 07012020-04082021 vol01.
- INO analyst reports 07012020-04082021 vol02.
- INO analyst reports 09012019-06222020 vol01.
- INO analyst reports 09012019-06222020 vol02.
- INO analyst reports 09012019-06222020 vol03.
- INO2019-11-05.
- INO2019-11-12.
- INO2020-02-10.
- INO2020-03-13.
- INO2020-03-26.
- INO2020-04-02.
- INO2020-05-07.
- INO2020-05-11.
- INO2020-05-18.
- INO2020-06-01.
- INO2020-06-23.
- INO2020-06-25.
- INO2020-06-30.
- INO2020-07-01.
- INO2020-07-15.
- INO2020-07-20.
- INO2020-07-30.
- INO2020-08-10.
- INO2020-08-18.

52

**Exhibit-1**

**Documents and Other Information Considered**

- INO2020-09-28.
- Piper Sander_Inovio_produced 5-18-21_bl.
- ROTH_CAPITAL_0000001.
- ROTH_CAPITAL_0000008.
- ROTH_CAPITAL_0000013.
- ROTH_CAPITAL_0000018.
- ROTH_CAPITAL_0000023.
- ROTH_CAPITAL_0000057.
- ROTH_CAPITAL_0000066.
- ROTH_CAPITAL_0000072.
- ROTH_CAPITAL_0000077.
- ROTH_CAPITAL_0000083.
- ROTH_CAPITAL_0000089.
- ROTH_CAPITAL_0000094.
- ROTH_CAPITAL_0000100.
- ROTH_CAPITAL_0000106.
- ROTH_CAPITAL_0000111.
- ROTH_CAPITAL_0000116.
- ROTH_CAPITAL_0000121.

## SEC FILINGS

- Inovio Pharmaceuticals, Inc., Form S-3, filed 22 May 2015.
- Inovio Pharmaceuticals, Inc., Form S-3, filed 25 May 2018.
- Inovio Pharmaceuticals, Inc., Form SC 13G, filed 14 February 2019.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 20 February 2019.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 26 February 2019.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 12 March 2019.
- Inovio Pharmaceuticals, Inc., Form 10-K, filed 12 March 2019.
- Inovio Pharmaceuticals, Inc., Form S-8, filed 15 March 2019.
- Inovio Pharmaceuticals, Inc., Form DEF 14A, filed 25 March 2019.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 25 March 2019.
- Inovio Pharmaceuticals, Inc., Form 10-Q, filed 9 May 2019.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 10 May 2019.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 21 May 2019.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 28 May 2019.
- Inovio Pharmaceuticals, Inc., Form S-8, filed 31 May 2019.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 4 June 2019.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 16 July 2019.

**Exhibit-1**

**Documents and Other Information Considered**

- Inovio Pharmaceuticals, Inc., Form 8-K, filed 6 August 2019.
- Inovio Pharmaceuticals, Inc., Form 10-Q, filed 8 August 2019.
- Inovio Pharmaceuticals, Inc., Form D, filed 15 August 2019.
- Inovio Pharmaceuticals, Inc., Form 10-Q, filed 12 November 2019.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 2 January 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 15 January 2020.
- Inovio Pharmaceuticals, Inc., Form D, filed 24 January 2020.
- Inovio Pharmaceuticals, Inc., Form S-3, filed 31 January 2020.
- Inovio Pharmaceuticals, Inc., Form S-8, filed 31 January 2020.
- Inovio Pharmaceuticals, Inc., Form SC 13G/A, filed 5 February 2020.
- Inovio Pharmaceuticals, Inc., Form 424B5, filed 7 February 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 7 February 2020.
- Inovio Pharmaceuticals, Inc., CORRESP, filed 10 February 2020.
- Inovio Pharmaceuticals, Inc., Form SC 13G/A, filed 10 February 2020.
- Inovio Pharmaceuticals, Inc., Form SC 13G, filed 11 February 2020.
- Inovio Pharmaceuticals, Inc., UPLOAD, filed 11 February 2020.
- Inovio Pharmaceuticals, Inc., Form SC 13G, filed 12 February 2020.
- Inovio Pharmaceuticals, Inc., Form SC 13G, filed 12 February 2020.
- Inovio Pharmaceuticals, Inc., EFFECT, filed 13 February 2020.
- Inovio Pharmaceuticals, Inc., Form 424B5, filed 9 March 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 9 March 2020.
- Inovio Pharmaceuticals, Inc., Form 10-K, filed 12 March 2020.
- Inovio Pharmaceuticals, Inc., Form S-3, filed 13 March 2020.
- Inovio Pharmaceuticals, Inc., UPLOAD, filed 23 March 2020.
- Inovio Pharmaceuticals, Inc., CORRESP, filed 27 March 2020.
- Inovio Pharmaceuticals, Inc., Form DEF 14A, filed 27 March 2020.
- Inovio Pharmaceuticals, Inc., EFFECT, filed 31 March 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 3 April 2020.
- Inovio Pharmaceuticals, Inc., Form 424B5, filed 3 April 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 6 April 2020.
- Inovio Pharmaceuticals, Inc., UPLOAD, filed 14 April 2020.
- Inovio Pharmaceuticals, Inc., Form DEFA14A, filed 15 April 2020.
- Inovio Pharmaceuticals, Inc., CORRESP, filed 24 April 2020.
- Inovio Pharmaceuticals, Inc., UPLOAD, filed 1 May 2020.
- Inovio Pharmaceuticals, Inc., Form 10-Q, filed 11 May 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 12 May 2020.
- Inovio Pharmaceuticals, Inc., Form 424B5, filed 12 May 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 18 May 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 3 June 2020.

**Exhibit-1**

**Documents and Other Information Considered**

- Inovio Pharmaceuticals, Inc., Form 8-K, filed 25 June 2020.
- Inovio Pharmaceuticals, Inc., Form 10-Q, filed 10 August 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 3 September 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 28 September 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 15 October 2020.
- Inovio Pharmaceuticals, Inc., Form 10-Q, filed 9 November 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 16 November 2020.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 4 January 2021.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 20 January 2021.
- Inovio Pharmaceuticals, Inc., Form 424B5, filed 20 January 2021.
- Inovio Pharmaceuticals, Inc., Form S-3ASR, filed 20 January 2021.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 22 January 2021.
- Inovio Pharmaceuticals, Inc., Form 424B5, filed 22 January 2021.
- Inovio Pharmaceuticals, Inc., Form SC 13G/A, filed 29 January 2021.
- Inovio Pharmaceuticals, Inc., Form SC 13G/A, filed 5 February 2021.
- Inovio Pharmaceuticals, Inc., Form SC 13G/A, filed 10 February 2021.
- Inovio Pharmaceuticals, Inc., Form SC 13G, filed 10 February 2021.
- Inovio Pharmaceuticals, Inc., Form SC 13G/A, filed 11 February 2021.
- Inovio Pharmaceuticals, Inc., Form SC 13G/A, filed 11 February 2021.
- Inovio Pharmaceuticals, Inc., Form S-8, filed 1 March 2021.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 1 March 2021.
- Inovio Pharmaceuticals, Inc., Form 10-K, filed 1 March 2021.
- Inovio Pharmaceuticals, Inc., Form DEF 14A, filed 25 March 2021.
- Inovio Pharmaceuticals, Inc., Form 10-Q, filed 10 May 2021.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 17 May 2021.
- Inovio Pharmaceuticals, Inc., Form 8-K, filed 11 June 2021.

## ACADEMIC AND PROFESSIONAL LITERATURE

- Aktas, Nihat, Eric de Bodt, and Jean-Gabriel Cousin, "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance*, Vol. 13, 2007.
- Atkins, Allen B. and Edward A. Dyl, "Price Reversals, Bid-Ask Spreads, and Market Efficiency," *Journal of Financial and Quantitative Analysis*, Vol. 25, 1990.
- Ball, Ray, "Anomalies in Relationships Between Securities' Yield and Yield-Surrogates," *Journal of Financial Economics*, Vol. 6, 1978.
- Ball, Ray and S. P. Kothari, "Security Returns around Earnings Announcements," *The Accounting Review*, Vol. 66, 1991.
- Ball, Ray and Stephen J. Brown, "An Empirical Evaluation of Accounting Income Numbers," *Journal of Accounting Research*, 1968.

**Exhibit-1**

**Documents and Other Information Considered**

- Barber, Brad M., Paul A. Griffin, and Baruch Lev, "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *The Journal of Corporation Law*, 1994.
- Beaver, William H., "The Information Content of Annual Earnings Announcements," *Journal of Accounting and Research*, 1968.
- Beaver, William H., *Financial Reporting: An Accounting Revolution*, 3rd ed., Pearson, 1998.
- Becker, Josh, Aaron Block, and Patrick Hill, "New Views on Statistical Significance Affect Expert Testimony," *Law360.com*, 23 May 2019.
- Brav, Alon and J.B. Heaton, "Event Studies in Securities Litigation: Low Power, Confounding Effects, and Bias," *Washington University Law Review*, Vol. 93.2, 2015.
- Bromberg, Alan R., Lewis D. Lowenfels, and Michael J. Sullivan, *Securities Fraud and Commodities Fraud,* 2003.
- Campbell, John Y., Andrew W. Lo, and A. Craig MacKinlay, "Event-Study Analysis," Chapter 4 of *The Econometrics of Financial Markets*, Princeton University Press, 1997.
- Chordia, Tarun, Richard Roll, and Avanidhar Subrahmanyam, "Liquidity and Market Efficiency," *Journal of Financial Economics*, Vol. 87, 2008.
- Damodaran, Aswath, *The Dark Side of Valuation*, Pearson Education, 2nd ed., 2010.
- Degeorge, François, Jayendu Patel, and Richard Zeckhauser, "Earnings Management to Exceed Thresholds," *Journal of Business*, Vol. 72, 1999.
- Demsetz, Harold, "The Cost of Transacting," *The Quarterly Journal of Economics,* Vol. 82, No. 1, 1968.
- Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, 1970.
- Fama, Eugene F., "Efficient Capital Markets: II," *The Journal of Finance*, Vol. 46, 1991.
- Ferrillo, Paul A., Frederick C. Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof from Plaintiffs in Fraud-on-the-Market Cases," *St. John's Law Review*, Vol. 78.1, 2004.
- Gelbach, Jonah, Eric Helland, and Jonathan Klick, "Valid Inference in Single-Firm, Single-Event Studies," *American Law and Economics Review*, Vol 15.2, 2013.
- George, Thomas J. and Francis A. Longstaff, "Bid-Ask Spreads and Trading Activity in the S&P 100 Index Options Market," *Journal of Financial and Quantitative Analysis*, Vol. 28, No. 3, 1993.
- Gold, Kevin L., Eric Korman, and Ahmer Nabi, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th ed., edited by Roman L. Weil, Daniel G. Lentz, and Elizabeth A. Evans, John Wiley & Sons, Inc., 2017.
- Hartzmark, Michael L. and H. Nejat Seyhun, "The Curious Incident of the Dog That Didn't Bark and Establishing Effect-and-Cause in Class Action Securities Litigation," *Virginia Law & Business Review,* Vol. 6, No. 3, 2012.

**Exhibit-1**

**Documents and Other Information Considered**

- Kennedy, Peter, *A Guide to Econometrics*, 6th ed., Blackwell Publishing, 2008.
- Landsman, Wayne R., and Edward L. Maydew, "Has the Information Content of Quarterly Earnings Announcements Declined in the Past Three Decades?" *Journal of Accounting Research*, Vol. 40, No. 3, 2002.
- Larcker, David F., Lawrence A. Gordon, and George E. Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial and Quantitative Analysis*, Vol. 15, 1980.
- Patell, James M. and Mark A. Wolfson, "The Intraday Speed of Adjustment of Stock Prices to Earnings and Dividend Announcements," *Journal of Financial Economics*, Vol. 13, 1984.
- Tabak, David I. and Frederick C. Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom," Chapter 19 of the *Litigation Services Handbook: The Role of the Financial Expert*, 3rd ed., edited by Roman L. Weil, Michael J. Wagner, and Peter B. Frank, John Wiley & Sons, Inc., 2001.
- Villanueva, Miguel and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," *Review of Quantitative Finance and Accounting*, Vol. 57, Issue 1, 2021.
- Walker, A. M., "A Note on the Asymptotic Distribution of Sample Quintiles," *Journal of the Royal Statistical Society*, Series B (Methodological), Vol. 30, No. 3 (1968).
- Watts, Ross L., "Systematic 'Abnormal' Returns after Quarterly Earnings Announcements" *Journal of Financial Economics*, Vol. 6, 1978.

**CONFERENCE CALLS TRANSCRIPTS**

- "Q4 2018 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 12 March 2019.
- "Q1 2019 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 9 May 2019.
- "Q2 2019 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 8 August 2019.
- "Q3 2019 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 12 November 2019.
- "Q4 2019 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 12 March 2020.
- "Q1 2020 Inovio Pharmaceuticals Inc Earnings," *Thomson Reuters*, conference call, 11 May 2020.
- "Q2 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 10 August 2020.

**Exhibit-1**

**Documents and Other Information Considered**

- "Q3 2020 Inovio Pharmaceuticals Inc Earnings Call," *Thomson Reuters*, conference call, 9 November 2020.

**DATA AND DATABASES**

- Bloomberg
- Capital IQ
- CRSP (Center for Research in Security Prices)
- EDGAR
- Factiva
- Thomson Eikon
- S&P

**LEGAL CASES**

- *Amgen Inc. v. Connecticut Retirement Plans and Trust Funds*, 133 S. Ct. 1184 (2013).
- *Basic, Inc. v. Levinson*, 485 U.S. 224 (1988).
- *Bing Li v., Aeterna Zentaris Inc.,* No: 14-cv-7081 (PGS)(TJB), District of New Jersey.
- *Cammer v. Bloom,* 711 F. Supp. 1264 (D.N.J. 1989).
- *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484 (S.D. Fla. 2003).
- *City of Cape Coral Municipal Firefighters' Ret. Plan v. Emergent Biosolutions, Inc., HQ,* 322 F. Supp. 3d 676 (D. Md. 2018).
- *Di Donato v. Insys Therapeutics*, No. CV-16-00302-PHX-NVW (2019).
- *Halliburton Co. v. Erica P. John Fund, Inc.,* 134 S. Ct. 2398 (2014).
- *In re Advance Auto Parts, Inc. Sec. Litig.*, No. 18-212, 2020 WL 6544637 (D. Del. 2020).
- *In re Alstom SA Sec. Litig.*, 253 F.R.D. 266 (S.D.N.Y. 2008).
- *In Re Banc of California Securities Litigation,* No. 8:17-cv-00118-AG-DFM (2018).
- *In Re Novo Nordisk Securities Litigation*, No. 3:17-cv-00209-BRM-LHG, District of New Jersey.
- *In re Petrobras Sec. Litig.,* 312 F.R.D. 354 (S.D.N.Y. 2016).
- *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001).
- *Lehocky v. Tidel Techs., Inc.,* 220 F.R.D. 491 (S.D. Tex. 2004).
- *McIntire v. China MediaExpress Holdings, Inc.,* 38 F. Supp. 3d 415 (S.D.N.Y. 2014).
- *Pope v. Navient Corp.*, No. 17-8373-RBK-AMD (D.N.J. 2021).
- *Roofer's Pension Fund v. Papa*, No. 16-2805, 2018 WL 3601229 (D.N.J. 2018).
- *Smilovits v. First Solar, Inc.*, 295 F.R.D. 423, 437 (D. Ariz. 2013).
- *Unger v. Amedisys*, 401 F.3d 316 (5th Cir. 2005).
- *Vinh Nguyen v. Radient Pharmaceuticals Corp.*, 287 F.R.D. 563 (C.D. Cal. 2012).
- *Waggoner v. Barclays PLC*, 875 F.3d (2d Cir. 2017).

**Exhibit-1**

**Documents and Other Information Considered**

**OTHER**

- "Brief of Financial Economists as *Amici Curiae* in Support of Respondents," *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc. F/K/A Archdiocese of Milwaukee Supporting Fund, Inc.*, 5 February 2014.
- Brief of Testifying Economists as *Amici Curiae* in Support of Respondent, *Halliburton Co. and David Lesar v. Erica P. John Fund, Inc.,* 5 February 2014.
- "Coronavirus vaccine created in 3 hours: Inovio Pharmaceuticals CEO," *Fox Business*, 14 February 2020, 4:00 PM, https://video.foxbusiness.com/v/6132663876001#sp=show-clips.
- https://www.c-span.org/video/?c4858361/user-clip-inovio-ceo-joseph-kim-adressing-trump-companies-coronavirus-plan.
- Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(e)).
- "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," SEC Release No. 33-8878, 19 December 2007.
- Section 10(b) of the Exchange Act of 1934.
- "Statement on the second meeting of the International Health Regulations (2005) Emergency Committee regarding the outbreak of novel coronavirus (2019-nCoV)," World Health Organization, 30 January 2020, https://www.who.int/news/item/30-01-2020-statement-on-the-second-meeting-of-the-international-health-regulations-(2005)-emergency-committee-regarding-the-outbreak-of-novel-coronavirus-(2019-ncov).
- "WHO Director-General's statement on IHR Emergency Committee on Novel Coronavirus (2019-nCoV)," speech transcript, World Health Organization, 30 January 2020, https://www.who.int/director-general/speeches/detail/who-director-general-s-statement-on-ihr-emergency-committee-on-novel-coronavirus-(2019-ncov).
- Other documents cited in my report.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Babson College
Finance Division
Babson Park, MA 02457
781-239-5275
Feinstein@Babson.edu

## EDUCATION

1989    YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986    YALE UNIVERSITY
M.Phil. in Economics

1983    YALE UNIVERSITY
M.A. in Economics

1981    POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)

## TEACHING EXPERIENCE

1996 - present          BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995             BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994             WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

## BUSINESS EXPERIENCE

2008 - present       CROWNINSHIELD FINANCIAL RESEARCH, INC.
                     Brookline, MA
                     President and Senior Expert

1996 - 2008          THE MICHEL-SHAKED GROUP
                     Boston, MA
                     Senior Expert (2001 - 2008)
                     Affiliated Expert (1996 - 2001)

1987 - 1990          FEDERAL RESERVE BANK OF ATLANTA
                     Economist

## PROFESSIONAL DESIGNATIONS

1998   Awarded the Chartered Financial Analyst designation by the Association for Investment
Management and Research.

## RESEARCH AWARDS

1999   Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and
Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"Stock Price Reactivity to Earnings Announcements: The Role of the Cammer/ Krogman Factors," (with Miguel Villanueva) *Review of Quantitative Finance and Accounting*, 2021, Vol. 57, 203-234.

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010. Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked). *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

62

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*. New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*.  New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

63

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.

## PRESENTATIONS

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.
"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

"Taking Advantage of Volatility: Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.

**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk

65

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing

## COURSES TAUGHT

Capital Markets
Mod B: Decision Making and Applications, Finance stream (MBA)
Financial Reporting and Corporate Finance (MBA)
Valuation (MBA)
Investments (MBA and Executive)
Equity Markets (MBA)
Fixed Income Analysis (Undergraduate and MBA)
Babson College Fund (Undergraduate and MBA)
Options and Futures (Undergraduate)
Advanced Derivative Securities (MBA)
Corporate Finance (MBA and Executive)
Financial Management (MBA)
Risk Management  (MBA)
Corporate Financial Strategy (MBA)
Integrated Management (Undergraduate)
Cross-Functional Management (Integrated curriculum, Undergraduate)
Continuous-Time Finance (Doctoral)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Introduction to Derivative Securities (Executive)
International Finance (Executive)

## TEACHING AWARDS

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.

66

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**


**SELECT LIST OF MEDIA CITATIONS**

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe,* March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

**Exhibit-2**
**Curriculum Vitae**
**Steven P. Feinstein, Ph.D., CFA**

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.

**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Resource Capital Corp. Securities Litigation
Master File No. 1:15-cv-07081-LLS
United States District Court
Southern District of New York
Deposition Testimony
July 2017

In Re American Realty Capital Properties Inc. Securities Litigation
Master File No. 1:14-cv-08668-ER
United States District Court
Southern District of New York
Deposition Testimony
June 2017
Testimony at Evidentiary Hearing
August 2017

In Re Marvell Technology Group, Ltd. Securities Litigation
Master File No. 5:15-cv-05447-WHA
United States District Court
Northern District of California
Deposition Testimony
August 2017

In Re Eletrobras Securities Litigation
Master File No. 1:15-cv-5754-JGK
United States District Court
Southern District of New York
Deposition Testimony
September 2017

In Re Insulet Corporation Securities Litigation
Master File No. 15-12345-MLW
United States District Court
District of Massachusetts
Deposition Testimony
October 2017

69

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Federal Home Loan Mortgage Corporation Securities Litigation
Master File No. 4:08-cv-00160-BYP
United States District Court
Northern District of Ohio Eastern Division
Deposition Testimony
August 2017
Deposition Testimony
November 2017

In Re Deutsche Bank AG Securities Litigation
Master File No. 1:09-cv-01714-DAB
United States District Court
Southern District of New York
Deposition Testimony
January 2018

Daniel Turocy, et al., v. El Pollo Loco Holdings. Inc., et al.
Case No. 8:15-cv-01343-DOC-KES
United States District Court
Central District of California
Deposition Testimony
February 2018

In Re Federal Home Loan Mortgage Corporation Securities Litigation
Master File No. 4:08-cv-00160-BYP
United States District Court
Northern District of Ohio Eastern Division
Deposition Testimony
August 2017
Deposition Testimony
November 2017
Testimony at Evidentiary Hearing
April 2018

In re BHP Billiton Limited Securities Litigation
Civil Action No. 1:16-cv-01445-NRB
United States District Court
Southern District New York
Deposition Testimony
April 2018

70

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Medtronic, Inc. Securities Litigation
Master File No. 0:13-cv-01686-JRT-FLN
United States District Court
District of Minnesota
Deposition Testimony
May 2018

In Re Community Health Systems Securities Litigation
Case No. 11-cv-0433
United States District Court
Middle District of Tennessee
Deposition Testimony
June 2018

In Re Orbital ATK, Inc. Securities Litigation
Case No. 1:16-cv-01031-TSE-MSN
United States District Court
Eastern District of Virginia
Deposition Testimony
July 2018

In Re Correction Corporation of America Securities Litigation
Case No. 3:16-cv-02267
United States District Court
Middle District of Tennessee
Deposition Testimony
July 2018

In Re SunEdison, Inc. Securities Litigation
Case No. 16-md-2742-PKC
United States District Court
Southern District of New York
Deposition Testimony
July 2018

In Re Flower Foods, Inc. Securities Litigation
Case No. 7:16-CV-00222-WLS
United States District Court
Middle District of Georgia
Valdosta Division
Deposition Testimony
September 2018

71

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Southern Company Securities Litigation
Case No. 1:17-cv-00241-MHC
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
December 2018

In Re Inovalon Holdings, Inc. Securities Litigation
Case No. 1:16-cv-04923-VM
United States District Court
Southern District of New York
Deposition Testimony
December 2018

In Re First Solar, Inc. Securities Litigation
Case No. 2:12-cv-00555-DGC
United States District Court
District of Arizona
Deposition Testimony
January 2019

In Re Puma Biotechnology, Inc. Securities Litigation
Case No. 8:15-cv-00865-AG-JLG
United States District Court
Central District of California
Deposition Testimony
April 2017
Deposition Testimony
June 2018
Trial Testimony
January 2019

In Re SeaWorld Entertainment, Inc. Securities Litigation
Case No. 3:14-cv-02129-MMA-AGS
United States District Court
Southern District of California
Deposition Testimony
March 2019

72

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Southern Company Securities Litigation
Case No. 1:17-cv-00241-MHC
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
December 2018
Testimony at Evidentiary Hearing
May 2019

In Re American Realty Capital Properties Inc. Securities Litigation
Master File No. 1:14-cv-08668-ER
United States District Court
Southern District of New York
Deposition Testimony
June 2017
Testimony at Evidentiary Hearing
August 2017
Deposition Testimony
July 2019

In Re Equifax Inc. Securities Litigation
Consolidated Case No. 1:17-Cv-03463-TWT
United States District Court
Northern District of Georgia
Atlanta Division
Deposition Testimony
July 2019

