# EXHIBIT B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>vs.<br><br>INOVIO PHARMACEUTICALS, INC., et al.,<br><br>            Defendants. | Civ. Action No. 2:20-cv-01402-GJP<br><br>CLASS ACTION<br><br>DECLARATION OF MANUEL S. WILLIAMS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |

I, MANUEL S. WILLIAMS, declare as follows:

1.      I respectfully submit this declaration in support of Lead Plaintiff Manuel S. Williams's ("Williams") and Plaintiff Andrew Zenoff's ("Zenoff") (collectively, the "Plaintiffs") Motion for Class Certification.  I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am 42 years old and reside in San Diego, California.  I work at the University of California, San Diego.

3.      I have over 15 years of experience investing in the capital markets.

4.      During the Class Period, I acquired 33,839 shares of Inovio stock.  As a results of these transactions, I suffered economic damages and am seeking appointment as a class representative.

5.      I understand that the Private Securities Litigation Reform Act of 1995 was enacted to encourage those with meaningful losses, like me, to seek direct securities class actions.  I am committed to vigorously prosecuting this litigation in cooperation with proposed co-class representative Andrew R. Zenoff.  I fully intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

6.      I have been overseeing, and continue to oversee, this litigation and I have been monitoring, and continue to monitor, my counsel, Robbins Geller Rudman & Dowd LLP.  I shall continue to actively monitor and participate in this litigation.  If I am appointed class representative, I am committed to fulfilling my fiduciary duty to all members of the proposed class.

7.      I selected Robbins Geller Rudman & Dowd LLP based on its substantial expertise in prosecuting securities class actions – particularly the *Enron* case, which I learned about while living in Texas some years ago.  I believe Robbins Geller Rudman & Dowd LLP possesses the necessary financial and human resources to prosecute this case effectively.

- 1 -

4831-7739-2370.v1

- 2 -

8.      I will remain abreast of all developments in this case, including, at the appropriate time, prospects for potential settlement, if any.  I will consult with counsel in advance with respect to major litigation events, such as settlement discussions, trial preparation, and trial.  I recognize that I owe a fiduciary duty to the proposed class and, if appointed as class representative, I will take all steps necessary to vigorously fulfill that duty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 27th day of July, 2021.

_____
MANUEL S. WILLIAMS

- 2 -

4831-7739-2370.v1