# EXHIBIT C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. Action No. 2:20-cv-01402-GJP |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | DECLARATION OF ANDREW R. ZENOFF IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |
| INOVIO PHARMACEUTICALS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

I, ANDREW R. ZENOFF, declare as follows:

1.      I respectfully submit this declaration in support of Lead Plaintiff Manuel S. Williams's ("Williams") and Plaintiff Andrew R. Zenoff's ("Zenoff") (collectively, the "Plaintiffs") Motion for Class Certification. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2.      I am 55 years old and reside in San Diego, California. I am an entrepreneur, business owner and inventor, including in the maternity nursing product industry.

3.      I have over 20 years of experience investing in the capital markets.

4.      During the Class Period, I acquired 82,296 shares of Inovio stock, not including shares purchased to cover short positions. As a result of those transactions, I suffered economic damages and am seeking appointment as a class representative.

5.      I understand that the Private Securities Litigation Reform Act of 1995 was enacted to encourage those with meaningful losses, like me, to seek direct securities class actions. I am committed to vigorously prosecuting this litigation in cooperation with proposed co-lead representative Manuel S. Williams. I fully intend to obtain the largest recovery for the Class consistent with good faith and sound judgment.

6.      I have been overseeing, and continue to oversee, this litigation and I have been monitoring, and continue to monitor, my counsel, Robbins Geller Rudman & Dowd LLP. I shall continue to actively monitor and participate in this litigation. If I am appointed class representative, I am committed to fulfilling my fiduciary duty to all members of the proposed class.

7.      I selected Robbins Geller Rudman & Dowd LLP based on its substantial expertise in prosecuting securities class actions. I believe Robbins Geller Rudman & Dowd LLP possesses the necessary financial and human resources to prosecute this case effectively.

8.      I will remain abreast of all developments in this case, including, at the appropriate time, prospects for potential settlement, if any.  I will consult with counsel in advance with respect to major litigation events, such as settlement discussions, trial preparation, and trial.  I recognize that I owe a fiduciary duty to the proposed class and, if appointed as class representative, I will take all steps necessary to vigorously fulfill that duty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this <u>26</u> th day of July, 2021.

Andrew R. Zenoff

ANDREW R. ZENOFF