IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOVIO PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-01402-GJP<br><br><u>CLASS ACTION</u> |

**DECLARATION OF HEATHER SPEERS IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Heather Speers, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and have been admitted *pro hac vice* in the United States District Court for the Eastern District of Pennsylvania for the purposes of this action.  I am an associate at Cooley LLP, counsel for defendants Inovio Pharmaceuticals, Inc. ("Inovio" or the "Company"), J. Joseph Kim, Peter D. Kies, and Robert J. Juba, Jr. (collectively, "Defendants") in the above-captioned matter.  I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Defendants' Opposition").  I have personal knowledge of the following and, if called as a witness, would testify competently thereto.

2.      As noted below, some of the exhibits attached to this declaration have been excerpted to include only the first page of each document and the pages that contain information cited in Defendants' Opposition.  Copies of the complete documents will be provided to the Court upon request.

3.      Attached as **Exhibit A** is a true and correct copy of the Expert Report of René M. Stulz, Ph.D.

4.      Attached as **Exhibit B** is a true and correct copy of Inovio's May 10, 2021 press release titled "INOVIO Announces Positive Data from Phase 2 Segment of Clinical Trial Evaluating INO-4800, its COVID-19 DNA Vaccine," which is publicly available on Inovio's website at: http://ir.inovio.com/news-releases/default.aspx.

5.      Attached as **Exhibit C** is a true and correct copy of Inovio's August 26, 2021 press release titled "INOVIO Receives Authorization to Conduct Phase 3 Efficacy Trial of its COVID-19 DNA Vaccine Candidate, INO-4800," which is publicly available on Inovio's website at: http://ir.inovio.com/news-releases/default.aspx.

6.      Attached as **Exhibit D** is a true and correct excerpted copy of Andrew R. Zenoff's Responses and Objections to Defendants' First Set of Interrogatories.

7.      Attached as **Exhibit E** is a true and correct excerpted copy of Manuel S. Williams's Responses and Objections to Defendants' First Set of Interrogatories.

8.      Attached as **Exhibit F** is a true and correct copy of a January 30, 2020 *BBC News* article titled "Coronavirus vaccine: Scientists race to develop prevention," which is publicly available at: https://www.bbc.com/news/health-51299735.

9.      Attached as **Exhibit G** is a true and correct copy of a February 11, 2020 *CBS News* article titled "San Diego lab discovers COVID-19 vaccine in 3 hours," which is publicly available at:    https://www.cbs8.com/article/news/health/coronavirus/coronavirus-vaccine-san-diego/509-e18e37f6-347c-4b08-ad33-910968abb04f.

10.     Attached as **Exhibit H** is a true and correct copy of Inovio's March 3, 2020 press release titled "Inovio Accelerates Timeline for COVID-19 DNA Vaccine INO-4800," which is publicly available on Inovio's website at: http://ir.inovio.com/news-releases/default.aspx.

11.     Attached as **Exhibit I** is a true and correct excerpted copy of the transcript of the July 28, 2021 deposition of Manuel S. Williams.

12.     Attached as **Exhibit J** is a true and correct excerpted copy of the transcript of the August 25, 2021 deposition of Andrew R. Zenoff.

13.     Attached as **Exhibit K** is a chart summarizing the facts that were allegedly omitted from the alleged March 24, May 11, and May 12 misrepresentations and the date each fact was disclosed.

14.     Attached as **Exhibit L** is a true and correct excerpted copy of the complaint filed on June 3, 2020 by Inovio in the Pennsylvania Court of Common Pleas of Montgomery County against VGXI, Inc. and GeneOne Life Science, Inc., *Inovio Pharmaceuticals, Inc. v. VGXI, Inc., and GeneOne Life Science, Inc.*, Case Number 20-06554 ("VGXI Litigation").

15.     Attached as **Exhibit M** is a true and correct excerpted copy of the Affidavit of Jacqueline Shea in Support of Petition of Plaintiff for a Preliminary Injunction filed on June 3, 2020 in the VGXI Litigation.

16.     Attached as **Exhibit N** is a true and correct excerpted copy of the transcript of the June 18, 2020 Hearing on Preliminary Injunction in the VGXI Litigation.

17.     Attached as **Exhibit O** is a true and correct excerpted copy of the transcript of Inovio's August 10, 2020 Earnings Call, which is publicly available, for a fee, at: spglobal.com/marketintelligence.  A webcast of this earnings call is also publicly available on Inovio's website at: http://ir.inovio.com/events-and-presentations/default.aspx.

18.     Attached as **Exhibit P** is a true and correct excerpted copy of the transcript of Inovio's May 11, 2020 Earnings Call, which is publicly available, for a fee, at:

spglobal.com/marketintelligence.  A webcast of this earnings call is also publicly available on Inovio's website at: http://ir.inovio.com/events-and-presentations/default.aspx.

19.    Attached as **Exhibit Q** is a true and correct excerpted copy of Andrew R. Zenoff's Responses and Objections to Defendants' First Set of Requests for Production of Documents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on October 8, 2021 in San Diego, California.

Heather Speers

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2021, I filed this document on the Court's docket using the Court's CM/ECF system. Based on the Court's records, all counsel of record were served with a copy of the foregoing document by electronic means.

*s/ Patrick Loftus*

DUANE MORRIS LLP
Patrick Loftus (PA60417)
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1367 (phone)
(215) 689-3591 (fax)
loftus@duanemorris.com