# Exhibit I

Excerpted

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


_____

                                )

PATRICK MCDERMID,               )

Individually and on Behalf      )

of All Others Similarly         )

Situated,                       )

                                )

            Plaintiff,          )

                                )

       vs.                      )   Case No. 2:20-cv-01402-GJP

                                )

INOVIO PHARMACEUTICALS,         )

INC., et al.,                   )

                                )

            Defendants.         )

_____)


REMOTE VIDEOTAPED DEPOSITION OF

MANUEL S. WILLIAMS

Wednesday, July 28, 2021

Volume I


Reported by:

NADIA NEWHART

CSR No. 8714

Job No. 4729135

PAGES 1 - 114

Page 1

Did these originate from your Gmail account?

A    Yes, ma'am.

Q    And did you search your Gmail account to look for these emails from Vanguard?

A    Yes, ma'am.                                          10:35:13

Q    And how did you search your Gmail account?

A    I typed in "Inovio," and I typed in "transaction" --

Q    As -- and --

A    -- and "Vanguard."                                  10:35:31

Q    So was it one search term, "Inovio" and "transaction" and "Vanguard," or did you execute those as three separate searches?

A    I tried it three separate times to make sure I tried -- to make sure that I didn't miss anything    10:35:43 hopefully.

Q    So you believe that these are all of the email communications you have from Vanguard regarding your shares -- your Inovio shares, either purchases or sales of Inovio shares?                    10:36:01

MR. SMITH:  Object to form.

You can answer the question.

THE WITNESS:  Yes, I believe so, ma'am.

BY MS. WRIGHT:

Q    So the first page of the exhibit shows an      10:36:13

Page 36

email from Vanguard on March 3rd, 2020 at 6:42 a.m. to you.

Do you see that?

A   Yes, ma'am.

Q   And this indicates that you purchased 1,737   10:36:25
shares on March 3rd, 2020 at 9:34 a.m. Eastern Time;
is that correct?

A   Yes, ma'am.

Q   And the price per share was $5.22?

A   Correct.   10:36:47

Q   And so the total cost of that purchase was a
little over $9,000; is that right?

A   That sounds correct, yes, ma'am.

Q   And did you have that $9,000 in your
settlement fund at the time that you made this   10:37:03
purchase?

A   Yes, ma'am.

Q   Why did you purchase on March 3rd?

A   So I would say that I purchased after doing
the research and looking at the stock and the   10:37:20
J. Joseph Kim interviews that I had seen and read
about his process in creating that vaccine based on
the DNA.  And so I finally took the plunge and began
to purchase Inovio stock.

Q   And what was your strategy at the time on   10:37:40

Page 37

March 3rd, 2020 with respect to Inovio?

MR. SMITH:  Object to form.

Go ahead and answer.

THE WITNESS:  No philosophy or strategy.
Again, I go by kind of instincts.  And so if you       10:37:53
want to say a strategy, I started off relatively
small and wanted to see how that did first before I
bought a lot of shares.

BY MS. WRIGHT:

Q   Okay.  So if you turn to the next page of the    10:38:12
exhibit, you'll see an email from Vanguard on
March 4th, 2020 that indicates that you purchased
1,929 shares on March 4th at 9:35 a.m. Eastern; is
that correct?

A   Yes, ma'am.                                        10:38:31

Q   And so the price for those shares was $8.26,
right?

A   Yes, ma'am.

Q   And so if my math is correct, I think that's
about $15,933 in shares; is that right?                 10:38:42

A   I don't have a calculator with me, but that
sounds correct, yes, ma'am.

Q   And, again, were -- was that $15,933 in your
settlement fund at the time you made this purchase?

A   Yes, ma'am, I believe it was.                      10:38:57

Page 38

Q   And what account had you moved that money from?

MR. SMITH:  Object to form.

Go ahead and answer.

