# Exhibit J

Excerpted

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PATRICK MCDERMID,                    ) Case NO.

Individually and on Behalf       ) 2:20-cv-01402-GJP

of All Others Similarly          )

Situated,                        )

          Plaintiff,             )

     vs.                         )

INOVIO PHARMACEUTICALS,          )

INC., et al.,                    )

          Defendants.            )

_____)




REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF

ANDREW R. ZENOFF

WEDNESDAY, AUGUST 25, 2021



Reported by:

Ashala Tylor, CSR #2436, CLR, CRR, RPR

JOB NO. 4766766


PAGES 1 - 178

Page 1

A.    Yes.                                          10:33

Q.    What about your other investments, investments in other publicly traded companies, were those also through your E*TRADE account?

A.    Investing in public companies on the          10:34
market, yes, those are all from my E*TRADE account.

Q.    Do you invest in private companies through something other than an E*TRADE account?

A.    I have invested in private companies before they're public, so yes, that has happened.    10:34

Q.    Okay.  I was just trying to understand the hesitancy when you said investing in public companies through your E*TRADE account.

A.    That's all it was, was trying to remember did some of those companies go public?  So I don't    10:34
know how you would qualify that.  But yeah.

Q.    Okay.  Understood.

A.    But for companies that exist on the exchange that I buy, yes, it's from my E*TRADE
account.                                           10:35

Q.    How many accounts do you have with E*TRADE?

A.    I think there's two or three.  One is probably not active.  So really just two accounts
that had any real currency in them.                10:35

Page 26

Q.    What are those two accounts?                    10:35

A.    One is my E*TRADE account where I buy and sell shares for, you know, my personal interest, and the other is a IRA account.

Q.    So for the account where you purchase and    10:35 sell shares for your personal interests, do you manage that account?

A.    I do.

Q.    Does anybody else jointly manage that account?                                                10:36

A.    No.

Q.    For the IRA account that you mentioned, do you manage that account?

A.    I do.

Q.    Does anybody else jointly manage that        10:36 account?

A.    No.

Q.    Starting with the -- let's call it your personal account and your 401(k) account, to keep these separate.                                        10:36

A.    Okay.

Q.    For your personal account, can you estimate approximately how much equity you had at the beginning of 2020 in that account?

          MR. SMITH:  Object to form.                10:36

Page 27

A.   I don't remember the -- I don't remember   12:00
the specific news out -- like I don't -- like I
said, I get so much information, so many things.

I don't remember where I -- where I had
seen it or read about it, or, you know, similarly to   12:01
the other experiences, I -- I -- I will see
something.  In that scenario, I'll see something
that says if you've been -- you know, if you
invested during these dates, you know, reach out.
So I would have read something like that and reached   12:01
out.

Q.   Okay.  So you -- you did not move for
appointment as lead plaintiff in this lawsuit
against Inovio, correct?

A.   Correct.   12:01

Q.   Why didn't you move for appointment as
lead plaintiff?

MR. SMITH:  I'm going to object to form.

And also to the extent that -- that
answering the question requires disclosure of   12:01
attorney-client privileged communications, I would
instruct you not to answer.

Go ahead.

THE WITNESS:  I would -- I don't remember
exactly why I didn't, but I -- I don't know.  I   12:02

Page 70

don't know why I didn't.  I would think that maybe          12:02

my losses weren't as big as I thought they should be

to be the lead.  I thought there was a correlation

between that, so...

BY MS. SPEERS:                                               12:02

Q.   When did you engage Robbins Geller to

represent you in connection with this litigation?

A.   I don't -- I don't remember -- I don't

remember when.

Q.   Do you recall if it was shortly after you         12:02

learned about the lawsuit?

MR. SMITH:  Object to form.

You can answer.

THE WITNESS:  I -- I don't -- I don't

remember the relationship between when I learned            12:03

about it, when I engaged, I don't.

BY MS. SPEERS:

Q.   Did you already have a prior relationship

with Robbins Geller when you engaged them to

represent you in connection with this lawsuit?             12:03

A.   I think Sorrento was first, so yes.

Q.   Did you approach Robbins Geller about

becoming a representative plaintiff in this

litigation?

A.   I did.  I did.                                         12:03

Page 71

Q.   Please open that.                                    01:01

A.   Okay.

     MS. SPEERS:  And for the record,

Exhibit 10 is titled "Certification of Named

Plaintiff Pursuant to Federal Securities Laws," and      01:01

is three pages.

Q.   Mr. Zenoff, do you recognize this

document.

A.   Yes.

Q.   At the bottom of the first page of the               01:01

document, is that your signature?

A.   Yes, that's my signature.

Q.   Did you draft this document?

A.   No.

Q.   Did you review this document before you              01:02

signed it to ensure it was accurate?

A.   Yes.

Q.   Do you see that paragraph 4 refers to an

attached Schedule A?

A.   Schedule A, yeah.                                     01:02

Q.   And then if you scroll down, the second

and third pages of the document are Schedule A.  Do

you see that?

A.   Yes.

Q.   Did you prepare Schedule A?                           01:02

Page 81

A.   No.                                               01:02

Q.   Did you review Schedule A to confirm it was accurate before you signed the certification from page 1?

A.   Yes.                                              01:03

Q.   Do you recall why you signed this certification?

A.   Why I signed it?

Q.   Let me rephrase.

Do you recall what this certification was         01:03
filed in connection with?

A.   So this is -- this is the transactions for my -- my trades.

Q.   Correct.

A.   Yeah.                                             01:03

Q.   And did -- and this was filed with the amended complaint in this action, correct?

A.   Yep, yep, yep.

Q.   Okay.

MS. SPEERS:  All right.  Liz, can you pull       01:04
up Tab 6.

MS. WRIGHT:  Yeah, that should be in the Marked Exhibits as Exhibit 11.

MS. SPEERS:  Going back there now.

Q.   All right.  Mr. Zenoff, do you see             01:04

Page 82

Q.   Okay.  So the transactions reflected on   01:10
Schedule A of Exhibit 10, again, the prior exhibit
we were looking at --

A.   Yes.

Q.   -- are those the transactions from your   01:11
personal account?

A.   Yes, correct.

Q.   So it doesn't include any transactions
from your 401(k) account?

A.   The IRA, yeah, exactly.   01:11

Q.   Okay.

A.   Yep.

Q.   Okay.  So looking back to this response,
it shows that you purchased 623 shares on April 23rd
and sold those shares on May 1, 2020; is that   01:11
correct?

A.   Yep.

Q.   Okay.  And then it shows that you
purchased 550 shares on May 4, 2020.

A.   Yep.   01:11

Q.   Do you still own those shares?

A.   No.

Q.   When did you sell those shares?

A.   I have no idea.  I don't have that
information in front of me.   01:12

Page 88