# Exhibit K

**CHART OF WHEN FACTS ALLEGEDLY OMITTED FROM THE
MARCH 24, MAY 11, AND MAY 12 MISREPRESENTATIONS WERE DISCLOSED**

| ALLEGEDLY OMITTED FACT | DATE DISCLOSED | INFORMATION DISCLOSED |
|---|---|---|
| "It failed to disclose the May 7, 2020 termination of VGXI contract."  (FAC ¶ 110.) | **June 3, 2020** | *See also* FAC ¶ 14 (alleging that Inovio initiated the lawsuit against VGXI on June 3 because VGXI had cancelled its contract with Inovio on May 7, 2020). |
| "On January 13, 2020, Juba was told that VGXI had no large-scale manufacturing availability for 2020, except for two slots reserved for a different Inovio product." (FAC ¶ 108(b).) | **June 3, 2020** | "On January 13, 2020, Robert Juba . . . asked Dorothy Peterson . . . whether VGXI had any open large-scale manufacturing slots for the Vaccine.  Ms. Peterson wrote that, other than the two large-scale slots Inovio previously had secured for the manufacture of another Inovio product (an HIV drug), 'there are no other 400 L[itre] slots in 2020.'" (Ex. L at ¶ 55; *see also* FAC ¶ 63 (alleging that sometime between June 3 and July 7, 2020, this information was revealed).) |
| "Between January and March 2020, VGXI had repeatedly informed Inovio that it had no available large-scale manufacturing slots available for the rest of the year, and thus Inovio knew VGXI would be unable to satisfy Inovio's goal of producing one million doses by the end of 2020 (let alone hundreds of millions of doses thereafter)." (FAC ¶ 108(c).) | **June 3, 2020** | "Since at least January 2020, VGXI repeatedly and clearly notified Inovio that it had no available large-scale manufacturing slots in 2020."  (Ex. L at ¶ 54; *see also* FAC ¶ 63 (alleging that sometime between June 3 and July 7, 2020, this information was revealed).) |

| ALLEGEDLY OMITTED FACT | DATE DISCLOSED | INFORMATION DISCLOSED |
|---|---|---|
| "On March 23, 2020, Juba was again informed that VGXI had no available large-scale manufacturing in 2020."  (FAC ¶ 108(e).) | **June 3, 2020** | "On March 24, 2020, in response to more discussions about VGXI's capacity for large-scale manufacturing, VGXI reiterated to Inovio that '[a]s we have discussed, our schedule for large scale is currently full for the remainder of 2020.'"  (Ex. L at ¶ 57; *see also* FAC ¶ 63 (alleging that sometime between June 3 and July 7, 2020, this information was revealed).) |
| "VGXI did not have the necessary approvals from the FDA to produce DNA plasmids for vaccines for public use."  (FAC ¶ 108(f).) | **June 3, 2020** | "Because VGXI does not have FDA approval to manufacture vaccines for commercial sale, Inovio must hire other (FDA approved) manufacturers to manufacture doses for public use."  (Ex. L at ¶ 82; *see also* FAC ¶ 69 (same).) |
| "Inovio engaged Ology beginning in January 2020 for the purpose of delivering sufficient doses in 2020 and 2021.  Between late March 2020 and early May 2020, Inovio repeatedly requested that VGXI transfer its DNA manufacturing technology to Ology, but VGXI refused to make the transfer, thereby preventing Ology from producing Inovio's vaccine."  (FAC ¶ 108(h).) | **June 3, 2020** | "Between late March and early May 2020, Inovio repeatedly asked VGXI about the required Technology Transfer to Ology, and VGXI slow-rolled the process and refused to commit to providing the Technology Transfer."  (Ex. L at ¶ 63; *see also* FAC ¶¶ 63, 77, 81 (alleging that sometime between June 3 and June 18, 2020, this information was revealed).) |

