# Exhibit M

Excerpted

| | |
|---|---|
| INOVIO PHARMACEUTICALS, INC., ) | COURT OF COMMON PLEAS |
| ) | OF MONTGOMERY COUNTY |
| Plaintiff, ) | |
| ) | JUNE TERM, 2020 |
| v. ) | NO. 20-06554 |
| ) | |
| VGXI INC. and GENEONE LIFE ) | |
| SCIENCE, INC., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF JACQUELINE SHEA IN SUPPORT OF PETITION OF PLAINTIFF FOR A PRELIMINARY INJUNCTION

I, Jacqueline Shea, duly sworn according to law, depose and state of my own personal knowledge that:

1. I am the Chief Operating Officer of Inovio Pharmaceuticals, Inc. ("Inovio").

2. I make this affidavit in support of Inovio's Petition for a Preliminary Injunction.

3. As Chief Operating Officer, I am responsible for Inovio's manufacturing, commercial, business development, and alliance management operations.

**A.    Inovio's Innovative DNA-Based Approach to Developing Vaccines.**

4. In January 2020, Inovio began to develop a construct for a DNA vaccine candidate to protect against COVID-19 ("Vaccine"), a disease caused by novel coronavirus, SARS-CoV-2 ("Virus").

5. Many conventional vaccines against viral diseases are made by using viruses that are either inactivated or dead. These viruses contain proteins called antigens. When the inactivated or dead virus is injected into the body, the body detects the antigens as a foreign substance. The immune system reacts similarly to how it would if it were infected by a live form of the virus by making antibodies that destroy the inactivated (or dead) virus. The antibodies

1

J.S.

learned through a previous technology transfer from VGXI).  Richter-Helm does not have the capacity or availability to manufacture the volume of DNA plasmids Inovio needs to develop, test, and potentially produce 1 million doses in 2020, over 100 million doses in 2021, and hundreds of millions of doses thereafter.

16.    Also, because VGXI does not have FDA approval to manufacturer vaccines for commercial sale, Inovio must hire other (FDA approved) manufacturers to manufacture doses for public use.  Because of the desire to develop and distribute an effective vaccine as quickly as possible,  Inovio seeks to get multiple manufacturers on board now -- before final FDA approval -- so that it immediately can scale up manufacturing and begin distributing as many doses as possible the instant the Vaccine is approved.

17.    These manufacturers could set up manufacturing quickly if VGXI provides the technology transfer.  But because VGXI refuses to provide the technology transfer, other manufacturers must set up the manufacturing process from scratch, a process which can take months, or even years, with a DNA vaccine.  This delay will cause a loss of time that could otherwise be used to make the Vaccine, which in turn results in delays getting it to patients. There is also no guarantee that a new process will produce product that will meet the stringent criteria needed to demonstrate comparability with the existing vaccine in clinical testing.

18.    The statements made in the affidavit are true and correct to the best of my personal knowledge or information and belief.

19.    I understand that statements made in this affidavit are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unsworn falsification to authorities. Affiant states nothing further.

Date: June 3, 2020

Jacqueline Shea

Subscribed and sworn before me this 3rd day of June, 2020.

Commonwealth of Pennsylvania
County of Montgomery

227225902

Commonwealth of Pennsylvania - Notary Seal
Colleen B. Snyder, Notary Public
Montgomery County
My commission expires December 3, 2022
Commission number 1259317
Member, Pennsylvania Association of Notaries