# Exhibit N

Excerpted

IN THE COURT OF COMMON PLEAS IN AND FOR

THE COUNTY OF MONTGOMERY, PENNSYLVANIA

CIVIL COURT DIVISION

- - -

INOVIO PHARMACEUTICALS,          :  NO. 2020-06554
INC.,                            :
              Plaintiff     :
                        :
      VS.                        :
                        :
VGXI, INC. AND GENEONE LIFE      :
SCIENCE, INC.
              Defendant

- - -

Hearing on Preliminary Injunction

- - -

Virtual Court Hearing
Monday, June 18, 2020
Commencing at 9:00 a.m.

- - -

Susan M. Laucella
Official Court Reporter
Taken remotely via Videoconference
Montgomery County Courthouse
Norristown, Pennsylvania

- - -

BEFORE: THE HONORABLE JEFFREY S. SALTZ, JUDGE

- - -

Young Park - Direct (As on Cross)

There are a lot.

Q.   Just asking you, sir, how long it would take another company to recreate your technology, if you know?  If you don't know, I will move on.

MR. RHYNART:  Objection to form, vague, on technology.

THE COURT:  I will overrule the objection.

You may answer, Mr. Park.

THE WITNESS:  Your Honor, the question is, is he asking whether another company who tried to create my technology?  I don't know.  I don't know why they would do that.  They all have their own process.  He is trying to ask if I have to transfer the technology to another company.  It may take over two years.  So for us to teach another company to duplicate, it would take over two years, but he is not asking that question, if I understood.

Other companies develop their own process.  I don't know why they want ours.  They could use theirs.

MR. KLISCH:  I will move on, Your Honor.

Jacqueline E. Shea, Ph.D. - Cross

agree the size of a slot we want, so a high volume 400-liter slot or a smaller slot, the timing that the slot would be available in, and we would then submit the purchase order. That's the way all of our capacity reservation and orders have been placed, to my knowledge.

Q.   And as you sit here today, VGXI never rejected any purchase order. Correct?

A.   VGXI repeatedly told us they have no slots available.  It would have been pointless to submit a purchase order when they told us they have no slots available.

Q.   Dr. Shea, I feel like we are going around and around on this.

THE COURT I think we are, Mr. Iannucci, and I think I've got the picture.

MR. IANNUCCI:  Okay. Thank you, Your Honor.

BY MR. IANNUCCI:

Q.   Dr. Shea, you keep referencing that VGXI told you that it didn't have the capacity to do this. How did VGXI tell Inovio that?

A.   Well, they first started telling us, started towards the end of 2019 when we were looking to book

154

Jacqueline E. Shea, Ph.D. - Cross

spots for other products.  So they informed us then that they had very limited slot availability in 2020 and 2021.

Q.   Was that an agreement?

MR. KLISCH:  Objection, Your Honor.  I don't think the witness is finished answering the question, Your Honor.

THE COURT:  Had you finished, Doctor?

THE WITNESS:  I had not, no.

MR. IANNUCCI:  My apologies.

THE COURT:  Please proceed.

THE WITNESS:  That was in relation to another product. So that was a product for RRP and actually we had to take two smaller volume production slots than the size we wanted to manufacture that product.

BY MR. IANNUCCI:

Q.   And how did VGXI communicate that? Was it in an e-mail?

A.   I believe it was in both conversations with Mr. Juba and I saw multiple e-mails to that effect and was copied on multiple e-mails to that effect.

Q.   Were you involved in any of those communications?

Robert J. Juba, Jr. - Direct

$10 a dose. So continuing to manufacturing large scales of plasmid in doses at VGXI does not make financial sense.

Q.   By March 2020, did you reach any conclusions about VGXI's ability to manufacture a hundred million doses by the end of 2021?

A.   Mathematically impossible.

Q.   Was the one million doses in 2020 mathematically impossible, too?

A.   That is correct.

MR. CAHILL: Julie, can you put back up Plaintiff's 6?  This is Mr. Park's affidavit again, the declaration.  Let's go to paragraph 30.

BY MR. CAHILL:

Q.   So Mr. Park testified about this, Mr. Juba, but, again, I just want you to look at this section 30.  Do you see where he references that VGXI offered to produce 275 grams, 275,000 doses of DNA plasmids that Ology was supposed to manufacture?

A.   I do see that.

Q.   What's your response to that statement?

A.   So in order to produce that many grams, it would take nine or ten bulk slots in total. If you add up the availability slots in 2020, which is zero, to the