# Exhibit O

Excerpted

**S&P Global**
Market Intelligence

# Inovio Pharmaceuticals, Inc.
# NasdaqGS:INO
# FQ2 2020 Earnings Call Transcripts

## Monday, August 10, 2020 8:30 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ2 2020- | | | -FQ3 2020- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.17) | (0.83) | NM | (0.17) | (0.70) | 1.28 |
| Revenue (mm) | 2.61 | 0.27 | ▼(89.66 %) | 3.50 | 13.56 | 485.39 |

Currency: USD
Consensus as of  Jul-31-2020 11:16 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

### - EPS (GAAP) -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ3 2019 | (0.25) | (0.23) | NM |
| FQ4 2019 | (0.24) | (0.38) | NM |
| FQ1 2020 | (0.22) | (0.26) | NM |
| FQ2 2020 | (0.17) | (0.83) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

INO-4800 Phase I clinical results, which is now undergoing peer review for publication at a top medical journal, have demonstrated robust immunogenicity, including neutralizing antibodies and T cell responses, both CD8 and CD4 T cell responses, and a uniquely favorable safety profile that supports the foundation of promising responses we have seen in more than 2,000 patients and over 7,000 application of our DNA medicines with our CELLECTRA delivery devices.

Inovio has also set the standard with INO-4800 for durability of a protective response in a nonhuman primate animal challenge study at 4 months post vaccination and has shown balanced antibody and T cell immunogenicity against the emerging dominant strain of the virus known as G614. To our knowledge, we are the first to report generation of neutralizing antibody against this mutated strain of the coronavirus by vaccinating nonhuman primates. This data is published as a preprint on bioArchive and is currently under review at a peer review journal. We look forward to publishing our additional animal challenge studies as well as being a part of Operation Warp Speed's nonhuman primate animal challenge study.

We also have made significant strides in expanding our global coalition to manufacture large-scale quantities of INO-4800 and smart devices to deliver them. I look forward to having our Chief Operating Officer, Dr. Jacqui Shea, provide you with our latest manufacturing update.

I want to thank our partners and growing global manufacturing coalition, which includes Richter-Helm BioLogics in Germany, other large-scale European manufacturers and Ology Bioservices and other large-scale manufacturers here in the U.S. I also want to thank our current funders, including the U.S. Department of Defense, CEPI and The Bill & Melinda Gates Foundation. With this support, we look forward to advancing INO-4800 into a Phase II/III trial in September and meeting our target to provide at least 1 million doses of our DNA vaccine this year and 100 million doses in 2021. And while this past quarter has been dominated by COVID-19 news, our team continues to drive forward our overall DNA medicines pipeline with important milestones that support our goal to produce data to challenge the status quo and focuses on the safety, efficacy, durability and versatility of our DNA medicines.

As a quick recap, over the quarter, we accomplished the following: First, we presented positive interim data from our Phase I/IIa trial for our Middle East Respiratory Syndrome DNA vaccine, INO-4700, at ASGCT and are moving forward with our Phase II trial in the Middle East. We are the first company with Phase II vaccine for the coronavirus that causes MERS, which is in the same family of viruses as the coronavirus that causes COVID-19.

Second, we presented positive 12-month overall survival data at ASCO, demonstrating an 85% survival rate for our DNA immunotherapy INO-5401 for the devastating and difficult-to-treat glioblastoma multiforme. We look forward to the fourth quarter, where we will be evaluating and providing at an oncology conference overall survival at 18 months, which is the primary efficacy end point for the 52-patient Phase II trial.

Third, we reported positive interim Phase II results for VGX-3100 against HPV-related precancerous anal and vulvar dysplasias, and we remain on track to report top line Phase III pivotal efficacy data for VGX-3100 against HPV-related precancerous cervical dysplasia from REVEAL 1 in the fourth quarter of this year.

Fourth, for REVEAL 2, as we mentioned during our last earnings conference call in May, patient recruitment took a hit as a result of global pandemic since the first quarter. Our team continues to work relentlessly on getting us back on track to prepandemic enrollment rate in a safe manner, and I am confident that we will be in a position to build off of a positive REVEAL 1 data this year.

Fifth, we're also excited with the progress across our HPV programs, particularly for INO-3107, which recently received an orphan drug designation from the FDA to treat the rare, debilitating and potentially fatal condition called recurrent respiratory papillomatosis or RRP. We're currently conducting an open-label multicenter Phase I/II trial of INO-3107 in the U.S. As we mentioned during previous calls regarding RRP, these patients typically undergo multiple surgeries a year and literally plan their lives around scheduling their surgeries. As such, given the disease characteristics and tight knit community where patients are treated, we believe enrollment will be relatively swift and anticipate interim readouts by next year. We also expect to apply for regulatory approval to commence a trial to evaluate INO-3107 in pediatric

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

as well as the robust immune response across the antibodies and the T cells, mirroring the impressive clinical data.

