# Exhibit P

Excerpted

**S&P Global**
Market Intelligence

# Inovio Pharmaceuticals, Inc.
# NasdaqGS:INO
# FQ1 2020 Earnings Call Transcripts

## Monday, May 11, 2020 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2020- | | | -FQ2 2020- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.22) | (0.26) | NM | (0.20) | (0.80) | (0.70) |
| Revenue (mm) | 1.91 | 1.33 | ▼(30.37 %) | 2.15 | 15.91 | 27.82 |

Currency: USD
Consensus as of May-08-2020 12:31 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS (GAAP) -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ2 2019 | (0.28) | (0.30) | NM |
| FQ3 2019 | (0.25) | (0.23) | NM |
| FQ4 2019 | (0.24) | (0.38) | NM |
| FQ1 2020 | (0.22) | (0.26) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

In 83 days, we went from a vaccine design to first human dosing. That is a remarkable speed. And last month, we completed the first of 2 doses in all 40 healthy volunteers in our Phase I clinical study with INO-4800 against COVID-19 disease. For this Phase I study, we enrolled at sites at the University of Pennsylvania and a clinic in Kansas City, Missouri. As of today, we are on track for all 40 volunteers to complete the second round of dosing by the last week of May. After which, we expect to have preliminary safety and immunogenicity data by late June in support of advancing rapidly to Phase II/III efficacy trial which is planned to potentially initiate in the July, August time frame and frontline health care workers in multiple major medical centers in the U.S.

Concurrently, we also expect our partners Advaccine and IVI to initiate 2 separate Phase I clinical trials of INO-4800 this summer in China and South Korea, respectively. Speaking of our previous MERS vaccine work, we will be presenting new positive data from our Phase I/IIa trial providing a great foundation for the current COVID-19 work at the American Society of Gene and Cell Therapy Conference this week. As already published in the conference abstract, for the study participants receiving the 0.6 mg of INO-4700 intradermally with the CELLECTRA device, 88% demonstrated 0 conversion after 2-dose regime at 0 and 8 weeks, while those receiving a 3-dose regime giving at 0, 4 and 12 weeks, 84% 0 converted after 2 doses and 100% after 3 doses as measured by a binding antibody assay against the full-length spike protein. Additionally, 92% of the vaccine recipients in both groups displayed the ability to neutralize the virus using a neutralization assay. Robust T cell responses were observed in 60% of the vaccine recipients after the 2-dose regime, and 84% of those in the 3-dose group. Interestingly, after a single dose of 0.6 mg of INO-4700, intradermal vaccination resulted in 74% binding antibody response rates and 48% neutralizing antibody response rate. We have designed our COVID-19 vaccine, INO-4800, using the same strategy as we did for INO-4700, including the selection of the full-length spike protein as the target and the use of intradermal CELLECTRA delivery device. We are both hopeful and optimistic that the ongoing Phase I clinical trial with INO-4800 who generate a similar level of clinical immune responses and safety data as we have just reported for INO-4700. Furthermore, this latest data demonstrated both the power of the intradermal delivery and the strength of our coronavirus experience. Furthermore, I'm really proud to say that while Inovio has been able to bring a new vaccine from construct design to Phase I clinical trials in record times, we were still able to confirm the robust immune responses of INO-4800 in multiple animal models that we typically test all our vaccine candidates in, including small animals, all the way up to nonhuman primates. In fact, our preclinical data has been accepted for a peer-reviewed publication in Nature Communications, demonstrating robust T and antibody responses, including neutralization antibody responses in several animal models with INO-4800 vaccination. Over the next couple of months, we will also expect to attain and report data from several animal challenge studies being conducted collaboratively at some of the world's leading laboratories.

Leveraging these preclinical results and continued work with our animal challenge studies, along with our expected Phase I data in June, we anticipate having the necessary immune response and safety data to support our plan to move into a large, randomized Phase II/III efficacy study.

And finally, another important advantage of Inovio's platform technology I wanted to state here is that our DNA vaccines do not require the challenging deep frozen cold chain storage. In fact, our vaccines are stable at room temperature for at least 1 year. And for 5 years at 2 to 8 degrees Celsius, which, of course, is normal refrigeration temperature.

In comparison, most messenger RNA and viral vector vaccines are not temperature stable and are often have to be maintained in a freezer cold chain as low as minus 80 degrees Celsius. This is an important differentiator and key advantage of Inovio DNA vaccines.

And with that, I'll now turn it back over to you, Joseph. Thank you.

**J. Joseph Kim**
*CEO, President & Director*

Thank you, Kate. Appreciate that update, really amazing work. Again, I can't thank you and the team enough for all the dedication and hard work that you have been doing in the midst of this pandemic. To reiterate, we are aiming to be in a Phase II/III efficacy study by the July, August time frame, where we will be targeting health care workers on the front line. We estimate the high side of the study size

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.