# Exhibit Q

Excerpted

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. Action No. 2:20-cv-01402-GJP |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | ANDREW R. ZENOFF'S RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS |
| INOVIO PHARMACEUTICALS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

4842-2086-2703.v1

REQUEST FOR PRODUCTION NO. 8:

DOCUMENTS sufficient to show the performance of YOUR investment portfolio(s) during in the last five (5) years, including, but not limited to, a complete listing of each investment in YOUR investment portfolio(s).

RESPONSE TO REQUEST FOR PRODUCTION NO. 8:

Plaintiff objects to Request No. 8 as not relevant to any parties' claims or defenses, overly broad, and disproportional to the needs of this case as it seeks documents concerning transactions in securities other than Inovio.  Plaintiff further objects to Request No. 8 as not relevant to the parties' claims or defenses, overly broad, and disproportional to the needs of this case to the extent it seeks documents from outside the period January 1, 2020 to November 10, 2020.  Plaintiff further objects to Request No. 8 as overbroad and impermissible to the extent it seeks to have Plaintiff produce documents that are not in Plaintiff's possession, custody or control.

Subject to and without waiver of the foregoing objections, Plaintiff will search for and produce documents in his possession, custody or control regarding Inovio securities transactions from the period January 1, 2020 to November 10, 2020.  On September 21, 2020, Plaintiff filed his Certification of Named Plaintiff Pursuant to Federal Securities Laws, reflecting his Class Period transactions in Inovio stock.  ECF No. 68 at 63 of 68.  Subsequent to September 21, 2020, Plaintiff discovered that he had inadvertently omitted two purchase and one sale transactions executed in his 401K account.  On April 23, 2020, Plaintiff purchased 623 shares of Inovio stock at $12.89 per share.  On May 1, 2020, Plaintiff sold 623 shares of Inovio stock at $10.05 per share.  On May 4, 2020, Plaintiff purchased 550 shares of Inovio stock.  Pursuant to this Request and others calling for the production of trading records for Inovio securities transactions between January 1, 2020 and November 10, 2020, Plaintiff will be producing those documents.

4842-2086-2703.v1