UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> INOVIO PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Civ. Action No. 2:20-cv-01402-GJP <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF TRIG R. SMITH IN FURTHER SUPPORT OF MOTION FOR CLASS CERTIFICATION |

4890-2374-7078.v1

I, TRIG R. SMITH, declare as follows:

1.      I am a member of the law firm of Robbins Geller Rudman & Dowd LLP and counsel to the proposed class representatives Lead Plaintiff Manuel S. Williams and Representative Plaintiff Andrew R. Zenoff.  I am duly licensed to practice before all courts of the States of California and Colorado and admitted, *pro hac vice*, in the United States District Court for the Eastern District of Pennsylvania. I have personal knowledge of the matters herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit E:      Andrew Zenoff loss chart;

Exhibit F:      Reply Expert Report of Professor Steven P. Feinstein, Ph. D., CFA [**filed under seal**];

Exhibit G:      Excerpts of the Transcript of the Deposition of René M. Stulz, dated November 19, 2021 [**filed under seal**];

Exhibit H:      *U.S. Says It Will Evacuate Americans From Cruise Ship*, N.Y. Times (Feb. 15, 2020);

Exhibit I:      *CDC Museum COVID-19 Timeline*, Centers for Disease Control and Prevention, https://cdc.gov/museum/timeline/covid19.html;

Exhibit J:      *Coronavirus Disease 2019 (COVID-19) Situation Report – 41*, World Health Organization (Mar. 1, 2020), https://who.int/publications/m/item/situation-report---41;

Exhibit K:      March 2, 2020 e-mail (INO_EDPA_00101298) [**filed under seal**];

Exhibit L:      Inovio Pharmaceuticals, Inc. (@InovioPharma), Twitter (Mar. 9, 2020);

Exhibit M:      March 10, 2020 e-mail (INO_EDPA_00100640) [**filed under seal**];

Exhibit N:      September 20, 2021 e-mail;

Exhibit O:      June 2, 2020 e-mail (INO-EDPA-00156002) [**filed under seal**];

Exhibit P:      John George, *Inovio files lawsuit against one of its Covid-19 vaccine development partners*, Phila. Bus. J. (June 4, 2020);

Exhibit Q:      Sarah Owermohle, *Inovio CEO: Coronavirus vaccine still in play*, Politico (June 4, 2020);

- 1 -

4890-2374-7078.v1

- 2 -

Exhibit R:    June 25, 2020 RBC Capital Markets Analyst Report;

Exhibit S:    June 26, 2020 e-mail (INO-EDPA-00184751) [**filed under seal**];

Exhibit T:    Cristin Flanagan, *Inovio Tumbles After Analyst Warning Ahead of Vaccine Data*, Bloomberg (June 26, 2020);

Exhibit U:    August 10, 2021 Inovio Pharmaceuticals Inc. Q2 2020 Earnings Conference Call Transcript;

Exhibit V:    August 11, 2021 Roth Capital Partners Analyst Report; and

Exhibit W:    August 11, 2020 Cantor Fitzgerald Analyst Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 8, 2021, at San Diego, California.

s/ TRIG R. SMITH
TRIG R. SMITH

- 2 -

4890-2374-7078.v1