# EXHIBIT E
# [Filed Under Seal]

Movant's Purchases and Losses

Class Period: 02/14/2020 - 08/10/2020

Inovio Pharmaceuticals, Inc.

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Andrew Zenoff | 04/23/2020 | 2,514 | $11.79 | $29,639.81 | 04/23/2020 | 8 | $13.06 | $104.48 | |
| | 04/23/2020 | 486 | $11.79 | $5,729.65 | 04/23/2020 | 6,992 | $13.07 | $91,350.48 | |
| | 04/23/2020 | 3,000 | $13.44 | $40,305.00 | 04/27/2020 | 2,830 | $14.73 | $41,671.75 | |
| | 04/23/2020 | 3,000 | $13.15 | $39,450.00 | 04/27/2020 | 270 | $14.72 | $3,974.43 | |
| | 04/23/2020 | 2,000 | $12.02 | $24,039.80 | 04/27/2020 | 1,900 | $14.71 | $27,949.00 | |
| | 04/23/2020 | 1,000 | $13.37 | $13,368.50 | 04/28/2020$^S$ | 2,000 | $13.69 | $27,380.20 | |
| | 04/23/2020 | 623 | $12.89 | $8,030.47 | 04/28/2020$^S$ | 1,400 | $12.82 | $17,948.14 | |
| | 04/28/2020$^C$ | 380 | $13.71 | $5,209.80 | 04/28/2020$^S$ | 1,600 | $12.83 | $20,527.68 | |
| | 04/28/2020$^C$ | 2,620 | $13.72 | $35,946.40 | 05/01/2020$^S$ | 2,000 | $9.68 | $19,360.20 | |
| | 04/30/2020$^C$ | 1,000 | $11.82 | $11,817.90 | 05/01/2020$^S$ | 4,000 | $10.89 | $43,560.00 | |
| | 04/30/2020$^C$ | 1,000 | $11.88 | $11,877.90 | 05/01/2020 | 623 | $10.05 | $6,263.39 | |
| | 05/01/2020$^C$ | 100 | $10.26 | $1,025.99 | 05/05/2020 | 4,000 | $10.79 | $43,165.20 | |
| | 05/01/2020$^C$ | 1,900 | $10.26 | $19,492.67 | 05/05/2020 | 4,000 | $10.84 | $43,375.60 | |
| | 05/01/2020$^C$ | 4,000 | $10.20 | $40,799.60 | 05/05/2020 | 1,500 | $10.86 | $16,295.10 | |
| | 05/04/2020 | 50 | $10.76 | $538.00 | 05/05/2020 | 5,000 | $10.91 | $54,550.00 | |
| | 05/04/2020 | 3,950 | $10.76 | $42,482.25 | 05/12/2020 | 836 | $12.88 | $10,767.76 | |
| | 05/04/2020 | 144 | $10.90 | $1,569.60 | 05/12/2020 | 3,000 | $12.88 | $38,640.60 | |
| | 05/04/2020 | 856 | $10.90 | $9,328.69 | 05/12/2020 | 3,164 | $12.88 | $40,759.60 | |
| | 05/04/2020 | 2,000 | $10.94 | $21,878.60 | 05/12/2020 | 6,400 | $13.37 | $85,568.00 | |
| | 05/04/2020 | 3,000 | $11.17 | $33,510.00 | 05/12/2020 | 600 | $13.38 | $8,028.00 | |
| | 05/04/2020 | 1,801 | $11.02 | $19,846.66 | 05/12/2020 | 7,000 | $12.72 | $89,073.60 | |
| | 05/04/2020 | 699 | $11.02 | $7,702.98 | 05/13/2020 | 1,700 | $13.30 | $22,601.50 | |
| | 05/04/2020 | 808 | $11.09 | $8,956.68 | 05/13/2020 | 14,700 | $13.29 | $195,363.00 | |
| | 05/04/2020 | 1,192 | $11.09 | $13,219.28 | 05/13/2020 | 3,600 | $13.29 | $47,844.36 | |
| | 05/04/2020 | 550 | $10.97 | $6,031.30 | 05/15/2020 | 2,600 | $13.45 | $34,970.00 | |
| | 05/12/2020 | 3,950 | $12.90 | $50,958.95 | 05/15/2020 | 1,400 | $13.46 | $18,844.00 | |
| | 05/12/2020 | 47 | $12.93 | $607.71 | 05/18/2020 | 5,096 | $13.91 | $70,885.87 | |
| | 05/12/2020 | 301 | $12.93 | $3,890.43 | 05/18/2020 | 700 | $13.91 | $9,737.14 | |
| | 05/12/2020 | 2,409 | $12.94 | $31,172.46 | 06/26/2020 | 894 | $31.86 | $28,482.84 | |
| | 05/12/2020 | 293 | $12.90 | $3,779.82 | 06/26/2020 | 106 | $31.88 | $3,379.58 | |
| | 05/12/2020 | 5,650 | $13.13 | $74,173.77 | 08/03/2020 | 4,000 | $18.91 | $75,640.40 | |
| | 05/12/2020 | 1,350 | $13.13 | $17,723.21 | held | 550 | $12.21 | $6,714.76 | |
| | 05/12/2020 | 2,100 | $12.24 | $25,704.00 | | | | | |
| | 05/12/2020 | 4,100 | $12.25 | $50,225.00 | | | | | |
| | 05/12/2020 | 800 | $12.23 | $9,784.00 | | | | | |
| | 05/13/2020 | 10,000 | $13.57 | $135,700.00 | | | | | |
| | 05/13/2020 | 1,250 | $13.73 | $17,162.50 | | | | | |
| | 05/13/2020 | 7,328 | $13.74 | $100,686.72 | | | | | |
| | 05/13/2020 | 1,176 | $13.73 | $16,146.24 | | | | | |
| | 05/13/2020 | 246 | $13.75 | $3,382.50 | | | | | |
| | 05/15/2020 | 1,000 | $13.47 | $13,465.70 | | | | | |
| | 05/15/2020 | 2,991 | $13.41 | $40,109.01 | | | | | |
| | 05/15/2020 | 6 | $13.40 | $80.40 | | | | | |
| | 05/15/2020 | 3 | $13.41 | $40.23 | | | | | |
| | 05/18/2020 | 4,000 | $13.66 | $54,640.00 | | | | | |
| | 05/18/2020 | 1,796 | $13.77 | $24,730.92 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/25/2020 | 1,000 | $25.99 | $25,994.00 | | | | |
| 06/30/2020 | 1,000 | $24.97 | $24,970.60 | | | | |
| 07/13/2020 | 100 | $25.35 | $2,535.00 | | | | |
| 07/13/2020 | 900 | $25.36 | $22,827.60 | | | | |
| 07/14/2020 | 700 | $26.50 | $18,549.93 | | | | |
| 07/14/2020 | 300 | $26.50 | $7,950.00 | | | | |
| 07/14/2020 | 1,000 | $27.83 | $27,832.70 | | | | |
| **Movant's Total** | **94,469** | | **$1,256,620.91** | | **94,469** | **$1,244,776.66** | **($11,844.26)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
during the 90 calendar days after the end of the class period.  The price used is $12.21 as of November 06, 2020 for common stock.

Prices listed are rounded to two decimal places.

[C]Cover short sale.
[S]Short sale.