# EXHIBIT L



**INOVIO Pharmaceuticals** @InovioPharma · Mar 9, 2020    ···
#INOVIO #INO $INO #COVID19 #DNA #DNAmedicine

Dear shareholders,

A third-party report today demonstrated a lack of understanding of the science behind DNA medicines. Inovio designed a vaccine construct for its coronavirus vaccine (INO-4800) within three hours after the viral sequence was publicly available; produced the vaccine at small scale and was in preclinical trials in January – preclinical results are available online in Nature Communications. Inovio expects to move into human trials next month.

Based on extensive prior work creating DNA vaccines using our proprietary DNA medicines platform, we are confident that we have a viable approach to address the COVID-19 outbreak.

We remain committed to sharing our progress as we advance into the clinic in the coming weeks.

○ 76          ↺ 185          ♡ 397          ⬆

Show this thread