# EXHIBIT N

## Trig Smith

| | |
|---|---|
| **From:** | Trig Smith |
| **Sent:** | Monday, September 20, 2021 2:19 PM |
| **To:** | 'Wright, Elizabeth'; Speers, Heather; Munley, Caitlin B |
| **Cc:** | Sean McGuire |
| **Subject:** | Inovio Discovery Matters |

Dear Elizabeth:

This letter serves as Plaintiffs' formal written response to your September 9, 2021 letter regarding discovery matters.  We appreciate your taking the time on Thursday, September 15, 2021 to participate in a conference call to further meet and confer on the matters raised in your letter.  As we did during the call, Plaintiffs first respond to the third issue raised in the letter, then the second issue and finally the first.

With respect to Mr. Zenoff's response to Interrogatory No. 3, Plaintiffs will not argue in this case that The New York Times' article served as a corrective disclosure for Defendants' alleged misleading statements regarding Operation Warp Speed.  As Defendants correctly point out, Judge Papert dismissed Plaintiffs' claim of a misleading statement about purported selection in Operation Warp Speed (*i.e.,* contained in Inovio's June 30, 2020 press release).  We hope that this will address the perceived error you believe exists in Mr. Zenoff's response to Defendants' Interrogatory No. 3.



Redacted for Relevance



Redacted for Relevance

Best regards,

**Trig Smith**

Robbins Geller
Rudman & Dowd LLP

655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

