# EXHIBIT P

## *Inovio files lawsuit against one of its Covid-19 vaccine development partners*

Philadelphia Business Journal (Pennsylvania)

June 4, 2020 Thursday

Copyright 2020 American City Business Journal, Inc. All Rights Reserved

**Length:** 549 words

**Byline:** John George

## Body

Inovio Pharmaceuticals Inc. has filed a lawsuit against one of the partners it is working with on a potential Covid-19 vaccine, alleging the company is refusing to provide key manufacturing information that would be needed for the large-scale production of the vaccine.

Inovo's suit, filed Wednesday at the Court of Common Pleas of Montgomery County, is against GeneOne Life Science Inc. of South Korea and its VGXI contract manufacturing unit based in The Woodlands, Texas.

Plymouth Meeting-based Inovio alleges GeneOne and VGXI do not have the capacity to manufacture the millions of doses of the vaccine that would be needed should it receive regulatory approval, but the companies won't provide Inovio with the information so it could eventually have another manufacturer make it.

"Inovio is seeking an emergency injunction against VGXI to ensure expeditious technology transfer of the manufacturing process for Inovio's coronavirus vaccine, INO-4800, to Inovio and Inovio's selected manufacturers," said Jeff Richardson, a company spokesman. "The technology transfer is mandated by existing contract between Inovio and VGXI.

Inovio (NASDAQ: INO) alleges VGXI is blocking a path to the development of a Covid-19 vaccine, Richardon said.

"Their actions will cause irreparable harm to the global community by limiting our ability to have the vaccine manufactured at the speed and quantity necessary to save lives," he added.

Officials from VGXI were not immediately available Thursday to comment on the lawsuit.

Inovio has been working with VGXI since January to manufacturer INO-4800 for clinical trials.

The Montgomery County company is among the dozens of biotech firms racing to develop a Covid-19 vaccine. Inovio is not one of the five companies selected by the Trump Administration to be part of its "Operation Warp Speed" program to develop a coronavirus vaccine, the New York Times reported. The five selected are

Inovio files lawsuit against one of its Covid-19 vaccine development partners

Massachusetts-based Moderna, the *Oxford University and AstraZeneca (NYSE: AZN) partnership*, Johnson & Johnson (NYSE: JNJ), Merck (NYSE: JNJ) and Pfizer (NYSE: PFE).

Inovio's stock price has fluctuated widely on events tied to its Covid-19 vaccine developments and is down about 3% Thursday at $12.08 per share.

In January, Inovio began preclinical studies of INO-4800 in animal models - and *published positive data from those studies* last month.

The company received Food and Drug Administration approval in April to *begin a a phase-I clinical trial testing the safety* of INO-4800 in 40 volunteers. One of the test sites is in Philadelphia, where Inovio is working with the Perelman School of Medicine at the University of Pennsylvania.

If the phase-I study results are positive, Inovio plans to begin larger, later-stage efficacy studies of its vaccine candidate in the second half of 2020, subject to further regulatory guidance from the FDA.

The company has set a goal of producing one million doses of INO-4800 by the end of 2020, with its existing capacity and contract resources, for further clinical trials or emergency use.

Inovio expects the contractual matter dispute with VGXI to be resolved shortly, and that the technology transfer will begin as planned, Richardon said.

Did you find this article useful? Why not *subscribe* to Philadelphia Business Journal for more articles?

**Load-Date:** June 4, 2020

---

End of Document