# EXHIBIT Q

# POLITICO

## Inovio CEO: Coronavirus vaccine candidate still in play

By Sarah Owermohle

06/04/2020 05:26 PM EDT

Inovio Pharmaceuticals is still working with the government on a potential Covid-19 vaccine despite reports that officials had narrowed their list to five other candidates, CEO Joseph Kim said in an interview.

But the Pennsylvania-based biotech firm is at a critical juncture that could delay its ambitious timeline to enter phase three trials within months. The company this week escalated a battle with a manufacturer it claims is holding its potential Covid-19 vaccine hostage over a contract dispute.

The Inovio vaccine candidate was one of the first to enter human trials this year and has backing from the Department of Defense and the Coalition for Epidemic Preparedness Innovations, a Bill & Melinda Gates Foundation group. However, the company's stock plummeted shortly after The New York Times reported Wednesday that U.S. officials excluded Inovio from a list of five vaccine candidates they believe are most likely to succeed — including some from pharma heavyweights that have already received significant federal funding.

An HHS spokesperson refused to confirm or deny the report, saying the department wouldn't comment on "market-moving" information. Operation Warp Speed, the government-led effort to accelerate coronavirus treatments and vaccines, has told companies they should not discuss their possible participation in the program.

Still, Kim said the company has a "very active engagement" with the agencies leading that effort and believes that vaccine candidates they previously identified are still in the running. Warp Speed chief scientist Moncef Slaoui, former vaccine head for GlaxoSmithKline, said in mid-May that the government is evaluating 14 options.

Kim said Inovio will release phase one results for its possible vaccine by the end of the month and is aiming to start a combined phase two and phase three trial in July. A phase two trial in South Korea also begins this month.

But the U.S. trial timeline could be thrown off by a manufacturing dispute that flared up this week. The company filed a complaint in Pennsylvania state court Wednesday against VGXI, the manufacturer of the vaccine candidate. Inovio contends VGXI does not have the capacity to scale up for future trials — let alone hundreds of millions of doses should the vaccine be approved — but refuses to share the technology with manufacturers who can.

The contract between the companies calls for transferring the vaccine candidate from VGXI, which is owned by South Korea-based GeneOne Life Science, to other manufacturers once it gets commercialized and needs to be produced at a large scale. VGXI did not immediately respond to a request for comment.

"The last thing we want is by this fall or this winter, is realize through clinical testing that oh my god, we have a successful, safe and effective vaccine against Covid-19, and oh by the way, we only have a million doses," said Kim.

Kim said he expects a resolution within days because the court said the case would be expedited.