# EXHIBIT T

# Bloomberg

**News Story**

06/26/2020    10:09:59 [BN] Bloomberg News

## Inovio Tumbles After Analyst Warning Ahead of Vaccine Data (1)

- Popular day trader stock had rallied more than 800% this year
- Biotech company's Covid-19 results expected by the end of June

By Cristin Flanagan

(Bloomberg) -- Inovio Pharmaceuticals Inc. dropped as much as 21% after a Stifel analyst cut his rating following a nine-fold increase, driven in part by day traders' enthusiasm for small-cap Covid-19 plays.

"Risk/reward seems less palatable here," Stephen Willey wrote, downgrading the biotech company to hold from buy. Hope and sentiment have replaced valuation, he said, though he acknowledged "the significant socioeconomic importance of a viable Covid-19 vaccine candidate."



Investors are expecting a first look at results for Inovio's vaccine candidate, INO-4800, in patients by the end of the month. As the U.S. stock market awaits new treatments and a potential shot to ward off the pandemic, the popularity and shares of vaccine and drug developers have swelled. Inovio, alongside another vaccine name, Vaxart Inc., is one of the hottest day-traded stocks in the past 24 hours according to RobinTrack, a service that follows Robinhood trading.

Most of the move ahead of the results may have happened already as options data imply a 35% move by July 2. Inovio was up 847% year-to-date at the close yesterday.

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

**Bloomberg**                                                    News Story

Safety shouldn't be an issue in Willey's estimation, and he expects initial immunogenicity results to be "directionally encouraging." He does see an issue in how it measures up compared to an inoculation from one of the leading developers in the space, Moderna Inc.

The neutralizing antibody results from Moderna's vaccine "represent a challenging competitive hurdle," he wrote in a note to clients. Moderna's first look at a handful of patients showed they had antibody levels similar to those who had successfully fought off infection from the coronavirus. Data from Inovio's other vaccines in development may mean longer follow-up is needed to show a significant effect.

**Price Target**

At the same time Willey counseled caution on Inovio's stratospheric rise, he raised his price target to $24 from $19. Like other analysts, he has had to increase targets to keep up with the stock. Cantor Fitzgerald analyst Charles Duncan upped his price target to $45 from $17 on Friday morning, while keeping his overweight rating on the stock.

Another concern will be Inovio's ability to scale-up production of a potential vaccine. It is currently in a dispute with the primary manufacturer of the shot, South Korea-based GeneOne Life Science Inc. and its VGXI unit. The Plymouth Meeting, Penn.-based company's request for a preliminary injunction against VGXI was denied by a judge on Thursday, Philadelphia Business Journal reported. Willey said he expects a near-term resolution of the dispute.

Read more: Inovio Tells Court Supplier Is Holding Covid Vaccine 'Hostage'

Investors are also waiting for "a large government-written check," Willey said. There is more than $10 billion in funds rumored to be earmarked for dissemination by a number of different agencies/entities, Vaxart may be one of the latest winners after its vaccine was selected for testing in primates. While a recent  Department of Defense contract for Inovio may signal more funding is coming, it remains one more source of uncertainty, according to the analyst.

(Updates with shares in first paragraph, options data in fourth, Vaxart win at end. )

--With assistance from Gregory Calderone.

To contact the reporter on this story:
Cristin Flanagan in New York at cflanagan1@bloomberg.net

To contact the editors responsible for this story:
Catherine Larkin at clarkin4@bloomberg.net
Steven Fromm, Lisa Wolfson

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the ("BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.