# EXHIBIT U

# REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

INO.OQ - Q2 2020 Inovio Pharmaceuticals Inc Earnings Call

EVENT DATE/TIME: AUGUST 10, 2020 / 8:30PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



AUGUST 10, 2020 / 8:30PM, INO.OQ - Q2 2020 Inovio Pharmaceuticals Inc Earnings Call

## CORPORATE PARTICIPANTS

**Ben Matone** *Inovio Pharmaceuticals, Inc. - Director of IR*

**J. Joseph Kim** *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

**Jacqueline E. Shea** *Inovio Pharmaceuticals, Inc. - COO*

**Kate E. Broderick** *Inovio Pharmaceuticals, Inc. - SVP of Research & Development*

**Peter D. Kies** *Inovio Pharmaceuticals, Inc. - CFO*

## CONFERENCE CALL PARTICIPANTS

**Aydin Huseynov** *The Benchmark Company, LLC, Research Division - Senior Equity Analyst for Biotechnology*

**Charles Cliff Duncan** *Cantor Fitzgerald & Co., Research Division - Senior Analyst*

**Christopher Joseph Raymond** *Piper Sandler & Co., Research Division - MD & Senior Research Analyst*

**Gregory James Renza** *RBC Capital Markets, Research Division - Analyst*

**Naureen Quibria** *Maxim Group LLC, Research Division - Senior Equity Research Associate*

**Stephen Douglas Willey** *Stifel, Nicolaus & Company, Incorporated, Research Division - Director*

**Yi Chen** *H.C. Wainwright & Co, LLC, Research Division - MD of Equity Research & Senior Healthcare Analyst*

## PRESENTATION

**Operator**

Good day, and welcome to the Inovio Second Quarter 2020 Financial Results Conference Call. (Operator Instructions) Please note this event is being recorded.

I would now like to turn the conference over to Ben Matone, Senior Director of Investor Relations. Please go ahead.

---

**Ben Matone** *- Inovio Pharmaceuticals, Inc. - Director of IR*

Thank you, operator. Good afternoon, and thank you for joining Inovio's Second Quarter 2020 Earnings Conference Call. Joining us today are Dr. J. Joseph Kim, President and CEO; Dr. Kate Broderick, Senior Vice President of Research and Development and Project Lead for Inovio's infectious disease programs; Dr. Jacqui Shea, Inovio's Chief Operating Officer; and the company's Chief Financial Officer, Peter Kies.

For today's call, we will review our corporate and financial information for the second quarter 2020 ended June 30, 2020, as well as provide an update on our clinical programs progress, which includes the accelerated development for our COVID-19 vaccine program. This call is being webcast live on our website, ir.inovio.com, and a replay will be made available. Following prepared remarks, we will be conducting a question-and-answer segment reserved for equity research analysts.

During the course of this conference call, we will be making forward-looking statements regarding future events and the future performance of the company. These events relate to our business plans to develop Inovio's integrated platform of DNA medicines, which include clinical and regulatory developments and timing of clinical data readouts, along with capital resources and strategic matters as well as the impact of the COVID-19 pandemic on Inovio's business operations. All of these statements are based on the beliefs and expectations of management as of today. These statements involve certain assumptions, risks and uncertainties and could cause actual results to differ materially. We assume no obligation to revise or update forward-looking statements, whether as a result of new information, future events or otherwise. Investors should read carefully the risks and uncertainties described in today's press release as well as the risk factors included in today's 10-Q filing with the SEC.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



With that, I would now like to turn the call over to Joseph.

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Thank you, Ben, and thanks, everyone, for joining the call today. We began this year stating that we were entering a new era for DNA medicines. This was before COVID-19 became the most urgent public health crisis the world has seen in a century. We are very proud of our accomplishments to date in addressing this growing pandemic and the evolving nature of SARS-CoV-2, the virus that causes COVID-19. The challenges of this still relatively unknown virus cannot be understated. We understand the importance of continuing to develop our scientific and medical understanding of the virus and its effects, and having multiple approaches to defeat it remains paramount.

Over the last decade, Inovio has led the field in demonstrating how optimized DNA plasmids can be rapidly developed and delivered into cells using the CELLECTRA smart device that overcomes historical obstacles in effectively delivering DNA medicines and producing safe and robust immune responses. Our goal is to generate data that challenges the status quo and focuses on the efficacy, durability, versatility and safety of our DNA medicines, all of which are critical when confronted with a novel virus. We are delivering on that goal, and I am very proud of our COVID-19 DNA vaccine development team, which is led by Dr. Kate Broderick. She will be sharing with you shortly the amazing work completed this quarter with our COVID-19 DNA vaccine, INO-4800. And I once again want to thank Kate and her -- and our entire Inovio team for their tireless and extraordinary efforts to combat this great threat. Through these efforts, our INO-4800 Phase I clinical results, which is now undergoing peer review for publication at a top medical journal, have demonstrated robust immunogenicity, including neutralizing antibodies and T cell responses, both CD8 and CD4 T cell responses, and a uniquely favorable safety profile that supports the foundation of promising responses we have seen in more than 2,000 patients and over 7,000 application of our DNA medicines with our CELLECTRA delivery devices.

Inovio has also set the standard with INO-4800 for durability of a protective response in a nonhuman primate animal challenge study at 4 months post vaccination and has shown balanced antibody and T cell immunogenicity against the emerging dominant strain of the virus known as G614. To our knowledge, we are the first to report generation of neutralizing antibody against this mutated strain of the coronavirus by vaccinating nonhuman primates. This data is published as a preprint on bioArchive and is currently under review at a peer review journal. We look forward to publishing our additional animal challenge studies as well as being a part of Operation Warp Speed's nonhuman primate animal challenge study.

We also have made significant strides in expanding our global coalition to manufacture large-scale quantities of INO-4800 and smart devices to deliver them. I look forward to having our Chief Operating Officer, Dr. Jacqui Shea, provide you with our latest manufacturing update.

