# EXHIBIT V



**ROTH** Capital Partners

**Jonathan Aschoff, Ph.D.**, (646) 616-2795
jaschoff@roth.com

**Sales** (800) 933-6830, **Trading** (800) 933-6820

**COMPANY NOTE  |  EQUITY RESEARCH  |  August 11, 2020**

## Healthcare: Biotechnology

# Inovio Pharmaceuticals  | INO - $18.99 - NASDAQ  | *Sell*

**Company Update**

Estimates Changed

| Stock Data | |
|---|---|
| 52-Week Low - High | $1.92 - $33.79 |
| Shares Out. (mil) | 167.52 |
| Mkt. Cap.(mil) | $3,181.21 |
| 3-Mo. Avg. Vol. | 35,219,552 |
| 12-Mo.Price Target | $11.00 |
| Cash (mil) | $371.7 |
| Tot. Debt (mil) | $79.5 |

**EPS $**

| Yr Dec | —2019— | —2020E— | | —2021E— | |
|---|---|---|---|---|---|
| | | Curr | Prev | Curr | Prev |
| 1Q | (0.30)A | (0.26)A | (0.26)A | - | - |
| 2Q | (0.30)A | (0.83)A | (0.18)E | - | - |
| 3Q | (0.24)A | (0.21)E | (0.18)E | - | - |
| 4Q | (0.23)A | (0.21)E | (0.18)E | - | - |
| YEAR | (1.21)A | (1.51)E | (0.78)E | (0.77)E | (0.68)E |

*Quarters may not add due to rounding*

**Revenue ($ millions)**

| Yr Dec | —2019— | —2020E— | | —2021E— | |
|---|---|---|---|---|---|
| | | Curr | Prev | Curr | Prev |
| 1Q | 2.8A | 1.3A | 1.3A | - | - |
| 2Q | 0.1A | 0.3A | 1.4E | - | - |
| 3Q | 0.9A | 0.6E | 1.4E | - | - |
| 4Q | 0.3A | 0.6E | 1.4E | - | - |
| YEAR | 4.1A | 2.8E | 5.5E | 2.8E | 5.6E |



**INO One-Year Price and Volume History**

## INO 2Q20: Years of Cash, Not Expecting INO-4800 to Pan Out Against Competition

INO ended 2Q20 with $372 million in cash, enough to fund operations for at least three years, in our view. Our problem with the current valuation is that we do not expect INO-4800 to be a contender among all the SARS-CoV-2 vaccine candidates in clinical development. We also note that the Phase 3 REVEAL 2 trial is enrolling too slowly for INO to guide on timing, which should mute the impact of any Phase 3 REVEAL 1 success in 4Q20.

- **INO-4800.** INO intends to begin its Phase 2/3 INO-4800 trial by the end of 3Q20 with external funding, and the company intends to ramp manufacture of plasmids and CELLECTRA 3PSP electroporation devices, maintaining its goal of 1 million doses by YE20 and 100 million doses, as well as INO-4800 emergency use approval, by YE21. Given the position of its manufacturing partners that this level of manufacturing cannot be attained, and their reluctance to give their technology to other manufacturing companies to assist, we do not believe management's production forecasts. We also do not believe that a vaccine requiring electroporating devices is commercially competitive against vaccines that do not, regardless of INO's ability to make highly stable vaccine material. Furthermore, we do not at all believe that the medical community will embrace a vaccine born of a never before commercialized technology when the development of vaccines for SARS-CoV-2 is already being conducted at breakneck speed, by contrast to the years it typically takes to develop a safe and effective vaccine for anything. We believe that some of INO's competitors can easily make the case that at least their vaccine is at least based upon technology used for decades and not an added risk due to its composition. In our view, there are simply too many competitors in this arena, with better trusted technology, and far greater capital resources and manufacturing capacity, We view INO share price as being overdependent upon INO-4800, and we view the differential in outside funding to INO versus its closest competition as a harbinger of things to come. INO's technology has been used numerous times in the past to generate vaccines against pathogens du jour, all without ever progressing meaningfully towards commercialization thereafter. In our view, the magnitude of the global threat from SARS-CoV-2 has far more to do with INO's spike in market value than the company's ultimate likelihood of being a real player in this setting.

