# EXHIBIT W

**CANTOR Fitzgerald** ®

Biotechnology

# Inovio Pharmaceuticals, Inc. (INO)

**EQUITY RESEARCH**
August 11, 2020

**Price: $18.99**
**Price Target: $31.00** (From $45.00)

**Rating: Overweight**

## Key Statistics:

| | |
|---|---|
| Symbol | NYSE: INO |
| 52-Week Range | $1.92 - $33.79 |
| Market Cap (M) | 3,181.2 |
| ADV (3 mo) | 35,219,552 |
| Shares Out (M) | 167.5 |
| Cash (M) | $372.0 |

## Research Analysts:

**Charles C. Duncan, Ph.D.**
212-915-1236
Charles.Duncan@cantor.com

**Pete Stavropoulos, Ph.D.**
212-915-1966
Pete.Stavropoulos@cantor.com

### REV ($M)

| FYE (Dec) | 2019A | 2020E | 2021E |
|---|---|---|---|
| 1Q | $2.8 | $1.3A | - |
| 2Q | $0.1 | $0.3A | - |
| Prev | - | $2.5E | - |
| 3Q | $0.9 | $2.5E | - |
| 4Q | $0.3 | $2.5E | - |
| Year | $4.1 | $6.6E | $1,210.0 |
| Prev | - | $8.8E | $1,010.0 |

### EPS

| FYE (Dec) | 2019A | 2020E | 2021E |
|---|---|---|---|
| 1Q | $(0.30) | $(0.26)A | - |
| 2Q | $(0.30) | $(0.83)A | - |
| Prev | - | $(0.16)E | - |
| 3Q | $(0.23) | $(0.26)E | - |
| Prev | - | $(0.22)E | - |
| 4Q | $(0.38) | $(0.36)E | - |
| Prev | - | $(0.31)E | - |
| Year | $(1.21) | $(1.71)E | $3.41 |
| Prev | - | $(0.94)E | $2.86 |

## Company Update

## 2Q20: Cash and COVID Vaccine Progress but Timeline Visibility More Opaque

**Investment Summary.** We reiterate our Overweight rating and are reducing our PT to $31 from $45 on INO shares. Our price target reduction results from our reduced visibility on clinical trial execution, and only a cautious optimism in manufacturing capacity, given management commentary on the 2Q20 call. Although we are encouraged by Inovio's planned P3 in "at-risk" volunteers with an assumed higher "case rate" and therefore potentially more capital-efficient plan, we believe there may be greater execution risk and mounting competition for clinical trial resources and in-market demand, given recent progress by other vaccine innovators. As a result, we have adopted a more conservative posture and thus reduced the number of COVID-19 doses sold in years 2022-2026.

On 8/10, AMC, Inovio reported its 2Q20 financial performance, ending the period with cash of ~$372M, which include net proceeds of ~$122M resulting from a controlled equity distribution that clearly emboldening the balance sheet. Our model projects sufficient funding into 2023 with a bevy of pipeline milestones. These include initiation and readout of the P3 efficacy study of its SARS-COV-2 candidate INO-4800, two key data readouts from P3 REVEAL-1 and -2 clinical studies (VGX-3100, cervical dysplasia), 18-month OS data for INO-5401/INO-9012/ checkpoint inhibitor in GBM, and data from the P2 study of MEDI-0457 in combination with durvalumab for metastatic HPV-related squamous cell carcinoma of the head and neck (SCCHN).

**For COVID-19, if you build it, they may come.** In our view, Inovio's potentially broadly applicable HPV-focused therapeutics platform remains underappreciated, as we believe emerging product candidates target indications with large patient populations, as well as high-burden rare indications that have significant unmet need and could command orphan pricing. However, our recent focus has been on the company's efforts to develop its SARS-COV-2 vaccine, INO-4800.

Inovio recently announced positive interim immunogenicity data from its P1 study (note here), that has been submitted for publication in a peer-review medical journal. Key is that 94% of subjects demonstrated an overall immunological response, a responder rate that exceeded our expectations, comprised of antibody responses, including a neutralizing antibodies and cell mediated responses. In our view, a 94% responder rate and qualitative characterization of the composition of the immune responses observed in this P1 study warrant movement of '4800 into a P2/3 efficacy study, which we anticipate will commence pt enrollment this summer/early fall. This study may target healthcare workers, first responders, and persons in other occupations that place the individual at higher risk of COVID-19 infection. The size and speed of the study will depend on several factors, with the key driver being the viral attack rate. Additional assumptions driving the size are the assumed efficacy of the vaccine and the statistical powering of the study. That said, notably, Inovio also expanded the ongoing P1 to include an older population of >51 years of age, as well as a dose-sparing group (0.5mg dose). We believe the infectious disease side of Inovio may become predominately, if not in total, funded by "non-dilutive" sources, including private organizations and government agencies, prior to P3 start and after publication of P1 data in a peer-reviewed, prestigious journal, perhaps in the next ~6 weeks.

