IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INOVIO PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-01402-GJP<br><br>CLASS ACTION |

**DECLARATION OF HEATHER SPEERS IN SUPPORT OF DEFENDANTS'
SURREPLY TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Heather Speers, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and have been admitted *pro hac vice* in the United States District Court for the Eastern District of Pennsylvania for the purposes of this action.  I am an associate at Cooley LLP, counsel for defendants Inovio Pharmaceuticals, Inc. ("Inovio" or the "Company"), J. Joseph Kim, Peter D. Kies, and Robert J. Juba, Jr. (collectively, "Defendants") in the above-captioned matter.  I submit this declaration in support of Defendants' Surreply to Plaintiffs' Motion for Class Certification ("Surreply").  I have personal knowledge of the following and, if called as a witness, would testify competently thereto.

2.      In accordance with Local Rule 5.1.2(6), the exhibits attached to this declaration have been excerpted to include only the first page of each document and the pages that contain information cited in the Surreply.  Copies of the complete documents will be provided to the Court upon request.

3.      Attached as **Exhibit R** is a true and correct copy of Inovio's Notice of Effectiveness filed with the Securities and Exchange Commission ("SEC") on February 13, 2020.

4.      Attached as **Exhibit S** is a true and correct excerpted copy of Inovio's Form S-3 Registration Statement filed with the SEC on January 31, 2020.

5.      Attached as **Exhibit T** is a true and correct excerpted copy of the transcript of the November 19, 2021 deposition of Rene M. Stulz, Ph.D.

6.      Attached as **Exhibit U** is a true and correct excerpted copy of the transcript of Inovio's May 11, 2020 Earnings Call, which is publicly available, for a fee, at: spglobal.com/marketintelligence.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on January 21, 2022, in San Diego, California.

Heather Speers

**CERTIFICATE OF SERVICE**

I certify that on January 21, 2022, I filed this document on the Court's docket using the

Court's CM/ECF system.  Based on the Court's records, all counsel of record were served with a

copy of the foregoing document by electronic means.

*s/ Patrick Loftus*
DUANE MORRIS LLP
Patrick Loftus (PA60417)
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1367 (phone)
(215) 689-3591 (fax)
loftus@duanemorris.com