# Exhibit R

# NOTICE OF EFFECTIVENESS

| | |
|---|---|
| **Effective Date:** | February 13, 2020 |
| **Form:** | S-3 |

| | |
|---|---|
| **CIK:** | 0001055726 |
| **Company Name:** | INOVIO PHARMACEUTICALS, INC. |
| **File Number:** | 333-236202 |