# Exhibit S

**As filed with the Securities and Exchange Commission on January 31, 2020**

Registration No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM S-3
# REGISTRATION STATEMENT
*UNDER*
*THE SECURITIES ACT OF 1933*

# Inovio Pharmaceuticals, Inc.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **33-0969592** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification Number)** |

**660 West Germantown Pike, Suite 110**
**Plymouth Meeting, Pennsylvania 19462**
**(877) 446-6846**
**(Address, including zip code, and telephone number, including area code of registrant's principal executive offices)**

**J. Joseph Kim, Ph.D.**
**President and Chief Executive Officer**
**Inovio Pharmaceuticals, Inc.**
**660 West Germantown Pike, Suite 110**
**Plymouth Meeting, Pennsylvania 19462**
**(267) 440-4200**
**(Name, address, including zip code, and telephone number, including area code, of agent for service)**

*Copies to:*
**Brian F. Leaf**
**Jeffrey Libson**
**Darah Protas**
**Cooley LLP**
**11951 Freedom Drive**
**Reston, VA 20190**
**(703) 456-8000**

**From time to time after the effective date of this Registration Statement**
(Approximate date of commencement of proposed sale to the public)

If the only securities being registered on this Form are being offered pursuant to dividend or interest reinvestment plans, please check the following box. ☐

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, other than securities offered only in connection with dividend or interest reinvestment plans, check the following box. ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a registration statement pursuant to General Instruction I.D. or a post-effective amendment thereto that shall become effective upon filing with the Commission pursuant to Rule 462(e) under the Securities Act, check the following box. ☐

If this Form is a post-effective amendment to a registration statement filed pursuant to General Instruction I.D. filed to register additional securities or additional classes of securities pursuant to Rule 413(b) under the Securities Act, check the following box. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

**CALCULATION OF REGISTRATION FEE**

| Title of each class of securities to be registered | Amount to be Registered (1)(2) | Proposed Maximum Offering Price Per Share (3) | Proposed Maximum Aggregate Offering Price (3) | Amount of Registration Fee |
|---|---|---|---|---|
| Common Stock, par value $0.001 per share | 8,014,201 shares | $4.24 | $33,980,212.24 | $4,410.63 |

(1) Represents the initial maximum number of shares issuable upon conversion of convertible bonds acquired by the selling stockholders named in this registration statement in private placement transactions.

(2) Pursuant to Rule 416 under the Securities Act of 1933, as amended, this registration statement also registers a currently indeterminate number of additional shares of the registrant's common stock that may be issuable with respect to the shares being registered hereunder as a result of stock splits, stock dividends or similar transactions.

(3) Estimated solely for the purpose of computing the amount of the registration fee pursuant to Rule 457(c) under the Securities Act of 1933, as amended. The calculation of the proposed maximum aggregate offering price of the common stock was based on the average of the high and low price for the common stock on January 29, 2020, as reported on the Nasdaq Global Select Market.

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment that specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act or until the registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

<span style="color:red">The information in this prospectus is not complete and may be changed. We may not sell these securities or accept an offer to buy these securities until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities, and it is not soliciting offers to buy these securities in any state where such offer or sale is not permitted.</span>

<span style="color:red">SUBJECT TO COMPLETION, DATED January 31, 2020</span>

**PROSPECTUS**



## 8,014,201 Shares of Common Stock

This prospectus relates to the offer and resale of up to 8,014,201 shares of common stock of Inovio Pharmaceuticals, Inc. that may be issuable upon the conversion of our 1.0% convertible bonds due 2024, or the bonds, sold to the selling stockholders identified in this prospectus. On August 1, 2019 and December 31, 2019, we sold bonds in an aggregate principal amount of 22.7 billion Korean Won, or KRW, or approximately USD $19.2 million based on the exchange rates on the respective dates of issuance. We sold the bonds in transactions exempt from the registration requirements of the Securities Act of 1933, as amended, or the Securities Act, pursuant to Convertible Bonds Subscription Agreements. We are registering the resale of the common stock issuable upon conversion of the bonds as required by the registration rights agreements we entered into with the selling stockholders concurrently with each of the subscription agreements.

