# Exhibit U

**S&P Global**
Market Intelligence

# Inovio Pharmaceuticals, Inc.

# NasdaqGS:INO

# FQ1 2020 Earnings Call Transcripts

## Monday, May 11, 2020 8:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2020- | | | -FQ2 2020- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.22) | (0.26) | NM | (0.20) | (0.80) | (0.70) |
| Revenue (mm) | 1.91 | 1.33 | ▼(30.37 %) | 2.15 | 15.91 | 27.82 |

Currency: USD
Consensus as of  May-08-2020 12:31 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS (GAAP) - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ2 2019 | (0.28) | (0.30) | NM |
| FQ3 2019 | (0.25) | (0.23) | NM |
| FQ4 2019 | (0.24) | (0.38) | NM |
| FQ1 2020 | (0.22) | (0.26) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

makes it perhaps different from the others? And should we be thinking of particular either geographies or patient populations that would perhaps give INO-4800 a particular edge, especially in light of the fact that this can really be a multi-asset or multipronged approach to find a solution with a vaccine?

**J. Joseph Kim**
*CEO, President & Director*

Yes. Thanks, Greg. Just quickly, as Kate summarized earlier, there's a couple of attributes that makes Inovio's INO-4800 more advantageous compared to other platforms out there. One is the stability of the product. So DNA plasmids are extremely stable. We have long-term product dating around 5 years with 2- to 8-degree Celsius refrigerated conditions, you can leave it in the ambient temperature for over a year and not lose any potency of the vaccine. So it's a true advantage over most of the mRNA or viral vectors or proteins, which have to maintain frozen cold chain throughout the distribution and storage conditions.

Second major importance -- major advantage that our DNA vaccines have compared to other platforms is our ability to generate both high levels of CD8 T cell, killer T cell responses against the antigen, along with our ability to generate the neutralizing antibodies. So we've demonstrated this in our Nature Communication publication and what I think is really important is both this balanced immune responses and CD8 T cell responses, which is less susceptible to changes in viral antigen sequences. So I think being able to provide, well, CD8 T cell response as well as a neutralizing antibody response is something that the other platform vaccines will not have as much. Certainly, what we saw in our MERS vaccine challenge studies in nonhuman primates or rhesus macaques, where we saw 100% protection against the pathogenic MERS virus challenge. We saw that it was very important to have both neutralizing antibodies or binding antibodies, but also very important to have strong T cell responses. So I think our ability to generate both T cells and antibody responses will lend us very well to perhaps immune-compromised populations maybe older, more senior populations and perhaps other segments as well as the general public.

I think the level of the immune responses that we've been generating, and I can turn to Kate for a little more details. What we are already seeing in nonhuman primates, in terms of the antibodies and T cell responses, I think we're very excited about that compared to the convalescent patient data that others have published in recent publications.

Kate, would you like to discuss a little bit more about our immune responses compared to the published convalescent patient data?

**Kate E. Broderick**
*Senior Vice President of Research & Development*

Yes, absolutely. And then one thing that I was particularly excited to see was the rapidity. And so as Joseph quite rightly mentioned, we generated really rather robust both antibody and T cell responses include neutralizing antibody and all of the animal models that we tested. But what was really very heartening to see was the rapidity of those responses. So we started seeing really measurable responses really very early on, and that's detailed in our Nature Communication paper. So it's really -- that's really quite important, especially when you're thinking about an emerging infectious disease as we are at the moment, obviously. But as Joseph mentioned, we've also had access to convalescent patients sera, and so we're able to do side-by-side comparisons. And it's really -- it's very, very encouraging to see the levels that we're seeing in the animals as very comparable to the levels that we're seeing in the convalescent patients. So it's looking very promising at the moment.

**Gregory James Renza**
*RBC Capital Markets, Research Division*

That's very helpful. And just one more quick one, if I may. I know you've already provided some color on device strategy and progress. I'm just curious if as you talk about 1 million doses by the end of the year to have the capacity for. How that translates into devices and what progress we should be looking for there, maybe more specifically what the dose to device ratio operational can be expected to be?

**J. Joseph Kim**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*CEO, President & Director*

Yes. Thanks, Greg. Well, just roughly, when we say we're preparing 1 million doses, we're discussing or we're stating both the plasmids and the device and arrays to deliver them. So you can't really have one without the other. So we're on right track to do that. But we're preparing to do beyond that, we're preparing and increasing our scale to be able to provide hundreds of millions of doses starting next year. So these are the preparations that take to -- which we're already doing to scale up in that massive scale. Assuming success of INO-4800, we will be in a great position to do so by relying on our current contract manufacturers of plasmids and adding on additional manufacturers that can help us scale.

In the device side, we've already have both produced enough arrays and devices to meet the 1 million need. So those processes are ongoing, both within our GMP facility in San Diego as well as our additional contract device and array manufacturers that we have brought on. So these are very extensive efforts. We've never had to prepare for hundreds of millions of doses, if not billions of doses that might be required to combat COVID-19 globally.

Prior to this year, most of our doses that we were planning for were in hundreds of thousands of doses if at most millions of doses. So I think this is a challenge our team has taken on. And I think we're making a great progress in this regard.

**Operator**

Our next question will come from Naureen Quibria of Maxim Group.

**Naureen Quibria**
*Maxim Group, LLC*

Congrats on all the progress. I guess my first one is on the GBM study that you'll be presenting on at ASCO, and we'll get the data just in a few days. You mentioned that survival data for 1 year for these patients are historically 60% to 65% at 1 year. Are you able to share with us what kind of delta you hope to see from historical rates for the 12-month OS? What would you think would be encouraging?

**J. Joseph Kim**
*CEO, President & Director*

Well, what number would get you excited, Naureen?

**Naureen Quibria**
*Maxim Group, LLC*

Well, obviously -- well higher than that.

**J. Joseph Kim**
*CEO, President & Director*

That's a great question. But yes, I think substantive increase over 65 -- 60%, 65% will be very encouraging. This is not the totally finished line. We will follow these patients at least for another 6 months or longer. So we will be -- I mean, we feel like this is a data set that we're building up. So from PFS6, which was very exciting between 20% to 30% difference compared to the standard of care at that early progression-free number was very encouraging to us and where we are today at overall survival at 12 months. And I think that adds to another level of validity and confidence in this data. And then as we continue to have longer tail in the survival curve in these patients at OS18, I mean that would even be even greater feat. So what would be a great number for you if you assume the standard care is 60% to 65%?

**Naureen Quibria**
*Maxim Group, LLC*

Well, I like it -- I would like it to be perfect. But that's not of possible, right?

**J. Joseph Kim**

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.