UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>   vs.<br><br>INOVIO PHARMACEUTICALS, INC., et al.,<br><br>           Defendants. | Civ. Action No. 2:20-cv-01402-GJP<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS |

4894-2636-7499.v1

- 1 -

Before the Court is Lead Plaintiff Manuel S. Williams's and Representative Plaintiff Andrew R. Zenoff's (together, "Plaintiffs") Motion for Leave to Amend the First Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws (the "Motion").

After carefully considering the Motion, opposition, reply, record and applicable law, the Court hereby **GRANTS** the Motion. Plaintiff shall file the Second Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws within three days of the date of this Order.

IT IS SO ORDERED.

DATED: _____    _____

THE HONORABLE GERALD J. PAPPERT
UNITED STATES DISTRICT JUDGE

4894-2636-7499.v1