## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK MCDERMID, *individually and on behalf of all others similarly situated*,

        *Plaintiff,*

        v.

INOVIO PHARMACEUTICALS, INC., *et al.*,

        *Defendants.*

CIVIL ACTION
NO. 20-1402

## ORDER

**AND NOW**, this 17th day of February 2022, consistent with the Court's January 21, 2022, telephone conference with the parties (ECF 114), it is hereby **ORDERED** that Plaintiffs' motion for leave to amend (ECF 121), which Defendants' do not oppose (ECF 127), is **GRANTED**.

It is further **ORDERED** that Plaintiffs' Second Amended Consolidated Class Action Complaint (ECF 121-2) is **DEEMED** filed as of February 17, 2022.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1