IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, individually and on behalf of all other similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>INOVIO PHARMACEUTICALS, INC., et al.,<br><br>      Defendants. | Case No. 2:20-cv-01402-GJP<br><br>CLASS ACTION |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

Defendants Inovio Pharmaceuticals, Inc., J. Joseph Kim, Peter D. Kies, and Robert J. Juba, Jr. ("Defendants") hereby move pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, Section 21D(b) of the Securities Exchange Act of 1934 ("Exchange Act"), as amended, 15 U.S.C. § 78u-4(b), for an order dismissing, with prejudice, the newly challenged statements, the newly alleged corrective disclosures, and Robert J. Juba, Jr. from Plaintiffs' Second Amended Consolidated Class Action Complaint on the grounds that Plaintiffs fail to state a claim for violations of Sections 10(b) and 20(a) of the Exchange Act.

Defendants' Motion is based on this Motion, the concurrently filed Memorandum of Law in Support of Defendants' Motion to Dismiss, Defendants' Request for Judicial Notice, the Declaration of Heather Speers in support of the Motion, and all exhibits attached thereto.

Defendants respectfully request oral argument on their Motion to Dismiss at a date and time convenient for the Court.

Dated: March 21, 2022

Respectfully Submitted,

DUANE MORRIS LLP

By: *s/ Patrick Loftus*
    Patrick Loftus (PA60417)
    Matthew Decker (PA 318614)
    30 South 17th Street
    Philadelphia, PA 19103
    (215) 979-1367 (phone)
    (215) 689-3591 (fax)
    loftus@duanemorris.com
    mdecker@duanemorris.com

    COOLEY LLP
    Luke Cadigan (*Pro Hac Vice*)
    500 Boylston Street
    14th Floor
    Boston, MA 02116-3736
    (617) 937-2300 (phone)
    (617) 937-2400 (fax)
    lcadigan@cooley.com

    Koji F. Fukumura (PA 73831)
    Heather Speers (*Pro Hac Vice*)
    4401 Eastgate Mall
    San Diego, CA 92121-1909
    (858) 550-6000 (phone)
    (858) 550-6420 (fax)
    kfukumura@cooley.com
    hspeers@cooley.com

    Caitlin B. Munley (PA318757)
    Georgina J. Inglis (*Pro Hac Vice*)
    1299 Pennsylvania Ave., NW, Suite 700
    Washington, DC 20005
    (202) 842-7800 (phone)
    (202) 842-7899 (fax)
    cmunley@cooley.com
    ginglis@cooley.com

    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on March 21, 2022, I filed this document on the Court's docket using the Court's CM/ECF system.  Based on the Court's records, all counsel of record were served with a copy of the foregoing document by electronic means.

*s/ Patrick Loftus*
DUANE MORRIS LLP
Patrick Loftus (PA60417)
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1367 (phone)
(215) 689-3591 (fax)
loftus@duanemorris.com