IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INOVIO PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Case No. 2:20-cv-01402-GJP <br><br> CLASS ACTION |

**DECLARATION OF HEATHER SPEERS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

I, Heather Speers, declare as follows:

1. I am an attorney licensed to practice law in the State of California and have been admitted *pro hac vice* in the United States District Court for the Eastern District of Pennsylvania for the purposes of this action. I am an associate at Cooley LLP, counsel for defendants Inovio Pharmaceuticals, Inc. ("Inovio" or the "Company"), J. Joseph Kim, Peter D. Kies, and Robert J. Juba, Jr. (collectively, "Defendants") in the above-captioned matter. I submit this declaration in support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint ("Motion to Dismiss"). I have personal knowledge of the following and, if called as a witness, would testify competently thereto.

2. In accordance with Local Rule 5.1.2(6), the exhibits attached to this declaration have been excerpted to include only the first page of each document and the pages that contain information cited in the Motion to Dismiss. Copies of the complete documents will be provided to the Court upon request.

3. Attached as **Exhibit A** is a true and correct excerpted and highlighted copy of

Inovio's March 3, 2020 Press Release titled "Inovio Accelerates Timeline for COVID-19 DNA Vaccine INO-4800," which is publicly available on Inovio's website at: https://ir.inovio.com/news-releases/news-releases-details/2020/Inovio-Accelerates-Timeline-for-COVID-19-DNA-Vaccine-INO-4800/default.aspx.

4.    Attached as **Exhibit B** is a true and correct excerpted and highlighted copy of Inovio's April 6, 2020 Press Release titled "INOVIO Initiates Phase 1 Clinical Trial Of Its COVID-19 Vaccine and Plans First Dose Today," which is publicly available on Inovio's website at: https://ir.inovio.com/news-releases/news-releases-details/2020/INOVIO-Initiates-Phase-1-Clinical-Trial-Of-Its-COVID-19-Vaccine-and-Plans-First-Dose-Today/default.aspx.

5.    Attached as **Exhibit C** is a true and correct excerpted and highlighted copy of Inovio's April 28, 2020 Press Release titled "INOVIO Completes Enrollment in the Phase 1 U.S. Trial of INO-4800 for COVID-19 DNA Vaccine; Interim Results Expected in June," which is publicly available on Inovio's website at: https://ir.inovio.com/news-releases/news-releases-details/2020/INOVIO-Completes-Enrollment-in-the-Phase-1-US-Trial-of-INO-4800-for-COVID-19-DNA-Vaccine-Interim-Results-Expected-in-June/default.aspx.

6.    Attached as **Exhibit D** is a true and correct excerpted and highlighted copy of Inovio's May 20, 2020 Press Release titled "INOVIO's COVID-19 DNA Vaccine INO-4800 Demonstrates Robust Neutralizing Antibody and T Cell Immune Responses in Preclinical Models," which is publicly available on Inovio's website at: https://ir.inovio.com/news-releases/news-releases-details/2020/INOVIOs-COVID-19-DNA-Vaccine-INO-4800-Demonstrates-Robust-Neutralizing-Antibody-and-T-Cell-Immune-Responses-in-Preclinical-Models/default.aspx.

7.    Attached as **Exhibit E** is a true and correct excerpted and highlighted copy of

Inovio's June 30, 2020 Press Release titled "INOVIO Announces Positive Interim Phase 1 Data For INO-4800 Vaccine for COVID-19," which is publicly available on Inovio's website at: https://ir.inovio.com/news-releases/news-releases-details/2020/INOVIO-Announces-Positive-Interim-Phase-1-Data-For-INO-4800-Vaccine-for-COVID-19/default.aspx.

8.      Attached as **Exhibit F** is a true and correct excerpted and highlighted copy of Inovio's July 30, 2020 Press Release titled "INOVIO's COVID-19 DNA Vaccine INO-4800 Provides Protection with Memory Immune Responses In Non-Human Primates Challenged with SARS-CoV-2 Virus," which is publicly available on Inovio's website at: https://ir.inovio.com/news-releases/news-releases-details/2020/INOVIOs-COVID-19-DNA-Vaccine-INO-4800-Provides-Protection-with-Memory-Immune-Responses-In-Non-Human-Primates-Challenged-with-SARS-CoV-2-Virus/default.aspx.

9.      Attached as **Exhibit G** is a true and correct excerpted and highlighted copy of Inovio's August 10, 2020 Press Release titled "INOVIO Reports Second Quarter 2020 Financial Results; Provides DNA Medicines Clinical Program Mid-Year Update," which is publicly available on Inovio's website at: https://ir.inovio.com/news-releases/news-releases-details/2020/INOVIO-Reports-Second-Quarter-2020-Financial-Results-Provides-DNA-Medicines-Clinical-Program-Mid-Year-Update/default.aspx.

