IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, individually and on behalf of all other similarly situated, | Case No. 2:20-cv-01402-GJP |
| Plaintiff, | CLASS ACTION |
| v. | |
| INOVIO PHARMACEUTICALS, INC., et al., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

AND NOW, this _____ day of _____, 2022, upon consideration of Defendants Inovio Pharmaceuticals, Inc., J. Joseph Kim, Peter D. Kies, and Robert J. Juba, Jr.'s Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint ("Motion to Dismiss"), and any opposition and reply thereto, and there being good cause shown, it is hereby:

ORDERED that Defendants' Motion to Dismiss is GRANTED, the new allegations in Plaintiffs' Second Amended Consolidated Class Action Complaint are DISMISSED WITH PREJUDICE, and Robert Juba, Jr. is DISMISSED WITH PREJUDICE as a defendant from this action.

_____
The Honorable Gerald J. Pappert
United States District Court Judge