# Exhibit B

# INOVIO Initiates Phase 1 Clinical Trial Of Its COVID-19 Vaccine and Plans First Dose Today

- Up to 40 Healthy Volunteers To Participate at Two Trial Locations

- Preclinical Animal Studies Show Promising Immune Responses

- Rapid Advancement Possible Through a Global Coalition of Collaborators, Partners, and Funders

---

NEWS PROVIDED BY
**INOVIO Pharmaceuticals, Inc.** →
Apr 06, 2020, 08:30 ET

---

PLYMOUTH MEETING, Pa., April 6, 2020 /PRNewswire/ -- INOVIO Pharmaceuticals, Inc. (NASDAQ:INO) today announced that the U.S. Food and Drug Administration has accepted the company's Investigational New Drug (IND) application for INO-4800, its DNA vaccine candidate designed to prevent COVID-19 infection, paving the way for Phase 1 clinical testing of INO-4800 in healthy volunteers beginning this week. The first dosing is planned for today.

Dr. J. Joseph Kim, INOVIO's President and CEO, said, "This is a significant step forward in the global fight against COVID-19. Without a new safe and effective vaccine, the COVID-19 pandemic is likely to continue to threaten lives and livelihoods. It also demonstrates the power of our DNA medicines platform to rapidly develop and advance a vaccine for COVID-19 into Phase 1 clinical testing. Our dedicated team of staff, partners and funders have been mobilized since the genetic sequence of the virus became available in early January and continues to work around the clock to ensure that we are rapidly advancing INO-4800 through this Phase 1 study towards planned efficacy trials."

1