In Re Twitter, Inc. Securities Litigation
Case No. 3:16-cv-05314-JST
United States District Court
Northern District of California
San Francisco Division
Deposition Testimony
September 2019

In Re Megan Villella, et al., vs. Chemical And Mining Company Of Chile Inc., et al.
Case No. 1:15-cv-02106-ER-GWG
United States District Court
Southern District of New York
Deposition Testimony
October 2019

73

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

Fadi Dahhan, Individually And On Behalf Of All Others Similarly Situated, vs. OvaScience, Inc., Et Al.,
Case No. 1:17-cv-10511-IT
United States District Court
District of Massachusetts
Deposition Testimony
December 2019

In Re Grupo Televisa Securities Litigation
Civil Action No. 1:18-cv-01979-LLS
United States District Court
Southern District Of New York
Deposition Testimony
April 2020

Marvin Pearlstein, et al. vs. Blackberry Limited, et al.
Case No. 13-cv-07060-CM-KHP
United States District Court
Southern District Of New York
Deposition Testimony
July 2018
Deposition Testimony
July 2020

Ronald L. Jackson vs. Microchip Technology Inc
Case No. 2:18-cv-02914-JJT
United States District Court
District of Arizona
Deposition Testimony
October 2020

Frank Hall vs. Johnson & Johnson, et al.
Civil Action No. 3:18-cv-01833-FLW-TJB
United States District Court
District of New Jersey
Deposition Testimony
October 2020

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Envision Healthcare Corporation Securities Litigation
Civil Action No. 3:17-cv-01112
United States District Court
Middle District of Tennessee
Nashville Division
Deposition Testimony
January 2021

In Re Novo Nordisk Securities Litigation
Civil Action No. 3:17-cv-209-BRM-LHG
United States District Court
District of New Jersey
Deposition Testimony
February 2021

In Re Jeld-Wen Holding, Inc. Securities Litigation
Civil Action No. 3:20-cv-00112-JAG
United States District Court
Eastern District of Virginia
Richmond Division
Deposition Testimony
January 2021
Deposition Testimony
February 2021

In Re Vale S.A. Securities Litigation
No. 19-cv-526-RJD-SJB
United States District Court
Eastern District of New York
Deposition Testimony
March 2021

In Re EQT Corporation Securities Litigation
Master File No. 2:19-cv-00754-MPK
United States District Court
Western District Of Pennsylvania
Deposition Testimony
May 2021

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony in the Last Four Years**

In Re Apple Inc. Securities Litigation
Case No. 4:19-cv-02033-YGR
United States District Court
Northern District of California
Oakland Division
Deposition Testimony
June 2021

In Re EQT Corporation Securities Litigation
Master File No. 2:19-cv-00754-MPK
United States District Court
Western District of Pennsylvania
Deposition Testimony
July 2021

76

## Exhibit-4

### Inovio Stock Prices, Volume, and Returns

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|---|---|---|---|---|---|
| 1/29/2019 | $4.71 | $4.70 | $4.71 | 691,284 | |
| 1/30/2019 | $5.04 | $5.03 | $5.04 | 1,068,936 | 6.77% |
| 1/31/2019 | $5.01 | $5.00 | $5.01 | 651,613 | -0.60% |
| 2/1/2019 | $4.96 | $4.95 | $4.96 | 457,102 | -1.00% |
| 2/4/2019 | $4.85 | $4.84 | $4.85 | 544,616 | -2.24% |
| 2/5/2019 | $4.69 | $4.67 | $4.68 | 1,048,683 | -3.35% |
| 2/6/2019 | $4.68 | $4.67 | $4.68 | 484,737 | -0.21% |
| 2/7/2019 | $4.68 | $4.68 | $4.69 | 711,305 | 0.00% |
| 2/8/2019 | $4.61 | $4.60 | $4.61 | 597,406 | -1.51% |
| 2/11/2019 | $4.63 | $4.62 | $4.63 | 436,461 | 0.43% |
| 2/12/2019 | $4.69 | $4.68 | $4.69 | 645,124 | 1.29% |
| 2/13/2019 | $4.68 | $4.67 | $4.68 | 495,510 | -0.21% |
| 2/14/2019 | $3.69 | $3.68 | $3.69 | 9,355,279 | -23.77% |
| 2/15/2019 | $3.70 | $3.69 | $3.70 | 3,604,468 | 0.27% |
| 2/19/2019 | $3.69 | $3.68 | $3.69 | 3,250,433 | -0.27% |
| 2/20/2019 | $3.75 | $3.75 | $3.76 | 1,624,054 | 1.61% |
| 2/21/2019 | $3.71 | $3.71 | $3.72 | 1,831,549 | -1.07% |
| 2/22/2019 | $3.73 | $3.72 | $3.73 | 1,268,495 | 0.54% |
| 2/25/2019 | $3.78 | $3.77 | $3.78 | 1,483,084 | 1.33% |
| 2/26/2019 | $3.74 | $3.73 | $3.74 | 2,525,420 | -1.06% |
| 2/27/2019 | $3.73 | $3.72 | $3.73 | 1,399,279 | -0.27% |
| 2/28/2019 | $3.66 | $3.65 | $3.66 | 1,430,055 | -1.89% |
| 3/1/2019 | $3.79 | $3.77 | $3.78 | 2,807,064 | 3.49% |
| 3/4/2019 | $3.67 | $3.67 | $3.68 | 1,839,007 | -3.22% |
| 3/5/2019 | $3.61 | $3.60 | $3.61 | 1,174,086 | -1.65% |
| 3/6/2019 | $3.42 | $3.42 | $3.43 | 2,333,821 | -5.41% |
| 3/7/2019 | $3.55 | $3.54 | $3.55 | 1,193,828 | 3.73% |
| 3/8/2019 | $3.34 | $3.34 | $3.35 | 1,475,119 | -6.10% |
| 3/11/2019 | $3.52 | $3.51 | $3.52 | 1,217,690 | 5.25% |
| 3/12/2019 | $3.56 | $3.55 | $3.56 | 832,904 | 1.13% |
| 3/13/2019 | $3.65 | $3.64 | $3.65 | 2,585,383 | 2.50% |
| 3/14/2019 | $3.62 | $3.61 | $3.62 | 733,175 | -0.83% |
| 3/15/2019 | $3.52 | $3.51 | $3.52 | 2,770,180 | -2.80% |
| 3/18/2019 | $3.52 | $3.51 | $3.52 | 774,046 | 0.00% |
| 3/19/2019 | $3.60 | $3.60 | $3.61 | 821,311 | 2.25% |
| 3/20/2019 | $3.60 | $3.60 | $3.62 | 881,911 | 0.00% |
| 3/21/2019 | $3.72 | $3.71 | $3.72 | 2,454,089 | 3.28% |
| 3/22/2019 | $3.62 | $3.62 | $3.63 | 1,904,296 | -2.72% |
| 3/25/2019 | $3.62 | $3.61 | $3.62 | 1,329,634 | 0.00% |
| 3/26/2019 | $3.73 | $3.72 | $3.73 | 1,544,781 | 2.99% |

## Exhibit-4

### Inovio Stock Prices, Volume, and Returns

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|------|-------------------|-----------------|-----------------|--------------------|------------------------|
| 3/27/2019 | $3.62 | $3.61 | $3.62 | 870,957 | -2.99% |
| 3/28/2019 | $3.64 | $3.63 | $3.64 | 875,221 | 0.55% |
| 3/29/2019 | $3.73 | $3.72 | $3.73 | 1,016,778 | 2.44% |
| 4/1/2019 | $3.69 | $3.68 | $3.69 | 1,235,351 | -1.08% |
| 4/2/2019 | $3.70 | $3.69 | $3.70 | 1,585,234 | 0.27% |
| 4/3/2019 | $3.86 | $3.86 | $3.87 | 1,349,767 | 4.23% |
| 4/4/2019 | $3.89 | $3.89 | $3.90 | 841,560 | 0.77% |
| 4/5/2019 | $3.96 | $3.95 | $3.96 | 1,418,885 | 1.78% |
| 4/8/2019 | $4.03 | $4.03 | $4.04 | 1,452,090 | 1.75% |
| 4/9/2019 | $3.93 | $3.93 | $3.94 | 898,917 | -2.51% |
| 4/10/2019 | $4.04 | $4.04 | $4.05 | 759,232 | 2.76% |
| 4/11/2019 | $4.08 | $4.09 | $4.10 | 946,137 | 0.99% |
| 4/12/2019 | $4.10 | $4.11 | $4.12 | 1,092,902 | 0.49% |
| 4/15/2019 | $3.99 | $3.99 | $4.00 | 922,710 | -2.72% |
| 4/16/2019 | $3.93 | $3.93 | $3.94 | 731,028 | -1.52% |
| 4/17/2019 | $3.72 | $3.72 | $3.73 | 1,432,111 | -5.49% |
| 4/18/2019 | $3.73 | $3.73 | $3.74 | 1,282,845 | 0.27% |
| 4/22/2019 | $3.80 | $3.80 | $3.81 | 1,139,359 | 1.86% |
| 4/23/2019 | $3.86 | $3.84 | $3.85 | 1,011,576 | 1.57% |
| 4/24/2019 | $3.80 | $3.80 | $3.81 | 1,007,447 | -1.57% |
| 4/25/2019 | $3.84 | $3.83 | $3.84 | 633,477 | 1.05% |
| 4/26/2019 | $3.92 | $3.91 | $3.92 | 613,427 | 2.06% |
| 4/29/2019 | $3.82 | $3.82 | $3.83 | 579,244 | -2.58% |
| 4/30/2019 | $3.76 | $3.76 | $3.77 | 768,662 | -1.58% |
| 5/1/2019 | $3.68 | $3.67 | $3.68 | 596,984 | -2.15% |
| 5/2/2019 | $3.74 | $3.73 | $3.74 | 833,490 | 1.62% |
| 5/3/2019 | $3.89 | $3.88 | $3.89 | 773,823 | 3.93% |
| 5/6/2019 | $3.95 | $3.95 | $3.96 | 717,225 | 1.53% |
| 5/7/2019 | $3.71 | $3.71 | $3.72 | 668,412 | -6.27% |
| 5/8/2019 | $3.90 | $3.89 | $3.90 | 785,661 | 4.99% |
| 5/9/2019 | $3.87 | $3.86 | $3.87 | 731,299 | -0.77% |
| 5/10/2019 | $3.73 | $3.73 | $3.74 | 1,171,162 | -3.68% |
| 5/13/2019 | $3.57 | $3.58 | $3.59 | 1,536,196 | -4.38% |
| 5/14/2019 | $3.54 | $3.53 | $3.54 | 1,047,519 | -0.84% |
| 5/15/2019 | $3.49 | $3.48 | $3.49 | 810,492 | -1.42% |
| 5/16/2019 | $3.42 | $3.41 | $3.42 | 776,937 | -2.03% |
| 5/17/2019 | $3.34 | $3.33 | $3.34 | 1,071,672 | -2.37% |
| 5/20/2019 | $3.31 | $3.31 | $3.32 | 651,535 | -0.90% |
| 5/21/2019 | $3.45 | $3.44 | $3.45 | 763,218 | 4.14% |
| 5/22/2019 | $3.35 | $3.34 | $3.35 | 581,112 | -2.94% |

78

## Exhibit-4

### Inovio Stock Prices, Volume, and Returns

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|------|-------------------|-----------------|-----------------|--------------------|------------------------|
| 5/23/2019 | $3.25 | $3.25 | $3.26 | 760,312 | -3.03% |
| 5/24/2019 | $3.26 | $3.25 | $3.26 | 687,664 | 0.31% |
| 5/28/2019 | $3.14 | $3.13 | $3.14 | 683,690 | -3.75% |
| 5/29/2019 | $3.06 | $3.06 | $3.07 | 1,538,476 | -2.58% |
| 5/30/2019 | $2.81 | $2.80 | $2.81 | 1,125,698 | -8.52% |
| 5/31/2019 | $2.39 | $2.38 | $2.39 | 3,450,961 | -16.19% |
| 6/3/2019 | $2.37 | $2.36 | $2.37 | 3,382,505 | -0.84% |
| 6/4/2019 | $2.50 | $2.49 | $2.50 | 2,377,708 | 5.34% |
| 6/5/2019 | $2.37 | $2.37 | $2.38 | 969,895 | -5.34% |
| 6/6/2019 | $2.29 | $2.28 | $2.29 | 968,886 | -3.43% |
| 6/7/2019 | $2.45 | $2.44 | $2.45 | 924,652 | 6.75% |
| 6/10/2019 | $2.49 | $2.48 | $2.49 | 777,151 | 1.62% |
| 6/11/2019 | $2.43 | $2.43 | $2.44 | 675,181 | -2.44% |
| 6/12/2019 | $2.49 | $2.48 | $2.49 | 589,117 | 2.44% |
| 6/13/2019 | $2.53 | $2.52 | $2.53 | 531,634 | 1.59% |
| 6/14/2019 | $2.41 | $2.41 | $2.42 | 558,508 | -4.86% |
| 6/17/2019 | $2.58 | $2.57 | $2.58 | 1,066,431 | 6.82% |
| 6/18/2019 | $2.64 | $2.63 | $2.64 | 644,914 | 2.30% |
| 6/19/2019 | $2.62 | $2.61 | $2.62 | 334,197 | -0.76% |
| 6/20/2019 | $2.66 | $2.65 | $2.66 | 720,476 | 1.52% |
| 6/21/2019 | $2.62 | $2.62 | $2.63 | 4,637,030 | -1.52% |
| 6/24/2019 | $2.42 | $2.41 | $2.42 | 813,812 | -7.94% |
| 6/25/2019 | $2.52 | $2.52 | $2.53 | 1,307,692 | 4.05% |
| 6/26/2019 | $3.02 | $3.02 | $3.03 | 4,280,646 | 18.10% |
| 6/27/2019 | $2.92 | $2.91 | $2.92 | 2,344,440 | -3.37% |
| 6/28/2019 | $2.94 | $2.95 | $2.96 | 1,867,806 | 0.68% |
| 7/1/2019 | $3.00 | $3.00 | $3.01 | 808,826 | 2.02% |
| 7/2/2019 | $2.99 | $2.98 | $2.99 | 633,884 | -0.50% |
| 7/3/2019 | $3.01 | $3.01 | $3.02 | 355,887 | 0.83% |
| 7/5/2019 | $3.02 | $3.01 | $3.02 | 554,063 | 0.33% |
| 7/8/2019 | $2.98 | $2.97 | $2.98 | 654,303 | -1.33% |
| 7/9/2019 | $3.00 | $3.00 | $3.01 | 456,207 | 0.67% |
| 7/10/2019 | $3.01 | $3.00 | $3.01 | 487,245 | 0.33% |
| 7/11/2019 | $2.93 | $2.93 | $2.94 | 544,598 | -2.69% |
| 7/12/2019 | $2.99 | $2.99 | $3.00 | 505,029 | 2.03% |
| 7/15/2019 | $2.96 | $2.95 | $2.96 | 247,120 | -1.01% |
| 7/16/2019 | $3.00 | $2.99 | $3.00 | 442,990 | 1.34% |
| 7/17/2019 | $2.71 | $2.70 | $2.71 | 2,732,935 | -10.17% |
| 7/18/2019 | $2.88 | $2.87 | $2.88 | 747,634 | 6.08% |
| 7/19/2019 | $2.79 | $2.79 | $2.80 | 743,975 | -3.17% |

**Exhibit-4**

**Inovio Stock Prices, Volume, and Returns**

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|---|---|---|---|---|---|
| 7/22/2019 | $2.82 | $2.81 | $2.82 | 443,444 | 1.07% |
| 7/23/2019 | $2.69 | $2.69 | $2.70 | 659,710 | -4.72% |
| 7/24/2019 | $2.76 | $2.75 | $2.76 | 402,725 | 2.57% |
| 7/25/2019 | $2.68 | $2.68 | $2.69 | 510,580 | -2.94% |
| 7/26/2019 | $2.78 | $2.78 | $2.79 | 486,850 | 3.66% |
| 7/29/2019 | $2.79 | $2.79 | $2.80 | 331,943 | 0.36% |
| 7/30/2019 | $2.84 | $2.84 | $2.85 | 363,395 | 1.78% |
| 7/31/2019 | $2.76 | $2.77 | $2.78 | 493,909 | -2.86% |
| 8/1/2019 | $2.74 | $2.74 | $2.75 | 601,949 | -0.73% |
| 8/2/2019 | $2.66 | $2.65 | $2.66 | 569,063 | -2.96% |
| 8/5/2019 | $2.72 | $2.71 | $2.72 | 917,768 | 2.23% |
| 8/6/2019 | $2.56 | $2.55 | $2.56 | 689,841 | -6.06% |
| 8/7/2019 | $2.53 | $2.52 | $2.53 | 352,618 | -1.18% |
| 8/8/2019 | $2.54 | $2.55 | $2.56 | 695,842 | 0.39% |
| 8/9/2019 | $2.49 | $2.49 | $2.50 | 766,804 | -1.99% |
| 8/12/2019 | $2.37 | $2.36 | $2.37 | 512,928 | -4.94% |
| 8/13/2019 | $2.37 | $2.35 | $2.37 | 532,630 | 0.00% |
| 8/14/2019 | $2.28 | $2.28 | $2.29 | 674,636 | -3.87% |
| 8/15/2019 | $2.19 | $2.19 | $2.20 | 883,626 | -4.03% |
| 8/16/2019 | $2.37 | $2.37 | $2.38 | 506,449 | 7.90% |
| 8/19/2019 | $2.43 | $2.43 | $2.44 | 574,618 | 2.50% |
| 8/20/2019 | $2.40 | $2.40 | $2.41 | 204,448 | -1.24% |
| 8/21/2019 | $2.36 | $2.36 | $2.37 | 431,982 | -1.68% |
| 8/22/2019 | $2.30 | $2.30 | $2.31 | 493,015 | -2.58% |
| 8/23/2019 | $2.18 | $2.18 | $2.19 | 611,152 | -5.36% |
| 8/26/2019 | $2.19 | $2.18 | $2.19 | 385,832 | 0.46% |
| 8/27/2019 | $2.14 | $2.13 | $2.14 | 898,794 | -2.31% |
| 8/28/2019 | $2.20 | $2.20 | $2.21 | 487,621 | 2.77% |
| 8/29/2019 | $2.21 | $2.21 | $2.22 | 313,466 | 0.45% |
| 8/30/2019 | $2.16 | $2.15 | $2.16 | 593,252 | -2.29% |
| 9/3/2019 | $2.07 | $2.07 | $2.08 | 484,577 | -4.26% |
| 9/4/2019 | $2.07 | $2.07 | $2.08 | 461,484 | 0.00% |
| 9/5/2019 | $2.15 | $2.14 | $2.15 | 537,308 | 3.79% |
| 9/6/2019 | $2.13 | $2.12 | $2.13 | 531,638 | -0.93% |
| 9/9/2019 | $2.19 | $2.18 | $2.19 | 463,660 | 2.78% |
| 9/10/2019 | $2.41 | $2.41 | $2.42 | 883,045 | 9.57% |
| 9/11/2019 | $2.62 | $2.61 | $2.62 | 1,262,850 | 8.35% |
| 9/12/2019 | $2.61 | $2.60 | $2.61 | 588,451 | -0.38% |
| 9/13/2019 | $2.59 | $2.58 | $2.59 | 286,084 | -0.77% |
| 9/16/2019 | $2.69 | $2.68 | $2.69 | 456,026 | 3.79% |

**Exhibit-4**

**Inovio Stock Prices, Volume, and Returns**

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|---|---|---|---|---|---|
| 9/17/2019 | $2.51 | $2.51 | $2.52 | 521,045 | -6.93% |
| 9/18/2019 | $2.51 | $2.51 | $2.52 | 377,923 | 0.00% |
| 9/19/2019 | $2.43 | $2.43 | $2.44 | 258,493 | -3.24% |
| 9/20/2019 | $2.48 | $2.47 | $2.48 | 673,576 | 2.04% |
| 9/23/2019 | $2.33 | $2.33 | $2.34 | 410,386 | -6.24% |
| 9/24/2019 | $2.19 | $2.19 | $2.20 | 570,554 | -6.20% |
| 9/25/2019 | $2.15 | $2.15 | $2.16 | 380,109 | -1.84% |
| 9/26/2019 | $2.09 | $2.09 | $2.10 | 804,659 | -2.83% |
| 9/27/2019 | $2.11 | $2.11 | $2.12 | 769,510 | 0.95% |
| 9/30/2019 | $2.05 | $2.04 | $2.05 | 516,428 | -2.88% |
| 10/1/2019 | $1.97 | $1.96 | $1.97 | 924,591 | -3.98% |
| 10/2/2019 | $2.05 | $2.05 | $2.06 | 585,207 | 3.98% |
| 10/3/2019 | $2.08 | $2.07 | $2.08 | 296,093 | 1.45% |
| 10/4/2019 | $2.10 | $2.10 | $2.11 | 415,214 | 0.96% |
| 10/7/2019 | $2.10 | $2.09 | $2.10 | 297,792 | 0.00% |
| 10/8/2019 | $2.04 | $2.04 | $2.05 | 322,547 | -2.90% |
| 10/9/2019 | $2.06 | $2.05 | $2.06 | 282,964 | 0.98% |
| 10/10/2019 | $2.16 | $2.15 | $2.16 | 422,987 | 4.74% |
| 10/11/2019 | $2.18 | $2.18 | $2.19 | 803,337 | 0.92% |
| 10/14/2019 | $2.13 | $2.12 | $2.13 | 286,726 | -2.32% |
| 10/15/2019 | $2.24 | $2.23 | $2.24 | 531,682 | 5.04% |
| 10/16/2019 | $2.51 | $2.50 | $2.51 | 998,436 | 11.38% |
| 10/17/2019 | $2.36 | $2.35 | $2.36 | 849,569 | -6.16% |
| 10/18/2019 | $2.25 | $2.24 | $2.25 | 522,838 | -4.77% |
| 10/21/2019 | $2.32 | $2.32 | $2.33 | 422,481 | 3.06% |
| 10/22/2019 | $2.27 | $2.26 | $2.27 | 501,916 | -2.18% |
| 10/23/2019 | $2.32 | $2.31 | $2.32 | 355,345 | 2.18% |
| 10/24/2019 | $2.30 | $2.30 | $2.31 | 275,830 | -0.87% |
| 10/25/2019 | $2.37 | $2.36 | $2.37 | 516,163 | 3.00% |
| 10/28/2019 | $2.32 | $2.31 | $2.32 | 628,799 | -2.13% |
| 10/29/2019 | $2.20 | $2.19 | $2.20 | 591,513 | -5.31% |
| 10/30/2019 | $2.19 | $2.18 | $2.19 | 443,913 | -0.46% |
| 10/31/2019 | $2.13 | $2.13 | $2.14 | 743,160 | -2.78% |
| 11/1/2019 | $2.28 | $2.27 | $2.28 | 764,688 | 6.81% |
| 11/4/2019 | $2.38 | $2.38 | $2.39 | 731,834 | 4.29% |
| 11/5/2019 | $2.53 | $2.52 | $2.53 | 3,503,295 | 6.11% |
| 11/6/2019 | $2.51 | $2.50 | $2.51 | 935,911 | -0.79% |
| 11/7/2019 | $2.58 | $2.57 | $2.58 | 990,420 | 2.56% |
| 11/8/2019 | $2.52 | $2.52 | $2.53 | 700,609 | -2.16% |
| 11/11/2019 | $2.45 | $2.45 | $2.46 | 808,725 | -2.82% |