THE WITNESS:  All the money that came into my   10:39:13
Vanguard account came from my personal checking account with my credit union.

BY MS. WRIGHT:

Q   Okay.  So if you turn to the next page, the Bates stamp at the bottom of this -- of the page is   10:39:41
Williams 0004.  And this is an email from Vanguard to you on March 6th, 2020.

Do you see that?

A   Yes, ma'am.

Q   And this indicates that on March 6th, 2020 at   10:39:55
9:56 a.m. Eastern Time, you sold 3,666 shares of Inovio stock, correct?

A   Yes, ma'am.

Q   And you sold -- the price was $12.26, right?

A   Correct, yes, ma'am.                            10:40:20

Q   So again, if my math is correct and understanding that you don't have a calculator, that's about $44,000, correct?

A   I believe that's correct, yes, ma'am.

Q   And that at the time, you sold all of the     10:40:28

Page 39

shares that you had in Inovio, correct?

A   I believe that's correct.

Q   And your profit on those sales is about $19,000, right?

A   That sounds right, yes, ma'am.                    10:40:42

Q   So at this point, it's March 6th.  Has your strategy with respect to Inovio stock changed?

A   Again, no specific strategy.  But at that point, it seemed to be positive.  The Inovio stock, of course, it had gone up from when I originally     10:41:05 purchased it, and so I decided to sell in order to take the profits that resulted.

Q   If you look at the -- the next page of the exhibit, do you see the email from Vanguard to you also dated March 6th, 2020?                         10:41:26

A   Yes, ma'am.

Q   And this email indicates that you purchased shares on March 6th at 12:27 Eastern Time, correct?

A   Correct.

Q   So that's about two and a half hours after   10:41:41 you sold your 3600 shares, right?

A   Yes, ma'am.

Q   So -- so what happened in that two-and-a-half-hour window?

A   Basically, I started to second-guess myself.   10:41:58

Page 40

The stock had gone up very well since I originally bought it.  And so just like I said prior, I thought about taking the profits from that and being done with it.  But then I second-guessed myself and said that it appears that the stock is possibly going to    10:42:13 go up even more, and then I did not want to miss out on that opportunity because it seems like they were really on to something and doing very well.

Q   So, you know, you -- I think you just said you second-guessed yourself and it appeared that the    10:42:29 stock was possibly going to go up even more.

What made you have that belief, that the stock was going to go up even more?

A   Positive amounts in my bank account, ma'am. I bought at $5; it went up to 8.  I bought at 8; it    10:42:47 went up to 13.  And then it continued right -- yeah, it went up to 12 and then 13, so it was going up continuously.  And so I thought that I would be missing out on a good stock if I did not go back into it.    10:43:00

Q   Okay.  So if you -- if you turn to the next page, page 6, it shows the quantity and the price for this March 6th purchase.  So you purchased 28,354 shares at a price of $13.90; is that right?

A   I believe that's correct, yes, ma'am.    10:43:32

Page 41

Q    So the total cost of that purchase was 300- -- $394,120, correct?

A    That sounds right, yes, ma'am.

Q    And you said earlier that all of the money that you put into your settlement fund came from your checking account in your -- your credit union; is that right?

10:43:49

A    That is correct.

Q    So you transferred almost $400,000 from your checking account to your Vanguard settlement fund on March 6th?

10:44:04

MR. SMITH:    Object to form.

THE WITNESS:    I don't know if it was all on that date, but within a period of, let's say, late February to that date, I had transferred that amount of money into the account.

10:44:19

BY MS. WRIGHT:

Q    And -- and why, you know, between February and March 2020 did you transfer almost $400,000 into your Vanguard settlement fund?

10:44:42

A    To be more active in the stock market because the interest rates at my credit union and everywhere else had went down tremendously, almost to hardly nothing.  And so it seemed like any good investments and opportunities would come from the stock market,

10:44:56

Page 42

so I did not want to miss out on that chance if it
became available.