| ALLEGEDLY OMITTED FACT | DATE DISCLOSED | INFORMATION DISCLOSED |
|---|---|---|
| "In April 2020, Inovio engaged Richter-Helm.  While Richter-Helm has knowledge of VGXI's DNA vaccine manufacturing processes, Richter-Helm informed Inovio that it would be unable to deliver one million doses by the end of 2020, let alone over 100 million doses in 2021."  (FAC ¶ 108(i).) | **June 3, 2020** | "Richter-Helm agreed it would be able to allocate five large-scale manufacturing slots which could potentially deliver 500,000 doses of the Vaccine by the end of 2020."  (Ex. L at ¶ 65; *see also* FAC ¶¶ 63 (alleging that sometime between June 3 and June 18, 2020, this information was revealed).) |
| "On May 7, 2020, VGXI informed Kim that VGXI had cancelled its vaccine supply contract with Inovio."  (FAC ¶ 108(j).) | **June 3, 2020** | "On May 7, 2020, VGXI purported to terminate the Agreement, and informed Inovio that VGXI would not permit the Technology Transfer to Ology."  (Ex. L at ¶ 67; *see also* FAC ¶ 63 (alleging that sometime between June 3 and July 7, 2020, this information was revealed).) |
| "On May 7, 2020, with respect to Inovio's repeated requests to transfer the vaccine manufacturing technology to Ology, VGXI further informed Kim that VGXI had repeatedly refused the transfer request because 'Inovio does not have a right to request such transfer.'"  (FAC ¶ 108(k).) | **June 3, 2020** | "On May 7, 2020, VGXI sent a letter to Ology for the express purpose of interfering in the business relationship between Inovio and Ology . . . This letter too was based on a false premise: that 'Inovio does not have any right to transfer VGXI's intellectual property' and VGXI has 'not provided any authorization to Inovio to provide these rights to third parties.'"  (Ex. L at ¶ 72.) |

3

| ALLEGEDLY OMITTED FACT | DATE DISCLOSED | INFORMATION DISCLOSED |
|---|---|---|
| "Inovio's ability to be on track to produce one million doses by the end of 2020 has always been dependent on getting a technology transfer from VGXI."  (FAC ¶ 108(l).) | June 3, 2020 | "[W]ithout a technology transfer of VGXI's manufacturing process to one of this small group of DNA manufacturers, as required under the Agreement, Inovio would be severely delayed, and thereby irreparably damaged, in its ability to provide the requisite number of Vaccine doses for the public benefit."  (Ex. L at ¶ 80; *see also* FAC ¶¶ 63, 68 (alleging that sometime between June 3 and June 18, 2020, this information was revealed).) |
| "Because VGXI refused to transfer its intellectual property to Ology, and Richter-Helm does not have the capacity to deliver the needed doses in 2020 and beyond, the Company's new manufacturing partners would need to set up vaccine manufacturing processes from scratch – which, according to Inovio, could take 'years.'" (FAC ¶ 108(m).) | June 3, 2020 | "But because VGXI refuses to provide the technology transfer, other manufacturers must set up the manufacturing process from scratch, a process which can take months, or even years, with a DNA vaccine."  (Ex. M at ¶ 17; *see also* FAC ¶ 89 (alleging that this information was revealed on June 22, 2020).) |
| "By March 2020, the Company had concluded that reaching a million doses in 2020, or a hundred million doses by the end of 2021, with VGXI was 'mathematically impossible.'"  (FAC ¶ 108(d).) | June 18, 2020 | "Q. By March 2020, did you reach any conclusions about VGXI's ability to manufacture a hundred million doses by the end of 2021? A. Mathematically impossible. Q. Was the one million doses in 2020 mathematically impossible [for VGXI], too? A. That is correct [for VGXI]."  (Ex. N at 207:5–11; *see also* FAC ¶ 63 (alleging that sometime between June 3 and July 7, 2020, this information was revealed).) |

| ALLEGEDLY OMITTED FACT | DATE DISCLOSED | INFORMATION DISCLOSED |
|---|---|---|
| "In late 2019, Inovio was made aware that VGXI had very limited availability in both 2020 and 2021."  (FAC ¶ 108(a).) | **June 18, 2020** | "Well, they first started telling us, started towards the end of 2019 when we were looking to book spots for other products. So they informed us then that they had very limited slot availability in 2020 and 2021."  (Ex. N at 153:24–154:4; *see also* FAC ¶ 63 (alleging that sometime between June 3 and July 7, 2020, this information was revealed).) |
| "Successful transfer and use of VGXI's vaccine manufacturing, intellectual property, and technology by VGXI's competition could take years to accomplish."  (FAC ¶ 108(g).) | **June 18, 2020** | "He is trying to ask if I have to transfer the technology to another company.  It may take over two years.  So for us to teach another company to duplicate, it would take over two years."  (Ex. N at 49:15–18; *see also* FAC ¶ 91 (alleging that this information was revealed on June 18, 2020).) |