To give some more context, our challenge study is more stringent than what others have generated to date as it was performed over 3 months from the last vaccination and not at the peak of their acute immune responses at 1 to 4 weeks post last dose. As such, our challenge study addresses protection from memory immune responses and not from high levels of circulating antibodies present during the acute post vaccination phase. We also assess the ability of INO-4800 to generate neutralizing antibodies against the newly emergent virus strain, G614, which is critical to ensuring that our research keeps pace with the virus as it evolves. And I want to emphasize here that no antibody-enhanced disease events were reported, supporting our favorable safety profile. We look forward to reassessing the impact of INO-4800's durability of response at 12 months out with our other ongoing nonhuman primate animal challenge studies, and we're also pleased to be participating in Operation Warp Speed's nonhuman primate animal challenge.

Finally, we are excited that our expanded U.S. Phase I trial is fully enrolled in older subjects and proceeding as planned, and our Phase I/II trials in South Korea and China have begun. We look forward to providing data updates on these trials in the fourth quarter.

And now I'd like to hand it back over to Joseph. Thank you.

**J. Joseph Kim**
*CEO, President & Director*

Thank you, Kate. Great summary. Now I'll turn over to our COO, Dr. Jacqui Shea, for a manufacturing update.

**Jacqueline E. Shea**
*Chief Operating Officer*

Thank you, Joseph, and good afternoon, everyone. First, I'd like to take a moment to recap and highlight the unique advantages of our DNA vaccines platform specific to how quickly DNA medicines can be designed and manufactured as well as the stability of the products, which are both critical aspects in addressing a global pandemic.

In terms of rapid and scalable manufacturing, our DNA vaccine development is achieved via a fully scalable manufacturing process, which are well established. They are cost-effective to manufacture and to produce in large quantities. And very importantly, DNA medicines are also very easily characterized from a manufacturing perspective, much more so than many other biologic products, and this facilitates production through multiple manufacturers. As Joseph mentioned, we have an established plan in place for manufacturing at least 1 million 1 mg doses of INO-4800 this year and the target of 100 million doses by 2021. We are also working on further expanding our manufacturing consortium.

In terms of stability, INO-4800 does not require frozen shipping or storage, meaning no minus 20 or minus 80 freezers are required. Our vaccine is stable for a year at room temperature or for 2 months at 37 degrees C and has a 5-year projected shelf life when refrigerated. The formulation consists of optimized DNA plasmids, water and salt with no lipid nanoparticles or adjuvants required, further leading to not only better stability of the vaccine, but also better tolerability when administered. This stability is a unique and important differentiating factor that positions INO-4800 very favorably when considering the logistics of addressing global vaccination needs during a pandemic.

Also, as Joseph mentioned, Inovio made significant strides in expanding our global coalition of collaborators, partners, manufacturers and funders to rapidly advance and manufacture large-scale quantities of INO-4800 to meet the demands of this pandemic. So to give you some scale-up highlights, at the end of quarter 1, the Department of Defense awarded Ology Bioservices, an $11.9 million contract to work with Inovio to manufacture INO-4800 for the DoD for clinical trials. In quarter 2, we also expanded our manufacturing partnership with Richter-Helm BioLogics in Germany, partially funded through the Coalition for Epidemic Preparedness Innovations, or CEPI. We are also in the process of finalizing additional manufacturing partnerships in the U.S. and in Europe to fulfill our vaccine candidate production

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

goals of 1 million doses this year, 100 million next and plan to make announcements about the expanded consortium over the next few months.

In addition, we are uniquely positioned with our CELLECTRA smart devices that deliver our DNA vaccines intradermally into the cells, overcoming a key limitation of other DNA and other nucleic acid approaches. CELLECTRA 3PSP is our next-generation smart device that leverages the efficacy and safety track record of an earlier version of the device called CELLECTRA 2000 that has received the CE Mark certification and has been used in clinical trials to safely provide more than 7,000 administrations of Inovio's DNA medicines. The 3PSP has a small footprint. It's similar to the size of an electric toothbrush. And it's portable, handheld, battery-powered or rechargeable and very user-friendly with excellent patient and clinician feedback. Additionally, it's multiuse and able to administer up to 5,000 doses per device. Very importantly, the delivery process for our DNA medicines using the CELLECTRA device is complete in less than 20 seconds and has been described by patients and volunteers in our trials as more tolerable than the standard flu shot.

I'm pleased to report that in late June, we received $71 million in funding from the U.S. Department of Defense to scale up manufacturing of our CELLECTRA 3PSP smart device and for procurement of CELLECTRA 2000 devices for clinical use. Both devices are used to deliver INO-4800 directly into the skin. The DoD contract builds upon 2 prior separate 5 million grants earlier this year from The Bill & Melinda Gates Foundation and from CEPI to accelerate testing of the CELLECTRA 3PSP device. We are extremely grateful for the DoD's commitment, and it speaks to the confidence that a major U.S. government entity sees in the value of our smart device and the potential role of INO-4800 in combating an infectious disease pandemic such as COVID-19.

Finally, I'd like to reiterate our gratitude to all of our partners, collaborators, manufacturing partners and funders once again and look forward to sharing continued updates as we scale up INO-4800 production.