I want to thank our partners and growing global manufacturing coalition, which includes Richter-Helm BioLogics in Germany, other large-scale European manufacturers and Ology Bioservices and other large-scale manufacturers here in the U.S. I also want to thank our current funders, including the U.S. Department of Defense, CEPI and The Bill & Melinda Gates Foundation. With this support, we look forward to advancing INO-4800 into a Phase II/III trial in September and meeting our target to provide at least 1 million doses of our DNA vaccine this year and 100 million doses in 2021. And while this past quarter has been dominated by COVID-19 news, our team continues to drive forward our overall DNA medicines pipeline with important milestones that support our goal to produce data to challenge the status quo and focuses on the safety, efficacy, durability and versatility of our DNA medicines.

As a quick recap, over the quarter, we accomplished the following: First, we presented positive interim data from our Phase I/IIa trial for our Middle East Respiratory Syndrome DNA vaccine, INO-4700, at ASGCT and are moving forward with our Phase II trial in the Middle East. We are the first company with Phase II vaccine for the coronavirus that causes MERS, which is in the same family of viruses as the coronavirus that causes COVID-19.

Second, we presented positive 12-month overall survival data at ASCO, demonstrating an 85% survival rate for our DNA immunotherapy INO-5401 for the devastating and difficult-to-treat glioblastoma multiforme. We look forward to the fourth quarter, where we will be evaluating and providing at an oncology conference overall survival at 18 months, which is the primary efficacy end point for the 52-patient Phase II trial.

Third, we reported positive interim Phase II results for VGX-3100 against HPV-related precancerous anal and vulvar dysplasias, and we remain on track to report top line Phase III pivotal efficacy data for VGX-3100 against HPV-related precancerous cervical dysplasia from REVEAL 1 in the fourth quarter of this year.

3

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



Fourth, for REVEAL 2, as we mentioned during our last earnings conference call in May, patient recruitment took a hit as a result of global pandemic since the first quarter. Our team continues to work relentlessly on getting us back on track to prepandemic enrollment rate in a safe manner, and I am confident that we will be in a position to build off of a positive REVEAL 1 data this year.

Fifth, we're also excited with the progress across our HPV programs, particularly for INO-3107, which recently received an orphan drug designation from the FDA to treat the rare, debilitating and potentially fatal condition called recurrent respiratory papillomatosis or RRP. We're currently conducting an open-label multicenter Phase I/II trial of INO-3107 in the U.S. As we mentioned during previous calls regarding RRP, these patients typically undergo multiple surgeries a year and literally plan their lives around scheduling their surgeries. As such, given the disease characteristics and tight knit community where patients are treated, we believe enrollment will be relatively swift and anticipate interim readouts by next year. We also expect to apply for regulatory approval to commence a trial to evaluate INO-3107 in pediatric patients after we had a chance to evaluate data from the current study. Broadening the outreach towards pediatrics will not only build on the overall value of INO-3107, but also provide a viable therapeutic option for these patients who suffer from this rare disease and lifelong surgeries. As this is an open-label trial, we're hoping to have the data to share with you in the second half of next year.

Now I'd like to turn the call over to our SVP of R&D, Dr. Kate Broderick, who will provide an update on our COVID-19 program. Kate?

**Kate E. Broderick** *- Inovio Pharmaceuticals, Inc. - SVP of Research & Development*

Thank you, Joseph, and good afternoon, everyone. Since I last spoke with you during our May earnings call, we have accomplished a huge amount in the fight against COVID-19 disease. As Joseph stated, the key to combating COVID-19 is to continue to build on our understanding of the virus and the disease and have multiple approaches to defeat it. We are very encouraged by the immune responses of our DNA vaccine candidate, INO-4800, and we look forward to beginning our planned Phase II/III trials in September upon FDA concurrence.

So first, let me begin on where we are as of today. Our manuscript for the initial 40-subject Phase I trial in the U.S., which is comprised of week 8 safety and immunogenicity analysis, is undergoing peer review process at a top medical journal. Today, in our COVID program, there have been no safety concerns as per the Data Safety Monitoring Board with no serious adverse events reported and only a few mild transient adverse events primarily related to injection site reactions such as redness. So just to emphasize that one more time, all 6 related AEs were grade 1, the lowest level in severity, and this profile compares superbly relative to currently marketed commercial vaccines and also other candidate vaccines being developed for COVID-19.

The dataset includes a clinical immunology package analyzing binding antibodies, live virus neutralization results, T cell responses using both ELISpot assays and flow cytometry. Unfortunately, while I'm currently not at liberty to discuss the details of all these studies until they've been published, I can report that all participants in the trial showed strong antibodies and/or strong T cell immune responses. In terms of the human autoimmune responses, 95% of the participants seroconverted, and that's defined as those participants who respond with either neutralizing and/or binding antibodies after 2 doses.

In addition, almost 90% of vaccinated participants generated strong T cell responses. Interestingly, statistically significant increases in both CD8 and CD4 T cells were noted post vaccination. T cell responses were higher in magnitude than convalescent samples tested and were similar or greater responses to those previously reported for other COVID candidates.

Several new recent studies have revealed that a large proportion of the population might possess T cells that could help recognize SARS-CoV-2 despite them never actually having encountered the virus before. These T cells are much more likely generated from previous infections with related coronaviruses, including 4 viruses that frequently cause common cold. Many experts believe that these so-called cross-reactive T cells may make the COVID-19 disease milder and perhaps partly explain why some people who are infected become very sick while others can be asymptomatic.

Leading infectious disease immunologists believe that vaccine-generated specific T cell responses could even be even more helpful than these naturally-established cross-reactive T cells in limiting the severity of COVID disease. Therefore, developing COVID-19 vaccines, which could generate strong T cell responses as well as, of course, neutralizing antibody responses, could ultimately represent better a more efficacious and durable vaccine against COVID-19. As such, our promising clinical data demonstrates that INO-4800 is a COVID-19 vaccine candidate with a unique and

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



highly favorable safety profile, which produces well-balanced immune responses consisting of both neutralizing antibodies and T cells. In addition, the clinical data also suggests a fully boostable immunogenicity profile with no anti-vector immunity, as expected.

Our Phase I human data builds upon our recent nonhuman primate animal challenge study, which is currently the closest thing that we have to testing a vaccine's efficacy when confronting a live virus. As Joseph mentioned, we were very encouraged with the duration of protection that INO-4800 demonstrated as well as the robust immune response across the antibodies and the T cells, mirroring the impressive clinical data.