- **Balance sheet.** INO ended 2Q20 with $372 million in cash, enough to fund operations well into 2023, as per our projections, since we do not believe that the company will successfully commercialize INO-4800. INO ended 2Q20 with about $80 million in debt, but all $15 million in convertible bonds issued in August 2019 were converted into 3.75 million common shares ($4/share) in 3Q20.

**Important Disclosures & Regulation AC Certification(s) are located on page 4 to 5 of this report.**

*Roth Capital Partners, LLC | 888 San Clemente Drive | Newport Beach CA 92660 | 949 720 5700 | Member FINRA/SIPC*

## VALUATION

Our 12-month price target of $11, is based on a DCF analysis using a 15% discount rate that is applied to all cash flows and the terminal value, which is based on a 5x multiple of our projected 2030 operating income of $705 million. We arrive at this valuation by only projecting future revenue from VGX-3100 in CIN2/3, INO-3107 in RRP, and INO-5401 in GBM. Commercial success outside of these three programs would serve as upside to our valuation. We believe that INO, especially with its HPV-associated cancer pipeline, has prudently selected areas of oncology that combine unmet need, and therefore ultimately market demand, with a high likelihood of clinical success.

Factors that could cause shares of INO to deviate from our price target include VGX-3100 failing to generate statistically significant Phase 3 results in 4Q20, as this will be a significant binary event for INO. Also, the FDA could fail to approve VGX-3100, even if both Phase 3 REVEAL trials are statistical successes, due to the agency viewing the results as not clinically meaningful. Also, clinical failures with VGX-3100 in other HPV-associated cancers, as well as clinical failure with INO-3107 in RRP, INO-5401 in GBM, MEDI0457 in HPV-related cancers, and INO-5151 in prostate cancer, could impede achieving our price target. Loss of key management personnel could also impede achieving our price target. Factors that could impede our price target include successful commercialization of vaccine INO-4800 and INO exceeding our projected future revenues from VGX-3100, INO-3107, and INO-5401.

## RISKS

- Clinical risk. Inovio's clinical staged products could fail to deliver statistically significant results in late-stage clinical trials, substantially reducing the value of Inovio's product candidates and therefore our target price.
- Regulatory risk. Even if successful in the clinic, Inovio's products could fail to be approved by domestic and/ or foreign regulatory bodies, which would reduce Inovio's value and therefore our target price.
- Financing risk. Inovio will need additional capital to fund its operations, and such financing may not occur or it could be substantially dilutive to existing investors.
- Competitive risk. For any future approved Inovio products, they may not be well adopted in a competitive marketplace, which would adversely affect Inovio's value and therefore our target price.
- High stock price volatility. This issue is common among small-cap biotechnology companies with relatively low trading volumes.

## COMPANY DESCRIPTION

Inovio is an innovative biotechnology company focused on the discovery, development, and commercialization of its synthetic DNA technology targeted against cancers and infectious diseases. Inovio's proprietary technology platform applies antigen sequencing and delivery to enable in vivo protein expression, which can activate potent immune responses to targeted diseases. The technology has been demonstrated to consistently activate robust and fully functional T cell and antibody responses against targeted cancers and pathogens. Inovio's most advanced clinical program, VGX-3100, is in Phase 3 development for the treatment of HPV-related cervical pre-cancer. Also in development are Phase 2 immuno-oncology programs targeting HPV-related cancers and GBM, as well as externally funded platform development programs in Zika, MERS, Lassa, and HIV. Partners and collaborators include ApolloBio Corporation, AstraZeneca, The Bill & Melinda Gates Foundation, Coalition for Epidemic Preparedness Innovations (CEPI), Defense Advanced Research Projects Agency, GeneOne Life Science, HIV Vaccines Trial Network, Medical CBRN Defense Consortium (MCDC), National Cancer Institute, National Institutes of Health, National Institute of Allergy and Infectious Diseases, Regeneron, Roche/Genentech, University of Pennsylvania, Walter Reed Army Institute of Research, and The Wistar Institute.