**Don't forget upcoming P3 data for VGX-3100 in cervical dysplasia in 4Q20.** Recall that VGX-3100 is in two P3 studies, REVEAL-1/-2, for cervical dysplasia. REVEAL-1 (n=198) is

**The Disclosure Section may be found on pages 5 - 6.**

August 11, 2020



completely enrolled with top-line data anticipated in 4Q20, whereas REVEAL-2 (n=198) began recruitment in March 2019, and recently expanded sites in the US and globally in order to remain on track, although it has experienced some delays due to the global pandemic. The REVEAL-1/-2 study designs are based on an informative P2b and have a primary efficacy endpoint that was met in the P2b in a statistically significant manner, which underscores our belief in a positive read and increases the PoS, in our view.

**Data reads from the immuno-oncology front yet in 2H20.** Recall that Inovio presented provocative positive, though early, interim data for the P1/2 study of INO-5401/INO-9012/ checkpoint inhibitor (Libtayo) combo in glioblastoma at ASCO'20. Albeit from a small sample, we believe the study results are encouraging with 12-mo overall survival data (n=32) for pts with MGMT unmethylated status of 84.4% (95% CI 67.2, 94.7) as compared to historical rates of 50-60%. In addition, pts with MGMT methylated status (n=20) had 12-month overall survival rate of 85% as compared to the historical rates of 70-75%. We see the OS12 data as encouraging (although we note the hazards of cross-study comparisons), particularly given the limited progress made to "move the needle" for OS in GBM, despite many programs initiated, and subsequently failed. We look for OS18 data to be convinced of the regimen's potential to drive differentiated therapeutic benefit and define a path forward. However, with GBM patients having limited therapeutic options, we see a positive readout resulting in INO-5401 becoming a potential fast-to-market candidate and we view this program having asymmetric reward vs. risk, as we believe many investors have heavily discounted this program. We now await 18-month OS data in 4Q20 to better gauge possibilities and probabilities for this program.

AstraZeneca (AZN, Not Covered) is conducting a study of MEDI-0457 (VGX-3100 + pIL-12 (INO-9012)) in combination with durvalumab for metastatic HPV-related squamous cell carcinoma of the head and neck (SCCHN). The study fully enrolled 35 subjects in August 2019, and completion is expected in 2020. Thus, we look for data from this program in 2H20, perhaps at ESMO in September. We believe early clinical proof-of-concept was shown in a P1 in which only 4/22 pts with head and neck cancer treated with MEDI-0457 progressed. Additionally, when placed on a checkpoint inhibitor, two of the four that had progressed experienced a complete response (CR), suggesting MEDI0457 turned "cold" tumors "hot" and was responsive to checkpoint inhibitors. To put this into context of checkpoint inhibitor efficacy in SCCHN, 4% (8/192) of patients experience a CR by KEYTRUDA alone and 3% (6/240) experienced a CR by OPDIVO alone.

**Changes to our model.** We adjusted our model to reflect 2Q20 actual earnings, R&D and SG&A. The company reported a net loss of ($0.83) per basic and diluted share for the quarter. In addition, we have adopted a more conservative posture and thus reduced the number of COVID-19 doses sold in years 2022-2026.



August 11, 2020

**Exhibit 1: Valuation**

| Valuation ($M) | NPV | NPV per Share |
|---|---|---|
| US VGX-3100 ($M) | $1,047 | $5.13 |
| VGX-3100 VIN & AIN Placeholder | $100 | $0.49 |
| INO-4800 | $4,831 | $23.68 |
| INO-3107 | $100 | $0.49 |
| MEDI0457 Placeholder | $25 | $0.12 |
| INO-5401 Placeholder | $25 | $0.12 |
| Infectious Disease Programs | $150 | $0.74 |
| CELLECTRA devices | $100 | $0.49 |
| Valuation Total | $6,378.78 | $31.26 |