Upon conversion of the bonds, the selling stockholders may sell the shares underlying the bonds through public or private transactions at market prices prevailing at the time of sale or at negotiated prices. We provide more information about how the selling stockholders may sell their shares of common stock underlying the bonds in the section of this prospectus entitled "Plan of Distribution." We are not selling any shares of common stock under this prospectus, and we will not receive any proceeds from the sale by the selling stockholders of such shares. The selling stockholders will receive all of the proceeds from the sale of shares of our common stock in this offering.

We are paying the cost of registering the shares of common stock covered by this prospectus as well as various related expenses. The selling stockholders are responsible for all selling commissions, transfer taxes and other costs related to the offer and sale of their shares.

Our common stock is listed on the Nasdaq Global Select Market under the symbol "INO." On January 29, 2020, the last reported sale price of our common stock was $4.11 per share.

**Investing in our securities involves a high degree of risk. You should review carefully the risks and uncertainties described under the heading "<span style="color:blue">Risk Factors</span>" contained in any applicable prospectus supplement and any related free writing prospectus, and under similar headings in the other documents that are incorporated by reference into this prospectus as described on page 5 of this prospectus.**

**NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THESE SECURITIES OR DETERMINED IF THIS PROSPECTUS IS TRUTHFUL OR COMPLETE. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.**

**The date of this prospectus is                    , 2020.**

# TABLE OF CONTENTS

|  | **Page** |
|---|---|
| ABOUT THIS PROSPECTUS | 1 |
| SUMMARY | 2 |
| RISK FACTORS | 5 |
| SPECIAL NOTE REGARDING FORWARD-LOOKING STATEMENTS | 6 |
| USE OF PROCEEDS | 8 |
| SELLING STOCKHOLDERS | 9 |
| PLAN OF DISTRIBUTION | 12 |
| LEGAL MATTERS | 14 |
| EXPERTS | 14 |
| WHERE YOU CAN FIND MORE INFORMATION | 14 |
| INCORPORATION OF CERTAIN INFORMATION BY REFERENCE | 14 |

## ABOUT THIS PROSPECTUS

**Neither we nor the selling stockholders or the underwriters, if any, have authorized anyone to provide you with any information or to make any representation other than as may be contained in or incorporated by reference into this prospectus, any prospectus supplement or in any free writing prospectus that we may file with the Securities and Exchange Commission, or the SEC. We do not, and the selling stockholders or the underwriters, if any, do not, take any responsibility for, and can provide no assurances as to, the reliability of any information that others may provide you. This prospectus and any applicable prospectus supplement or free writing prospectus do not constitute an offer to sell any securities in any jurisdiction where such offer and sale are not permitted. The information contained in or incorporated by reference into this prospectus or any prospectus supplement, free writing prospectus or other offering material is accurate only as of the respective dates of those documents or information, regardless of the time of delivery of the documents or information or the time of any sale of the securities. Neither the delivery of this prospectus or any applicable prospectus supplement nor any distribution of securities pursuant to such documents shall, under any circumstances, create any implication that there has been no change in the information set forth in this prospectus or any applicable prospectus supplement or in our affairs since the date of this prospectus or any applicable prospectus supplement.**

This prospectus is part of a registration statement that we filed with the SEC utilizing a shelf registration process or continuous offering process. Under this shelf registration process, the selling stockholders may, from time to time, sell the securities described in this prospectus in one or more offerings. This prospectus provides you with a general description of the securities that may be offered, from time to time, by the selling stockholders. Each time a selling stockholder sells securities, the selling stockholder may be required to provide you with this prospectus and, in certain cases, a prospectus supplement containing specific information about the selling stockholder and the terms of the securities being offered. That prospectus supplement may include additional risk factors or other special considerations applicable to those securities. Any prospectus supplement may also add, update, or change information in the prospectus. If there is any inconsistency between the information in this prospectus and any prospectus supplement, you should rely on the information in that prospectus supplement.

You should read this prospectus and any prospectus supplement for a specific offering of securities, together with additional information described in the sections entitled "Where You Can Find More Information" and "Incorporation of Certain Information by Reference" below, before making an investment decision. You should rely only on the information contained in or incorporated by reference into this prospectus, any accompanying prospectus supplement or any free writing prospectus prepared by or on behalf of us to which we have referred you.