10.     Attached as **Exhibit H** is a true and correct excerpted and highlighted copy of Inovio's September 28, 2020 Press Release titled "INOVIO Reports FDA Partial Clinical Hold for Planned Phase 2 / 3 Trial of COVID-19 Vaccine Candidate INO-4800," which is publicly available on Inovio's website at: https://ir.inovio.com/news-releases/news-releases-details/2020/INOVIO-Reports-FDA-Partial-Clinical-Hold-for-Planned-Phase-2--3-Trial-of-COVID-19-Vaccine-Candidate-INO-4800/default.aspx.

11.     Attached as **Exhibit I** is a true and correct excerpted and highlighted copy of Inovio's November 16, 2020 Press Release titled "INOVIO Announces Initiation of Phase 2 Segment of its Phase 2/3 Clinical Trial for its COVID-19 DNA Vaccine Candidate, INO-4800; Trial Will Be Funded by the U.S. Department of Defense," which is publicly available on Inovio's website at: https://ir.inovio.com/news-releases/news-releases-details/2020/INOVIO-Announces-Initiation-of-Phase-2-Segment-of-its-Phase-23-Clinical-Trial-for-its-COVID-19-DNA-Vaccine-Candidate-INO-4800-Trial-Will-Be-Funded-by-the-U.S.-Department-of-Defense/default.aspx.

12.     Attached as **Exhibit J** is a true and correct excerpted and highlighted copy of the transcript of Inovio's August 10, 2020 Earnings Call, which is publicly available, for a fee, at: spglobal.com/marketintelligence.

13.     Attached as **Exhibit K** is a true and correct excerpted and highlighted copy of Inovio's Form 10-K for the year ending December 31, 2019, filed with the Securities and Exchange Commission ("SEC") on March 12, 2020, which is publicly available from the SEC on its website at:        https://www.sec.gov/Archives/edgar/data/0001055726/000105572620000012/ino-12312019x10k.htm.

14.     Attached as **Exhibit L** is a true and correct excerpted and highlighted copy of Inovio's Form 10-Q for the quarter ending March 31, 2020, filed with the SEC on May 11, 2020, which    is    publicly    available    from    the    SEC    on    its    website    at: https://www.sec.gov/Archives/edgar/data/0001055726/000105572620000032/ino-3312010q.htm.

15.     Attached as **Exhibit M** is a true and correct excerpted and highlighted copy of Inovio's Form 10-Q for the quarter ending June 30, 2020, filed with the SEC on August 10, 2020, which    is    publicly    available    from    the    SEC    on    its    website    at:

4

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001055726/000105572620000048/ino-6302010q.htm.

16.    Attached as **Exhibit N** is a true and correct copy of Peter Kies' SEC Form 4, Statement of Changes in Beneficial Ownership, for transaction date of June 30, 2020, filed with the SEC on July 2, 2020, which is publicly available from the SEC on its website at: https://www.sec.gov/Archives/edgar/data/1055726/000105572620000043/xslF345X03/wf-form4_159373831691639.xml.

17.    Attached as **Exhibit O** is a true and correct copy of Peter Kies' SEC Form 4, Statement of Changes in Beneficial Ownership, for transaction date of July 15, 2020, filed with the SEC on July 17, 2020, which is publicly available from the SEC on its website at: https://www.sec.gov/Archives/edgar/data/1055726/000105572620000044/xslF345X03/wf-form4_159502681136667.xml.

18.    Attached as **Exhibit P** is a true and correct copy of Jong Joseph Kim's SEC Form 4, Statement of Changes in Beneficial Ownership, for transaction date of July 30, 2020, filed with the SEC on July 31, 2020, which is publicly available from the SEC on its website at: https://www.sec.gov/Archives/edgar/data/1055726/000105572620000045/xslF345X03/wf-form4_159623712675309.xml.

19.    Attached as **Exhibit Q** is a true and correct copy of Inovio's 10b5-1 Non-Discretionary Sales Plan for Peter Kies dated May 18, 2020, bearing Bates number INO_EDPA_00147473 – INO_EDPA_00147479.

20.    Attached as **Exhibit R** is a true and correct copy of RBC Wealth Management's Agreement to Establish a Rule 10b5-1 Selling Plan for Jong Joseph Kim & Soojin Ashley Kim dated May 18, 2020, bearing Bates number INO_EDPA_00147734 – INO_EDPA_00147737.

**21.**    Attached as **Exhibit S** is a true and correct highlighted copy of Inovio's June 23, 2020 Telephone Contact Report, bearing Bates number INO_EDPA_00175134 – INO_EDPA_00175135.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on March 20, 2022 in San Diego, California.

Heather Speers

**CERTIFICATE OF SERVICE**

I certify that on March 21, 2022, I filed this document on the Court's docket using the Court's CM/ECF system.  Based on the Court's records, all counsel of record were served with a copy of the foregoing document by electronic means.

*s/ Patrick Loftus*
DUANE MORRIS LLP
Patrick Loftus (PA60417)
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1367 (phone)
(215) 689-3591 (fax)
loftus@duanemorris.com

7