81

## Exhibit-4

### Inovio Stock Prices, Volume, and Returns

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|---|---|---|---|---|---|
| 11/12/2019 | $2.44 | $2.43 | $2.44 | 599,246 | -0.41% |
| 11/13/2019 | $2.31 | $2.30 | $2.31 | 1,204,275 | -5.48% |
| 11/14/2019 | $2.20 | $2.19 | $2.20 | 703,517 | -4.88% |
| 11/15/2019 | $2.35 | $2.34 | $2.35 | 785,648 | 6.60% |
| 11/18/2019 | $2.28 | $2.27 | $2.28 | 448,917 | -3.02% |
| 11/19/2019 | $2.37 | $2.37 | $2.38 | 737,560 | 3.87% |
| 11/20/2019 | $2.45 | $2.45 | $2.46 | 874,744 | 3.32% |
| 11/21/2019 | $2.50 | $2.49 | $2.50 | 960,961 | 2.02% |
| 11/22/2019 | $2.50 | $2.49 | $2.50 | 495,604 | 0.00% |
| 11/25/2019 | $2.61 | $2.60 | $2.61 | 1,065,887 | 4.11% |
| 11/26/2019 | $2.52 | $2.52 | $2.53 | 1,800,078 | -3.32% |
| 11/27/2019 | $2.59 | $2.59 | $2.60 | 830,013 | 2.74% |
| 11/29/2019 | $2.52 | $2.52 | $2.53 | 607,879 | -2.74% |
| 12/2/2019 | $2.51 | $2.51 | $2.52 | 782,199 | -0.40% |
| 12/3/2019 | $2.55 | $2.54 | $2.55 | 578,213 | 1.38% |
| 12/4/2019 | $2.47 | $2.47 | $2.48 | 800,410 | -2.99% |
| 12/5/2019 | $2.33 | $2.33 | $2.34 | 984,150 | -5.83% |
| 12/6/2019 | $2.39 | $2.38 | $2.39 | 1,057,532 | 2.33% |
| 12/9/2019 | $2.46 | $2.46 | $2.47 | 727,412 | 3.10% |
| 12/10/2019 | $2.57 | $2.56 | $2.57 | 856,593 | 4.37% |
| 12/11/2019 | $2.64 | $2.63 | $2.64 | 578,547 | 2.69% |
| 12/12/2019 | $2.71 | $2.70 | $2.71 | 662,695 | 2.62% |
| 12/13/2019 | $2.72 | $2.71 | $2.72 | 561,947 | 0.37% |
| 12/16/2019 | $2.63 | $2.62 | $2.63 | 818,308 | -3.36% |
| 12/17/2019 | $2.63 | $2.62 | $2.63 | 548,942 | 0.00% |
| 12/18/2019 | $2.63 | $2.62 | $2.63 | 636,481 | 0.00% |
| 12/19/2019 | $3.44 | $3.42 | $3.43 | 6,524,183 | 26.85% |
| 12/20/2019 | $3.30 | $3.30 | $3.31 | 2,642,791 | -4.15% |
| 12/23/2019 | $3.72 | $3.72 | $3.73 | 2,090,642 | 11.98% |
| 12/24/2019 | $3.69 | $3.67 | $3.68 | 949,878 | -0.81% |
| 12/26/2019 | $3.55 | $3.54 | $3.55 | 1,037,305 | -3.87% |
| 12/27/2019 | $3.34 | $3.33 | $3.34 | 1,481,004 | -6.10% |
| 12/30/2019 | $3.40 | $3.39 | $3.40 | 1,018,548 | 1.78% |
| 12/31/2019 | $3.30 | $3.29 | $3.30 | 835,720 | -2.99% |
| 1/2/2020 | $3.21 | $3.20 | $3.21 | 971,556 | -2.77% |
| 1/3/2020 | $2.98 | $2.98 | $2.99 | 1,204,958 | -7.43% |
| 1/6/2020 | $3.14 | $3.13 | $3.14 | 1,098,211 | 5.23% |
| 1/7/2020 | $3.15 | $3.14 | $3.15 | 1,130,657 | 0.32% |
| 1/8/2020 | $3.14 | $3.14 | $3.15 | 631,465 | -0.32% |
| 1/9/2020 | $3.10 | $3.10 | $3.11 | 1,026,922 | -1.28% |

# Exhibit-4

## Inovio Stock Prices, Volume, and Returns

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|------|------|------|------|------|------|
| 1/10/2020 | $3.11 | $3.10 | $3.11 | 715,774 | 0.32% |
| 1/13/2020 | $3.31 | $3.31 | $3.32 | 1,882,251 | 6.23% |
| 1/14/2020 | $3.29 | $3.29 | $3.30 | 1,418,883 | -0.61% |
| 1/15/2020 | $3.35 | $3.35 | $3.36 | 986,974 | 1.81% |
| 1/16/2020 | $3.40 | $3.40 | $3.41 | 733,797 | 1.48% |
| 1/17/2020 | $3.29 | $3.29 | $3.30 | 738,514 | -3.29% |
| 1/21/2020 | $3.56 | $3.55 | $3.56 | 6,385,601 | 7.89% |
| 1/22/2020 | $3.44 | $3.44 | $3.45 | 2,001,571 | -3.43% |
| 1/23/2020 | $3.84 | $3.83 | $3.84 | 12,313,552 | 11.00% |
| 1/24/2020 | $4.24 | $4.24 | $4.25 | 24,626,681 | 9.91% |
| 1/27/2020 | $5.32 | $5.31 | $5.33 | 40,859,054 | 22.69% |
| 1/28/2020 | $4.36 | $4.35 | $4.36 | 23,851,817 | -19.90% |
| 1/29/2020 | $4.11 | $4.10 | $4.11 | 10,891,113 | -5.90% |
| 1/30/2020 | $4.66 | $4.65 | $4.66 | 20,998,887 | 12.56% |
| 1/31/2020 | $4.53 | $4.52 | $4.53 | 13,975,611 | -2.83% |
| 2/3/2020 | $3.91 | $3.90 | $3.91 | 11,390,033 | -14.72% |
| 2/4/2020 | $3.71 | $3.70 | $3.71 | 9,551,336 | -5.25% |
| 2/5/2020 | $3.56 | $3.55 | $3.56 | 4,183,559 | -4.13% |
| 2/6/2020 | $3.37 | $3.36 | $3.37 | 6,243,500 | -5.48% |
| 2/7/2020 | $3.19 | $3.19 | $3.20 | 4,360,772 | -5.49% |
| 2/10/2020 | $3.48 | $3.47 | $3.48 | 15,857,147 | 8.70% |
| 2/11/2020 | $3.39 | $3.38 | $3.39 | 4,488,599 | -2.62% |
| 2/12/2020 | $3.34 | $3.33 | $3.34 | 3,797,341 | -1.49% |
| 2/13/2020 | $3.86 | $3.85 | $3.86 | 29,261,384 | 14.47% |
| 2/14/2020 | $4.15 | $4.15 | $4.16 | 37,226,127 | 7.24% |
| 2/18/2020 | $4.22 | $4.21 | $4.22 | 15,242,642 | 1.67% |
| 2/19/2020 | $3.81 | $3.80 | $3.81 | 14,385,414 | -10.22% |
| 2/20/2020 | $3.64 | $3.64 | $3.65 | 6,073,242 | -4.56% |
| 2/21/2020 | $3.75 | $3.74 | $3.75 | 7,903,209 | 2.84% |
| 2/24/2020 | $3.96 | $3.95 | $3.96 | 15,286,404 | 5.58% |
| 2/25/2020 | $3.74 | $3.73 | $3.74 | 9,679,000 | -5.85% |
| 2/26/2020 | $3.99 | $3.96 | $3.97 | 14,565,662 | 6.60% |
| 2/27/2020 | $4.36 | $4.34 | $4.36 | 35,244,259 | 8.87% |
| 2/28/2020 | $4.28 | $4.32 | $4.33 | 25,742,363 | -1.85% |
| 3/2/2020 | $4.39 | $4.37 | $4.39 | 16,179,954 | 2.54% |
| 3/3/2020 | $7.45 | $7.44 | $7.45 | 121,306,771 | 52.89% |
| 3/4/2020 | $8.03 | $8.02 | $8.03 | 142,160,204 | 7.43% |
| 3/5/2020 | $9.80 | $9.77 | $9.78 | 112,844,976 | 19.98% |
| 3/6/2020 | $14.09 | $13.96 | $14.05 | 195,142,313 | 36.31% |
| 3/9/2020 | $9.83 | $9.81 | $9.82 | 138,364,435 | -36.00% |

# Exhibit-4

## Inovio Stock Prices, Volume, and Returns

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|---|---|---|---|---|---|
| 3/10/2020 | $5.70 | $5.68 | $5.70 | 75,074,545 | -54.50% |
| 3/11/2020 | $8.37 | $8.36 | $8.38 | 98,796,848 | 38.42% |
| 3/12/2020 | $9.50 | $9.41 | $9.42 | 98,065,259 | 12.66% |
| 3/13/2020 | $7.20 | $6.83 | $6.85 | 43,970,697 | -27.72% |
| 3/16/2020 | $6.13 | $6.10 | $6.11 | 30,066,750 | -16.09% |
| 3/17/2020 | $7.34 | $7.20 | $7.24 | 32,484,910 | 18.01% |
| 3/18/2020 | $7.44 | $7.40 | $7.41 | 18,324,386 | 1.35% |
| 3/19/2020 | $6.49 | $6.45 | $6.46 | 18,309,990 | -13.66% |
| 3/20/2020 | $7.22 | $7.14 | $7.18 | 24,446,873 | 10.66% |
| 3/23/2020 | $6.62 | $6.67 | $6.69 | 15,497,099 | -8.68% |
| 3/24/2020 | $7.09 | $7.08 | $7.09 | 19,009,903 | 6.86% |
| 3/25/2020 | $6.68 | $6.67 | $6.68 | 11,349,038 | -5.96% |
| 3/26/2020 | $7.15 | $7.11 | $7.14 | 17,739,737 | 6.80% |
| 3/27/2020 | $8.32 | $8.30 | $8.32 | 36,204,233 | 15.15% |
| 3/30/2020 | $8.02 | $7.98 | $8.00 | 31,303,910 | -3.67% |
| 3/31/2020 | $7.44 | $7.40 | $7.42 | 13,557,296 | -7.51% |
| 4/1/2020 | $7.70 | $7.66 | $7.69 | 15,973,407 | 3.43% |
| 4/2/2020 | $7.52 | $7.49 | $7.50 | 10,865,366 | -2.37% |
| 4/3/2020 | $7.74 | $7.71 | $7.73 | 11,052,896 | 2.88% |
| 4/6/2020 | $8.44 | $8.37 | $8.41 | 31,317,692 | 8.66% |
| 4/7/2020 | $8.27 | $8.27 | $8.28 | 25,542,129 | -2.03% |
| 4/8/2020 | $8.32 | $8.29 | $8.30 | 13,381,003 | 0.60% |
| 4/9/2020 | $8.12 | $8.09 | $8.10 | 11,626,457 | -2.43% |
| 4/13/2020 | $7.76 | $7.76 | $7.79 | 10,435,694 | -4.53% |
| 4/14/2020 | $7.44 | $7.44 | $7.45 | 10,986,859 | -4.21% |
| 4/15/2020 | $7.14 | $7.11 | $7.14 | 11,467,287 | -4.12% |
| 4/16/2020 | $7.89 | $7.86 | $7.87 | 16,823,754 | 9.99% |
| 4/17/2020 | $8.26 | $8.22 | $8.24 | 21,123,121 | 4.58% |
| 4/20/2020 | $9.05 | $9.02 | $9.03 | 40,869,048 | 9.13% |
| 4/21/2020 | $9.90 | $9.87 | $9.90 | 45,541,858 | 8.98% |
| 4/22/2020 | $11.71 | $11.69 | $11.70 | 65,935,182 | 16.79% |
| 4/23/2020 | $12.03 | $12.01 | $12.02 | 93,746,582 | 2.70% |
| 4/24/2020 | $14.59 | $14.55 | $14.57 | 129,572,346 | 19.29% |
| 4/27/2020 | $13.70 | $13.67 | $13.68 | 122,087,972 | -6.29% |
| 4/28/2020 | $13.75 | $13.72 | $13.73 | 55,000,545 | 0.36% |
| 4/29/2020 | $13.74 | $13.70 | $13.71 | 42,097,952 | -0.07% |
| 4/30/2020 | $12.03 | $12.02 | $12.03 | 35,916,559 | -13.29% |
| 5/1/2020 | $10.28 | $10.25 | $10.26 | 45,302,015 | -15.72% |
| 5/4/2020 | $11.23 | $11.22 | $11.26 | 27,213,855 | 8.84% |
| 5/5/2020 | $10.64 | $10.59 | $10.60 | 21,321,170 | -5.40% |

## Exhibit-4

### Inovio Stock Prices, Volume, and Returns

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|---|---|---|---|---|---|
| 5/6/2020 | $10.47 | $10.43 | $10.44 | 16,936,245 | -1.61% |
| 5/7/2020 | $10.70 | $10.65 | $10.71 | 16,181,604 | 2.17% |
| 5/8/2020 | $10.86 | $10.85 | $10.86 | 13,591,236 | 1.44% |
| 5/11/2020 | $11.90 | $11.94 | $11.95 | 34,511,293 | 9.19% |
| 5/12/2020 | $12.90 | $12.87 | $12.89 | 55,374,208 | 8.07% |
| 5/13/2020 | $13.37 | $13.32 | $13.36 | 39,714,122 | 3.58% |
| 5/14/2020 | $13.65 | $13.63 | $13.64 | 30,107,426 | 2.07% |
| 5/15/2020 | $13.43 | $13.42 | $13.43 | 22,126,439 | -1.62% |
| 5/18/2020 | $14.17 | $14.14 | $14.16 | 35,477,553 | 5.36% |
| 5/19/2020 | $14.56 | $14.55 | $14.56 | 33,146,667 | 2.72% |
| 5/20/2020 | $15.79 | $15.77 | $15.78 | 77,201,131 | 8.11% |
| 5/21/2020 | $14.24 | $14.20 | $14.21 | 34,343,046 | -10.33% |
| 5/22/2020 | $14.08 | $14.05 | $14.06 | 16,171,779 | -1.13% |
| 5/26/2020 | $14.46 | $14.43 | $14.44 | 20,717,322 | 2.66% |
| 5/27/2020 | $13.19 | $13.18 | $13.19 | 25,674,415 | -9.19% |
| 5/28/2020 | $13.35 | $13.33 | $13.34 | 13,864,655 | 1.21% |
| 5/29/2020 | $14.75 | $14.69 | $14.72 | 19,359,600 | 9.97% |
| 6/1/2020 | $14.86 | $14.88 | $14.89 | 23,327,958 | 0.74% |
| 6/2/2020 | $14.34 | $14.37 | $14.38 | 15,648,501 | -3.56% |
| 6/3/2020 | $12.43 | $12.44 | $12.46 | 38,161,025 | -14.29% |
| 6/4/2020 | $11.88 | $11.87 | $11.88 | 18,582,637 | -4.53% |
| 6/5/2020 | $11.93 | $11.95 | $11.96 | 18,795,296 | 0.42% |
| 6/8/2020 | $12.03 | $12.05 | $12.06 | 14,912,710 | 0.83% |
| 6/9/2020 | $12.76 | $12.75 | $12.76 | 19,104,075 | 5.89% |
| 6/10/2020 | $13.39 | $13.36 | $13.37 | 15,250,682 | 4.82% |
| 6/11/2020 | $12.18 | $12.17 | $12.18 | 14,659,535 | -9.47% |
| 6/12/2020 | $13.02 | $13.01 | $13.02 | 13,157,686 | 6.67% |
| 6/15/2020 | $14.15 | $14.10 | $14.14 | 20,379,085 | 8.32% |
| 6/16/2020 | $13.90 | $13.91 | $13.92 | 13,944,720 | -1.78% |
| 6/17/2020 | $13.82 | $13.79 | $13.80 | 12,122,876 | -0.58% |
| 6/18/2020 | $14.34 | $14.32 | $14.34 | 10,963,483 | 3.69% |
| 6/19/2020 | $14.27 | $14.26 | $14.27 | 17,969,165 | -0.49% |
| 6/22/2020 | $15.30 | $15.29 | $15.30 | 16,222,047 | 6.97% |
| 6/23/2020 | $21.57 | $21.51 | $21.57 | 172,015,029 | 34.35% |
| 6/24/2020 | $23.87 | $23.90 | $23.92 | 125,018,281 | 10.13% |
| 6/25/2020 | $31.25 | $31.22 | $31.39 | 143,776,877 | 26.94% |
| 6/26/2020 | $29.98 | $29.88 | $29.92 | 150,212,749 | -4.15% |
| 6/29/2020 | $31.69 | $31.70 | $31.71 | 52,957,931 | 5.55% |
| 6/30/2020 | $26.95 | $26.86 | $26.91 | 98,389,961 | -16.20% |
| 7/1/2020 | $19.73 | $19.72 | $19.73 | 103,810,587 | -31.18% |

**Exhibit-4**

**Inovio Stock Prices, Volume, and Returns**

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|---|---|---|---|---|---|
| 7/2/2020 | $21.45 | $21.45 | $21.46 | 52,608,963 | 8.36% |
| 7/6/2020 | $20.93 | $20.93 | $20.97 | 39,657,942 | -2.45% |
| 7/7/2020 | $24.09 | $24.07 | $24.08 | 62,338,250 | 14.06% |
| 7/8/2020 | $23.46 | $23.43 | $23.46 | 28,460,828 | -2.65% |
| 7/9/2020 | $23.27 | $23.26 | $23.27 | 23,928,643 | -0.81% |
| 7/10/2020 | $23.38 | $23.35 | $23.36 | 16,854,223 | 0.47% |
| 7/13/2020 | $25.62 | $25.56 | $25.58 | 57,149,366 | 9.15% |
| 7/14/2020 | $26.21 | $26.20 | $26.21 | 31,609,184 | 2.28% |
| 7/15/2020 | $24.51 | $24.50 | $24.51 | 21,996,769 | -6.71% |
| 7/16/2020 | $24.57 | $24.54 | $24.55 | 11,989,698 | 0.24% |
| 7/17/2020 | $26.97 | $26.94 | $26.97 | 38,122,491 | 9.32% |
| 7/20/2020 | $25.37 | $25.36 | $25.37 | 21,312,995 | -6.12% |
| 7/21/2020 | $27.05 | $27.12 | $27.13 | 22,284,451 | 6.41% |
| 7/22/2020 | $26.19 | $26.15 | $26.19 | 18,205,905 | -3.23% |
| 7/23/2020 | $24.58 | $24.58 | $24.59 | 15,199,108 | -6.34% |
| 7/24/2020 | $21.91 | $21.90 | $21.91 | 16,890,838 | -11.50% |
| 7/27/2020 | $21.08 | $21.07 | $21.08 | 19,565,762 | -3.86% |
| 7/28/2020 | $20.79 | $20.79 | $20.80 | 20,489,027 | -1.39% |
| 7/29/2020 | $19.48 | $19.47 | $19.48 | 21,310,386 | -6.51% |
| 7/30/2020 | $20.73 | $20.71 | $20.72 | 44,108,635 | 6.22% |
| 7/31/2020 | $19.44 | $19.44 | $19.47 | 18,422,543 | -6.42% |
| 8/3/2020 | $20.69 | $20.68 | $20.69 | 17,546,613 | 6.23% |
| 8/4/2020 | $20.32 | $20.31 | $20.32 | 10,557,459 | -1.83% |
| 8/5/2020 | $21.79 | $21.78 | $21.79 | 16,590,200 | 7.01% |
| 8/6/2020 | $20.33 | $20.31 | $20.32 | 15,371,049 | -6.94% |
| 8/7/2020 | $20.22 | $20.17 | $20.23 | 9,754,095 | -0.54% |
| 8/10/2020 | $18.99 | $18.98 | $18.99 | 18,822,041 | -6.28% |
| 8/11/2020 | $14.62 | $14.61 | $14.62 | 46,947,873 | -26.15% |
| 8/12/2020 | $13.75 | $13.73 | $13.74 | 35,602,648 | -6.14% |
| 8/13/2020 | $14.39 | $14.38 | $14.39 | 14,377,565 | 4.55% |
| 8/14/2020 | $14.79 | $14.78 | $14.79 | 22,227,160 | 2.71% |
| 8/17/2020 | $15.04 | $15.01 | $15.02 | 10,400,280 | 1.71% |
| 8/18/2020 | $14.19 | $14.18 | $14.19 | 9,189,902 | -5.85% |
| 8/19/2020 | $14.47 | $14.45 | $14.46 | 8,583,841 | 1.99% |
| 8/20/2020 | $14.86 | $14.85 | $14.86 | 10,817,671 | 2.66% |
| 8/21/2020 | $14.10 | $14.10 | $14.11 | 10,008,344 | -5.25% |
| 8/24/2020 | $12.24 | $12.23 | $12.24 | 20,041,730 | -14.15% |
| 8/25/2020 | $12.62 | $12.62 | $12.63 | 10,711,021 | 3.06% |
| 8/26/2020 | $12.73 | $12.71 | $12.72 | 7,856,571 | 0.87% |
| 8/27/2020 | $11.81 | $11.79 | $11.80 | 13,498,687 | -7.50% |

## Exhibit-4

### Inovio Stock Prices, Volume, and Returns

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|---|---|---|---|---|---|
| 8/28/2020 | $12.06 | $12.05 | $12.07 | 9,800,824 | 2.09% |
| 8/31/2020 | $11.99 | $11.97 | $11.99 | 8,032,646 | -0.58% |
| 9/1/2020 | $11.41 | $11.38 | $11.39 | 9,095,931 | -4.96% |
| 9/2/2020 | $10.63 | $10.60 | $10.61 | 23,367,209 | -7.08% |
| 9/3/2020 | $9.85 | $9.83 | $9.84 | 15,939,873 | -7.62% |
| 9/4/2020 | $9.57 | $9.57 | $9.58 | 12,544,176 | -2.88% |
| 9/8/2020 | $9.61 | $9.62 | $9.63 | 15,517,669 | 0.42% |
| 9/9/2020 | $10.28 | $10.27 | $10.28 | 27,308,016 | 6.69% |
| 9/10/2020 | $9.72 | $9.72 | $9.73 | 11,359,974 | -5.55% |
| 9/11/2020 | $10.08 | $10.08 | $10.10 | 9,468,582 | 3.64% |
| 9/14/2020 | $11.32 | $11.31 | $11.32 | 16,245,436 | 11.60% |
| 9/15/2020 | $13.63 | $13.63 | $13.64 | 44,936,287 | 18.57% |
| 9/16/2020 | $18.52 | $18.50 | $18.52 | 110,908,925 | 30.66% |
| 9/17/2020 | $15.67 | $15.65 | $15.66 | 58,219,751 | -16.71% |
| 9/18/2020 | $17.00 | $16.90 | $16.92 | 59,905,942 | 8.15% |
| 9/21/2020 | $17.69 | $17.68 | $17.69 | 33,628,005 | 3.98% |
| 9/22/2020 | $16.98 | $16.94 | $16.96 | 26,992,117 | -4.10% |
| 9/23/2020 | $15.97 | $15.96 | $15.97 | 21,016,611 | -6.13% |
| 9/24/2020 | $15.37 | $15.35 | $15.37 | 13,417,553 | -3.83% |
| 9/25/2020 | $16.94 | $16.89 | $16.92 | 13,539,826 | 9.73% |
| 9/28/2020 | $12.14 | $12.13 | $12.14 | 66,840,724 | -33.32% |
| 9/29/2020 | $11.31 | $11.30 | $11.31 | 22,947,849 | -7.08% |
| 9/30/2020 | $11.60 | $11.60 | $11.61 | 14,121,604 | 2.53% |
| 10/1/2020 | $11.74 | $11.74 | $11.75 | 9,599,211 | 1.20% |
| 10/2/2020 | $11.65 | $11.63 | $11.64 | 10,122,292 | -0.77% |
| 10/5/2020 | $11.94 | $11.92 | $11.93 | 8,493,225 | 2.46% |
| 10/6/2020 | $12.41 | $12.38 | $12.39 | 16,028,570 | 3.86% |
| 10/7/2020 | $12.58 | $12.53 | $12.57 | 7,825,458 | 1.36% |
| 10/8/2020 | $12.48 | $12.46 | $12.48 | 5,529,925 | -0.80% |
| 10/9/2020 | $12.31 | $12.27 | $12.30 | 7,002,552 | -1.37% |
| 10/12/2020 | $12.43 | $12.43 | $12.44 | 5,964,909 | 0.97% |
| 10/13/2020 | $12.82 | $12.79 | $12.80 | 8,994,799 | 3.09% |
| 10/14/2020 | $12.13 | $12.15 | $12.16 | 7,247,216 | -5.53% |
| 10/15/2020 | $12.21 | $12.18 | $12.21 | 5,327,285 | 0.66% |
| 10/16/2020 | $11.85 | $11.85 | $11.86 | 5,084,737 | -2.99% |
| 10/19/2020 | $11.35 | $11.35 | $11.38 | 5,332,711 | -4.31% |
| 10/20/2020 | $11.00 | $11.01 | $11.02 | 7,536,650 | -3.13% |
| 10/21/2020 | $10.50 | $10.51 | $10.52 | 5,930,938 | -4.65% |
| 10/22/2020 | $11.24 | $11.21 | $11.25 | 7,164,732 | 6.81% |
| 10/23/2020 | $10.95 | $10.96 | $10.98 | 4,109,413 | -2.61% |