Q   Okay.  So let's look at -- at the next page.
This is page 7.  Do you see the email from Vanguard?
And I guess it starts at the bottom of page 6 and       10:45:22
onto page 7, the email from Vanguard to you --

A   Yes, ma'am.

Q   -- on Friday, March 6th?

A   Yes, ma'am.

Q   And this indicates that you purchased 1,819       10:45:31
additional shares on March 6th, 2020 at 12:30
Eastern Time, correct?

A   Correct.

Q   And the price per share was $13.63, right?

A   Yes, ma'am.                                        10:45:49

Q   So the total cost for that purchase was about
$24,792?

A   That sounds correct.

Q   So as of the end of, you know, March 6th or
later in the day on March 6th, you owned over 30,000   10:46:05
shares of Inovio, correct?

A   Correct.

Q   And what -- as of March 6th, what was your
plan for those shares?

A   As of March 6th, my plan was to let them stay    10:46:31

Page 43

and, hopefully, continue to grow as they had been prior.

Q    Before you purchased almost -- or over $400,000 in Inovio shares, did you consult an investing professional?                                          10:46:47

MR. SMITH:  Object to form.

Go ahead.

THE WITNESS:  No, ma'am.

BY MS. WRIGHT:

Q    Mr. Williams, are you married?                       10:46:58

A    Yes, ma'am.

Q    Before making this purchase, did you consult your spouse?

MR. SMITH:  Object to form.  He can answer the question.                                                     10:47:11

Go ahead.

THE WITNESS:  No, ma'am.

BY MS. WRIGHT:

Q    Before making the purchases on March 6th, did you talk to anyone else or look at anything else         10:47:21 that we have not already talked about today?

MR. SMITH:  Object to form.

Go ahead.

THE WITNESS:  No, ma'am.

BY MS. WRIGHT:                                             10:47:30

Page 44

Q   At any time before -- at any time before March 6th, 2020, did you talk to securities lawyers about Inovio Pharmaceuticals?

A   No, ma'am.

Q   So if you'd flip to page 8 of the exhibit, this is a March 10th email from Vanguard to you.

Do you see that email?

A   Yes, ma'am.

Q   And this email indicates that on March 10th, 2020 at 9:54 Eastern Time, you sold all 30,173 shares in Inovio stock; is that correct?

A   Yes, ma'am.

Q   And it indicates that you sold at a price of $7.02, correct?

A   Yes, ma'am.

Q   Why did you sell all your shares on March 10th?

A   Because the stock went down tremendously in price.

Q   And -- and what prompted you to decide that you should sell all of your shares?

MR. SMITH:   Object to form.

THE WITNESS:   I had lost a tremendous amount of money, and I wanted to make sure that I did not lose the rest of my money with Inovio.

10:47:58

10:48:20

10:48:35

10:48:50

10:49:02

Page 45

BY MS. WRIGHT:

Q   Okay.  Have you purchased any Inovio shares since March 10th, 2020?

A   No, ma'am.

Q   I think you referenced this earlier, but I   10:49:13 just want to make sure I -- I understood you correctly.

Have you purchased any shares in the stock market since March 10th, 2020?

A   I have, and I believe it was mostly, if not   10:49:27 exclusively, Tesla.  I stopped March 10th investing I think for the most part and then I bought Tesla some months later, and then that was it.

Q   Do you still hold Tesla stock today?

A   Negative.  I got out of the market completely   10:49:51 around December of 2020 and have had -- not held any stock since then.

MS. WRIGHT:  Okay.  Could we take -- I -- I know we've been going almost an hour.  Could we take a quick like ten-minute break?  Is that okay?   10:50:12

THE WITNESS:  Yes, ma'am.

MR. SMITH:  Yes.

MS. WRIGHT:  Okay.

THE VIDEOGRAPHER:  Okay.  Off the record. The time is 10:50 a.m.   10:50:19

Page 46