Now I'll hand back to Joseph.

**J. Joseph Kim**
*CEO, President & Director*

Thank you, Jacqui, for the update and for your team's outstanding work. Our CFO, Peter Kies, joins us now for a review of second quarter financial results. Results, I have to add, include almost $400 million in cash reserves. Peter?

**Peter D. Kies**
*Chief Financial Officer*

Thanks, Joseph. Total revenue was $267,000 for the 3 months ended June 30, 2020, compared to $136,000 for the same period in 2019, while operating expenses were $33.4 million compared to $28.3 million for the same period in 2019.

Inovio's net loss for the quarter was $128.2 million or $0.83 per share basic and dilutive compared to $29.4 million or $0.30 per share basic and dilutive for the same period in 2019. It is important to understand that the increase in net loss for the quarter was primarily due to the change in fair value of the derivative liability related to the embedded conversion feature in our August 2019 convertible bonds. This is revalued at each reporting period. Without this noncash deliberative liability expense, the company's net loss for the quarter would be consistent with the second quarter 2019, and our net loss per share would be $0.20 per share rather than $0.83 per share, which is $0.10 less per share than 2019 -- for the same period in 2019. Subsequent to June 30, 2020, these bonds were converted voluntarily by the bondholders into common stock.

For operating expenses, R&D expenses for second quarter were $22.4 million compared to $22.5 million for the same period in 2019. Here, the decrease in R&D expenses was primarily related to an increase in contra-research and development expense recorded from grant agreements, offset by an increase in drug manufacturing expense related to our COVID-19 and VGX-3100 clinical trials and an increase in device inventory and engineering equipment.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. A great question. I think the true granular detail, you may have to wait for the actual publication post peer review. But what I can tell you is CD8 T cells are important overall classically as an antiviral response, but specifically also against SARS-CoV-2. We, as the field, are learning that there's a couple of ways that the body's immune system is responding to an actual SARS-CoV-2 infection. One is through neutralizing antibodies that takes out the virus and limiting the infections and the spread. The other is once the virus is already in the cell, there's only one way to extricate them, and those are predominantly through killer CD8 T cell response or some aspects of Th1 type of CD4 response. But -- so in our publication, we have measured in our Phase I subjects in terms of the T cells both the CD8 and CD4 T cell responses. And not surprisingly, we were able to observe strong levels of CD8 T cell response, along with CD4. So these are similar to what we have published in our vaccine against Ebola and MERS and HIV previously.

So that part wasn't surprising. I think what we were gratified and satisfied with was the level and the fact that we can see it in this COVID-19 setting. So it's very consistent to what we have seen in our previous vaccine trial so it really goes to the powerful consistencies that we are having across our pipeline efforts.

**Aydin Huseynov**
*The Benchmark Company, LLC, Research Division*

I appreciate the responses. And another question I got is, so how should we think about annual production of INO-4800 post-2021? I know it's a little bit early, but from a demand and capacity standpoint. And in general, do you think it would be annual kind of repetitive revenue just like production of flu vaccines?

**J. Joseph Kim**
*CEO, President & Director*

Yes. I think so. At least in the first several years, I do think this is -- it's going to require -- let me put it this way. All of the early manufacturers who get their vaccines approved, I think we will collectively sell everything that we manufacture globally. And then depending on the durability of the vaccine protective response, most KOLs are saying that it's most likely that vaccine durability is not going to be multiyears long. It would likely mirror the natural infection's immune response, which, in many cases, are only several months. When it comes to antibodies, the T cell responses could be more durable. So I think that's where Inovio's vaccine could have some immunologic advantage.

But also, Kate mentioned -- touched on this earlier. We can boost our vaccine almost infinitely. In our cancer therapies and vaccine studies, our patients receive up to a dozen or more doses without any safety or tolerability issues or without any anti-vector response, and this isn't something that you can say that with other platforms that are going after COVID-19.

In terms of overall production, it's -- we're -- our immediate goal for 2021 is 100 million doses. As soon as we achieve that consortium manufacturing capacity, then we'll go up to 200 million doses and so on. So our current projection is because of our attributes of INO-4800 that I had described earlier, we think we could pretty much sell and supply as many doses as we can manufacture. So our focus, where Jacqui's teams are truly focused on, is how do we get to those hundreds of millions of dose levels, both in plasmid manufacturing and device and array manufacturing. And I'm really excited to tell the Street that we're making great progress, and we should be able to fulfill our goal for 2021 and beyond.

**Aydin Huseynov**
*The Benchmark Company, LLC, Research Division*

And the last question is, if we assume that you're going to start the trial in September, so when do you expect INO-4800 to be approved via probably Emergency Use Authorization? What's the earliest that you would think of in terms of approval?

**J. Joseph Kim**
*CEO, President & Director*

Yes. We think sometime in '21. The Phase III portion, we will likely build in interim looks. So -- but also, it really depends on the infection rates at the time of our Phase III recruitment. The -- so all of these

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.