To give some more context, our challenge study is more stringent than what others have generated to date as it was performed over 3 months from the last vaccination and not at the peak of their acute immune responses at 1 to 4 weeks post last dose. As such, our challenge study addresses protection from memory immune responses and not from high levels of circulating antibodies present during the acute post vaccination phase. We also assess the ability of INO-4800 to generate neutralizing antibodies against the newly emergent virus strain, G614, which is critical to ensuring that our research keeps pace with the virus as it evolves. And I want to emphasize here that no antibody-enhanced disease events were reported, supporting our favorable safety profile. We look forward to reassessing the impact of INO-4800's durability of response at 12 months out with our other ongoing nonhuman primate animal challenge studies, and we're also pleased to be participating in Operation Warp Speed's nonhuman primate animal challenge.

Finally, we are excited that our expanded U.S. Phase I trial is fully enrolled in older subjects and proceeding as planned, and our Phase I/II trials in South Korea and China have begun. We look forward to providing data updates on these trials in the fourth quarter.

And now I'd like to hand it back over to Joseph. Thank you.

---

**J. Joseph Kim** *- Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Thank you, Kate. Great summary. Now I'll turn over to our COO, Dr. Jacqui Shea, for a manufacturing update.

---

**Jacqueline E. Shea** *- Inovio Pharmaceuticals, Inc. - COO*

Thank you, Joseph, and good afternoon, everyone. First, I'd like to take a moment to recap and highlight the unique advantages of our DNA vaccines platform specific to how quickly DNA medicines can be designed and manufactured as well as the stability of the products, which are both critical aspects in addressing a global pandemic.

In terms of rapid and scalable manufacturing, our DNA vaccine development is achieved via a fully scalable manufacturing process, which are well established. They are cost-effective to manufacture and to produce in large quantities. And very importantly, DNA medicines are also very easily characterized from a manufacturing perspective, much more so than many other biologic products, and this facilitates production through multiple manufacturers. As Joseph mentioned, we have an established plan in place for manufacturing at least 1 million 1 mg doses of INO-4800 this year and the target of 100 million doses by 2021. We are also working on further expanding our manufacturing consortium.

In terms of stability, INO-4800 does not require frozen shipping or storage, meaning no minus 20 or minus 80 freezers are required. Our vaccine is stable for a year at room temperature or for 2 months at 37 degrees C and has a 5-year projected shelf life when refrigerated. The formulation consists of optimized DNA plasmids, water and salt with no lipid nanoparticles or adjuvants required, further leading to not only better stability of the vaccine, but also better tolerability when administered. This stability is a unique and important differentiating factor that positions INO-4800 very favorably when considering the logistics of addressing global vaccination needs during a pandemic.

Also, as Joseph mentioned, Inovio made significant strides in expanding our global coalition of collaborators, partners, manufacturers and funders to rapidly advance and manufacture large-scale quantities of INO-4800 to meet the demands of this pandemic. So to give you some scale-up highlights, at the end of quarter 1, the Department of Defense awarded Ology Bioservices, an $11.9 million contract to work with Inovio to manufacture INO-4800 for the DoD for clinical trials. In quarter 2, we also expanded our manufacturing partnership with Richter-Helm BioLogics in Germany, partially funded through the Coalition for Epidemic Preparedness Innovations, or CEPI. We are also in the process of finalizing additional

5

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



manufacturing partnerships in the U.S. and in Europe to fulfill our vaccine candidate production goals of 1 million doses this year, 100 million next and plan to make announcements about the expanded consortium over the next few months.

In addition, we are uniquely positioned with our CELLECTRA smart devices that deliver our DNA vaccines intradermally into the cells, overcoming a key limitation of other DNA and other nucleic acid approaches. CELLECTRA 3PSP is our next-generation smart device that leverages the efficacy and safety track record of an earlier version of the device called CELLECTRA 2000 that has received the CE Mark certification and has been used in clinical trials to safely provide more than 7,000 administrations of Inovio's DNA medicines. The 3PSP has a small footprint. It's similar to the size of an electric toothbrush. And it's portable, handheld, battery-powered or rechargeable and very user-friendly with excellent patient and clinician feedback. Additionally, it's multiuse and able to administer up to 5,000 doses per device. Very importantly, the delivery process for our DNA medicines using the CELLECTRA device is complete in less than 20 seconds and has been described by patients and volunteers in our trials as more tolerable than the standard flu shot.

I'm pleased to report that in late June, we received $71 million in funding from the U.S. Department of Defense to scale up manufacturing of our CELLECTRA 3PSP smart device and for procurement of CELLECTRA 2000 devices for clinical use. Both devices are used to deliver INO-4800 directly into the skin. The DoD contract builds upon 2 prior separate 5 million grants earlier this year from The Bill & Melinda Gates Foundation and from CEPI to accelerate testing of the CELLECTRA 3PSP device. We are extremely grateful for the DoD's commitment, and it speaks to the confidence that a major U.S. government entity sees in the value of our smart device and the potential role of INO-4800 in combating an infectious disease pandemic such as COVID-19.

Finally, I'd like to reiterate our gratitude to all of our partners, collaborators, manufacturing partners and funders once again and look forward to sharing continued updates as we scale up INO-4800 production.

Now I'll hand back to Joseph.

**J. Joseph Kim** *- Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Thank you, Jacqui, for the update and for your team's outstanding work. Our CFO, Peter Kies, joins us now for a review of second quarter financial results. Results, I have to add, include almost $400 million in cash reserves. Peter?

**Peter D. Kies** *- Inovio Pharmaceuticals, Inc. - CFO*

Thanks, Joseph. Total revenue was $267,000 for the 3 months ended June 30, 2020, compared to $136,000 for the same period in 2019, while operating expenses were $33.4 million compared to $28.3 million for the same period in 2019.

Inovio's net loss for the quarter was $128.2 million or $0.83 per share basic and dilutive compared to $29.4 million or $0.30 per share basic and dilutive for the same period in 2019. It is important to understand that the increase in net loss for the quarter was primarily due to the change in fair value of the derivative liability related to the embedded conversion feature in our August 2019 convertible bonds. This is revalued at each reporting period. Without this noncash deliberative liability expense, the company's net loss for the quarter would be consistent with the second quarter 2019, and our net loss per share would be $0.20 per share rather than $0.83 per share, which is $0.10 less per share than 2019 -- for the same period in 2019. Subsequent to June 30, 2020, these bonds were converted voluntarily by the bondholders into common stock.