**INOVIO PHARMACEUTICALS**                                                                                    **Company Note - August 11, 2020**

| Inovio Pharmaceuticals, Inc. | | | | | | | | | | | | | Jonathan Aschoff, Ph.D. (646) 616-2795 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | | | | | | | jaschoff@roth.com | |
| Fiscal Year ends December | | | | | | | | | | | | | | |
| (in $000, except per share items) | | | | | | | | | | | | | | |
|  | 2016A | 2017A | 2018A | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 2019A | 1Q20A | 2Q20A | 3Q20E | 4Q20E | 2020E | 2021E |
| U.S. product sales | | | | | | | | | | | | | | |
| Collaboration revenue | 7,891 | 29,173 | 30,310 | 2,827 | 136 | 670 | 4 | 3,637 | 1,244 | 169 | 500 | 500 | 2,413 | 2,437 |
| Other income | 27,477 | 13,047 | 172 | 4 | | 196 | 275 | 475 | 84 | 98 | 100 | 100 | 382 | 382 |
| **Total Revenue** | **35,368** | **42,220** | **30,482** | **2,830** | **136** | **867** | **279** | **4,112** | **1,327** | **267** | **600** | **600** | **2,794** | **2,819** |
| Cost of revenue | | | | | | | | | | | | | | |
| **Gross Profit** | **35,368** | **42,220** | **30,482** | **2,830** | **136** | **867** | **279** | **4,112** | **1,327** | **267** | **600** | **600** | **2,794** | **2,819** |
| R&D | 88,712 | 98,573 | 95,258 | 24,390 | 22,486 | 19,137 | 22,004 | 88,017 | 19,111 | 22,377 | 22,824 | 23,281 | 87,593 | 89,344 |
| SG&A | 23,892 | 28,290 | 29,315 | 6,975 | 5,850 | 5,681 | 8,697 | 27,203 | 7,448 | 11,072 | 11,293 | 11,519 | 41,332 | 42,158 |
| Gain on sale of assets | (1,000) | (1,000) | | | | | | | | | | | | |
| **Total Operating Expenses** | **111,604** | **125,863** | **124,573** | **31,365** | **28,336** | **24,818** | **30,701** | **115,220** | **26,560** | **33,448** | **34,117** | **34,799** | **128,924** | **131,503** |
| **Operating income** | **(76,236)** | **(83,643)** | **(94,091)** | **(28,535)** | **(28,200)** | **(23,951)** | **(30,422)** | **(111,109)** | **(25,232)** | **(33,181)** | **(33,517)** | **(34,199)** | **(126,130)** | **(128,684)** |
| Interest income (expense) & other | 1,257 | 1,612 | 921 | (67) | (1,312) | (1,651) | (2,314) | (5,343) | (7,268) | (2,364) | (2,364) | (2,364) | (14,360) | (10,052) |
| Change in fair value of warrants | 128 | 807 | 361 | | | 2,551 | (4,315) | (1,764) | (13,222) | (97,755) | | | (110,977) | |
| Gain (loss) on investment | 1,111 | (6,983) | (1,989) | (681) | 19 | (486) | (253) | (1,401) | 13,182 | 4,597 | | | 17,778 | |
| **Total other income** | **2,496** | **(4,564)** | **(707)** | **(748)** | **(1,293)** | **415** | **(6,882)** | **(8,508)** | **(7,309)** | **(95,522)** | **(2,364)** | **(2,364)** | **(107,558)** | **(10,052)** |
| **Net income (pretax)** | **(73,741)** | **(88,207)** | **(94,798)** | **(29,282)** | **(29,493)** | **(23,536)** | **(37,304)** | **(119,616)** | **(32,541)** | **(128,703)** | **(35,881)** | **(36,563)** | **(233,688)** | **(138,736)** |
| Income tax expense (benefit) | - | - | 2,170 | (63) | (107) | | (88) | (257) | | | | | | |
| **Net income** | **(73,741)** | **(88,207)** | **(96,968)** | **(29,220)** | **(29,386)** | **(23,536)** | **(37,217)** | **(119,359)** | **(32,541)** | **(128,703)** | **(35,881)** | **(36,563)** | **(233,688)** | **(138,736)** |
| **EPS basic** | **(1.01)** | **(1.08)** | **(1.05)** | **(0.30)** | **(0.30)** | **(0.24)** | **(0.37)** | **(1.21)** | **(0.26)** | **(0.83)** | **(0.21)** | **(0.21)** | **(1.51)** | **(0.77)** |
| **EPS diluted** | **(1.01)** | **(1.09)** | **(1.05)** | **(0.30)** | **(0.30)** | **(0.23)** | **(0.37)** | **(1.21)** | **(0.26)** | **(0.83)** | **(0.21)** | **(0.21)** | **(1.51)** | **(0.77)** |
| Basic shares outstanding | 73,215 | 81,778 | 92,540 | 97,495 | 98,084 | 99,008 | 100,286 | 98,718 | 124,623 | 155,807 | 169,830 | 170,679 | 155,235 | 179,213 |
| Diluted shares outstanding | 73,215 | 81,018 | 92,540 | 97,495 | 98,084 | 102,807 | 100,286 | 98,718 | 124,623 | 155,807 | 169,830 | 170,679 | 155,235 | 179,213 |
| *Source: SEC filings, company press releases, and ROTH Capital Partners* | | | | | | | | | | | | | | |