*Source: Cantor Fitzgerald Research and Company Reports*

**Exhibit 2: INO-4800 Market Model**

| | | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|
| INO-4800 Doses in Millions | | 100 | 150 | 200 | 200 | 200 | 200 |
| Cost Per Dose | $ | 12 $ | 15 $ | 17 $ | 20 $ | 20 $ | 20 |
| INO-4800 Sales (Unadjusted) ($M) | | $1,200 | $2,250 | $3,400 | $4,000 | $4,000 | $4,080 |
| Contribution Margin | | 70% | 70% | 70% | 70% | 70% | 70% |
| CF to INO ($M) | | $840 | $1,575 | $2,380 | $2,800 | $2,800 | $2,856 |

*Source: Cantor Fitzgerald Research and Company Reports*

**Exhibit 3: Inovio Income Statement**

| Income Statement (000s $) | | 2019A | | 1Q20A | | 2Q20A | | 3Q20E | | 4Q20E | | 2020E | | 2021E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Results of Operations** | | | | | | | | | | | | | | |
| **US Product Revenues** | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 1,200,000 |
| **EU Product Revenues** | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| **Total Product Revenues** | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 1,200,000 |
| **Grant & Collaboration Revenues** | $ | 4,112 | $ | 1,327 | $ | 267 | $ | 2,500 | $ | 2,500 | $ | 6,594 | $ | 10,000 |
| **Total Revenues** | $ | 4,112 | $ | 1,327 | $ | 267 | $ | 2,500 | $ | 2,500 | $ | 6,594 | $ | 1,210,000 |
| Cost of sales | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | 180,000 |
| **Gross Profit** | $ | 4,112 | $ | 1,327 | $ | 267 | $ | 2,500 | $ | 2,500 | $ | 6,594 | $ | 1,030,000 |
| **Operating expenses** | | | | | | | | | | | | | | |
| R & D | $ | 88,017 | | $19,111 | | $22,377 | | $33,565 | | $50,347 | $ | 125,400 | $ | 290,416 |
| SG & A | $ | 27,203 | | $7,448 | | $11,072 | | $12,179 | | $14,005 | $ | 44,704 | $ | 125,314 |
| **Total expenses** | $ | 115,220 | $ | 26,560 | $ | 33,448 | $ | 45,744 | $ | 64,353 | $ | 170,104 | $ | 415,730 |
| **Operating income (loss)** | $ | (111,109) | $ | (25,232) | $ | (33,181) | $ | (43,244) | $ | (61,853) | $ | (163,509) | $ | 614,270 |
| Interest income | $ | 2,606 | $ | 417 | $ | 1,067 | $ | - | $ | - | $ | 1,484 | $ | - |
| Interest expense | $ | (7,949) | $ | (2,804) | $ | (2,847) | $ | - | $ | - | $ | (5,650.40) | $ | - |
| Interest/other income (expense) | $ | (1,267) | $ | (5,516) | $ | (93,786) | $ | - | $ | - | $ | (99,301.98) | $ | - |
| Foreign exchange (loss) gain, net | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| Gain (loss) on investment in affiliate | $ | (3,091) | $ | 594 | $ | 475 | $ | - | $ | - | $ | 1,069.81 | $ | - |
| **Total interest/other expense** | $ | (9,701) | $ | (7,309) | $ | (95,090) | $ | - | $ | - | $ | (102,398.60) | $ | - |
| **Pretax income (loss)** | $ | (120,809) | $ | (32,541) | $ | (128,271) | $ | (43,244) | $ | (61,853) | $ | (265,908) | $ | 614,270 |
| **Net income (loss) - GAAP** | $ | (119,359) | $ | (32,541) | $ | (128,271) | $ | (43,244) | $ | (61,853) | $ | (265,908) | $ | 614,270 |
| **EPS - GAAP** | | | | | | | | | | | | | | |
| Weighted (as Reported) | $ | (1.21) | $ | (0.26) | $ | (0.83) | $ | (0.26) | $ | (0.36) | $ | (1.71) | $ | 3.41 |
| **Shares outstanding** | | | | | | | | | | | | | | |
| Basic | | 98,718 | | 124,623 | | 155,807 | | 167,420 | | 171,420 | | 154,818 | | 180,100 |

*Source: Cantor Fitzgerald Research and Company Reports*

3

August 11, 2020

## Valuation

In valuing INO, we use an NPV revenue calculation that yields $5.13 for VGX-3100 for cervical dysplasia in the US and $23.68 for INO-4800. In addition, we assign $100M placeholder ($0.49 per share) for '3100 in AIN/VIN, INO-3107, and the CELLECTRA device, and a $25M placeholder ($0.12 per share) each for MEDI-0457 and INO-5401, and $150M placeholder (~ $0.74 per share) for the infectious disease programs.