1

## SUMMARY

*This summary highlights selected information from this prospectus and does not contain all of the information that you need to consider in making your investment decision. You should carefully read the entire prospectus, any applicable prospectus supplement and any related free writing prospectus, including the risks of investing in our securities discussed under the heading "Risk Factors" contained in the applicable prospectus supplement and any related free writing prospectus, and under similar headings in the other documents that are incorporated by reference into this prospectus. You should also carefully read the information incorporated by reference into this prospectus, including our financial statements, and the exhibits to the registration statement of which this prospectus is a part.*

*Unless the context indicates otherwise, references in this prospectus to "Inovio," "company," "we," "us" and "our" refer to Inovio Pharmaceuticals, Inc. and its consolidated subsidiaries.*

### Company Overview

We are an innovative clinical stage biotechnology company focused on the discovery, development, and commercialization of our synthetic DNA technology targeted against cancers and infectious diseases. Our DNA-based immunotherapies and vaccines, in combination with our proprietary, efficacy-enabling delivery devices, are intended to generate robust immune responses, in particular functional CD8+ killer T cells and antibodies, to fight targeted diseases.

Our novel SynCon® immunotherapy design has shown the ability to help break the immune system's tolerance of cancerous cells. Our SynCon® product design approach is also intended to facilitate cross-strain protection against known and new unmatched strains of pathogens, such as influenza. Our CELLECTRA® delivery system facilitates optimized cellular uptake of the SynCon® immunotherapies, overcoming a key limitation of other DNA-based immunotherapies. Human data to date have shown a favorable safety profile of our SynCon® immunotherapies delivered using CELLECTRA® in over 6,000 administrations across almost 2,000 patients.

We or our collaborators are currently conducting or planning clinical studies of our proprietary SynCon® immunotherapies for HPV-caused pre-cancers, including cervical, vulvar, and anal dysplasia; HPV-caused cancers, including head & neck, cervical, anal, penile, vulvar, and vaginal; other HPV-caused disorders, such as recurrent respiratory papillomatosis, or RRP; glioblastoma multiforme, or GBM; prostate cancer; hepatitis B virus; hepatitis C virus; HIV; Ebola; Middle East Respiratory Syndrome, or MERS; Lassa fever; and Zika virus. We also recently announced our intention to accelerate the clinical development of our DNA-encoded bi-specific T cell engagers, or dBTE, technology and build on recent advances observed with our DNA-encoded monoclonal antibody, or dMAb, technology.

Our corporate strategy is to advance, protect and exploit our differentiated immunotherapy platform. Through the use of our unique capabilities on both design and development, we continue to progress and validate an array of HPV related diseases, as well as cancer and infectious disease immunotherapy and vaccine products. We aim to advance products through to commercialization and continue to leverage third-party resources through collaborations and partnerships, including product license agreements. Our partners and collaborators include AstraZeneca, Regeneron Pharmaceuticals, Inc., F. Hoffmann-La Roche AG/Genentech, Inc., ApolloBio Corporation, GeneOne Life Science Inc., The Bill and Melinda Gates Foundation, The Parker Institute for Cancer Immunotherapy, Coalition for Epidemic Preparedness Innovations, Defense Advanced Research Projects Agency, National Institutes of Health, HIV Vaccines Trial Network, National Cancer Institute, Walter Reed Army Institute of Research, Medical CBRN Defense Consortium,The Wistar Institute and the University of Pennsylvania.

All of our product candidates are in the research and development phase. We have not generated any revenues from the sale of any products, and we do not expect to generate any such revenues for at least the next several years. We earn revenue from license fees and milestone revenue and collaborative research and development agreements. Our product candidates will require significant additional research and development efforts, including extensive preclinical and clinical testing. All product candidates that we advance to clinical testing will require regulatory approval prior to commercial use, and will require significant costs for commercialization. We may not be successful in our research and development efforts, and we may never generate sufficient product revenue to be profitable.

### Corporate Information

We were incorporated under the laws of the State of Delaware in June 2001. Our principal executive offices are located at 660 W. Germantown Pike, Suite 110, Plymouth Meeting, Pennsylvania 19462. Our telephone number is (267) 440-4200. Our common stock is listed on the Nasdaq Global Select Market under the symbol "INO."