## Exhibit-4

### Inovio Stock Prices, Volume, and Returns

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|---|---|---|---|---|---|
| 10/26/2020 | $10.45 | $10.44 | $10.45 | 4,310,054 | -4.67% |
| 10/27/2020 | $11.11 | $11.10 | $11.11 | 7,550,274 | 6.12% |
| 10/28/2020 | $10.92 | $10.88 | $10.89 | 5,996,323 | -1.72% |
| 10/29/2020 | $10.49 | $10.50 | $10.51 | 5,195,966 | -4.02% |
| 10/30/2020 | $9.85 | $9.97 | $9.99 | 7,547,230 | -6.30% |
| 11/2/2020 | $10.02 | $9.98 | $10.00 | 3,830,946 | 1.71% |
| 11/3/2020 | $10.22 | $10.18 | $10.19 | 5,004,626 | 1.98% |
| 11/4/2020 | $10.91 | $10.87 | $10.88 | 5,258,016 | 6.53% |
| 11/5/2020 | $10.80 | $10.77 | $10.79 | 4,743,532 | -1.01% |
| 11/6/2020 | $10.53 | $10.52 | $10.53 | 4,706,926 | -2.53% |
| 11/9/2020 | $8.50 | $8.49 | $8.50 | 26,526,268 | -21.42% |
| 11/10/2020 | $11.51 | $11.50 | $11.51 | 35,276,840 | 30.32% |
| 11/11/2020 | $10.72 | $10.67 | $10.69 | 10,620,936 | -7.11% |
| 11/12/2020 | $11.36 | $11.34 | $11.35 | 17,013,495 | 5.80% |
| 11/13/2020 | $11.22 | $11.21 | $11.22 | 6,940,466 | -1.24% |
| 11/16/2020 | $12.85 | $12.83 | $12.84 | 23,253,885 | 13.56% |
| 11/17/2020 | $11.70 | $11.68 | $11.69 | 10,813,747 | -9.38% |
| 11/18/2020 | $11.04 | $11.04 | $11.05 | 8,419,882 | -5.81% |
| 11/19/2020 | $11.02 | $11.02 | $11.03 | 5,648,416 | -0.18% |
| 11/20/2020 | $10.54 | $10.53 | $10.54 | 13,900,236 | -4.45% |
| 11/23/2020 | $10.38 | $10.37 | $10.38 | 9,520,378 | -1.53% |
| 11/24/2020 | $10.15 | $10.15 | $10.16 | 9,927,550 | -2.24% |
| 11/25/2020 | $10.39 | $10.38 | $10.39 | 11,057,299 | 2.34% |
| 11/27/2020 | $12.26 | $12.27 | $12.30 | 21,178,705 | 16.55% |
| 11/30/2020 | $12.22 | $12.17 | $12.19 | 23,173,490 | -0.33% |
| 12/1/2020 | $12.42 | $12.36 | $12.39 | 20,210,246 | 1.62% |
| 12/2/2020 | $11.97 | $11.96 | $11.97 | 8,819,750 | -3.69% |
| 12/3/2020 | $12.52 | $12.50 | $12.51 | 17,858,974 | 4.49% |
| 12/4/2020 | $12.60 | $12.60 | $12.61 | 23,507,793 | 0.64% |
| 12/7/2020 | $12.17 | $12.15 | $12.17 | 10,864,501 | -3.47% |
| 12/8/2020 | $11.95 | $11.93 | $11.95 | 12,059,228 | -1.82% |
| 12/9/2020 | $11.43 | $11.44 | $11.46 | 9,984,069 | -4.45% |
| 12/10/2020 | $11.36 | $11.35 | $11.36 | 6,111,260 | -0.61% |
| 12/11/2020 | $11.06 | $11.06 | $11.07 | 7,160,249 | -2.68% |
| 12/14/2020 | $10.41 | $10.40 | $10.41 | 8,980,182 | -6.06% |
| 12/15/2020 | $10.92 | $10.91 | $10.92 | 8,700,887 | 4.74% |
| 12/16/2020 | $10.44 | $10.44 | $10.45 | 5,895,513 | -4.45% |
| 12/17/2020 | $10.72 | $10.69 | $10.72 | 6,785,583 | 2.65% |
| 12/18/2020 | $10.39 | $10.35 | $10.39 | 9,450,222 | -3.13% |
| 12/21/2020 | $10.33 | $10.30 | $10.31 | 6,073,025 | -0.58% |

**Exhibit-4**

**Inovio Stock Prices, Volume, and Returns**

29 January 2019 through 28 January 2021

| Date | INO Closing Price | INO Closing Bid | INO Closing Ask | INO Trading Volume | INO Logarithmic Return |
|---|---|---|---|---|---|
| 12/22/2020 | $9.90 | $9.90 | $9.92 | 9,424,680 | -4.25% |
| 12/23/2020 | $10.07 | $10.07 | $10.08 | 7,682,372 | 1.70% |
| 12/24/2020 | $10.26 | $10.23 | $10.25 | 17,748,704 | 1.87% |
| 12/28/2020 | $9.60 | $9.60 | $9.61 | 13,213,183 | -6.65% |
| 12/29/2020 | $8.92 | $8.91 | $8.92 | 17,729,751 | -7.35% |
| 12/30/2020 | $9.00 | $8.96 | $8.97 | 8,181,764 | 0.89% |
| 12/31/2020 | $8.85 | $8.85 | $8.86 | 10,945,289 | -1.68% |
| 1/4/2021 | $9.73 | $9.72 | $9.73 | 15,563,823 | 9.48% |
| 1/5/2021 | $9.26 | $9.26 | $9.27 | 10,213,236 | -4.95% |
| 1/6/2021 | $9.34 | $9.34 | $9.35 | 8,307,007 | 0.86% |
| 1/7/2021 | $9.44 | $9.44 | $9.45 | 8,355,154 | 1.06% |
| 1/8/2021 | $9.22 | $9.22 | $9.23 | 7,748,766 | -2.36% |
| 1/11/2021 | $9.09 | $9.08 | $9.09 | 7,000,605 | -1.48% |
| 1/12/2021 | $9.10 | $9.11 | $9.12 | 5,347,783 | 0.16% |
| 1/13/2021 | $9.23 | $9.22 | $9.23 | 7,116,527 | 1.36% |
| 1/14/2021 | $9.37 | $9.37 | $9.38 | 5,409,962 | 1.56% |
| 1/15/2021 | $9.66 | $9.62 | $9.64 | 19,984,455 | 3.05% |
| 1/19/2021 | $10.10 | $10.08 | $10.09 | 9,626,563 | 4.45% |
| 1/20/2021 | $9.72 | $9.72 | $9.73 | 7,967,688 | -3.83% |
| 1/21/2021 | $9.10 | $9.08 | $9.10 | 22,007,649 | -6.59% |
| 1/22/2021 | $9.00 | $8.96 | $8.97 | 13,490,109 | -1.10% |
| 1/25/2021 | $9.72 | $9.73 | $9.74 | 19,379,261 | 7.70% |
| 1/26/2021 | $10.58 | $10.56 | $10.58 | 17,794,201 | 8.48% |
| 1/27/2021 | $12.50 | $12.50 | $12.51 | 49,863,882 | 16.68% |
| 1/28/2021 | $10.95 | $10.94 | $10.95 | 20,209,363 | -13.24% |

**Source:** Bloomberg.

**Exhibit-5**

**Market Index and Sector Index**

30 January 2019 through 28 January 2021

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 1/30/2019 | 1.48% | 2.79% |
| 1/31/2019 | 0.88% | 1.56% |
| 2/1/2019 | 0.16% | 0.41% |
| 2/4/2019 | 0.71% | 0.47% |
| 2/5/2019 | 0.45% | -0.61% |
| 2/6/2019 | -0.21% | 0.47% |
| 2/7/2019 | -0.87% | -2.86% |
| 2/8/2019 | 0.11% | 0.97% |
| 2/11/2019 | 0.16% | 0.47% |
| 2/12/2019 | 1.27% | 1.65% |
| 2/13/2019 | 0.30% | -0.01% |
| 2/14/2019 | -0.19% | 0.42% |
| 2/15/2019 | 1.11% | 2.08% |
| 2/19/2019 | 0.17% | -1.15% |
| 2/20/2019 | 0.19% | -0.46% |
| 2/21/2019 | -0.35% | -1.44% |
| 2/22/2019 | 0.69% | 2.06% |
| 2/25/2019 | 0.12% | 4.33% |
| 2/26/2019 | -0.16% | -0.87% |
| 2/27/2019 | 0.04% | 1.72% |
| 2/28/2019 | -0.27% | -1.38% |
| 3/1/2019 | 0.69% | 3.06% |
| 3/4/2019 | -0.47% | -1.15% |
| 3/5/2019 | -0.15% | -0.65% |
| 3/6/2019 | -0.80% | -4.28% |
| 3/7/2019 | -0.78% | 0.08% |
| 3/8/2019 | -0.20% | -0.14% |
| 3/11/2019 | 1.48% | 3.03% |
| 3/12/2019 | 0.28% | 1.08% |
| 3/13/2019 | 0.66% | 1.87% |
| 3/14/2019 | -0.08% | -1.30% |
| 3/15/2019 | 0.45% | 0.83% |
| 3/18/2019 | 0.40% | 0.29% |
| 3/19/2019 | -0.08% | -0.32% |
| 3/20/2019 | -0.35% | -1.05% |
| 3/21/2019 | 1.13% | 1.84% |
| 3/22/2019 | -2.10% | -4.64% |
| 3/25/2019 | -0.04% | 0.25% |
| 3/26/2019 | 0.76% | 1.95% |
| 3/27/2019 | -0.47% | -2.35% |
| 3/28/2019 | 0.45% | 1.38% |
| 3/29/2019 | 0.64% | 1.87% |
| 4/1/2019 | 1.15% | -0.18% |
| 4/2/2019 | -0.02% | 1.53% |
| 4/3/2019 | 0.26% | 1.03% |
| 4/4/2019 | 0.20% | -0.91% |

90

**Exhibit-5**

**Market Index and Sector Index**

30 January 2019 through 28 January 2021

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|------|------|------|
| 4/5/2019 | 0.52% | 2.12% |
| 4/8/2019 | 0.08% | -0.78% |
| 4/9/2019 | -0.65% | -1.87% |
| 4/10/2019 | 0.48% | 1.62% |
| 4/11/2019 | 0.01% | -2.31% |
| 4/12/2019 | 0.64% | -1.01% |
| 4/15/2019 | -0.09% | -0.96% |
| 4/16/2019 | 0.04% | -0.09% |
| 4/17/2019 | -0.35% | -4.89% |
| 4/18/2019 | 0.14% | -0.16% |
| 4/22/2019 | 0.06% | -0.05% |
| 4/23/2019 | 0.97% | 2.90% |
| 4/24/2019 | -0.16% | -1.36% |
| 4/25/2019 | -0.13% | 0.55% |
| 4/26/2019 | 0.54% | 1.14% |
| 4/29/2019 | 0.14% | -0.71% |
| 4/30/2019 | 0.05% | -1.76% |
| 5/1/2019 | -0.79% | -1.89% |
| 5/2/2019 | -0.16% | 1.33% |
| 5/3/2019 | 1.07% | 1.95% |
| 5/6/2019 | -0.37% | 1.63% |
| 5/7/2019 | -1.71% | -3.62% |
| 5/8/2019 | -0.18% | -0.20% |
| 5/9/2019 | -0.25% | -0.11% |
| 5/10/2019 | 0.38% | -0.55% |
| 5/13/2019 | -2.54% | -4.41% |
| 5/14/2019 | 0.89% | 2.02% |
| 5/15/2019 | 0.58% | 0.62% |
| 5/16/2019 | 0.91% | 1.38% |
| 5/17/2019 | -0.68% | -1.31% |
| 5/20/2019 | -0.70% | -2.20% |
| 5/21/2019 | 0.92% | 3.28% |
| 5/22/2019 | -0.35% | -0.83% |
| 5/23/2019 | -1.28% | -1.06% |
| 5/24/2019 | 0.22% | 1.38% |
| 5/28/2019 | -0.82% | -1.02% |
| 5/29/2019 | -0.71% | -0.96% |
| 5/30/2019 | 0.17% | -0.50% |
| 5/31/2019 | -1.27% | -1.97% |
| 6/3/2019 | -0.22% | 1.35% |
| 6/4/2019 | 2.18% | 2.74% |
| 6/5/2019 | 0.75% | 0.02% |
| 6/6/2019 | 0.54% | -1.73% |
| 6/7/2019 | 1.00% | 2.19% |
| 6/10/2019 | 0.49% | -1.19% |
| 6/11/2019 | -0.08% | -1.13% |

91

**Exhibit-5**

**Market Index and Sector Index**

30 January 2019 through 28 January 2021

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 6/12/2019 | -0.17% | 0.86% |
| 6/13/2019 | 0.50% | 1.54% |
| 6/14/2019 | -0.24% | -2.03% |
| 6/17/2019 | 0.15% | 4.83% |
| 6/18/2019 | 0.99% | 1.62% |
| 6/19/2019 | 0.33% | 0.16% |
| 6/20/2019 | 0.89% | -0.12% |
| 6/21/2019 | -0.23% | 0.28% |
| 6/24/2019 | -0.32% | -2.91% |
| 6/25/2019 | -0.93% | -0.21% |
| 6/26/2019 | -0.15% | -0.83% |
| 6/27/2019 | 0.59% | 2.77% |
| 6/28/2019 | 0.68% | 1.97% |
| 7/1/2019 | 0.73% | 0.52% |
| 7/2/2019 | 0.21% | -0.79% |
| 7/3/2019 | 0.80% | 1.56% |
| 7/5/2019 | -0.12% | -2.02% |
| 7/8/2019 | -0.54% | -1.79% |
| 7/9/2019 | 0.19% | 1.68% |
| 7/10/2019 | 0.40% | 0.05% |
| 7/11/2019 | 0.16% | -1.46% |
| 7/12/2019 | 0.51% | -0.10% |
| 7/15/2019 | -0.03% | 0.51% |
| 7/16/2019 | -0.31% | -0.93% |
| 7/17/2019 | -0.63% | 0.11% |
| 7/18/2019 | 0.35% | 1.57% |
| 7/19/2019 | -0.60% | -1.63% |
| 7/22/2019 | 0.24% | 0.50% |
| 7/23/2019 | 0.68% | -0.72% |
| 7/24/2019 | 0.62% | 1.00% |
| 7/25/2019 | -0.60% | -2.36% |
| 7/26/2019 | 0.78% | 1.88% |
| 7/29/2019 | -0.24% | -0.23% |
| 7/30/2019 | -0.12% | 1.44% |
| 7/31/2019 | -1.06% | -1.24% |
| 8/1/2019 | -0.97% | 0.31% |
| 8/2/2019 | -0.80% | -2.32% |
| 8/5/2019 | -3.02% | -3.33% |
| 8/6/2019 | 1.28% | 2.40% |
| 8/7/2019 | 0.10% | 0.18% |
| 8/8/2019 | 1.92% | 1.76% |
| 8/9/2019 | -0.72% | -0.97% |
| 8/12/2019 | -1.23% | -1.84% |
| 8/13/2019 | 1.40% | 1.42% |
| 8/14/2019 | -2.93% | -2.97% |
| 8/15/2019 | 0.20% | -1.13% |

92

**Exhibit-5**

**Market Index and Sector Index**

30 January 2019 through 28 January 2021

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 8/16/2019 | 1.52% | 2.76% |
| 8/19/2019 | 1.15% | 1.16% |
| 8/20/2019 | -0.75% | -1.32% |
| 8/21/2019 | 0.83% | 1.07% |
| 8/22/2019 | -0.06% | -2.09% |
| 8/23/2019 | -2.62% | -2.78% |
| 8/26/2019 | 1.06% | 1.13% |
| 8/27/2019 | -0.43% | -1.67% |
| 8/28/2019 | 0.66% | 1.51% |
| 8/29/2019 | 1.31% | 1.34% |
| 8/30/2019 | 0.06% | -1.00% |
| 9/3/2019 | -0.76% | -2.32% |
| 9/4/2019 | 1.07% | 0.77% |
| 9/5/2019 | 1.33% | 1.56% |
| 9/6/2019 | 0.04% | -1.21% |
| 9/9/2019 | 0.04% | -0.11% |
| 9/10/2019 | 0.10% | 3.03% |
| 9/11/2019 | 0.84% | 2.03% |
| 9/12/2019 | 0.26% | -0.99% |
| 9/13/2019 | -0.05% | -0.42% |
| 9/16/2019 | -0.18% | 1.97% |
| 9/17/2019 | 0.22% | -0.43% |
| 9/18/2019 | -0.04% | -0.96% |
| 9/19/2019 | -0.02% | -0.10% |
| 9/20/2019 | -0.44% | -0.05% |
| 9/23/2019 | -0.01% | -1.16% |
| 9/24/2019 | -0.94% | -2.40% |
| 9/25/2019 | 0.66% | -0.56% |
| 9/26/2019 | -0.31% | -2.94% |
| 9/27/2019 | -0.59% | -0.78% |
| 9/30/2019 | 0.49% | -0.19% |
| 10/1/2019 | -1.31% | -2.17% |
| 10/2/2019 | -1.70% | 0.73% |
| 10/3/2019 | 0.81% | 2.03% |
| 10/4/2019 | 1.35% | 0.22% |
| 10/7/2019 | -0.41% | -0.33% |
| 10/8/2019 | -1.61% | -2.02% |
| 10/9/2019 | 0.90% | -0.49% |
| 10/10/2019 | 0.59% | 1.73% |
| 10/11/2019 | 1.17% | 1.41% |
| 10/14/2019 | -0.17% | -0.17% |
| 10/15/2019 | 0.99% | 2.37% |
| 10/16/2019 | -0.22% | -0.17% |
| 10/17/2019 | 0.37% | 1.23% |
| 10/18/2019 | -0.40% | -1.25% |
| 10/21/2019 | 0.69% | 1.93% |

**Exhibit-5**

**Market Index and Sector Index**

30 January 2019 through 28 January 2021

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 10/22/2019 | -0.36% | 0.67% |
| 10/23/2019 | 0.26% | -0.44% |
| 10/24/2019 | 0.24% | -0.36% |
| 10/25/2019 | 0.43% | 1.59% |
| 10/28/2019 | 0.57% | 1.36% |
| 10/29/2019 | -0.05% | -0.28% |
| 10/30/2019 | 0.29% | -0.58% |
| 10/31/2019 | -0.36% | -0.30% |
| 11/1/2019 | 1.04% | 2.62% |
| 11/4/2019 | 0.36% | -0.75% |
| 11/5/2019 | -0.11% | 0.07% |
| 11/6/2019 | -0.01% | -1.79% |
| 11/7/2019 | 0.31% | 0.37% |
| 11/8/2019 | 0.30% | 2.50% |
| 11/11/2019 | -0.16% | -0.67% |
| 11/12/2019 | 0.15% | 0.51% |
| 11/13/2019 | 0.04% | 0.46% |
| 11/14/2019 | 0.12% | -0.84% |
| 11/15/2019 | 0.76% | 1.40% |
| 11/18/2019 | 0.04% | 0.29% |
| 11/19/2019 | 0.02% | 2.61% |
| 11/20/2019 | -0.31% | 0.28% |
| 11/21/2019 | -0.21% | 0.16% |
| 11/22/2019 | 0.23% | 0.51% |
| 11/25/2019 | 0.88% | 4.00% |
| 11/26/2019 | 0.24% | 0.51% |
| 11/27/2019 | 0.45% | 1.32% |
| 11/29/2019 | -0.42% | 0.17% |
| 12/2/2019 | -0.90% | -1.35% |
| 12/3/2019 | -0.60% | 1.59% |
| 12/4/2019 | 0.61% | 1.18% |
| 12/5/2019 | 0.14% | -1.79% |
| 12/6/2019 | 0.90% | 1.32% |
| 12/9/2019 | -0.31% | 0.10% |
| 12/10/2019 | -0.10% | 1.14% |
| 12/11/2019 | 0.25% | -1.34% |
| 12/12/2019 | 0.82% | 0.60% |
| 12/13/2019 | -0.02% | 0.50% |
| 12/16/2019 | 0.73% | 1.27% |
| 12/17/2019 | 0.06% | -0.03% |
| 12/18/2019 | 0.00% | -0.70% |
| 12/19/2019 | 0.46% | 0.62% |
| 12/20/2019 | 0.50% | 0.17% |
| 12/23/2019 | 0.08% | 1.06% |
| 12/24/2019 | 0.02% | 1.09% |
| 12/26/2019 | 0.47% | -1.14% |

**Exhibit-5**

**Market Index and Sector Index**

30 January 2019 through 28 January 2021

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 12/27/2019 | -0.05% | -1.51% |
| 12/30/2019 | -0.54% | -1.53% |
| 12/31/2019 | 0.30% | 0.57% |
| 1/2/2020 | 0.76% | -0.68% |
| 1/3/2020 | -0.62% | -1.32% |
| 1/6/2020 | 0.34% | 0.92% |
| 1/7/2020 | -0.24% | 0.11% |
| 1/8/2020 | 0.47% | 1.34% |
| 1/9/2020 | 0.63% | 0.28% |
| 1/10/2020 | -0.28% | -0.98% |
| 1/13/2020 | 0.73% | -2.11% |
| 1/14/2020 | -0.07% | 2.87% |
| 1/15/2020 | 0.20% | 0.83% |
| 1/16/2020 | 0.88% | 0.67% |
| 1/17/2020 | 0.29% | -0.87% |
| 1/21/2020 | -0.27% | -1.62% |
| 1/22/2020 | 0.04% | -0.22% |
| 1/23/2020 | 0.12% | -1.30% |
| 1/24/2020 | -0.93% | -2.72% |
| 1/27/2020 | -1.53% | -0.75% |
| 1/28/2020 | 0.99% | 1.88% |
| 1/29/2020 | -0.11% | -0.16% |
| 1/30/2020 | 0.31% | -1.38% |
| 1/31/2020 | -1.77% | -1.45% |
| 2/3/2020 | 0.83% | 2.36% |
| 2/4/2020 | 1.53% | 2.82% |
| 2/5/2020 | 0.99% | 2.34% |
| 2/6/2020 | 0.27% | 0.20% |
| 2/7/2020 | -0.56% | -0.98% |
| 2/10/2020 | 0.75% | 1.65% |
| 2/11/2020 | 0.24% | -0.08% |
| 2/12/2020 | 0.64% | 1.21% |
| 2/13/2020 | -0.05% | -1.07% |
| 2/14/2020 | 0.19% | 0.10% |
| 2/18/2020 | -0.23% | 0.58% |
| 2/19/2020 | 0.50% | 0.75% |
| 2/20/2020 | -0.28% | -0.54% |
| 2/21/2020 | -1.06% | -0.58% |
| 2/24/2020 | -3.34% | -3.56% |
| 2/25/2020 | -3.12% | -2.97% |
| 2/26/2020 | -0.55% | 0.50% |
| 2/27/2020 | -4.40% | -4.40% |
| 2/28/2020 | -0.87% | 1.89% |
| 3/2/2020 | 4.24% | 3.80% |
| 3/3/2020 | -2.72% | -2.88% |
| 3/4/2020 | 3.96% | 4.63% |