For operating expenses, R&D expenses for second quarter were $22.4 million compared to $22.5 million for the same period in 2019. Here, the decrease in R&D expenses was primarily related to an increase in contra-research and development expense recorded from grant agreements, offset by an increase in drug manufacturing expense related to our COVID-19 and VGX-3100 clinical trials and an increase in device inventory and engineering equipment.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



AUGUST 10, 2020 / 8:30PM, INO.OQ - Q2 2020 Inovio Pharmaceuticals Inc Earnings Call

G&A expenses were $11.1 million for Q2 versus $5.9 million for the same period in 2019. The increase in G&A expenses was primarily related to an increase in legal expenses, work performed related to corporate marketing and communications and higher noncash employee stock-based compensation expense.

The end of the quarter cash position included net proceeds of $121.7 million, the company received by selling approximately 10 million -- 12 million shares of its common stock during the 3 months ended June 30, 2020, under an at-the-market, ATM, sales agreement.

As Joseph noted, we have strong capital resources. As of June 30, cash, cash equivalents and short-term investments were 31 -- $371.7 million compared to $89.5 million at December 31, 2019. As of June 30, 2020, the company had 158.8 million common shares outstanding and 191.4 million common shares outstanding on a fully diluted basis. This is after giving effect to the second quarter ATM activity, stock option exercises and restricted stock vesting. Additional information is included in Inovio's quarterly report on Form 10-Q for the quarter ended June 30, 2020, which can be accessed on Inovio's Investor page under the Financial Reports tab.

Back to you, Joseph. Thanks.

---

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Thank you, Peter. It's certainly great to present our strong financial position.

In closing, Inovio is razor-focused on executing the following INO-4800 objectives for the remainder of this year: Number one, advancing INO-4800 two -- and conducting Phase II/III trials next month; continue to build out manufacturing consortium with several U.S. and European manufacturing partners to meet Inovio's and the world's need for hundreds of millions of COVID-19 vaccine doses; and third, achieving additional external funding for scale-up and manufacturing of vaccine doses.

Furthermore, we will round out the transformative 2020 with very important VGX-3100 REVEAL 1 Phase III top line efficacy and safety data as well as INO-5401 overall survival at 18-month data in the fourth quarter.

Everyone at Inovio is committed in bringing these DNA medicines forward with urgency because we know that patients are waiting.

Now we will turn to your questions and comments. Operator, please open the line for the analysts.

---

## QUESTIONS AND ANSWERS

**Operator**

(Operator Instructions) And our first question today will come from Gregory Renza with RBC Capital.

---

**Gregory James Renza** - *RBC Capital Markets, Research Division - Analyst*

Congratulations on the progress. Joseph, I just wanted to start with your commentary around the plans for the Phase II/III trial for 4100 (sic) [4800]. I'm just curious if you could perhaps comment on the current gating factors for getting that going. It sounds like you're targeting a September start, maybe just slightly a delay from maybe previous commentary. So I just want to understand maybe what the pushes and pulls are there. And then, secondarily, just related to some of the resources or monies that would perhaps be involved to support that and help to execute on that.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



AUGUST 10, 2020 / 8:30PM, INO.OQ - Q2 2020 Inovio Pharmaceuticals Inc Earnings Call

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. Thank you, Greg. So we've been working urgently to get our Phase II/III events. We are in very active discussions with the FDA on the design, and we feel that we are very close to this process. So in terms of drug doses, we have everything available to execute. In terms of the devices, we have everything -- we have very encouraging and positive Phase I data, which is undergoing peer review. So we feel like we are executing on this. Obviously, we are concurrently working on getting an external funding to support this large trial. So please stay tuned because we will be able to, certainly by September, announce the Phase II/III start with external funding in this regard.

**Gregory James Renza** - *RBC Capital Markets, Research Division - Analyst*

That's great. And then just a quick follow-up on the nonhuman primate study data. Just how should we be thinking about the length of that follow-up period as well as perhaps the dose used for the challenge study when comparing that with perhaps other nonhuman primate studies? I'll hop back into the queue.

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes, absolutely. Maybe I'll turn to Kate Broderick to handle this question. Kate?

**Kate E. Broderick** - *Inovio Pharmaceuticals, Inc. - SVP of Research & Development*

Thanks so much for that question because that really gives me the opportunity to really underscore how incredibly important that nonhuman primate data is. I do want to be clear that at this point, to my knowledge anyway, we, Inovio, INO-4800 is the only vaccine candidate to show durability and protection from COVID-19 disease. And really, that is incredibly important. A good vaccine has to be safe, it has to be effective, but also has to have durability. If you can only protect for a few weeks or a month, that really doesn't have a whole lot of relevance in the situation today. So we are very excited by the data that we just recently released on bioArchive and truly think that is going to be important as we sort of survey a lot of people, vaccine candidates, which is really much more similar to what would actually happen in real life as opposed to kind of an artificial situation when you challenge immediately after the acute period of immune responses. I hope that helps answer your question.

**Operator**

And our next question will come from Stephen Willey with Stifel.

**Stephen Douglas Willey** - *Stifel, Nicolaus & Company, Incorporated, Research Division - Director*

Yes. Is there any more -- Joseph, is there any more granularity you can provide just around expected timing of the Phase I publication? And I guess, I think it was noted in the press release that there's -- the study was extended to include, I guess, more participants, raised the age bracket again. But then it also looks like there was a lower dose that was added as part of the study extension. So should we assume that the inclusion of a lower dose implies that there may not have been a clear dose response between the 1 mg and 2 mg cohorts? And then I just have a couple of follow-ups.