**INOVIO PHARMACEUTICALS**

Regulation Analyst Certification ("Reg AC"): The research analyst primarily responsible for the content of this report certifies the following under Reg AC: I hereby certify that all views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

## Disclosures:

ROTH makes a market in shares of Inovio Pharmaceuticals and as such, buys and sells from customers on a principal basis.



Each box on the Rating and Price Target History chart above represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first note written during the past three years. **Distribution Ratings/IB Services** shows the number of companies in each rating category from which Roth or an affiliate received compensation for investment banking services in the past 12 month.

**Distribution of IB Services Firmwide**

| Rating | Count | Percent | IB Serv./Past 12 Mos. as of 08/11/20 Count | Percent |
|---|---|---|---|---|
| Buy [B] | 273 | 76.04 | 147 | 53.85 |
| Neutral [N] | 53 | 14.76 | 21 | 39.62 |
| Sell [S] | 3 | 0.84 | 2 | 66.67 |
| Under Review [UR] | 30 | 8.36 | 20 | 66.67 |

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a stock and its implied price movement may not correspond to the stated 12-month price target.

Ratings System Definitions - ROTH employs a rating system based on the following:

**Buy:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return of at least 10% over the next 12 months.

**Neutral:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation of a total return between negative 10% and 10% over the next 12 months.

**Sell:** A rating, which at the time it is instituted and or reiterated, that indicates an expectation that the price will depreciate by more than 10% over the next 12 months.

**Under Review [UR]:** A rating, which at the time it is instituted and or reiterated, indicates the temporary removal of the prior rating, price target and estimates for the security. Prior rating, price target and estimates should no longer be relied upon for UR-rated securities.

**Not Covered [NC]:** ROTH does not publish research or have an opinion about this security.

ROTH Capital Partners, LLC expects to receive or intends to seek compensation for investment banking or other business relationships with the covered companies mentioned in this report in the next three months. The material, information and facts discussed in this report other than the information regarding ROTH Capital Partners, LLC and its affiliates, are from

**INOVIO PHARMACEUTICALS**                                    **Company Note - August 11, 2020**

sources believed to be reliable, but are in no way guaranteed to be complete or accurate. This report should not be used as a complete analysis of the company, industry or security discussed in the report. Additional information is available upon request. This is not, however, an offer or solicitation of the securities discussed. Any opinions or estimates in this report are subject to change without notice. An investment in the stock may involve risks and uncertainties that could cause actual results to differ materially from the forward-looking statements. Additionally, an investment in the stock may involve a high degree of risk and may not be suitable for all investors. No part of this report may be reproduced in any form without the express written permission of ROTH. Copyright 2020. Member: FINRA/SIPC.