## Risks

**Risks associated with investment are broadly clinical, regulatory, and commercial.**

**VGX-3100 Clinical Development**

P3 REVEAL studies could fail to show efficacy, and P2 studies in additional indications (anal and vulvar dysplasia) may fail to show efficacy. Additional studies may be needed to find an optimal dose. An unacceptable adverse event profile or tolerability issue may emerge in the long run. The competitive landscape could threaten market share.

**MEDI-0457 Clinical Development**

May fail to show efficacy in ongoing P2 studies with checkpoint inhibitors. An unacceptable adverse event profile or tolerability issue may emerge. The competitive landscape could threaten market share.

**Additional Risks**

Other pipeline candidates may fail, and collaborations may be terminated.

**Company Description**

*Inovio uses proprietary DNA technology (SynCon) and an electroporation delivery system (CELLECTRA) to activate immune responses that target tumor or virus-infected cells.*

## Disclosures Appendix

## Analyst Certification

The analyst primarily responsible for this research report, and whose name appears on the front cover, certifies that: (i) all of the views expressed in this research report accurately reflects his or her personal views about any and all of the subject securities or issuers featured in this report; and (ii) no part of any of the research analyst's compensation was, is, or will be, directly or indirectly related to the specific recommendations or views expressed by the research analyst in this report.

**Legal Disclosures**

Lead or Co-manager: Cantor Fitzgerald and/or its affiliates, has acted as lead or co-manager in a public offering of equity and/or debt securities for Inovio Pharmaceuticals, Inc. within the last 12 months

Investment banking (last 12 months): Cantor Fitzgerald and/or its affiliates has received compensation for investment banking services in the last 12 months from Inovio Pharmaceuticals, Inc..

Investment banking (next 3 months): Cantor Fitzgerald and/or its affiliates, expect to receive, or intend to seek, compensation for investment banking services within the next three months from all of the companies referenced within this report.

Cantor Fitzgerald and/or its affiliates is a market maker in Inovio Pharmaceuticals, Inc..

**Cantor Fitzgerald's rating system**

**Overweight/OW:** The analyst expects that the stock's total return (stock price appreciation plus dividends) will outperform relative to the analyst's broadly defined sector in the next 12 months. For the purpose of calculating the percentage of subject companies within the Buy, Hold, and Sell categories for whom Cantor Fitzgerald has provided investment banking services within the previous 12 months, an Overweight rating equates to a Buy rating.

**Neutral:** The analyst expects that the stock's total return (stock price appreciation plus dividends) will perform in line relative to the analyst's broadly defined sector in the next 12 months. For the purpose of calculating the percentage of subject companies within the Buy, Hold, and Sell categories for whom Cantor Fitzgerald has provided investment banking services within the previous 12 months, a Neutral rating equates to a Hold rating.

**Underweight/UW:** The analyst expects that the stock's total return (stock price appreciation plus dividends) will underperform relative to the analyst's broadly defined sector in the next 12 months. For the purpose of calculating the percentage of subject companies within the Buy, Hold, and Sell categories for whom Cantor Fitzgerald has provided investment banking services within the previous 12 months, an Underweight rating equates to a Sell rating.

**Not Covered/NC:** Cantor Fitzgerald does not provide an investment opinion or does not provide research coverage on this stock.

**Not Rated/NR:** We are not currently carrying a rating on this stock. Rating and estimates are under review. The NR rating does not equate to an Overweight, Neutral, or Underweight rating and thus is not counted in the calculation of the percentage of subject companies within these three categories for whom Cantor Fitzgerald has provided investment banking services within the previous 12 months.

**Other Disclosures**

This report is for informational purposes only and is based on publicly available data believed to be reliable, but no representation is made that such data are accurate or complete. Opinions and projections contained herein reflect our opinion as of the date of this report and are subject to change. Pursuant to Cantor Fitzgerald's policy, the author of this report does not own shares in any company he/she covers.

Cantor Fitzgerald and the Cantor Fitzgerald logo are trademarks or registered trademarks of Cantor Fitzgerald Securities or its affiliates in the U.S. and other countries. Other trademarks appearing herein are the property of their respective owners. Neither Cantor Fitzgerald Securities nor its affiliates are associated with or affiliated with such third parties.

This material is being presented solely as institutional communications and is not meant to be viewed as a complete fundamental analysis of any security. This material may offer recommendations and strategies which are shorter term in nature. If the material contains analysis, it may be narrowly focused, and may be based either purely on quantitative models or other unique factors such as market supply/demand factors surrounding potential market moving events. When making an investment decision this information should be viewed as just one factor in your investment decision process. Past performance should not be taken as an indication or guarantee of future results.