Our internet website address is www.inovio.com. The information contained on our website is not incorporated by reference into this prospectus, and you should not consider any information contained on, or that can be accessed through, our website as part of this prospectus or in deciding whether to purchase our securities.

We have proprietary rights to a number of trademarks used in this prospectus which are important to our business, including SynCon®, CELLECTRA® and the Inovio logo. Solely for convenience, the trademarks and trade names in this prospectus are referred to without the ® and ™ symbols, but such references should not be construed as any indicator that their respective owners will not assert, to the fullest extent under applicable law, their rights thereto. All other trademarks, trade names and service marks appearing in this prospectus are the property of their respective owners.

### Convertible Bonds

On July 31, 2019 and December 26, 2019, we entered into Convertible Bonds Subscription Agreements, or the Subscription Agreements, with the Korea-based institutional investors named therein, pursuant to which we agreed to sell and issue the bonds. The bonds were issued on August 1, 2019 and December 31, 2019 and accrue interest at a coupon rate of 1.00% per annum, payable quarterly. The bonds will mature on July 31, 2024 or December 31, 2024, unless earlier converted or repurchased. Commencing on August 1, 2020 or December 31, 2020, as applicable, the bonds will be convertible until the date that is one month prior to the respective maturity date. Upon conversion, we will deliver either Korean Depositary Receipts, if we have any such securities listed on the KOSDAQ Market of the Korea Exchange at that time; otherwise we will issue shares of our common stock upon conversion. The initial conversion price is approximately USD $4.00 per share, subject to adjustment upon the occurrence of certain events set forth in the Subscription Agreements. The conversion price is subject to reset periodically if the current market price is lower than the conversion price then in effect, provided that the conversion price will not be reduced below approximately USD $2.40 per share, based on the current KRW/USD exchange rate. For purposes of this prospectus, we have assumed the issuance of the maximum number of shares of common stock into which the bonds may be convertible.

The bonds, and the shares of common stock into which the bonds may be convertible, are not registered under the Securities Act or any state securities laws. We have relied on the exemption from the registration requirements of the Securities Act by virtue of Rule 506(b) of Regulation D promulgated under the Securities Act. In connection with the purchasers' execution of the Subscription Agreements, each purchaser represented to us that it is an "accredited investor" as defined in Regulation D and that the securities to be purchased by them will be acquired solely for their own account and for investment purposes and not with a view to the future sale or distribution.

In connection with the entry into the Subscription Agreements, we also entered into Registration Rights Agreements with the purchasers, pursuant to which we agreed to file the registration statement of which this prospectus forms a part, to use our commercially reasonable efforts to have such registration statement declared effective within the timeframe set forth in the Registration Rights Agreements, and to use our commercially reasonable efforts to keep such registration statement effective during the timeframes set forth in the Registration Rights Agreements.

**The Offering**

| | |
|---|---|
| Common stock offered by the selling stockholders | 8,014,201 shares |
| Terms of the offering | The selling stockholders, including their transferees, donees, pledgees, assignees or successors-in-interest, may sell, transfer or otherwise dispose of any or all of the shares of common stock offered by this prospectus from time to time on the Nasdaq Global Select Market or any other stock exchange, market or trading facility on which the shares are traded or in private transactions. The shares of common stock may be sold at fixed prices, at prevailing market prices, at prices related to prevailing market prices or at negotiated prices. See "Plan of Distribution" on page 12. |
| Use of proceeds | We will not receive any proceeds from the sale of the shares of common stock covered by this prospectus. |
| Risk factors | See "Risk Factors" beginning on page 5, for a discussion of factors you should carefully consider before deciding to invest in our common stock. |
| Nasdaq Global Select Market symbol | INO |

Throughout this prospectus, when we refer to the shares of our common stock being registered on behalf of the selling stockholders for offer and resale, we are referring to the shares of common stock into which the bonds issued to the selling stockholders in the private placement transactions described above are convertible. When we refer to the selling stockholders in this prospectus, we are referring to the selling stockholders identified in this prospectus and, as applicable, their permitted transferees or other successors-in-interest that may be identified in a supplement to this prospectus or, if required, a post-effective amendment to the registration statement of which this prospectus is a part