**Exhibit-5**

**Market Index and Sector Index**

30 January 2019 through 28 January 2021

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 3/5/2020 | -3.40% | -1.81% |
| 3/6/2020 | -1.80% | -2.69% |
| 3/9/2020 | -8.18% | -8.56% |
| 3/10/2020 | 4.61% | 2.82% |
| 3/11/2020 | -5.22% | -7.11% |
| 3/12/2020 | -10.13% | -11.39% |
| 3/13/2020 | 8.58% | 6.74% |
| 3/16/2020 | -13.13% | -15.18% |
| 3/17/2020 | 5.63% | 5.46% |
| 3/18/2020 | -6.04% | -3.68% |
| 3/19/2020 | 1.22% | 6.16% |
| 3/20/2020 | -4.26% | -1.73% |
| 3/23/2020 | -2.81% | -0.78% |
| 3/24/2020 | 9.04% | 7.84% |
| 3/25/2020 | 1.36% | 1.21% |
| 3/26/2020 | 6.02% | 4.16% |
| 3/27/2020 | -3.40% | -3.23% |
| 3/30/2020 | 3.11% | 2.99% |
| 3/31/2020 | -1.53% | -0.82% |
| 4/1/2020 | -4.77% | -5.61% |
| 4/2/2020 | 2.06% | 3.73% |
| 4/3/2020 | -1.68% | -1.53% |
| 4/6/2020 | 6.92% | 7.12% |
| 4/7/2020 | -0.05% | -1.88% |
| 4/8/2020 | 3.55% | 3.57% |
| 4/9/2020 | 1.76% | 1.90% |
| 4/13/2020 | -1.17% | -0.14% |
| 4/14/2020 | 2.95% | 3.91% |
| 4/15/2020 | -2.36% | -2.45% |
| 4/16/2020 | 0.49% | 2.60% |
| 4/17/2020 | 2.82% | 5.35% |
| 4/20/2020 | -1.71% | 3.64% |
| 4/21/2020 | -3.11% | -3.05% |
| 4/22/2020 | 2.22% | 1.49% |
| 4/23/2020 | 0.07% | 0.30% |
| 4/24/2020 | 1.40% | 3.44% |
| 4/27/2020 | 1.78% | 1.22% |
| 4/28/2020 | -0.37% | -3.04% |
| 4/29/2020 | 2.86% | 0.62% |
| 4/30/2020 | -1.21% | -2.59% |
| 5/1/2020 | -2.96% | -2.84% |
| 5/4/2020 | 0.46% | 4.94% |
| 5/5/2020 | 0.94% | 2.24% |
| 5/6/2020 | -0.63% | 0.44% |
| 5/7/2020 | 1.32% | 0.16% |
| 5/8/2020 | 1.88% | 1.37% |

**Exhibit-5**

**Market Index and Sector Index**

30 January 2019 through 28 January 2021

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 5/11/2020 | -0.03% | 4.73% |
| 5/12/2020 | -2.20% | -2.25% |
| 5/13/2020 | -1.97% | -1.96% |
| 5/14/2020 | 1.13% | -0.81% |
| 5/15/2020 | 0.51% | 3.26% |
| 5/18/2020 | 3.35% | 3.04% |
| 5/19/2020 | -1.06% | -2.93% |
| 5/20/2020 | 1.77% | 2.92% |
| 5/21/2020 | -0.66% | -0.89% |
| 5/22/2020 | 0.31% | 1.40% |
| 5/26/2020 | 1.38% | -2.57% |
| 5/27/2020 | 1.57% | 0.04% |
| 5/28/2020 | -0.37% | -0.92% |
| 5/29/2020 | 0.49% | 1.07% |
| 6/1/2020 | 0.53% | 0.45% |
| 6/2/2020 | 0.83% | 1.36% |
| 6/3/2020 | 1.50% | -1.47% |
| 6/4/2020 | -0.32% | -1.91% |
| 6/5/2020 | 2.60% | 0.90% |
| 6/8/2020 | 1.35% | 1.81% |
| 6/9/2020 | -0.96% | -0.28% |
| 6/10/2020 | -0.70% | 0.19% |
| 6/11/2020 | -6.20% | -5.73% |
| 6/12/2020 | 1.41% | 1.32% |
| 6/15/2020 | 1.02% | 2.74% |
| 6/16/2020 | 1.89% | 1.63% |
| 6/17/2020 | -0.44% | 0.05% |
| 6/18/2020 | 0.09% | 1.12% |
| 6/19/2020 | -0.52% | 2.83% |
| 6/22/2020 | 0.65% | 2.86% |
| 6/23/2020 | 0.39% | 1.54% |
| 6/24/2020 | -2.72% | -2.49% |
| 6/25/2020 | 1.17% | 2.87% |
| 6/26/2020 | -2.42% | -3.28% |
| 6/29/2020 | 1.53% | -0.22% |
| 6/30/2020 | 1.56% | 1.51% |
| 7/1/2020 | 0.46% | 0.38% |
| 7/2/2020 | 0.47% | 0.47% |
| 7/6/2020 | 1.55% | -0.05% |
| 7/7/2020 | -1.11% | 1.85% |
| 7/8/2020 | 0.84% | 1.50% |
| 7/9/2020 | -0.60% | -0.64% |
| 7/10/2020 | 1.08% | -1.05% |
| 7/13/2020 | -1.15% | -2.67% |
| 7/14/2020 | 1.36% | 2.72% |
| 7/15/2020 | 1.17% | 2.03% |

**Exhibit-5**

**Market Index and Sector Index**

30 January 2019 through 28 January 2021

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 7/16/2020 | -0.39% | -0.96% |
| 7/17/2020 | 0.35% | 2.20% |
| 7/20/2020 | 0.85% | 1.39% |
| 7/21/2020 | 0.19% | -2.24% |
| 7/22/2020 | 0.56% | -0.35% |
| 7/23/2020 | -1.15% | -2.10% |
| 7/24/2020 | -0.75% | -2.47% |
| 7/27/2020 | 0.85% | 2.81% |
| 7/28/2020 | -0.71% | -2.74% |
| 7/29/2020 | 1.38% | -1.66% |
| 7/30/2020 | -0.32% | 1.56% |
| 7/31/2020 | 0.55% | -2.62% |
| 8/3/2020 | 0.87% | 4.26% |
| 8/4/2020 | 0.37% | -0.44% |
| 8/5/2020 | 0.75% | 0.97% |
| 8/6/2020 | 0.50% | -0.69% |
| 8/7/2020 | 0.10% | 0.26% |
| 8/10/2020 | 0.22% | -0.15% |
| 8/11/2020 | -0.80% | -4.07% |
| 8/12/2020 | 1.35% | 0.36% |
| 8/13/2020 | -0.09% | 1.48% |
| 8/14/2020 | -0.04% | -1.13% |
| 8/17/2020 | 0.43% | 3.65% |
| 8/18/2020 | 0.16% | -1.01% |
| 8/19/2020 | -0.42% | -0.19% |
| 8/20/2020 | 0.31% | -0.04% |
| 8/21/2020 | 0.23% | -1.29% |
| 8/24/2020 | 0.94% | -2.38% |
| 8/25/2020 | 0.35% | 1.32% |
| 8/26/2020 | 0.93% | -1.33% |
| 8/27/2020 | 0.22% | -0.79% |
| 8/28/2020 | 0.69% | 0.95% |
| 8/31/2020 | -0.13% | 2.61% |
| 9/1/2020 | 0.84% | -1.98% |
| 9/2/2020 | 1.36% | 1.07% |
| 9/3/2020 | -3.62% | -4.00% |
| 9/4/2020 | -0.85% | -1.09% |
| 9/8/2020 | -2.87% | -1.47% |
| 9/9/2020 | 2.00% | 2.33% |
| 9/10/2020 | -1.65% | -1.68% |
| 9/11/2020 | -0.02% | -0.07% |
| 9/14/2020 | 1.57% | 6.81% |
| 9/15/2020 | 0.57% | 0.96% |
| 9/16/2020 | -0.34% | 2.11% |
| 9/17/2020 | -0.85% | -0.09% |
| 9/18/2020 | -0.95% | 1.04% |

**Exhibit-5**

**Market Index and Sector Index**

30 January 2019 through 28 January 2021

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 9/21/2020 | -1.22% | -3.70% |
| 9/22/2020 | 0.99% | 0.72% |
| 9/23/2020 | -2.47% | -3.35% |
| 9/24/2020 | 0.21% | -0.99% |
| 9/25/2020 | 1.67% | 2.68% |
| 9/28/2020 | 1.68% | -0.04% |
| 9/29/2020 | -0.45% | 0.80% |
| 9/30/2020 | 0.77% | -0.33% |
| 10/1/2020 | 0.76% | 1.36% |
| 10/2/2020 | -0.82% | -2.41% |
| 10/5/2020 | 1.86% | 5.06% |
| 10/6/2020 | -1.25% | -0.97% |
| 10/7/2020 | 1.76% | 3.31% |
| 10/8/2020 | 0.84% | 0.25% |
| 10/9/2020 | 0.85% | 1.12% |
| 10/12/2020 | 1.46% | 0.18% |
| 10/13/2020 | -0.52% | 1.42% |
| 10/14/2020 | -0.64% | -2.06% |
| 10/15/2020 | -0.06% | 0.31% |
| 10/16/2020 | -0.05% | 0.42% |
| 10/19/2020 | -1.55% | -2.11% |
| 10/20/2020 | 0.37% | -1.27% |
| 10/21/2020 | -0.32% | -2.39% |
| 10/22/2020 | 0.65% | 2.80% |
| 10/23/2020 | 0.39% | 0.28% |
| 10/26/2020 | -1.90% | -1.23% |
| 10/27/2020 | -0.34% | 1.29% |
| 10/28/2020 | -3.45% | -3.02% |
| 10/29/2020 | 1.13% | 1.00% |
| 10/30/2020 | -1.34% | -2.35% |
| 11/2/2020 | 1.25% | 0.21% |
| 11/3/2020 | 1.90% | 2.80% |
| 11/4/2020 | 2.08% | 5.93% |
| 11/5/2020 | 2.05% | -0.13% |
| 11/6/2020 | -0.04% | -2.49% |
| 11/9/2020 | 1.08% | 0.35% |
| 11/10/2020 | -0.05% | 1.44% |
| 11/11/2020 | 0.77% | 1.32% |
| 11/12/2020 | -0.98% | 0.03% |
| 11/13/2020 | 1.36% | 1.11% |
| 11/16/2020 | 1.23% | 0.57% |
| 11/17/2020 | -0.23% | 0.69% |
| 11/18/2020 | -1.01% | -2.00% |
| 11/19/2020 | 0.55% | 0.66% |
| 11/20/2020 | -0.54% | 0.83% |
| 11/23/2020 | 0.80% | 0.34% |

**Exhibit-5**

**Market Index and Sector Index**

30 January 2019 through 28 January 2021

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 11/24/2020 | 1.55% | -0.31% |
| 11/25/2020 | -0.06% | 0.69% |
| 11/27/2020 | 0.37% | 3.60% |
| 11/30/2020 | -0.57% | 1.14% |
| 12/1/2020 | 1.02% | -0.17% |
| 12/2/2020 | 0.11% | -0.09% |
| 12/3/2020 | 0.14% | 0.77% |
| 12/4/2020 | 1.04% | 1.86% |
| 12/7/2020 | -0.09% | 0.85% |
| 12/8/2020 | 0.41% | 2.01% |
| 12/9/2020 | -0.93% | -2.18% |
| 12/10/2020 | 0.15% | 3.76% |
| 12/11/2020 | -0.18% | -0.19% |
| 12/14/2020 | -0.29% | 2.70% |
| 12/15/2020 | 1.34% | 0.09% |
| 12/16/2020 | 0.13% | -1.25% |
| 12/17/2020 | 0.78% | 1.60% |
| 12/18/2020 | -0.23% | 0.68% |
| 12/21/2020 | -0.29% | 1.74% |
| 12/22/2020 | 0.02% | 0.82% |
| 12/23/2020 | 0.09% | -0.03% |
| 12/24/2020 | 0.26% | -1.01% |
| 12/28/2020 | 0.52% | -2.25% |
| 12/29/2020 | -0.39% | -3.11% |
| 12/30/2020 | 0.27% | 1.56% |
| 12/31/2020 | 0.48% | -2.39% |
| 1/4/2021 | -1.47% | -0.01% |
| 1/5/2021 | 0.84% | -0.09% |
| 1/6/2021 | 0.84% | 1.83% |
| 1/7/2021 | 1.62% | 4.14% |
| 1/8/2021 | 0.48% | 0.13% |
| 1/11/2021 | -0.53% | -0.98% |
| 1/12/2021 | 0.31% | 0.82% |
| 1/13/2021 | 0.10% | -0.54% |
| 1/14/2021 | -0.12% | 3.23% |
| 1/15/2021 | -0.78% | -1.06% |
| 1/19/2021 | 0.86% | 1.62% |
| 1/20/2021 | 1.27% | -0.02% |
| 1/21/2021 | -0.09% | -2.25% |
| 1/22/2021 | -0.15% | 1.34% |
| 1/25/2021 | 0.26% | 2.83% |
| 1/26/2021 | -0.32% | -1.82% |
| 1/27/2021 | -2.62% | -1.42% |
| 1/28/2021 | 1.01% | -0.45% |

**Source:** Bloomberg.

## Exhibit-6

### Inovio Regression Results

Estimation Period: 30 January 2019 through 29 January 2020

| Regression Statistics | |
| --- | --- |
| R Squared | 0.113 |
| Adjusted R Squared | 0.091 |
| Standard Error | 4.68% |
| Observations | 252 |

| | Coefficient | Standard Error | $t$-statistic |
| --- | --- | --- | --- |
| Intercept | -0.06% | 0.30% | -0.19 |
| Market Index | -0.165 | 0.526 | -0.31 |
| Sector Index | 1.029 | 0.243 | 4.23 |
| 3/13/2019 | 0.74% | 4.70% | 0.16 |
| 5/10/2019 | -3.00% | 4.70% | -0.64 |
| 8/9/2019 | -1.05% | 4.70% | -0.22 |
| 11/13/2019 | -5.89% | 4.69% | -1.25 |

101

**Exhibit-7**
**Inovio Earnings Announcement Event Study Results**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|
| 3/13/2020 | $7.20 | $9.50 | -27.72% | 8.58% | 6.74% | 5.46% | -33.18% | -7.09 * † |
| 5/12/2020 | $12.90 | $11.90 | 8.07% | -2.20% | -2.25% | -2.01% | 10.08% | 2.15 * |
| 8/11/2020 | $14.62 | $18.99 | -26.15% | -0.80% | -4.07% | -4.11% | -22.04% | -4.71 * † |
| 11/10/2020 | $11.51 | $8.50 | 30.32% | -0.05% | 1.44% | 1.43% | 28.89% | 6.17 * † |

**Notes:**

[1] Explained returns, residual returns, and $t$-statistics are computed from the regression estimated over the Estimation Period, 30 January 2019 through 29 January 2020.

[2] Returns that are statistically significant at the 95% confidence level using the theoretical $t$-distribution have a $t$-statistic greater than 1.96 or less than -1.96, and are marked with "*".

[3] Returns that are statistically significant at the 95% confidence level using the emprical historgram distribution have a $t$-statistic greater than or equal to 6.09 or less than or equal to -4.71, and are marked with "†".

## Exhibit-8
### Inovio Event Study Results for Market Efficiency Analysis
Estimation Period: 30 January 2019 through 29 January 2020

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|
| 1/30/2020 | $4.66 | $4.11 | 12.56% | 0.31% | -1.38% | -1.53% | 14.09% | 3.01 * |
| 1/31/2020 | $4.53 | $4.66 | -2.83% | -1.77% | -1.45% | -1.26% | -1.57% | -0.34 |
| 2/3/2020 | $3.91 | $4.53 | -14.72% | 0.83% | 2.36% | 2.24% | -16.96% | -3.62 * |
| 2/4/2020 | $3.71 | $3.91 | -5.25% | 1.53% | 2.82% | 2.59% | -7.84% | -1.67 |
| 2/5/2020 | $3.56 | $3.71 | -4.13% | 0.99% | 2.34% | 2.19% | -6.32% | -1.35 |
| 2/6/2020 | $3.37 | $3.56 | -5.48% | 0.27% | 0.20% | 0.10% | -5.58% | -1.19 |
| 2/7/2020 | $3.19 | $3.37 | -5.49% | -0.56% | -0.98% | -0.97% | -4.52% | -0.97 |
| 2/10/2020 | $3.48 | $3.19 | 8.70% | 0.75% | 1.65% | 1.51% | 7.19% | 1.54 |
| 2/11/2020 | $3.39 | $3.48 | -2.62% | 0.24% | -0.08% | -0.18% | -2.44% | -0.52 |
| 2/12/2020 | $3.34 | $3.39 | -1.49% | 0.64% | 1.21% | 1.08% | -2.56% | -0.55 |
| 2/13/2020 | $3.86 | $3.34 | 14.47% | -0.05% | -1.07% | -1.15% | 15.62% | 3.34 * |
| 2/14/2020 | $4.15 | $3.86 | 7.24% | 0.19% | 0.10% | 0.02% | 7.23% | 1.54 |
| 2/18/2020 | $4.22 | $4.15 | 1.67% | -0.23% | 0.58% | 0.58% | 1.09% | 0.23 |
| 2/19/2020 | $3.81 | $4.22 | -10.22% | 0.50% | 0.75% | 0.64% | -10.86% | -2.32 * |
| 2/20/2020 | $3.64 | $3.81 | -4.56% | -0.28% | -0.54% | -0.57% | -4.00% | -0.85 |
| 2/21/2020 | $3.75 | $3.64 | 2.84% | -1.06% | -0.58% | -0.48% | 3.33% | 0.71 |
| 2/24/2020 | $3.96 | $3.75 | 5.58% | -3.34% | -3.56% | -3.17% | 8.76% | 1.87 |
| 2/25/2020 | $3.74 | $3.96 | -5.85% | -3.12% | -2.97% | -2.59% | -3.26% | -0.70 |
| 2/26/2020 | $3.99 | $3.74 | 6.60% | -0.55% | 0.50% | 0.55% | 6.06% | 1.29 |
| 2/27/2020 | $4.36 | $3.99 | 8.87% | -4.40% | -4.40% | -3.86% | 12.73% | 2.72 * |
| 2/28/2020 | $4.28 | $4.36 | -1.85% | -0.87% | 1.89% | 2.03% | -3.88% | -0.83 |
| 3/2/2020 | $4.39 | $4.28 | 2.54% | 4.24% | 3.80% | 3.15% | -0.61% | -0.13 |
| 3/3/2020 | $7.45 | $4.39 | 52.89% | -2.72% | -2.88% | -2.57% | 55.46% | 11.85 * † |
| 3/4/2020 | $8.03 | $7.45 | 7.43% | 3.96% | 4.63% | 4.05% | 3.39% | 0.72 |
| 3/5/2020 | $9.80 | $8.03 | 19.98% | -3.40% | -1.81% | -1.36% | 21.34% | 4.56 * |

103

**Exhibit-8**
**Inovio Event Study Results for Market Efficiency Analysis**
Estimation Period: 30 January 2019 through 29 January 2020

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|
| 3/6/2020 | $14.09 | $9.80 | 36.31% | -1.80% | -2.69% | -2.53% | 38.84% | 8.30 * † |
| 3/9/2020 | $9.83 | $14.09 | -36.00% | -8.18% | -8.56% | -7.52% | -28.48% | -6.09 * † |
| 3/10/2020 | $5.70 | $9.83 | -54.50% | 4.61% | 2.82% | 2.08% | -56.58% | -12.09 * † |
| 3/11/2020 | $8.37 | $5.70 | 38.42% | -5.22% | -7.11% | -6.51% | 44.93% | 9.60 * † |
| 3/12/2020 | $9.50 | $8.37 | 12.66% | -10.13% | -11.39% | -10.10% | 22.77% | 4.86 * |
| 3/13/2020 | $7.20 | $9.50 | -27.72% | 8.58% | 6.74% | 5.46% | -33.18% | -7.09 * † |
| 3/16/2020 | $6.13 | $7.20 | -16.09% | -13.13% | -15.18% | -13.50% | -2.58% | -0.55 |
| 3/17/2020 | $7.34 | $6.13 | 18.01% | 5.63% | 5.46% | 4.63% | 13.38% | 2.86 * |
| 3/18/2020 | $7.44 | $7.34 | 1.35% | -6.04% | -3.68% | -2.84% | 4.20% | 0.90 |
| 3/19/2020 | $6.49 | $7.44 | -13.66% | 1.22% | 6.16% | 6.08% | -19.74% | -4.22 * |
| 3/20/2020 | $7.22 | $6.49 | 10.66% | -4.26% | -1.73% | -1.13% | 11.79% | 2.52 * |
| 3/23/2020 | $6.62 | $7.22 | -8.68% | -2.81% | -0.78% | -0.40% | -8.28% | -1.77 |
| 3/24/2020 | $7.09 | $6.62 | 6.86% | 9.04% | 7.84% | 6.52% | 0.34% | 0.07 |
| 3/25/2020 | $6.68 | $7.09 | -5.96% | 1.36% | 1.21% | 0.96% | -6.92% | -1.48 |
| 3/26/2020 | $7.15 | $6.68 | 6.80% | 6.02% | 4.16% | 3.23% | 3.57% | 0.76 |
| 3/27/2020 | $8.32 | $7.15 | 15.15% | -3.40% | -3.23% | -2.82% | 17.98% | 3.84 * |
| 3/30/2020 | $8.02 | $8.32 | -3.67% | 3.11% | 2.99% | 2.51% | -6.18% | -1.32 |
| 3/31/2020 | $7.44 | $8.02 | -7.51% | -1.53% | -0.82% | -0.65% | -6.86% | -1.47 |
| 4/1/2020 | $7.70 | $7.44 | 3.43% | -4.77% | -5.61% | -5.04% | 8.47% | 1.81 |
| 4/2/2020 | $7.52 | $7.70 | -2.37% | 2.06% | 3.73% | 3.44% | -5.80% | -1.24 |
| 4/3/2020 | $7.74 | $7.52 | 2.88% | -1.68% | -1.53% | -1.36% | 4.24% | 0.91 |
| 4/6/2020 | $8.44 | $7.74 | 8.66% | 6.92% | 7.12% | 6.12% | 2.54% | 0.54 |
| 4/7/2020 | $8.27 | $8.44 | -2.03% | -0.05% | -1.88% | -1.98% | -0.05% | -0.01 |
| 4/8/2020 | $8.32 | $8.27 | 0.60% | 3.55% | 3.57% | 3.03% | -2.43% | -0.52 |
| 4/9/2020 | $8.12 | $8.32 | -2.43% | 1.76% | 1.90% | 1.61% | -4.04% | -0.86 |

## Exhibit-8
### Inovio Event Study Results for Market Efficiency Analysis
Estimation Period: 30 January 2019 through 29 January 2020