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Let me touch on the last part of the question first. No, we do see -- so the Phase I extension studies were done prior to having all of the immune response readouts from the initial 40-person 2 cohorts. One was that that's the escalation of age groups that the FDA wanted. So we started with 18 to 50 person cohorts first with 1- and 2-milligram doses, and then we have added 51-plus population. We also felt that we wanted to see the overall spectrum of doses coming down to 0.5 milligram as a broad spectrum of dose escalation. Stepping back a little bit, but in a pandemic response, we're moving very urgently. Those things are done to complete our overall clinical development plan. So we feel that both 1-milligram

8

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



and 2-milligram doses are very immunogenic and have shown very strong safety and tolerability, especially when you compare it to already-approved conventional vaccines as well as some of the other reports from other vaccine candidates.

Back to what -- when you would expect the peer review, I'm urgently waiting as much as you guys are. The peer review process is going to take their own time, but we're hoping that it's sooner rather than later. And all of the humoral and cellular immune responses, every detail of safety and tolerability will be outlined in the published paper.

**Stephen Douglas Willey** - *Stifel, Nicolaus & Company, Incorporated, Research Division - Director*

Okay. So I guess, should we expect to have that Phase I publication in hand before the decision is announced or before the initiation of the Phase II/III in September?

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

No. These are 2 parallel events.

**Stephen Douglas Willey** - *Stifel, Nicolaus & Company, Incorporated, Research Division - Director*

Okay. And then just, I guess, on the VGXI ongoing, I guess, litigation or arbitration, whatever you want to call it, does this impact at all the likelihood of starting a Phase II/III in September? And I guess, what are the projected time lines to a resolution here if this does indeed need to be litigated?

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

So I don't want to go too -- we don't want to go too deeply into actual discussion of the litigation because that's an ongoing process, but I can absolutely say that this or any other litigation has any impact on our INO-4800 development plan, including Phase II/III efficacy trials or even the scale-up in 2021 of our goal of reaching 100 million doses. So we feel -- as I mentioned before, we have all the doses and device and arrays manufacturer to support our trials, and our focus is squarely on scaling up for 100 million doses that we feel are needed in 2021.

**Stephen Douglas Willey** - *Stifel, Nicolaus & Company, Incorporated, Research Division - Director*

Okay. And then just lastly -- and I guess it was kind of asked at the outset, but I guess you characterized the initiation of the II/III as kind of being dependent upon receiving FDA concurrence. I guess can you maybe just talk a little bit about what that FDA concurrence looks like? And should we anticipate that a registrational program here looks something like the NIH master protocol?

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. So FDA concurrence just means it's an actual term for FDA approval of any process in process steps. Nothing is actually approved. IND isn't approved. It's concurred or you're allowed to go forward. So it's just a terminology. So we could have easily have used colloquial language of, yes, upon getting FDA okay to move to the next steps.

Without getting into details, our II/III approach is allowing us to quickly go -- get through the Phase II portion and getting to a Phase III efficacy portion as soon as possible. And that -- I think we mentioned in broad brushes previously that it will be a placebo-controlled, randomized, double-blind efficacy trial. So those are -- overall approach will be similar to the other Phase III trials ongoing from other groups.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



AUGUST 10, 2020 / 8:30PM, INO.OQ - Q2 2020 Inovio Pharmaceuticals Inc Earnings Call

**Stephen Douglas Willey** - *Stifel, Nicolaus & Company, Incorporated, Research Division - Director*

And in terms of patient numbers, should we expect to see a patient number based upon this achievement of FDA concurrence that looks like the NIH master protocol?

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. In similar magnitude, we expect -- it really depends on the actual infection rates at that time. Who we target in terms of higher risk profile volunteers would also dictate the overall sizing of the sample size, but it will be in the same order of magnitude.

**Operator**

And our next question will come from Yi Chen with H.C. Wainwright.

**Yi Chen** - *H.C. Wainwright & Co, LLC, Research Division - MD of Equity Research & Senior Healthcare Analyst*

My first question is, do you follow up with the original 38 healthy volunteers in the Phase I trial just to see how long the antibody and T cell responses can last?

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. Currently, as we -- in the protocol, we have designed to follow up, up to 1 year after the second dose. So total follow-up will be up to 13th month of the start of the trial both for safety and the durability of the immune response.

**Yi Chen** - *H.C. Wainwright & Co, LLC, Research Division - MD of Equity Research & Senior Healthcare Analyst*

Got it. And are the Phase I trials in South Korea and China have the same protocol as the U.S. Phase I trial? And can you tell us how many patients will be enrolled in the China Phase I trial?

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. So both South Korea trial and China trial of INO-4800, their Phase I portions are very much similar to our initial 40-person cohort of Phase I studies. So it's similar in design. Where it would differ is the intent and the sizing of the Phase II portions of those trials. So in China, the Phase II trial is estimated to be in several hundred patients -- subjects. In South Korea, we're looking to expand into older population in larger numbers. So there -- we're trying to broaden our database of safety and immunogenicity and overall value to the franchise globally.

**Yi Chen** - *H.C. Wainwright & Co, LLC, Research Division - MD of Equity Research & Senior Healthcare Analyst*

Got it. And I think you previously mentioned that you would enroll health care workers in the Phase III trial of INO-4800. With so many vesting candidates entering Phase III trials in the second half of this year, do you think there's going to be a competition for enrollment of the subjects in pivotal trials for vaccines?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. That's a great question, Yi. Certainly, I think all of these trials that we're talking about are targeted to be done in the U.S. And with the outbreak situation and such heightened concerns by everyone in this country and in the world, I don't think we're going to be practically limited by the volunteers available for the Phase III trials.

Now there are practical limitations. I think the first 6 or 7 vaccines certainly should have no problem enrolling. If you're the 28th vaccine to get into Phase III, you may be hitting some of those marginal availability issues. But I think -- I don't expect any challenges in enrolling because the pandemic is all around us. It's in the news every day and is impacting everyone's life. So I don't think the enthusiasm for volunteering for these trials will subside in any time soon.

---

**Yi Chen** - *H.C. Wainwright & Co, LLC, Research Division - MD of Equity Research & Senior Healthcare Analyst*

Got it. And lastly, could you give us some color on the enrollment status for the REVEAL 2 trial?