**Disclosures for UK investors**

This material is approved for distribution in the United Kingdom by Cantor Fitzgerald Europe ("CFE"). CFE is authorised and regulated by the Financial Conduct Authority ("FCA"). While we believe this information and the materials upon which this information was based is accurate, except for any obligations under the rules of the FCA, we do not guarantee its accuracy. This material is only intended for use by eligible counterparties or professional clients who fall within articles 19 or 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2001 and not the general investing public. None of the investments or investment services mentioned or described herein are available to other persons in the U.K and in particular are not available to "retail clients" as defined by the rules of the FCA.

August 11, 2020

**Disclosure for Canadian Institutional Investors**

This research report was prepared by analysts of Cantor Fitzgerald & Co. and not by Cantor Fitzgerald Canada Corporation. As a result, this report has not been prepared subject to Canadian Disclosure requirements. Cantor Fitzgerald Canada may distribute research reports prepared by its affiliates.

**Risks**

The financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions based on their specific investment objectives. Past performance should not be taken as an indication or guarantee of future performance. The price, value of and income from, any of the financial instruments featured in this report can rise as well as fall and be affected by changes in economic, financial and political factors. If a financial instrument is denominated in a currency other than the investor's currency, a change in exchange rates may adversely affect the price or value of, or income derived from, the financial instrument, and such investors effectively assume currency risk. In addition, investors in securities such as ADRs, whose value is affected by the currency of the home market of the underlying security, effectively assume currency risk.



**Rating and Price Target History for: Inovio Pharmaceuticals, Inc. (INO) as of 08-07-2020**

I = Initiated; 1 = Overweight/OW or before 12/14/16; B = BUY; 2 = Neutral or before 12/14/16; H = HOLD;
3 = Underweight/UW or before 12/14/16; S = SELL; SP = SPECULATIVE BUY before 12/14/16; NR = Not Rated; D = Dropped

Powered by BlueMatrix

### Distribution of Ratings/Investment Banking Services (IB) as of 08/11/20
#### Cantor

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | IB Serv./Past 12 Mos. Percent |
|---|---|---|---|---|
| BUY [1/B] | 159 | 81.54 | 104 | 65.41 |
| HOLD [2] | 35 | 17.95 | 7 | 20.00 |
| SELL [SL/3] | 1 | 0.51 | 0 | 0.00 |

*Additional information available on request. Copyright (C) Cantor Fitzgerald 2020*



## U.S. Equity Research Analysts & Management

### Biotechnology

**Alethia Young**
**Director of Equity Research**
212-359-8739
Alethia.Young@cantor.com

**Emma Nealon**
212-558-4571
Emma.Nealon@cantor.com

**Li Watsek**
212-915-1221
Li.Watsek@cantor.com

**Charles C. Duncan, Ph.D.**
212-915-1236
Charles.Duncan@cantor.com

**Pete Stavropoulos, Ph.D.**
212-915-1966
Pete.Stavropoulos@cantor.com

**Kristen Kluska**
212-915-1927
Kristen.Kluska@cantor.com

**Eliana Merle, CFA**
212-915 1767
Eliana.Merle@cantor.com

### Consumer / Cannabis

**Pablo Zuanic**
212.915.1057
Pablo.Zuanic@cantor.com

### Healthcare IT

**Steven Halper**
212-915-1240
Steven.Halper@cantor.com

**Kyle Mikson, CFA**
212-829-5207
Kyle.Mikson@cantor.com

### Large Cap & Specialty Pharmaceuticals

**Louise Chen**
212-915-1794
Louise.Chen@cantor.com

**Jennifer Kim**
212-829-4860
Jennifer.Kim@cantor.com

**Carvey Leung**
212-915-1917
Carvey.Leung@cantor.com

### Lifescience Tools & Diagnostics

**Kyle Mikson, CFA**
212-829-5207
Kyle.Mikson@cantor.com

**Steven Halper**
212-915-1240
Steven.Halper@cantor.com

### Managed Care

**Steven Halper**
212-915-1240
Steven.Halper@cantor.com

**Kyle Mikson, CFA**
212-829-5207
Kyle.Mikson@cantor.com

### Medical Devices & Supplies

**Brandon Folkes, CFA**
212-294-8081
Brandon.Folkes@cantor.com

### Specialty Pharmaceuticals

**Brandon Folkes, CFA**
212-294-8081
Brandon.Folkes@cantor.com