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|
| 4/13/2020 | $7.76 | $8.12 | -4.53% | -1.17% | -0.14% | -0.01% | -4.53% | -0.97 |
| 4/14/2020 | $7.44 | $7.76 | -4.21% | 2.95% | 3.91% | 3.48% | -7.69% | -1.64 |
| 4/15/2020 | $7.14 | $7.44 | -4.12% | -2.36% | -2.45% | -2.19% | -1.92% | -0.41 |
| 4/16/2020 | $7.89 | $7.14 | 9.99% | 0.49% | 2.60% | 2.53% | 7.45% | 1.59 |
| 4/17/2020 | $8.26 | $7.89 | 4.58% | 2.82% | 5.35% | 4.98% | -0.40% | -0.09 |
| 4/20/2020 | $9.05 | $8.26 | 9.13% | -1.71% | 3.64% | 3.97% | 5.16% | 1.10 |
| 4/21/2020 | $9.90 | $9.05 | 8.98% | -3.11% | -3.05% | -2.68% | 11.66% | 2.49 * |
| 4/22/2020 | $11.71 | $9.90 | 16.79% | 2.22% | 1.49% | 1.11% | 15.68% | 3.35 * |
| 4/23/2020 | $12.03 | $11.71 | 2.70% | 0.07% | 0.30% | 0.24% | 2.46% | 0.53 |
| 4/24/2020 | $14.59 | $12.03 | 19.29% | 1.40% | 3.44% | 3.25% | 16.05% | 3.43 * |
| 4/27/2020 | $13.70 | $14.59 | -6.29% | 1.78% | 1.22% | 0.90% | -7.20% | -1.54 |
| 4/28/2020 | $13.75 | $13.70 | 0.36% | -0.37% | -3.04% | -3.12% | 3.48% | 0.74 |
| 4/29/2020 | $13.74 | $13.75 | -0.07% | 2.86% | 0.62% | 0.11% | -0.18% | -0.04 |
| 4/30/2020 | $12.03 | $13.74 | -13.29% | -1.21% | -2.59% | -2.52% | -10.77% | -2.30 * |
| 5/1/2020 | $10.28 | $12.03 | -15.72% | -2.96% | -2.84% | -2.50% | -13.22% | -2.83 * |
| 5/4/2020 | $11.23 | $10.28 | 8.84% | 0.46% | 4.94% | 4.95% | 3.89% | 0.83 |
| 5/5/2020 | $10.64 | $11.23 | -5.40% | 0.94% | 2.24% | 2.09% | -7.48% | -1.60 |
| 5/6/2020 | $10.47 | $10.64 | -1.61% | -0.63% | 0.44% | 0.50% | -2.11% | -0.45 |
| 5/7/2020 | $10.70 | $10.47 | 2.17% | 1.32% | 0.16% | -0.12% | 2.29% | 0.49 |
| 5/8/2020 | $10.86 | $10.70 | 1.44% | 1.88% | 1.37% | 1.04% | 0.40% | 0.09 |
| 5/11/2020 | $11.90 | $10.86 | 9.19% | -0.03% | 4.73% | 4.81% | 4.38% | 0.94 |
| 5/12/2020 | $12.90 | $11.90 | 8.07% | -2.20% | -2.25% | -2.01% | 10.08% | 2.15 * |
| 5/13/2020 | $13.37 | $12.90 | 3.58% | -1.97% | -1.96% | -1.75% | 5.33% | 1.14 |
| 5/14/2020 | $13.65 | $13.37 | 2.07% | 1.13% | -0.81% | -1.08% | 3.16% | 0.67 |
| 5/15/2020 | $13.43 | $13.65 | -1.62% | 0.51% | 3.26% | 3.21% | -4.83% | -1.03 |

105

## Exhibit-8
### Inovio Event Study Results for Market Efficiency Analysis
Estimation Period: 30 January 2019 through 29 January 2020

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|
| 5/18/2020 | $14.17 | $13.43 | 5.36% | 3.35% | 3.04% | 2.51% | 2.85% | 0.61 |
| 5/19/2020 | $14.56 | $14.17 | 2.72% | -1.06% | -2.93% | -2.90% | 5.61% | 1.20 |
| 5/20/2020 | $15.79 | $14.56 | 8.11% | 1.77% | 2.92% | 2.65% | 5.46% | 1.17 |
| 5/21/2020 | $14.24 | $15.79 | -10.33% | -0.66% | -0.89% | -0.87% | -9.46% | -2.02 * |
| 5/22/2020 | $14.08 | $14.24 | -1.13% | 0.31% | 1.40% | 1.33% | -2.46% | -0.53 |
| 5/26/2020 | $14.46 | $14.08 | 2.66% | 1.38% | -2.57% | -2.93% | 5.59% | 1.19 |
| 5/27/2020 | $13.19 | $14.46 | -9.19% | 1.57% | 0.04% | -0.27% | -8.92% | -1.91 |
| 5/28/2020 | $13.35 | $13.19 | 1.21% | -0.37% | -0.92% | -0.95% | 2.15% | 0.46 |
| 5/29/2020 | $14.75 | $13.35 | 9.97% | 0.49% | 1.07% | 0.96% | 9.01% | 1.92 |
| 6/1/2020 | $14.86 | $14.75 | 0.74% | 0.53% | 0.45% | 0.32% | 0.42% | 0.09 |
| 6/2/2020 | $14.34 | $14.86 | -3.56% | 0.83% | 1.36% | 1.20% | -4.77% | -1.02 |
| 6/3/2020 | $12.43 | $14.34 | -14.29% | 1.50% | -1.47% | -1.82% | -12.47% | -2.67 * |
| 6/4/2020 | $11.88 | $12.43 | -4.53% | -0.32% | -1.91% | -1.97% | -2.56% | -0.55 |
| 6/5/2020 | $11.93 | $11.88 | 0.42% | 2.60% | 0.90% | 0.43% | -0.01% | -0.00 |
| 6/8/2020 | $12.03 | $11.93 | 0.83% | 1.35% | 1.81% | 1.58% | -0.75% | -0.16 |
| 6/9/2020 | $12.76 | $12.03 | 5.89% | -0.96% | -0.28% | -0.19% | 6.08% | 1.30 |
| 6/10/2020 | $13.39 | $12.76 | 4.82% | -0.70% | 0.19% | 0.25% | 4.57% | 0.98 |
| 6/11/2020 | $12.18 | $13.39 | -9.47% | -6.20% | -5.73% | -4.94% | -4.54% | -0.97 |
| 6/12/2020 | $13.02 | $12.18 | 6.67% | 1.41% | 1.32% | 1.06% | 5.61% | 1.20 |
| 6/15/2020 | $14.15 | $13.02 | 8.32% | 1.02% | 2.74% | 2.59% | 5.73% | 1.22 |
| 6/16/2020 | $13.90 | $14.15 | -1.78% | 1.89% | 1.63% | 1.31% | -3.09% | -0.66 |
| 6/17/2020 | $13.82 | $13.90 | -0.58% | -0.44% | 0.05% | 0.07% | -0.65% | -0.14 |
| 6/18/2020 | $14.34 | $13.82 | 3.69% | 0.09% | 1.12% | 1.08% | 2.62% | 0.56 |
| 6/19/2020 | $14.27 | $14.34 | -0.49% | -0.52% | 2.83% | 2.94% | -3.43% | -0.73 |
| 6/22/2020 | $15.30 | $14.27 | 6.97% | 0.65% | 2.86% | 2.77% | 4.20% | 0.90 |

## Exhibit-8
**Inovio Event Study Results for Market Efficiency Analysis**
Estimation Period: 30 January 2019 through 29 January 2020

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|
| 6/23/2020 | $21.57 | $15.30 | 34.35% | 0.39% | 1.54% | 1.46% | 32.88% | 7.03 * † |
| 6/24/2020 | $23.87 | $21.57 | 10.13% | -2.72% | -2.49% | -2.17% | 12.30% | 2.63 * |
| 6/25/2020 | $31.25 | $23.87 | 26.94% | 1.17% | 2.87% | 2.70% | 24.24% | 5.18 * |
| 6/26/2020 | $29.98 | $31.25 | -4.15% | -2.42% | -3.28% | -3.04% | -1.11% | -0.24 |
| 6/29/2020 | $31.69 | $29.98 | 5.55% | 1.53% | -0.22% | -0.53% | 6.08% | 1.30 |
| 6/30/2020 | $26.95 | $31.69 | -16.20% | 1.56% | 1.51% | 1.24% | -17.44% | -3.73 * |
| 7/1/2020 | $19.73 | $26.95 | -31.18% | 0.46% | 0.38% | 0.26% | -31.44% | -6.72 * † |
| 7/2/2020 | $21.45 | $19.73 | 8.36% | 0.47% | 0.47% | 0.35% | 8.01% | 1.71 |
| 7/6/2020 | $20.93 | $21.45 | -2.45% | 1.55% | -0.05% | -0.37% | -2.09% | -0.45 |
| 7/7/2020 | $24.09 | $20.93 | 14.06% | -1.11% | 1.85% | 2.03% | 12.03% | 2.57 * |
| 7/8/2020 | $23.46 | $24.09 | -2.65% | 0.84% | 1.50% | 1.34% | -3.99% | -0.85 |
| 7/9/2020 | $23.27 | $23.46 | -0.81% | -0.60% | -0.64% | -0.62% | -0.20% | -0.04 |
| 7/10/2020 | $23.38 | $23.27 | 0.47% | 1.08% | -1.05% | -1.32% | 1.79% | 0.38 |
| 7/13/2020 | $25.62 | $23.38 | 9.15% | -1.15% | -2.67% | -2.61% | 11.76% | 2.51 * |
| 7/14/2020 | $26.21 | $25.62 | 2.28% | 1.36% | 2.72% | 2.51% | -0.23% | -0.05 |
| 7/15/2020 | $24.51 | $26.21 | -6.71% | 1.17% | 2.03% | 1.84% | -8.54% | -1.83 |
| 7/16/2020 | $24.57 | $24.51 | 0.24% | -0.39% | -0.96% | -0.99% | 1.23% | 0.26 |
| 7/17/2020 | $26.97 | $24.57 | 9.32% | 0.35% | 2.20% | 2.15% | 7.17% | 1.53 |
| 7/20/2020 | $25.37 | $26.97 | -6.12% | 0.85% | 1.39% | 1.23% | -7.35% | -1.57 |
| 7/21/2020 | $27.05 | $25.37 | 6.41% | 0.19% | -2.24% | -2.39% | 8.81% | 1.88 |
| 7/22/2020 | $26.19 | $27.05 | -3.23% | 0.56% | -0.35% | -0.51% | -2.72% | -0.58 |
| 7/23/2020 | $24.58 | $26.19 | -6.34% | -1.15% | -2.10% | -2.03% | -4.32% | -0.92 |
| 7/24/2020 | $21.91 | $24.58 | -11.50% | -0.75% | -2.47% | -2.48% | -9.02% | -1.93 |
| 7/27/2020 | $21.08 | $21.91 | -3.86% | 0.85% | 2.81% | 2.69% | -6.55% | -1.40 |
| 7/28/2020 | $20.79 | $21.08 | -1.39% | -0.71% | -2.74% | -2.76% | 1.37% | 0.29 |

**Exhibit-8**
**Inovio Event Study Results for Market Efficiency Analysis**
Estimation Period: 30 January 2019 through 29 January 2020

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|
| 7/29/2020 | $19.48 | $20.79 | -6.51% | 1.38% | -1.66% | -2.00% | -4.51% | -0.96 |
| 7/30/2020 | $20.73 | $19.48 | 6.22% | -0.32% | 1.56% | 1.60% | 4.62% | 0.99 |
| 7/31/2020 | $19.44 | $20.73 | -6.42% | 0.55% | -2.62% | -2.84% | -3.58% | -0.77 |
| 8/3/2020 | $20.69 | $19.44 | 6.23% | 0.87% | 4.26% | 4.18% | 2.05% | 0.44 |
| 8/4/2020 | $20.32 | $20.69 | -1.83% | 0.37% | -0.44% | -0.57% | -1.26% | -0.27 |
| 8/5/2020 | $21.79 | $20.32 | 7.01% | 0.75% | 0.97% | 0.82% | 6.19% | 1.32 |
| 8/6/2020 | $20.33 | $21.79 | -6.94% | 0.50% | -0.69% | -0.85% | -6.09% | -1.30 |
| 8/7/2020 | $20.22 | $20.33 | -0.54% | 0.10% | 0.26% | 0.19% | -0.73% | -0.16 |
| 8/10/2020 | $18.99 | $20.22 | -6.28% | 0.22% | -0.15% | -0.25% | -6.03% | -1.29 |
| 8/11/2020 | $14.62 | $18.99 | -26.15% | -0.80% | -4.07% | -4.11% | -22.04% | -4.71 * † |
| 8/12/2020 | $13.75 | $14.62 | -6.14% | 1.35% | 0.36% | 0.09% | -6.22% | -1.33 |
| 8/13/2020 | $14.39 | $13.75 | 4.55% | -0.09% | 1.48% | 1.48% | 3.07% | 0.66 |
| 8/14/2020 | $14.79 | $14.39 | 2.71% | -0.04% | -1.13% | -1.21% | 3.92% | 0.84 |
| 8/17/2020 | $15.04 | $14.79 | 1.71% | 0.43% | 3.65% | 3.62% | -1.91% | -0.41 |
| 8/18/2020 | $14.19 | $15.04 | -5.85% | 0.16% | -1.01% | -1.13% | -4.73% | -1.01 |
| 8/19/2020 | $14.47 | $14.19 | 1.99% | -0.42% | -0.19% | -0.18% | 2.17% | 0.46 |
| 8/20/2020 | $14.86 | $14.47 | 2.66% | 0.31% | -0.04% | -0.15% | 2.81% | 0.60 |
| 8/21/2020 | $14.10 | $14.86 | -5.25% | 0.23% | -1.29% | -1.42% | -3.83% | -0.82 |
| 8/24/2020 | $12.24 | $14.10 | -14.15% | 0.94% | -2.38% | -2.66% | -11.49% | -2.45 * |
| 8/25/2020 | $12.62 | $12.24 | 3.06% | 0.35% | 1.32% | 1.24% | 1.82% | 0.39 |
| 8/26/2020 | $12.73 | $12.62 | 0.87% | 0.93% | -1.33% | -1.58% | 2.45% | 0.52 |
| 8/27/2020 | $11.81 | $12.73 | -7.50% | 0.22% | -0.79% | -0.91% | -6.59% | -1.41 |
| 8/28/2020 | $12.06 | $11.81 | 2.09% | 0.69% | 0.95% | 0.81% | 1.29% | 0.28 |
| 8/31/2020 | $11.99 | $12.06 | -0.58% | -0.13% | 2.61% | 2.65% | -3.24% | -0.69 |
| 9/1/2020 | $11.41 | $11.99 | -4.96% | 0.84% | -1.98% | -2.23% | -2.72% | -0.58 |

**Exhibit-8**
**Inovio Event Study Results for Market Efficiency Analysis**
Estimation Period: 30 January 2019 through 29 January 2020

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|
| 9/2/2020 | $10.63 | $11.41 | -7.08% | 1.36% | 1.07% | 0.82% | -7.90% | -1.69 |
| 9/3/2020 | $9.85 | $10.63 | -7.62% | -3.62% | -4.00% | -3.57% | -4.05% | -0.86 |
| 9/4/2020 | $9.57 | $9.85 | -2.88% | -0.85% | -1.09% | -1.04% | -1.84% | -0.39 |
| 9/8/2020 | $9.61 | $9.57 | 0.42% | -2.87% | -1.47% | -1.09% | 1.51% | 0.32 |
| 9/9/2020 | $10.28 | $9.61 | 6.69% | 2.00% | 2.33% | 2.01% | 4.68% | 1.00 |
| 9/10/2020 | $9.72 | $10.28 | -5.55% | -1.65% | -1.68% | -1.51% | -4.04% | -0.86 |
| 9/11/2020 | $10.08 | $9.72 | 3.64% | -0.02% | -0.07% | -0.13% | 3.77% | 0.81 |
| 9/14/2020 | $11.32 | $10.08 | 11.60% | 1.57% | 6.81% | 6.69% | 4.92% | 1.05 |
| 9/15/2020 | $13.63 | $11.32 | 18.57% | 0.57% | 0.96% | 0.83% | 17.74% | 3.79 * |
| 9/16/2020 | $18.52 | $13.63 | 30.66% | -0.34% | 2.11% | 2.16% | 28.49% | 6.09 * † |
| 9/17/2020 | $15.67 | $18.52 | -16.71% | -0.85% | -0.09% | -0.01% | -16.70% | -3.57 * |
| 9/18/2020 | $17.00 | $15.67 | 8.15% | -0.95% | 1.04% | 1.16% | 6.98% | 1.49 |
| 9/21/2020 | $17.69 | $17.00 | 3.98% | -1.22% | -3.70% | -3.66% | 7.64% | 1.63 |
| 9/22/2020 | $16.98 | $17.69 | -4.10% | 0.99% | 0.72% | 0.52% | -4.62% | -0.99 |
| 9/23/2020 | $15.97 | $16.98 | -6.13% | -2.47% | -3.35% | -3.10% | -3.03% | -0.65 |
| 9/24/2020 | $15.37 | $15.97 | -3.83% | 0.21% | -0.99% | -1.11% | -2.72% | -0.58 |
| 9/25/2020 | $16.94 | $15.37 | 9.73% | 1.67% | 2.68% | 2.42% | 7.31% | 1.56 |
| 9/28/2020 | $12.14 | $16.94 | -33.32% | 1.68% | -0.04% | -0.38% | -32.94% | -7.04 * † |
| 9/29/2020 | $11.31 | $12.14 | -7.08% | -0.45% | 0.80% | 0.84% | -7.92% | -1.69 |
| 9/30/2020 | $11.60 | $11.31 | 2.53% | 0.77% | -0.33% | -0.52% | 3.05% | 0.65 |
| 10/1/2020 | $11.74 | $11.60 | 1.20% | 0.76% | 1.36% | 1.22% | -0.02% | -0.00 |
| 10/2/2020 | $11.65 | $11.74 | -0.77% | -0.82% | -2.41% | -2.40% | 1.63% | 0.35 |
| 10/5/2020 | $11.94 | $11.65 | 2.46% | 1.86% | 5.06% | 4.84% | -2.38% | -0.51 |
| 10/6/2020 | $12.41 | $11.94 | 3.86% | -1.25% | -0.97% | -0.85% | 4.71% | 1.01 |
| 10/7/2020 | $12.58 | $12.41 | 1.36% | 1.76% | 3.31% | 3.05% | -1.69% | -0.36 |

### Exhibit-8
**Inovio Event Study Results for Market Efficiency Analysis**
Estimation Period: 30 January 2019 through 29 January 2020

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|
| 10/8/2020 | $12.48 | $12.58 | -0.80% | 0.84% | 0.25% | 0.06% | -0.85% | -0.18 |
| 10/9/2020 | $12.31 | $12.48 | -1.37% | 0.85% | 1.12% | 0.95% | -2.32% | -0.50 |
| 10/12/2020 | $12.43 | $12.31 | 0.97% | 1.46% | 0.18% | -0.11% | 1.08% | 0.23 |
| 10/13/2020 | $12.82 | $12.43 | 3.09% | -0.52% | 1.42% | 1.49% | 1.60% | 0.34 |
| 10/14/2020 | $12.13 | $12.82 | -5.53% | -0.64% | -2.06% | -2.07% | -3.46% | -0.74 |
| 10/15/2020 | $12.21 | $12.13 | 0.66% | -0.06% | 0.31% | 0.27% | 0.39% | 0.08 |
| 10/16/2020 | $11.85 | $12.21 | -2.99% | -0.05% | 0.42% | 0.38% | -3.38% | -0.72 |
| 10/19/2020 | $11.35 | $11.85 | -4.31% | -1.55% | -2.11% | -1.98% | -2.33% | -0.50 |
| 10/20/2020 | $11.00 | $11.35 | -3.13% | 0.37% | -1.27% | -1.43% | -1.70% | -0.36 |
| 10/21/2020 | $10.50 | $11.00 | -4.65% | -0.32% | -2.39% | -2.47% | -2.18% | -0.47 |
| 10/22/2020 | $11.24 | $10.50 | 6.81% | 0.65% | 2.80% | 2.71% | 4.10% | 0.88 |
| 10/23/2020 | $10.95 | $11.24 | -2.61% | 0.39% | 0.28% | 0.17% | -2.78% | -0.59 |
| 10/26/2020 | $10.45 | $10.95 | -4.67% | -1.90% | -1.23% | -1.02% | -3.66% | -0.78 |
| 10/27/2020 | $11.11 | $10.45 | 6.12% | -0.34% | 1.29% | 1.32% | 4.80% | 1.03 |
| 10/28/2020 | $10.92 | $11.11 | -1.72% | -3.45% | -3.02% | -2.60% | 0.87% | 0.19 |
| 10/29/2020 | $10.49 | $10.92 | -4.02% | 1.13% | 1.00% | 0.79% | -4.80% | -1.03 |
| 10/30/2020 | $9.85 | $10.49 | -6.30% | -1.34% | -2.35% | -2.25% | -4.04% | -0.86 |
| 11/2/2020 | $10.02 | $9.85 | 1.71% | 1.25% | 0.21% | -0.04% | 1.75% | 0.37 |
| 11/3/2020 | $10.22 | $10.02 | 1.98% | 1.90% | 2.80% | 2.50% | -0.53% | -0.11 |
| 11/4/2020 | $10.91 | $10.22 | 6.53% | 2.08% | 5.93% | 5.70% | 0.84% | 0.18 |
| 11/5/2020 | $10.80 | $10.91 | -1.01% | 2.05% | -0.13% | -0.53% | -0.48% | -0.10 |
| 11/6/2020 | $10.53 | $10.80 | -2.53% | -0.04% | -2.49% | -2.61% | 0.08% | 0.02 |
| 11/9/2020 | $8.50 | $10.53 | -21.42% | 1.08% | 0.35% | 0.12% | -21.54% | -4.60 * |
| 11/10/2020 | $11.51 | $8.50 | 30.32% | -0.05% | 1.44% | 1.43% | 28.89% | 6.17 * † |
| 11/11/2020 | $10.72 | $11.51 | -7.11% | 0.77% | 1.32% | 1.17% | -8.28% | -1.77 |

110

**Exhibit-8**
**Inovio Event Study Results for Market Efficiency Analysis**
Estimation Period: 30 January 2019 through 29 January 2020

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|
| 11/12/2020 | $11.36 | $10.72 | 5.80% | -0.98% | 0.03% | 0.14% | 5.66% | 1.21 |
| 11/13/2020 | $11.22 | $11.36 | -1.24% | 1.36% | 1.11% | 0.86% | -2.10% | -0.45 |
| 11/16/2020 | $12.85 | $11.22 | 13.56% | 1.23% | 0.57% | 0.32% | 13.24% | 2.83 * |
| 11/17/2020 | $11.70 | $12.85 | -9.38% | -0.23% | 0.69% | 0.69% | -10.07% | -2.15 * |
| 11/18/2020 | $11.04 | $11.70 | -5.81% | -1.01% | -2.00% | -1.95% | -3.86% | -0.82 |
| 11/19/2020 | $11.02 | $11.04 | -0.18% | 0.55% | 0.66% | 0.52% | -0.71% | -0.15 |
| 11/20/2020 | $10.54 | $11.02 | -4.45% | -0.54% | 0.83% | 0.89% | -5.34% | -1.14 |
| 11/23/2020 | $10.38 | $10.54 | -1.53% | 0.80% | 0.34% | 0.16% | -1.69% | -0.36 |
| 11/24/2020 | $10.15 | $10.38 | -2.24% | 1.55% | -0.31% | -0.63% | -1.61% | -0.34 |
| 11/25/2020 | $10.39 | $10.15 | 2.34% | -0.06% | 0.69% | 0.66% | 1.68% | 0.36 |
| 11/27/2020 | $12.26 | $10.39 | 16.55% | 0.37% | 3.60% | 3.59% | 12.96% | 2.77 * |
| 11/30/2020 | $12.22 | $12.26 | -0.33% | -0.57% | 1.14% | 1.21% | -1.53% | -0.33 |
| 12/1/2020 | $12.42 | $12.22 | 1.62% | 1.02% | -0.17% | -0.40% | 2.03% | 0.43 |
| 12/2/2020 | $11.97 | $12.42 | -3.69% | 0.11% | -0.09% | -0.17% | -3.52% | -0.75 |
| 12/3/2020 | $12.52 | $11.97 | 4.49% | 0.14% | 0.77% | 0.71% | 3.78% | 0.81 |
| 12/4/2020 | $12.60 | $12.52 | 0.64% | 1.04% | 1.86% | 1.69% | -1.05% | -0.22 |
| 12/7/2020 | $12.17 | $12.60 | -3.47% | -0.09% | 0.85% | 0.83% | -4.30% | -0.92 |
| 12/8/2020 | $11.95 | $12.17 | -1.82% | 0.41% | 2.01% | 1.94% | -3.76% | -0.80 |
| 12/9/2020 | $11.43 | $11.95 | -4.45% | -0.93% | -2.18% | -2.15% | -2.30% | -0.49 |
| 12/10/2020 | $11.36 | $11.43 | -0.61% | 0.15% | 3.76% | 3.78% | -4.40% | -0.94 |
| 12/11/2020 | $11.06 | $11.36 | -2.68% | -0.18% | -0.19% | -0.23% | -2.45% | -0.52 |
| 12/14/2020 | $10.41 | $11.06 | -6.06% | -0.29% | 2.70% | 2.76% | -8.82% | -1.88 |
| 12/15/2020 | $10.92 | $10.41 | 4.74% | 1.34% | 0.09% | -0.19% | 4.93% | 1.05 |
| 12/16/2020 | $10.44 | $10.92 | -4.45% | 0.13% | -1.25% | -1.37% | -3.08% | -0.66 |
| 12/17/2020 | $10.72 | $10.44 | 2.65% | 0.78% | 1.60% | 1.46% | 1.19% | 0.25 |