---

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. So the pandemic impact was certainly noticed by our REVEAL 2 trials. Just like all -- everyone else's clinical trials globally, when you're locked down at home, it's understandable that you're not going to be able to get to your clinical trial sites and so on. So as -- all of those -- of us in the industry are trying to deal with that. We have a very dedicated team and also our CRO, who are working literally day and night to make sure that we can continue and perhaps get back to the rates and the levels prepandemic. So I don't want to give any quantitative answer here. But what I can surmise here is -- or summarize here is the pandemic is impacting the enrollment rate, but we're working very hard to ameliorate that as well as possible.

---

**Operator**

And our next question will come from Charles Duncan with Cantor Fitzgerald.

---

**Charles Cliff Duncan** - *Cantor Fitzgerald & Co., Research Division - Senior Analyst*

Unfortunately, I stepped on to the call late, so I apologize if some of these questions have been asked. I wanted to, first of all, get an understanding of when would you anticipate some additional data details from the Phase I. And then when you consider the Phase II/III patient cohort, would you include older adults in that study? Or do you have a separate study going on that could read out before then?

---

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes, absolutely. In terms of the Phase I data, we're in the middle of the peer review process at one of the top medical journals. So hopefully, we can expediently get through and present the full publication with all of the detailed safety, immunogenicity and tolerability of our Phase I data from the first 40 subjects.

In terms of the age groups, we really think our vaccine will be quite appropriate for those who are most at risk from COVID-19 disease. So these are older population. These are folks with comorbidities that may put them at more risk. So in terms of older population, we have already expanded our Phase I studies to include them all the way up to 65-plus, and we're hoping to have those data in the next 1 to 2 months. As for phase -- which isn't predicated on our Phase II/III. Phase II/III will include all age groups, including 18 to 50, which was an original cohort, and 51-plus as well.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



AUGUST 10, 2020 / 8:30PM, INO.OQ - Q2 2020 Inovio Pharmaceuticals Inc Earnings Call

**Charles Cliff Duncan** - *Cantor Fitzgerald & Co., Research Division - Senior Analyst*

Okay. That's fabulous. And when you consider longer-term safety of any of these COVID vaccines, I guess, I'm wondering, when do you think it's best to evaluate that? I know I'm asking you to speculate here, but what would you look for out of longer-term safety? And how will you gain comfort with that for broader licensure and access?

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. So if you look at some of the Phase III trials that's already ongoing, Moderna's case, they have 2-year evaluation period for their Phase III. I think the safety -- long-term safety could be 1 to 2 years in terms of what is the vaccine-generated immune response, what is the impact on preventing infection or preventing disease or impacting the severity of disease, which are really the primary and secondary efficacy end points. But having a long-term safety that can be followed is also quite valuable.

From early clinical trials, Phase I, Phase IIa studies, what you focus mostly on are the tolerability, acute reactogenicity grades 1, 2, 3 and so on. So what I can touch on here, which is really exciting, is INO-4800 had, as Kate mentioned, only 6 related AEs, and they were all grade 1 in severity. So this compares extremely well to conventional vaccines that's already on the market, but clearly, side-by-side with some of the other candidates that are in Phase II and Phase III levels against COVID-19.

So if I can stress on what is unique about INO-4800 and really, by inference, what is unique about Inovio's DNA medicines platform is, number one, we can generate both balanced neutralizing antibodies as well as T cell immune responses; number two -- which we saw all participants in Phase I either having both humoral and/or T cell responses, which is exciting; two, and particularly, it's very important that we generate these T cell immune responses, which we're learning more and more every day to be very important against SARS-CoV-2 and COVID-19 disease; and number three, safety and tolerability profile, we think we are second to none; and number four, as Kate alluded to, we think we can boost with INO-4800 for many years if it came to that. If COVID-19 became a seasonal vaccine-addressable disease, we think Inovio's vaccine positions us very well due to any lack of anti-vector responses and other toxicity limitations from our platform; and number five, and a lot of folks lose sight of this, but our DNA vaccine is extremely stable. Our long-term product storage is at normal refrigeration up to 5 years. We can keep our vaccine at room temperature for over a year, which is a stark advantage compared to some of the other vaccines, where the cold chain needs to be maintained in a very difficult and arduous fashion. So for these 5 reasons, we think we have a very unique, safe and hopefully efficacious vaccine. And these attributes will become even more important, we think, in groups like seniors, who may not be able to withstand some of the reactogenicity and acute tolerability issues that some of these other vaccine candidates have shown in their early trials.

**Charles Cliff Duncan** - *Cantor Fitzgerald & Co., Research Division - Senior Analyst*

Joe, your answer just addressed many of the other questions that I had. I just had 2 more, and I'll throw them into one so you can address those, and that is really related to capacity and its capacity not only to conduct a Phase II/III. And I think you're probably still talking about a 20,000-, 30,000-patient study on the upper end, but I'm wondering if you could provide some color on that.

And then with regard to capacity -- the other capacity, and that is manufacturing, some folks have wondered about logistics and manufacturing capacity that you may or may not have, and I'm wondering how you solve for that problem and fund it.

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Let me touch on the first, and I'll refer the manufacturing response to Dr. Jacqui Shea. In terms of our Phase I -- Phase II/III clinical trials material, we already have all of the vaccine doses and devices required for that trial. What we're working on is lining up the external funding to support that, and we expect the funding information to be presented around the same time that we get the FDA concurrence to move to our Phase II/III trials. So -- and as far as the manufacturing, we've made huge progress in the past quarter really setting up a manufacturing consortium globally. But let me turn to Dr. Shea for addressing this in detail.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Jacqueline E. Shea** - *Inovio Pharmaceuticals, Inc. - COO*

Thank you, Joseph. So to break up your question into a couple of parts, so first of all, we already have the doses manufactured that we need for our ongoing clinical studies, including the phase -- the upcoming Phase II/III. And in terms of longer-term supply and being able to build to the hundreds of millions of doses that we would need, we recognize that very early on. As early as January, we recognized that we would have to approach manufacturing in a very novel and very different way. And the same way that other companies have reached out and established manufacturing consortia for their vaccines, we've also taken the same approach with INO-4800. So some of those manufacturing partnerships we've talked about, so Richter-Helm and Ology. And over the next couple of months, we'll be announcing further manufacturing partnerships. And these are partnerships based in the U.S. and Europe, and we're also now exploring partnerships beyond the U.S. and Europe.

**Operator**

And our next question will come from Aydin Huseynov with The Benchmark Company.