111

**Exhibit-8**
**Inovio Event Study Results for Market Efficiency Analysis**
Estimation Period: 30 January 2019 through 29 January 2020

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|
| 12/18/2020 | $10.39 | $10.72 | -3.13% | -0.23% | 0.68% | 0.68% | -3.80% | -0.81 |
| 12/21/2020 | $10.33 | $10.39 | -0.58% | -0.29% | 1.74% | 1.78% | -2.36% | -0.51 |
| 12/22/2020 | $9.90 | $10.33 | -4.25% | 0.02% | 0.82% | 0.78% | -5.03% | -1.08 |
| 12/23/2020 | $10.07 | $9.90 | 1.70% | 0.09% | -0.03% | -0.10% | 1.81% | 0.39 |
| 12/24/2020 | $10.26 | $10.07 | 1.87% | 0.26% | -1.01% | -1.14% | 3.00% | 0.64 |
| 12/28/2020 | $9.60 | $10.26 | -6.65% | 0.52% | -2.25% | -2.45% | -4.19% | -0.90 |
| 12/29/2020 | $8.92 | $9.60 | -7.35% | -0.39% | -3.11% | -3.19% | -4.16% | -0.89 |
| 12/30/2020 | $9.00 | $8.92 | 0.89% | 0.27% | 1.56% | 1.50% | -0.61% | -0.13 |
| 12/31/2020 | $8.85 | $9.00 | -1.68% | 0.48% | -2.39% | -2.59% | 0.91% | 0.19 |
| 1/4/2021 | $9.73 | $8.85 | 9.48% | -1.47% | -0.01% | 0.17% | 9.31% | 1.99 * |
| 1/5/2021 | $9.26 | $9.73 | -4.95% | 0.84% | -0.09% | -0.29% | -4.66% | -1.00 |
| 1/6/2021 | $9.34 | $9.26 | 0.86% | 0.84% | 1.83% | 1.69% | -0.83% | -0.18 |
| 1/7/2021 | $9.44 | $9.34 | 1.06% | 1.62% | 4.14% | 3.93% | -2.86% | -0.61 |
| 1/8/2021 | $9.22 | $9.44 | -2.36% | 0.48% | 0.13% | -0.00% | -2.36% | -0.50 |
| 1/11/2021 | $9.09 | $9.22 | -1.48% | -0.53% | -0.98% | -0.98% | -0.50% | -0.11 |
| 1/12/2021 | $9.10 | $9.09 | 0.16% | 0.31% | 0.82% | 0.73% | -0.57% | -0.12 |
| 1/13/2021 | $9.23 | $9.10 | 1.36% | 0.10% | -0.54% | -0.63% | 1.99% | 0.43 |
| 1/14/2021 | $9.37 | $9.23 | 1.56% | -0.12% | 3.23% | 3.28% | -1.72% | -0.37 |
| 1/15/2021 | $9.66 | $9.37 | 3.05% | -0.78% | -1.06% | -1.02% | 4.07% | 0.87 |
| 1/19/2021 | $10.10 | $9.66 | 4.45% | 0.86% | 1.62% | 1.46% | 2.99% | 0.64 |
| 1/20/2021 | $9.72 | $10.10 | -3.83% | 1.27% | -0.02% | -0.29% | -3.54% | -0.76 |
| 1/21/2021 | $9.10 | $9.72 | -6.59% | -0.09% | -2.25% | -2.35% | -4.24% | -0.91 |
| 1/22/2021 | $9.00 | $9.10 | -1.10% | -0.15% | 1.34% | 1.35% | -2.45% | -0.52 |
| 1/25/2021 | $9.72 | $9.00 | 7.70% | 0.26% | 2.83% | 2.81% | 4.88% | 1.04 |
| 1/26/2021 | $10.58 | $9.72 | 8.48% | -0.32% | -1.82% | -1.87% | 10.35% | 2.21 * |

**Exhibit-8**

**Inovio Event Study Results for Market Efficiency Analysis**

Estimation Period: 30 January 2019 through 29 January 2020

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | t-statistic |
|------|-------------------|----------------------------|------------------------|--------------------------------|--------------------------------|---------------------|---------------------|-------------|
| 1/27/2021 | $12.50 | $10.58 | 16.68% | -2.62% | -1.42% | -1.09% | 17.76% | 3.80 * |
| 1/28/2021 | $10.95 | $12.50 | -13.24% | 1.01% | -0.45% | -0.69% | -12.55% | -2.68 * |

**Notes:**

[1] Explained returns, residual returns, and t-statistics are computed from the regression estimated over the Estimation Period, 30 January 2019 through 29 January 2020.

[2] Returns that are statistically significant at the 95% confidence level using the theoretical t-distribution have a t-statistic greater than 1.96 or less than -1.96, and are marked with "*".

[3] Returns that are statistically significant at the 95% confidence level using the emprical historgram distribution have a t-statistic greater than or equal to 6.09 or less than or equal to -4.71, and are marked with "†".

113

**Exhibit-9**

**Fisher Exact Test**

|  | Using Empirical Histogram $t$-statistic Distribution | Using Theoretical $t$-statistic Distribution |
|---|---|---|
| **Significance Frequencies** | | |
| *Trading Days During Examination Period* | 252 | 252 |
| # of News Days | 4 | 4 |
| Significant News Days | 3 | 4 |
| Non-Significant News Days | 1 | 0 |
| # of Non-News Days | 248 | 248 |
| Significant Non-News Days | 9 | 43 |
| Non-Significant Non-News Days | 239 | 205 |
| **Fisher Exact Test Results** | | |
| % of Statistically Significant News Days | 75.00% | 100.00% |
| % of Statistically Significant Non-News Days | 3.63% | 17.34% |
| p-value | 0.03%* | 0.11%* |

**Notes:**

[1] Explained returns, residual returns, and $t$-statistics are computed from the regression estimated over the Estimation Period, 30 January 2019 through 29 January 2020.

[2] Several of the alleged disclosure dates were treated as ordinary lesser or non-news dates for the purposes of the collective event study, but this treatment is only because they were not earnings announcement dates. This treatment should not be interpreted to imply that there was no important news on those dates or on any of the other days treated as ordinary days, or that I have made such a determination.

[3] "*" indicates that the difference in significance incidence rates is statistically significant.

## Exhibit-10a

### Inovio Regression Results for Alternative Experimental Designs

Regression estimated over the Examination Period

| Regression Statistics | |
|---|---|
| R Squared | 0.134 |
| Adjusted R Squared | 0.113 |
| Standard Error | 10.11% |
| Observations | 252 |

| | Coefficient | Standard Error | $t$-statistic |
|---|---|---|---|
| Intercept | 0.25% | 0.64% | 0.40 |
| Market Index | -1.538 | 0.486 | -3.16 |
| Sector Index | 1.467 | 0.393 | 3.74 |
| 3/13/2020 | -24.67% | 10.47% | -2.36 |
| 5/12/2020 | 7.74% | 10.15% | 0.76 |
| 8/11/2020 | -21.67% | 10.22% | -2.12 |
| 11/10/2020 | 27.87% | 10.14% | 2.75 |

**Exhibit-10b**

**Inovio Earnings Annoucement Event Study Results for Alternative Experimental Designs**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|
| 3/13/2020 | $7.20 | $9.50 | -27.72% | 8.58% | 6.74% | -3.05% | -24.67% | -2.44 * † |
| 5/12/2020 | $12.90 | $11.90 | 8.07% | -2.20% | -2.25% | 0.33% | 7.74% | 0.77 |
| 8/11/2020 | $14.62 | $18.99 | -26.15% | -0.80% | -4.07% | -4.48% | -21.67% | -2.14 * † |
| 11/10/2020 | $11.51 | $8.50 | 30.32% | -0.05% | 1.44% | 2.44% | 27.87% | 2.76 * † |

**Notes:**

[1] Explained returns, residual returns, and $t$-statistics are computed from the regression estimated over the Examination Period, 30 January 2020 through 28 January 2021.

[2]  Returns that are statistically significant at the 95% confidence level using the theoretical $t$-distribution have a $t$-statistic greater than 1.96 or less than -1.96, and are marked with "*".

[3] Returns that are statistically significant at the 95% confidence level using the emprical historgram distribution have a $t$-statistic greater than or equal to 2.65 or less than or equal to -2.12, and are marked with "†".

116

**Exhibit-10c**
**Inovio Event Study Results for Alternative Experimental Designs**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2020 | $4.66 | $4.11 | 12.56% | 0.31% | -1.38% | -2.24% | 14.80% | 1.46 | | |
| 1/31/2020 | $4.53 | $4.66 | -2.83% | -1.77% | -1.45% | 0.85% | -3.68% | -0.36 | | |
| 2/3/2020 | $3.91 | $4.53 | -14.72% | 0.83% | 2.36% | 2.45% | -17.17% | -1.70 | | |
| 2/4/2020 | $3.71 | $3.91 | -5.25% | 1.53% | 2.82% | 2.03% | -7.28% | -0.72 | | |
| 2/5/2020 | $3.56 | $3.71 | -4.13% | 0.99% | 2.34% | 2.17% | -6.30% | -0.62 | | |
| 2/6/2020 | $3.37 | $3.56 | -5.48% | 0.27% | 0.20% | 0.12% | -5.61% | -0.55 | | |
| 2/7/2020 | $3.19 | $3.37 | -5.49% | -0.56% | -0.98% | -0.32% | -5.17% | -0.51 | | |
| 2/10/2020 | $3.48 | $3.19 | 8.70% | 0.75% | 1.65% | 1.53% | 7.18% | 0.71 | | |
| 2/11/2020 | $3.39 | $3.48 | -2.62% | 0.24% | -0.08% | -0.23% | -2.39% | -0.24 | | |
| 2/12/2020 | $3.34 | $3.39 | -1.49% | 0.64% | 1.21% | 1.05% | -2.53% | -0.25 | | |
| 2/13/2020 | $3.86 | $3.34 | 14.47% | -0.05% | -1.07% | -1.23% | 15.70% | 1.55 | | |
| 2/14/2020 | $4.15 | $3.86 | 7.24% | 0.19% | 0.10% | 0.12% | 7.12% | 0.70 | | |
| 2/18/2020 | $4.22 | $4.15 | 1.67% | -0.23% | 0.58% | 1.47% | 0.21% | 0.02 | | |
| 2/19/2020 | $3.81 | $4.22 | -10.22% | 0.50% | 0.75% | 0.59% | -10.81% | -1.07 | | |
| 2/20/2020 | $3.64 | $3.81 | -4.56% | -0.28% | -0.54% | -0.10% | -4.46% | -0.44 | | |
| 2/21/2020 | $3.75 | $3.64 | 2.84% | -1.06% | -0.58% | 1.03% | 1.82% | 0.18 | | |
| 2/24/2020 | $3.96 | $3.75 | 5.58% | -3.34% | -3.56% | 0.16% | 5.42% | 0.54 | | |
| 2/25/2020 | $3.74 | $3.96 | -5.85% | -3.12% | -2.97% | 0.71% | -6.56% | -0.65 | | |
| 2/26/2020 | $3.99 | $3.74 | 6.60% | -0.55% | 0.50% | 1.84% | 4.77% | 0.47 | | |
| 2/27/2020 | $4.36 | $3.99 | 8.87% | -4.40% | -4.40% | 0.56% | 8.31% | 0.82 | | |
| 2/28/2020 | $4.28 | $4.36 | -1.85% | -0.87% | 1.89% | 4.37% | -6.22% | -0.62 | | |
| 3/2/2020 | $4.39 | $4.28 | 2.54% | 4.24% | 3.80% | -0.70% | 3.24% | 0.32 | | |
| 3/3/2020 | $7.45 | $4.39 | 52.89% | -2.72% | -2.88% | 0.21% | 52.68% | 5.21 | * | † |
| 3/4/2020 | $8.03 | $7.45 | 7.43% | 3.96% | 4.63% | 0.95% | 6.49% | 0.64 | | |
| 3/5/2020 | $9.80 | $8.03 | 19.98% | -3.40% | -1.81% | 2.84% | 17.15% | 1.70 | | |
| 3/6/2020 | $14.09 | $9.80 | 36.31% | -1.80% | -2.69% | -0.93% | 37.24% | 3.68 | * | † |

117

**Exhibit-10c**
**Inovio Event Study Results for Alternative Experimental Designs**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | t-statistic | |
|---|---|---|---|---|---|---|---|---|---|
| 3/9/2020 | $9.83 | $14.09 | -36.00% | -8.18% | -8.56% | 0.26% | -36.27% | -3.59 * | † |
| 3/10/2020 | $5.70 | $9.83 | -54.50% | 4.61% | 2.82% | -2.71% | -51.79% | -5.12 * | † |
| 3/11/2020 | $8.37 | $5.70 | 38.42% | -5.22% | -7.11% | -2.15% | 40.57% | 4.01 * | † |
| 3/12/2020 | $9.50 | $8.37 | 12.66% | -10.13% | -11.39% | -0.87% | 13.54% | 1.34 | |
| 3/13/2020 | $7.20 | $9.50 | -27.72% | 8.58% | 6.74% | -3.05% | -24.67% | -2.44 * | † |
| 3/16/2020 | $6.13 | $7.20 | -16.09% | -13.13% | -15.18% | -1.82% | -14.27% | -1.41 | |
| 3/17/2020 | $7.34 | $6.13 | 18.01% | 5.63% | 5.46% | -0.39% | 18.41% | 1.82 | |
| 3/18/2020 | $7.44 | $7.34 | 1.35% | -6.04% | -3.68% | 4.15% | -2.80% | -0.28 | |
| 3/19/2020 | $6.49 | $7.44 | -13.66% | 1.22% | 6.16% | 7.42% | -21.08% | -2.08 * | |
| 3/20/2020 | $7.22 | $6.49 | 10.66% | -4.26% | -1.73% | 4.27% | 6.39% | 0.63 | |
| 3/23/2020 | $6.62 | $7.22 | -8.68% | -2.81% | -0.78% | 3.43% | -12.11% | -1.20 | |
| 3/24/2020 | $7.09 | $6.62 | 6.86% | 9.04% | 7.84% | -2.14% | 9.00% | 0.89 | |
| 3/25/2020 | $6.68 | $7.09 | -5.96% | 1.36% | 1.21% | -0.06% | -5.90% | -0.58 | |
| 3/26/2020 | $7.15 | $6.68 | 6.80% | 6.02% | 4.16% | -2.90% | 9.70% | 0.96 | |
| 3/27/2020 | $8.32 | $7.15 | 15.15% | -3.40% | -3.23% | 0.74% | 14.41% | 1.43 | |
| 3/30/2020 | $8.02 | $8.32 | -3.67% | 3.11% | 2.99% | -0.14% | -3.53% | -0.35 | |
| 3/31/2020 | $7.44 | $8.02 | -7.51% | -1.53% | -0.82% | 1.40% | -8.91% | -0.88 | |
| 4/1/2020 | $7.70 | $7.44 | 3.43% | -4.77% | -5.61% | -0.63% | 4.07% | 0.40 | |
| 4/2/2020 | $7.52 | $7.70 | -2.37% | 2.06% | 3.73% | 2.56% | -4.93% | -0.49 | |
| 4/3/2020 | $7.74 | $7.52 | 2.88% | -1.68% | -1.53% | 0.59% | 2.29% | 0.23 | |
| 4/6/2020 | $8.44 | $7.74 | 8.66% | 6.92% | 7.12% | 0.05% | 8.61% | 0.85 | |
| 4/7/2020 | $8.27 | $8.44 | -2.03% | -0.05% | -1.88% | -2.43% | 0.40% | 0.04 | |
| 4/8/2020 | $8.32 | $8.27 | 0.60% | 3.55% | 3.57% | 0.05% | 0.56% | 0.06 | |
| 4/9/2020 | $8.12 | $8.32 | -2.43% | 1.76% | 1.90% | 0.33% | -2.77% | -0.27 | |
| 4/13/2020 | $7.76 | $8.12 | -4.53% | -1.17% | -0.14% | 1.85% | -6.38% | -0.63 | |
| 4/14/2020 | $7.44 | $7.76 | -4.21% | 2.95% | 3.91% | 1.46% | -5.67% | -0.56 | |

118

**Exhibit-10c**
**Inovio Event Study Results for Alternative Experimental Designs**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|
| 4/15/2020 | $7.14 | $7.44 | -4.12% | -2.36% | -2.45% | 0.29% | -4.40% | -0.44 |
| 4/16/2020 | $7.89 | $7.14 | 9.99% | 0.49% | 2.60% | 3.32% | 6.67% | 0.66 |
| 4/17/2020 | $8.26 | $7.89 | 4.58% | 2.82% | 5.35% | 3.77% | 0.81% | 0.08 |
| 4/20/2020 | $9.05 | $8.26 | 9.13% | -1.71% | 3.64% | 8.24% | 0.89% | 0.09 |
| 4/21/2020 | $9.90 | $9.05 | 8.98% | -3.11% | -3.05% | 0.56% | 8.42% | 0.83 |
| 4/22/2020 | $11.71 | $9.90 | 16.79% | 2.22% | 1.49% | -0.97% | 17.76% | 1.76 |
| 4/23/2020 | $12.03 | $11.71 | 2.70% | 0.07% | 0.30% | 0.58% | 2.12% | 0.21 |
| 4/24/2020 | $14.59 | $12.03 | 19.29% | 1.40% | 3.44% | 3.15% | 16.14% | 1.60 |
| 4/27/2020 | $13.70 | $14.59 | -6.29% | 1.78% | 1.22% | -0.70% | -5.60% | -0.55 |
| 4/28/2020 | $13.75 | $13.70 | 0.36% | -0.37% | -3.04% | -3.62% | 3.99% | 0.39 |
| 4/29/2020 | $13.74 | $13.75 | -0.07% | 2.86% | 0.62% | -3.23% | 3.16% | 0.31 |
| 4/30/2020 | $12.03 | $13.74 | -13.29% | -1.21% | -2.59% | -1.69% | -11.60% | -1.15 |
| 5/1/2020 | $10.28 | $12.03 | -15.72% | -2.96% | -2.84% | 0.64% | -16.36% | -1.62 |
| 5/4/2020 | $11.23 | $10.28 | 8.84% | 0.46% | 4.94% | 6.79% | 2.05% | 0.20 |
| 5/5/2020 | $10.64 | $11.23 | -5.40% | 0.94% | 2.24% | 2.09% | -7.49% | -0.74 |
| 5/6/2020 | $10.47 | $10.64 | -1.61% | -0.63% | 0.44% | 1.88% | -3.49% | -0.35 |
| 5/7/2020 | $10.70 | $10.47 | 2.17% | 1.32% | 0.16% | -1.55% | 3.72% | 0.37 |
| 5/8/2020 | $10.86 | $10.70 | 1.44% | 1.88% | 1.37% | -0.63% | 2.07% | 0.20 |
| 5/11/2020 | $11.90 | $10.86 | 9.19% | -0.03% | 4.73% | 7.23% | 1.96% | 0.19 |
| 5/12/2020 | $12.90 | $11.90 | 8.07% | -2.20% | -2.25% | 0.33% | 7.74% | 0.77 |
| 5/13/2020 | $13.37 | $12.90 | 3.58% | -1.97% | -1.96% | 0.41% | 3.16% | 0.31 |
| 5/14/2020 | $13.65 | $13.37 | 2.07% | 1.13% | -0.81% | -2.69% | 4.76% | 0.47 |
| 5/15/2020 | $13.43 | $13.65 | -1.62% | 0.51% | 3.26% | 4.25% | -5.88% | -0.58 |
| 5/18/2020 | $14.17 | $13.43 | 5.36% | 3.35% | 3.04% | -0.44% | 5.81% | 0.57 |
| 5/19/2020 | $14.56 | $14.17 | 2.72% | -1.06% | -2.93% | -2.42% | 5.13% | 0.51 |
| 5/20/2020 | $15.79 | $14.56 | 8.11% | 1.77% | 2.92% | 1.82% | 6.29% | 0.62 |

**Exhibit-10c**
**Inovio Event Study Results for Alternative Experimental Designs**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|
| 5/21/2020 | $14.24 | $15.79 | -10.33% | -0.66% | -0.89% | -0.05% | -10.28% | -1.02 | |
| 5/22/2020 | $14.08 | $14.24 | -1.13% | 0.31% | 1.40% | 1.84% | -2.97% | -0.29 | |
| 5/26/2020 | $14.46 | $14.08 | 2.66% | 1.38% | -2.57% | -5.63% | 8.30% | 0.82 | |
| 5/27/2020 | $13.19 | $14.46 | -9.19% | 1.57% | 0.04% | -2.10% | -7.09% | -0.70 | |
| 5/28/2020 | $13.35 | $13.19 | 1.21% | -0.37% | -0.92% | -0.53% | 1.74% | 0.17 | |
| 5/29/2020 | $14.75 | $13.35 | 9.97% | 0.49% | 1.07% | 1.08% | 8.90% | 0.88 | |
| 6/1/2020 | $14.86 | $14.75 | 0.74% | 0.53% | 0.45% | 0.10% | 0.64% | 0.06 | |
| 6/2/2020 | $14.34 | $14.86 | -3.56% | 0.83% | 1.36% | 0.97% | -4.53% | -0.45 | |
| 6/3/2020 | $12.43 | $14.34 | -14.29% | 1.50% | -1.47% | -4.21% | -10.08% | -1.00 | |
| 6/4/2020 | $11.88 | $12.43 | -4.53% | -0.32% | -1.91% | -2.05% | -2.47% | -0.24 | |
| 6/5/2020 | $11.93 | $11.88 | 0.42% | 2.60% | 0.90% | -2.44% | 2.86% | 0.28 | |
| 6/8/2020 | $12.03 | $11.93 | 0.83% | 1.35% | 1.81% | 0.83% | 0.00% | 0.00 | |
| 6/9/2020 | $12.76 | $12.03 | 5.89% | -0.96% | -0.28% | 1.31% | 4.58% | 0.45 | |
| 6/10/2020 | $13.39 | $12.76 | 4.82% | -0.70% | 0.19% | 1.60% | 3.22% | 0.32 | |
| 6/11/2020 | $12.18 | $13.39 | -9.47% | -6.20% | -5.73% | 1.37% | -10.84% | -1.07 | |
| 6/12/2020 | $13.02 | $12.18 | 6.67% | 1.41% | 1.32% | 0.02% | 6.65% | 0.66 | |
| 6/15/2020 | $14.15 | $13.02 | 8.32% | 1.02% | 2.74% | 2.70% | 5.63% | 0.56 | |
| 6/16/2020 | $13.90 | $14.15 | -1.78% | 1.89% | 1.63% | -0.25% | -1.53% | -0.15 | |
| 6/17/2020 | $13.82 | $13.90 | -0.58% | -0.44% | 0.05% | 1.02% | -1.59% | -0.16 | |
| 6/18/2020 | $14.34 | $13.82 | 3.69% | 0.09% | 1.12% | 1.76% | 1.93% | 0.19 | |
| 6/19/2020 | $14.27 | $14.34 | -0.49% | -0.52% | 2.83% | 5.21% | -5.70% | -0.56 | |
| 6/22/2020 | $15.30 | $14.27 | 6.97% | 0.65% | 2.86% | 3.44% | 3.53% | 0.35 | |
| 6/23/2020 | $21.57 | $15.30 | 34.35% | 0.39% | 1.54% | 1.91% | 32.43% | 3.21 * | † |
| 6/24/2020 | $23.87 | $21.57 | 10.13% | -2.72% | -2.49% | 0.78% | 9.35% | 0.93 | |
| 6/25/2020 | $31.25 | $23.87 | 26.94% | 1.17% | 2.87% | 2.65% | 24.29% | 2.40 * | |
| 6/26/2020 | $29.98 | $31.25 | -4.15% | -2.42% | -3.28% | -0.84% | -3.31% | -0.33 | |