**Aydin Huseynov** - *The Benchmark Company, LLC, Research Division - Senior Equity Analyst for Biotechnology*

Congratulations with the progress this quarter. So the first question I have is about the potential anticipated pricing assumptions given 1 million this year, 100 million next year and how close that would be to something that was already announced by the competition.

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Well, I'm going to also turn this question -- this is a very important question. And pricing at mass, large-scale, commercial scale is something that is very important to the world, but also important to Inovio. So I'm going to turn over to Jacqui in this regard as well.

**Jacqueline E. Shea** - *Inovio Pharmaceuticals, Inc. - COO*

Thank you, Joseph. I think what I can say about pricing at this stage is that these vaccines need to be affordable and accessible, and we're confident at the scale that we're trying to produce that, that we will be in a similar ballpark to many of the other leading vaccines. But I'm afraid at this stage, that's all I can say.

**Aydin Huseynov** - *The Benchmark Company, LLC, Research Division - Senior Equity Analyst for Biotechnology*

Great. I appreciate that. Another question I have is that you mentioned in the press release 100% demonstrated overall immune responses, 95% seroconverted. 90% had T cell responses, including CD8+. Could you give us a breakdown of percentage of patients who showed CD8+ responses and how important, in your opinion, are those responses for this vaccine?

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. A great question. I think the true granular detail, you may have to wait for the actual publication post peer review. But what I can tell you is CD8 T cells are important overall classically as an antiviral response, but specifically also against SARS-CoV-2. We, as the field, are learning that there's a couple of ways that the body's immune system is responding to an actual SARS-CoV-2 infection. One is through neutralizing antibodies that takes out the virus and limiting the infections and the spread. The other is once the virus is already in the cell, there's only one way to extricate them, and those are predominantly through killer CD8 T cell response or some aspects of Th1 type of CD4 response. But -- so in our publication, we have measured in our Phase I subjects in terms of the T cells both the CD8 and CD4 T cell responses. And not surprisingly, we were able to observe strong levels of CD8 T cell response, along with CD4. So these are similar to what we have published in our vaccine against Ebola and MERS and HIV previously.

13

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



So that part wasn't surprising. I think what we were gratified and satisfied with was the level and the fact that we can see it in this COVID-19 setting. So it's very consistent to what we have seen in our previous vaccine trial so it really goes to the powerful consistencies that we are having across our pipeline efforts.

---

**Aydin Huseynov** - *The Benchmark Company, LLC, Research Division - Senior Equity Analyst for Biotechnology*

I appreciate the responses. And another question I got is, so how should we think about annual production of INO-4800 post-2021? I know it's a little bit early, but from a demand and capacity standpoint. And in general, do you think it would be annual kind of repetitive revenue just like production of flu vaccines?

---

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. I think so. At least in the first several years, I do think this is -- it's going to require -- let me put it this way. All of the early manufacturers who get their vaccines approved, I think we will collectively sell everything that we manufacture globally. And then depending on the durability of the vaccine protective response, most KOLs are saying that it's most likely that vaccine durability is not going to be multiyears long. It would likely mirror the natural infection's immune response, which, in many cases, are only several months. When it comes to antibodies, the T cell responses could be more durable. So I think that's where Inovio's vaccine could have some immunologic advantage.

But also, Kate mentioned -- touched on this earlier. We can boost our vaccine almost infinitely. In our cancer therapies and vaccine studies, our patients receive up to a dozen or more doses without any safety or tolerability issues or without any anti-vector response, and this isn't something that you can say that with other platforms that are going after COVID-19.

In terms of overall production, it's -- we're -- our immediate goal for 2021 is 100 million doses. As soon as we achieve that consortium manufacturing capacity, then we'll go up to 200 million doses and so on. So our current projection is because of our attributes of INO-4800 that I had described earlier, we think we could pretty much sell and supply as many doses as we can manufacture. So our focus, where Jacqui's teams are truly focused on, is how do we get to those hundreds of millions of dose levels, both in plasmid manufacturing and device and array manufacturing. And I'm really excited to tell the Street that we're making great progress, and we should be able to fulfill our goal for 2021 and beyond.

---

**Aydin Huseynov** - *The Benchmark Company, LLC, Research Division - Senior Equity Analyst for Biotechnology*

And the last question is, if we assume that you're going to start the trial in September, so when do you expect INO-4800 to be approved via probably Emergency Use Authorization? What's the earliest that you would think of in terms of approval?

---

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. We think sometime in '21. The Phase III portion, we will likely build in interim looks. So -- but also, it really depends on the infection rates at the time of our Phase III recruitment. The -- so all of these things will come into play. But if we sort of transpose what's going on today, where there are quite a bit of infections across the country, if we think this is going to sustain over some time, we think the Emergency Use Authorization through early efficacy look, along with immune responses, hopefully have -- having some correlates of -- that can be generated, immunological correlates, we think 2021 sometime is a logical projection for an EUA approval. Actual BLA could take years or beyond that due to the follow-up in safety and all of those things that we touched on earlier.

---

**Operator**

(Operator Instructions) And our next question will come from Naureen Quibria with Maxim Group.

---

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Naureen Quibria** - *Maxim Group LLC, Research Division - Senior Equity Research Associate*

Congrats on the progress. And I guess most of my questions have been asked, but I just wanted a clarification, and you've actually touched on this, and that's your thoughts around neutralizing antibodies and T cell responses with regard to INO-4800. In one of your former press releases, you kind of -- there was citation of a publication on convalescent data that indicates reduced or low antibody titer. So I was just wondering if you're putting more weight on T cell responses versus the other. Or what are your thoughts on it?

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. Thank you, Naureen. The continuing reports from the field from specialists studying the convalescent subjects tells us that it's -- T cells are playing a major factor in limiting the severity of natural infection in these persons. And the T cells -- the naive person should not have any T cells pre-existing in their body. So there was a very important cell paper that came out from the Rockefeller Group and others continually supporting, and there was a publication from China and Europe with similar sets of data showing that. And when you look at USS Roosevelt, where hundreds of sailors were infected, many of them were not positive by antibodies, but by PCR. So how can they fight it off? How can the asymptomatic persons fight off the infection? And there's a lot of suggestion from these studies that says T cells -- cross-reactive T cells, as Kate stated in the part of the prepared remarks, are likely the causes. And our thoughts are -- we -- it's hard to dispute the importance of neutralizing antibodies, but they don't last for a long time.