120

**Exhibit-10c**
**Inovio Event Study Results for Alternative Experimental Designs**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | t-statistic | |
|---|---|---|---|---|---|---|---|---|---|
| 6/29/2020 | $31.69 | $29.98 | 5.55% | 1.53% | -0.22% | -2.42% | 7.96% | 0.79 | |
| 6/30/2020 | $26.95 | $31.69 | -16.20% | 1.56% | 1.51% | 0.08% | -16.29% | -1.61 | |
| 7/1/2020 | $19.73 | $26.95 | -31.18% | 0.46% | 0.38% | 0.11% | -31.30% | -3.10 * | † |
| 7/2/2020 | $21.45 | $19.73 | 8.36% | 0.47% | 0.47% | 0.22% | 8.14% | 0.80 | |
| 7/6/2020 | $20.93 | $21.45 | -2.45% | 1.55% | -0.05% | -2.20% | -0.25% | -0.03 | |
| 7/7/2020 | $24.09 | $20.93 | 14.06% | -1.11% | 1.85% | 4.69% | 9.38% | 0.93 | |
| 7/8/2020 | $23.46 | $24.09 | -2.65% | 0.84% | 1.50% | 1.16% | -3.81% | -0.38 | |
| 7/9/2020 | $23.27 | $23.46 | -0.81% | -0.60% | -0.64% | 0.24% | -1.05% | -0.10 | |
| 7/10/2020 | $23.38 | $23.27 | 0.47% | 1.08% | -1.05% | -2.95% | 3.42% | 0.34 | |
| 7/13/2020 | $25.62 | $23.38 | 9.15% | -1.15% | -2.67% | -1.89% | 11.04% | 1.09 | |
| 7/14/2020 | $26.21 | $25.62 | 2.28% | 1.36% | 2.72% | 2.15% | 0.13% | 0.01 | |
| 7/15/2020 | $24.51 | $26.21 | -6.71% | 1.17% | 2.03% | 1.43% | -8.14% | -0.80 | |
| 7/16/2020 | $24.57 | $24.51 | 0.24% | -0.39% | -0.96% | -0.56% | 0.80% | 0.08 | |
| 7/17/2020 | $26.97 | $24.57 | 9.32% | 0.35% | 2.20% | 2.94% | 6.38% | 0.63 | |
| 7/20/2020 | $25.37 | $26.97 | -6.12% | 0.85% | 1.39% | 0.98% | -7.10% | -0.70 | |
| 7/21/2020 | $27.05 | $25.37 | 6.41% | 0.19% | -2.24% | -3.33% | 9.74% | 0.96 | |
| 7/22/2020 | $26.19 | $27.05 | -3.23% | 0.56% | -0.35% | -1.12% | -2.11% | -0.21 | |
| 7/23/2020 | $24.58 | $26.19 | -6.34% | -1.15% | -2.10% | -1.06% | -5.29% | -0.52 | |
| 7/24/2020 | $21.91 | $24.58 | -11.50% | -0.75% | -2.47% | -2.22% | -9.28% | -0.92 | |
| 7/27/2020 | $21.08 | $21.91 | -3.86% | 0.85% | 2.81% | 3.07% | -6.93% | -0.69 | |
| 7/28/2020 | $20.79 | $21.08 | -1.39% | -0.71% | -2.74% | -2.68% | 1.29% | 0.13 | |
| 7/29/2020 | $19.48 | $20.79 | -6.51% | 1.38% | -1.66% | -4.30% | -2.21% | -0.22 | |
| 7/30/2020 | $20.73 | $19.48 | 6.22% | -0.32% | 1.56% | 3.04% | 3.18% | 0.31 | |
| 7/31/2020 | $19.44 | $20.73 | -6.42% | 0.55% | -2.62% | -4.44% | -1.99% | -0.20 | |
| 8/3/2020 | $20.69 | $19.44 | 6.23% | 0.87% | 4.26% | 5.18% | 1.06% | 0.10 | |
| 8/4/2020 | $20.32 | $20.69 | -1.83% | 0.37% | -0.44% | -0.96% | -0.87% | -0.09 | |

121

**Exhibit-10c**
**Inovio Event Study Results for Alternative Experimental Designs**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | t-statistic | |
|------|------|------|------|------|------|------|------|------|---|
| 8/5/2020 | $21.79 | $20.32 | 7.01% | 0.75% | 0.97% | 0.53% | 6.48% | 0.64 | |
| 8/6/2020 | $20.33 | $21.79 | -6.94% | 0.50% | -0.69% | -1.53% | -5.41% | -0.54 | |
| 8/7/2020 | $20.22 | $20.33 | -0.54% | 0.10% | 0.26% | 0.49% | -1.03% | -0.10 | |
| 8/10/2020 | $18.99 | $20.22 | -6.28% | 0.22% | -0.15% | -0.31% | -5.97% | -0.59 | |
| 8/11/2020 | $14.62 | $18.99 | -26.15% | -0.80% | -4.07% | -4.48% | -21.67% | -2.14 * | † |
| 8/12/2020 | $13.75 | $14.62 | -6.14% | 1.35% | 0.36% | -1.29% | -4.84% | -0.48 | |
| 8/13/2020 | $14.39 | $13.75 | 4.55% | -0.09% | 1.48% | 2.57% | 1.98% | 0.20 | |
| 8/14/2020 | $14.79 | $14.39 | 2.71% | -0.04% | -1.13% | -1.34% | 4.05% | 0.40 | |
| 8/17/2020 | $15.04 | $14.79 | 1.71% | 0.43% | 3.65% | 4.95% | -3.24% | -0.32 | |
| 8/18/2020 | $14.19 | $15.04 | -5.85% | 0.16% | -1.01% | -1.48% | -4.38% | -0.43 | |
| 8/19/2020 | $14.47 | $14.19 | 1.99% | -0.42% | -0.19% | 0.63% | 1.36% | 0.13 | |
| 8/20/2020 | $14.86 | $14.47 | 2.66% | 0.31% | -0.04% | -0.29% | 2.95% | 0.29 | |
| 8/21/2020 | $14.10 | $14.86 | -5.25% | 0.23% | -1.29% | -1.99% | -3.26% | -0.32 | |
| 8/24/2020 | $12.24 | $14.10 | -14.15% | 0.94% | -2.38% | -4.68% | -9.46% | -0.94 | |
| 8/25/2020 | $12.62 | $12.24 | 3.06% | 0.35% | 1.32% | 1.65% | 1.41% | 0.14 | |
| 8/26/2020 | $12.73 | $12.62 | 0.87% | 0.93% | -1.33% | -3.13% | 3.99% | 0.40 | |
| 8/27/2020 | $11.81 | $12.73 | -7.50% | 0.22% | -0.79% | -1.25% | -6.25% | -0.62 | |
| 8/28/2020 | $12.06 | $11.81 | 2.09% | 0.69% | 0.95% | 0.59% | 1.51% | 0.15 | |
| 8/31/2020 | $11.99 | $12.06 | -0.58% | -0.13% | 2.61% | 4.30% | -4.88% | -0.48 | |
| 9/1/2020 | $11.41 | $11.99 | -4.96% | 0.84% | -1.98% | -3.94% | -1.02% | -0.10 | |
| 9/2/2020 | $10.63 | $11.41 | -7.08% | 1.36% | 1.07% | -0.26% | -6.82% | -0.67 | |
| 9/3/2020 | $9.85 | $10.63 | -7.62% | -3.62% | -4.00% | -0.04% | -7.58% | -0.75 | |
| 9/4/2020 | $9.57 | $9.85 | -2.88% | -0.85% | -1.09% | -0.04% | -2.84% | -0.28 | |
| 9/8/2020 | $9.61 | $9.57 | 0.42% | -2.87% | -1.47% | 2.52% | -2.10% | -0.21 | |
| 9/9/2020 | $10.28 | $9.61 | 6.69% | 2.00% | 2.33% | 0.60% | 6.09% | 0.60 | |
| 9/10/2020 | $9.72 | $10.28 | -5.55% | -1.65% | -1.68% | 0.33% | -5.88% | -0.58 | |

122

**Exhibit-10c**
**Inovio Event Study Results for Alternative Experimental Designs**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|
| 9/11/2020 | $10.08 | $9.72 | 3.64% | -0.02% | -0.07% | 0.18% | 3.46% | 0.34 | |
| 9/14/2020 | $11.32 | $10.08 | 11.60% | 1.57% | 6.81% | 7.83% | 3.77% | 0.37 | |
| 9/15/2020 | $13.63 | $11.32 | 18.57% | 0.57% | 0.96% | 0.78% | 17.79% | 1.76 | |
| 9/16/2020 | $18.52 | $13.63 | 30.66% | -0.34% | 2.11% | 3.86% | 26.79% | 2.65 * | † |
| 9/17/2020 | $15.67 | $18.52 | -16.71% | -0.85% | -0.09% | 1.43% | -18.14% | -1.79 | |
| 9/18/2020 | $17.00 | $15.67 | 8.15% | -0.95% | 1.04% | 3.24% | 4.91% | 0.49 | |
| 9/21/2020 | $17.69 | $17.00 | 3.98% | -1.22% | -3.70% | -3.30% | 7.28% | 0.72 | |
| 9/22/2020 | $16.98 | $17.69 | -4.10% | 0.99% | 0.72% | -0.20% | -3.89% | -0.39 | |
| 9/23/2020 | $15.97 | $16.98 | -6.13% | -2.47% | -3.35% | -0.87% | -5.26% | -0.52 | |
| 9/24/2020 | $15.37 | $15.97 | -3.83% | 0.21% | -0.99% | -1.53% | -2.30% | -0.23 | |
| 9/25/2020 | $16.94 | $15.37 | 9.73% | 1.67% | 2.68% | 1.62% | 8.11% | 0.80 | |
| 9/28/2020 | $12.14 | $16.94 | -33.32% | 1.68% | -0.04% | -2.38% | -30.94% | -3.06 * | † |
| 9/29/2020 | $11.31 | $12.14 | -7.08% | -0.45% | 0.80% | 2.11% | -9.19% | -0.91 | |
| 9/30/2020 | $11.60 | $11.31 | 2.53% | 0.77% | -0.33% | -1.40% | 3.94% | 0.39 | |
| 10/1/2020 | $11.74 | $11.60 | 1.20% | 0.76% | 1.36% | 1.08% | 0.12% | 0.01 | |
| 10/2/2020 | $11.65 | $11.74 | -0.77% | -0.82% | -2.41% | -2.02% | 1.25% | 0.12 | |
| 10/5/2020 | $11.94 | $11.65 | 2.46% | 1.86% | 5.06% | 4.82% | -2.36% | -0.23 | |
| 10/6/2020 | $12.41 | $11.94 | 3.86% | -1.25% | -0.97% | 0.76% | 3.10% | 0.31 | |
| 10/7/2020 | $12.58 | $12.41 | 1.36% | 1.76% | 3.31% | 2.40% | -1.04% | -0.10 | |
| 10/8/2020 | $12.48 | $12.58 | -0.80% | 0.84% | 0.25% | -0.68% | -0.11% | -0.01 | |
| 10/9/2020 | $12.31 | $12.48 | -1.37% | 0.85% | 1.12% | 0.59% | -1.96% | -0.19 | |
| 10/12/2020 | $12.43 | $12.31 | 0.97% | 1.46% | 0.18% | -1.72% | 2.69% | 0.27 | |
| 10/13/2020 | $12.82 | $12.43 | 3.09% | -0.52% | 1.42% | 3.15% | -0.06% | -0.01 | |
| 10/14/2020 | $12.13 | $12.82 | -5.53% | -0.64% | -2.06% | -1.78% | -3.75% | -0.37 | |
| 10/15/2020 | $12.21 | $12.13 | 0.66% | -0.06% | 0.31% | 0.79% | -0.14% | -0.01 | |
| 10/16/2020 | $11.85 | $12.21 | -2.99% | -0.05% | 0.42% | 0.95% | -3.94% | -0.39 | |

**Exhibit-10c**
**Inovio Event Study Results for Alternative Experimental Designs**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic | |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/2020 | $11.35 | $11.85 | -4.31% | -1.55% | -2.11% | -0.47% | -3.84% | -0.38 | |
| 10/20/2020 | $11.00 | $11.35 | -3.13% | 0.37% | -1.27% | -2.19% | -0.95% | -0.09 | |
| 10/21/2020 | $10.50 | $11.00 | -4.65% | -0.32% | -2.39% | -2.76% | -1.89% | -0.19 | |
| 10/22/2020 | $11.24 | $10.50 | 6.81% | 0.65% | 2.80% | 3.36% | 3.45% | 0.34 | |
| 10/23/2020 | $10.95 | $11.24 | -2.61% | 0.39% | 0.28% | 0.07% | -2.68% | -0.27 | |
| 10/26/2020 | $10.45 | $10.95 | -4.67% | -1.90% | -1.23% | 1.36% | -6.04% | -0.60 | |
| 10/27/2020 | $11.11 | $10.45 | 6.12% | -0.34% | 1.29% | 2.67% | 3.46% | 0.34 | |
| 10/28/2020 | $10.92 | $11.11 | -1.72% | -3.45% | -3.02% | 1.13% | -2.85% | -0.28 | |
| 10/29/2020 | $10.49 | $10.92 | -4.02% | 1.13% | 1.00% | -0.01% | -4.01% | -0.40 | |
| 10/30/2020 | $9.85 | $10.49 | -6.30% | -1.34% | -2.35% | -1.13% | -5.17% | -0.51 | |
| 11/2/2020 | $10.02 | $9.85 | 1.71% | 1.25% | 0.21% | -1.35% | 3.06% | 0.30 | |
| 11/3/2020 | $10.22 | $10.02 | 1.98% | 1.90% | 2.80% | 1.43% | 0.55% | 0.05 | |
| 11/4/2020 | $10.91 | $10.22 | 6.53% | 2.08% | 5.93% | 5.76% | 0.78% | 0.08 | |
| 11/5/2020 | $10.80 | $10.91 | -1.01% | 2.05% | -0.13% | -3.09% | 2.08% | 0.21 | |
| 11/6/2020 | $10.53 | $10.80 | -2.53% | -0.04% | -2.49% | -3.33% | 0.80% | 0.08 | |
| 11/9/2020 | $8.50 | $10.53 | -21.42% | 1.08% | 0.35% | -0.90% | -20.52% | -2.03 * | |
| 11/10/2020 | $11.51 | $8.50 | 30.32% | -0.05% | 1.44% | 2.44% | 27.87% | 2.76 * | † |
| 11/11/2020 | $10.72 | $11.51 | -7.11% | 0.77% | 1.32% | 1.01% | -8.12% | -0.80 | |
| 11/12/2020 | $11.36 | $10.72 | 5.80% | -0.98% | 0.03% | 1.82% | 3.98% | 0.39 | |
| 11/13/2020 | $11.22 | $11.36 | -1.24% | 1.36% | 1.11% | -0.22% | -1.02% | -0.10 | |
| 11/16/2020 | $12.85 | $11.22 | 13.56% | 1.23% | 0.57% | -0.80% | 14.37% | 1.42 | |
| 11/17/2020 | $11.70 | $12.85 | -9.38% | -0.23% | 0.69% | 1.63% | -11.00% | -1.09 | |
| 11/18/2020 | $11.04 | $11.70 | -5.81% | -1.01% | -2.00% | -1.12% | -4.69% | -0.46 | |
| 11/19/2020 | $11.02 | $11.04 | -0.18% | 0.55% | 0.66% | 0.37% | -0.55% | -0.05 | |
| 11/20/2020 | $10.54 | $11.02 | -4.45% | -0.54% | 0.83% | 2.30% | -6.75% | -0.67 | |
| 11/23/2020 | $10.38 | $10.54 | -1.53% | 0.80% | 0.34% | -0.47% | -1.06% | -0.10 | |

**Exhibit-10c**
**Inovio Event Study Results for Alternative Experimental Designs**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | t-statistic |
|---|---|---|---|---|---|---|---|---|
| 11/24/2020 | $10.15 | $10.38 | -2.24% | 1.55% | -0.31% | -2.58% | 0.34% | 0.03 |
| 11/25/2020 | $10.39 | $10.15 | 2.34% | -0.06% | 0.69% | 1.35% | 0.99% | 0.10 |
| 11/27/2020 | $12.26 | $10.39 | 16.55% | 0.37% | 3.60% | 4.98% | 11.57% | 1.14 |
| 11/30/2020 | $12.22 | $12.26 | -0.33% | -0.57% | 1.14% | 2.79% | -3.12% | -0.31 |
| 12/1/2020 | $12.42 | $12.22 | 1.62% | 1.02% | -0.17% | -1.56% | 3.19% | 0.32 |
| 12/2/2020 | $11.97 | $12.42 | -3.69% | 0.11% | -0.09% | -0.05% | -3.64% | -0.36 |
| 12/3/2020 | $12.52 | $11.97 | 4.49% | 0.14% | 0.77% | 1.16% | 3.33% | 0.33 |
| 12/4/2020 | $12.60 | $12.52 | 0.64% | 1.04% | 1.86% | 1.39% | -0.75% | -0.07 |
| 12/7/2020 | $12.17 | $12.60 | -3.47% | -0.09% | 0.85% | 1.64% | -5.11% | -0.51 |
| 12/8/2020 | $11.95 | $12.17 | -1.82% | 0.41% | 2.01% | 2.57% | -4.40% | -0.43 |
| 12/9/2020 | $11.43 | $11.95 | -4.45% | -0.93% | -2.18% | -1.51% | -2.94% | -0.29 |
| 12/10/2020 | $11.36 | $11.43 | -0.61% | 0.15% | 3.76% | 5.53% | -6.15% | -0.61 |
| 12/11/2020 | $11.06 | $11.36 | -2.68% | -0.18% | -0.19% | 0.24% | -2.92% | -0.29 |
| 12/14/2020 | $10.41 | $11.06 | -6.06% | -0.29% | 2.70% | 4.66% | -10.71% | -1.06 |
| 12/15/2020 | $10.92 | $10.41 | 4.74% | 1.34% | 0.09% | -1.68% | 6.41% | 0.63 |
| 12/16/2020 | $10.44 | $10.92 | -4.45% | 0.13% | -1.25% | -1.79% | -2.66% | -0.26 |
| 12/17/2020 | $10.72 | $10.44 | 2.65% | 0.78% | 1.60% | 1.41% | 1.24% | 0.12 |
| 12/18/2020 | $10.39 | $10.72 | -3.13% | -0.23% | 0.68% | 1.60% | -4.72% | -0.47 |
| 12/21/2020 | $10.33 | $10.39 | -0.58% | -0.29% | 1.74% | 3.27% | -3.84% | -0.38 |
| 12/22/2020 | $9.90 | $10.33 | -4.25% | 0.02% | 0.82% | 1.42% | -5.67% | -0.56 |
| 12/23/2020 | $10.07 | $9.90 | 1.70% | 0.09% | -0.03% | 0.07% | 1.63% | 0.16 |
| 12/24/2020 | $10.26 | $10.07 | 1.87% | 0.26% | -1.01% | -1.62% | 3.49% | 0.35 |
| 12/28/2020 | $9.60 | $10.26 | -6.65% | 0.52% | -2.25% | -3.84% | -2.81% | -0.28 |
| 12/29/2020 | $8.92 | $9.60 | -7.35% | -0.39% | -3.11% | -3.70% | -3.65% | -0.36 |
| 12/30/2020 | $9.00 | $8.92 | 0.89% | 0.27% | 1.56% | 2.12% | -1.23% | -0.12 |
| 12/31/2020 | $8.85 | $9.00 | -1.68% | 0.48% | -2.39% | -3.98% | 2.30% | 0.23 |

**Exhibit-10c**
**Inovio Event Study Results for Alternative Experimental Designs**

| Date | INO Closing Price | INO Prior Day Closing Price | INO Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | INO Explained Return | INO Residual Return | $t$-statistic |
|---|---|---|---|---|---|---|---|---|
| 1/4/2021 | $9.73 | $8.85 | 9.48% | -1.47% | -0.01% | 2.50% | 6.98% | 0.69 |
| 1/5/2021 | $9.26 | $9.73 | -4.95% | 0.84% | -0.09% | -1.17% | -3.78% | -0.37 |
| 1/6/2021 | $9.34 | $9.26 | 0.86% | 0.84% | 1.83% | 1.64% | -0.78% | -0.08 |
| 1/7/2021 | $9.44 | $9.34 | 1.06% | 1.62% | 4.14% | 3.83% | -2.76% | -0.27 |
| 1/8/2021 | $9.22 | $9.44 | -2.36% | 0.48% | 0.13% | -0.29% | -2.07% | -0.20 |
| 1/11/2021 | $9.09 | $9.22 | -1.48% | -0.53% | -0.98% | -0.36% | -1.11% | -0.11 |
| 1/12/2021 | $9.10 | $9.09 | 0.16% | 0.31% | 0.82% | 0.98% | -0.82% | -0.08 |
| 1/13/2021 | $9.23 | $9.10 | 1.36% | 0.10% | -0.54% | -0.69% | 2.05% | 0.20 |
| 1/14/2021 | $9.37 | $9.23 | 1.56% | -0.12% | 3.23% | 5.18% | -3.62% | -0.36 |
| 1/15/2021 | $9.66 | $9.37 | 3.05% | -0.78% | -1.06% | -0.10% | 3.15% | 0.31 |
| 1/19/2021 | $10.10 | $9.66 | 4.45% | 0.86% | 1.62% | 1.30% | 3.16% | 0.31 |
| 1/20/2021 | $9.72 | $10.10 | -3.83% | 1.27% | -0.02% | -1.74% | -2.10% | -0.21 |
| 1/21/2021 | $9.10 | $9.72 | -6.59% | -0.09% | -2.25% | -2.90% | -3.69% | -0.36 |
| 1/22/2021 | $9.00 | $9.10 | -1.10% | -0.15% | 1.34% | 2.45% | -3.56% | -0.35 |
| 1/25/2021 | $9.72 | $9.00 | 7.70% | 0.26% | 2.83% | 4.01% | 3.69% | 0.36 |
| 1/26/2021 | $10.58 | $9.72 | 8.48% | -0.32% | -1.82% | -1.93% | 10.40% | 1.03 |
| 1/27/2021 | $12.50 | $10.58 | 16.68% | -2.62% | -1.42% | 2.20% | 14.48% | 1.43 |
| 1/28/2021 | $10.95 | $12.50 | -13.24% | 1.01% | -0.45% | -1.97% | -11.27% | -1.11 |

**Notes:**

[1] Explained returns, residual returns, and $t$-statistics are computed from the regression estimated over the Examination Period, 30 January 2020 through 28 January 2021.

[2]  Returns that are statistically significant at the 95% confidence level using the theoretical $t$-distribution have a $t$-statistic greater than 1.96 or less than -1.96, and are marked with "*".

[3] Returns that are statistically significant at the 95% confidence level using the empirical histogram distribution have a $t$-statistic greater than or equal to 2.65 or less than or equal to -2.12, and are marked with "†".

**Exhibit-10d**

**Fisher Exact Test for Alternative Experimental Designs**

| | Using Empirical Histogram $t$-statistic Distribution | Using Theoretical $t$-statistic Distribution |
|---|---|---|
| **Significance Frequencies** | | |
| *Trading Days During Examination Period* | 252 | 252 |
| # of News Days | 4 | 4 |
| Significant News Days | 3 | 3 |
| Non-Significant News Days | 1 | 1 |
| # of Non-News Days | 248 | 248 |
| Significant Non-News Days | 9 | 12 |
| Non-Significant Non-News Days | 239 | 236 |
| | | |
| **Fisher Exact Test Results** | | |
| % of Statistically Significant News Days | 75.00% | 75.00% |
| % of Statistically Significant Non-News Days | 3.63% | 4.84% |
| p-value | 0.03%* | 0.07%* |

**Notes:**

[1] Explained returns, residual returns, and $t$-statistics are computed from the regression estimated over the Examination Period, 30 January 2020 through 28 January 2021.

[2] Several of the alleged disclosure dates were treated as ordinary lesser or non-news dates for the purposes of the collective event study, but this treatment is only because they were not earnings announcement dates. This treatment should not be interpreted to imply that there was no important news on those dates or on any of the other days treated as ordinary days, or that I have made such a determination.

[3] "*" indicates that the difference in significance incidence rates is statistically significant.

127