So we've always maintained that having a balanced vaccine-generated immune responses, both in neutralizing antibodies as well as CD8 and CD4 T cell responses, gives us the best one-two punch to deal with potential infection and COVID-19 disease. And I think the data thus far from our studies as well as the convalescent data coming from the field supports this thesis.

**Naureen Quibria** - *Maxim Group LLC, Research Division - Senior Equity Research Associate*

Got it. And then just one quick one. You're also participating in the nonhuman primate study for Operation Warp Speed. Has there been any guidance to when that data will become available?

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

When the -- we know the schedules of our nonhuman primate studies. Whether this will all be presented together under the auspices of the OWS or not, that's something that we'll be discussing with OWS. But it should be in the next few months.

**Naureen Quibria** - *Maxim Group LLC, Research Division - Senior Equity Research Associate*

Okay. And then you have -- obviously, INO-4800 has sort of taken center stage and you've got VGX-3100, but are you deprioritizing any other programs because of that?

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

No. No. And so the investor sentiments, at least the -- in terms of questions and focus, has been around 4800. And naturally, that's understandable. And we are, as a company, expanding extreme focus and resources on that. But as I touched on in my part of the discussions this call, VGX-3100, our pivotal top line efficacy data, our first Phase III data is coming. It's around the corner, and I'm very excited about that. INO-5401, any other year in the absence of COVID-19 pandemic, we will be talking about how amazing the OS12 data was at ASCO. So 85% survival at 12 months compared to mid-60% for standard of care. And with OS18, again around the corner, in November at a cancer conference to be presented is very exciting, and it's a pretty well-sized study in 52 patients. So we're very excited about that.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



And I'll be remiss not talking about the -- our orphan designated INO-3107. Again, we think this is a high value to the patients, potentially high value to our shareholders as a first nonsurgical therapy if we're successful in getting it to the commercial arena for this horrible disease, where patients, both kids and adults, who are -- who have to undergo multiple surgeries a year really designing and scheduling their lives around these procedures, is something that I'm very excited that Inovio is leading the way to provide novel therapies in this regard.

I mean just look at these nonsurgical -- first nonsurgical immunotherapies for cervical dysplasia; anal and vulvar dysplasia, which are horrible diseases on their own; a novel immunotherapy treatment for arguably the toughest cancer to survive from in GBM; and then horrible diseases like RRP. I think Inovio is doing what I have always said and what we have always focused on, which is we have this urgency to bring these products to patients who need them. And I categorically -- uncategorically say we haven't actually slowed any of those down. Rather, we have focused and invested heavily into our COVID-19 vaccine. So we're very excited in all of these aspects of what Inovio is doing, and that's what we're about. We're bringing in new therapies, where there weren't truly true practical solutions for RRP, GBM and VGX-3100 indications. And then on top of that, we're able to surge amazingly to tackle the pandemic of the century.

So just like you guys probably are, I would like us to be advancing faster than we are, although we have our team working day at night literally to achieve these things. But I think 2020 is going to be a transformative year, and I said that at the beginning of this year. I still maintain and I would double that down to claim that. By end of this year, we would look back and how important that Inovio's role was in dealing with not just with this pandemic, but all of the other pipeline diseases that we're trying to provide new medicines for.

**Operator**

And our next question will come from Chris Raymond with Piper Sandler.

**Christopher Joseph Raymond** - *Piper Sandler & Co., Research Division - MD & Senior Research Analyst*

So I just want to make sure I understand the math. Back on, I guess it was the 30th of June, you guys in that Phase I cohort noted 34 of 36 participants had demonstrated overall immunological responses. And I think I heard you say it's now 38 of 38. So I guess the question, I just wanted to make sure I understand what's going on with the patient numbers. Did you enroll more patients? Because I think there were a couple of patients, as I remember, that dropped out because they were COVID positive. Just help us understand the bridge from the dataset from the 30 to now, please.

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Yes. Thanks for that question. And certainly, this requires some clarification. No, we haven't added any more subjects to the dataset, but we have the luxury of having additional time to rerun those samples and where samples aren't unavailable, finding the next time point. So looking at holistically both in week 6 and week 8, we're able to make those response judgments a little more wisely.

Now of the 40, one person did drop out. Totally unrelated to the vaccination or the trial. She just can -- he/she can't find the transportation to the sites. So that's one person. And one person did confirm consistently to have, at a baseline, antibody responses to nuclear protein and other viral proteins, indicating that he/she was previously exposed to SARS-CoV-2. All the other 38 people, we were able to evaluate their immune responses. So where we have positioned preliminary immune response on June 30, we have a lot more data to be more confirmatory in all 38 subjects who are available for evaluating in this first 2-cohort study.

**Christopher Joseph Raymond** - *Piper Sandler & Co., Research Division - MD & Senior Research Analyst*

So -- I'm sorry. So were those COVID positive patients included?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

No. One person was confirmed and so we did not include that person into the evaluation because they had very high baseline immune responses at entry. So one person dropped for unrelated reason, one person was COVID positive. So that's 38.

---

**Christopher Joseph Raymond** - *Piper Sandler & Co., Research Division - MD & Senior Research Analyst*

Oh, I'm sorry, your press release on the 30th talked -- I think you talked to 3 patients being excluded due to prior COVID infection.

---

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

So -- right. So 2 persons who were suspected ended up not being confirmed. So again, that's why we say preliminary analysis on those things.

---

**Operator**

And this will conclude our question-and-answer session. I'd like to turn the conference back over to Joseph Kim for any closing remarks.

---

**J. Joseph Kim** - *Inovio Pharmaceuticals, Inc. - CEO, President & Director*

Great. Thank you very much. We look forward to staying in touch, obviously, and sharing more updates on our COVID-19 studies as well as all of the other important milestones, including REVEAL 1 and GBM OS18 data. So please stay tuned. Have a great night, and stay safe. Thank you very much.

---

**Operator**

The conference has now concluded. Thank you for attending today's presentation. You may now disconnect your lines at this time.

---

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2020, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

