# Exhibit C

# INOVIO Completes Enrollment in the Phase 1 U.S. Trial of INO-4800 for COVID-19 DNA Vaccine; Interim Results Expected in June

INO-4800 Phase 2/3 U.S. clinical trial being prepared to start this summer

Parallel preclinical challenge studies ongoing

NEWS PROVIDED BY

**INOVIO Pharmaceuticals, Inc. →**

Apr 28, 2020, 08:00 ET

PLYMOUTH MEETING, Pa., April 28, 2020 /PRNewswire/ -- INOVIO (NASDAQ:INO) today announced that its Phase 1 U.S. clinical trial for COVID-19 DNA vaccine INO-4800 is fully enrolled with all 40 healthy volunteers receiving their first dose, with interim immune responses and safety results expected in late June. The 40 healthy volunteers now enrolled at sites at the University of Pennsylvania in Philadelphia, PA, and a clinic in Kansas City, MO, will receive two doses of INO-4800 four weeks apart. The Phase 1 study is designed to assess the safety profile and immunogenicity of INO-4800 in support of advancing rapidly to a Phase 2/3 efficacy trial, which is planned to potentially initiate this summer.

Dr. J. Joseph Kim, INOVIO's President and CEO, said, "We are extremely grateful to the volunteers in Philadelphia and Kansas City who have stepped forward in the midst of this deadly pandemic to help advance our promising DNA vaccine against COVID-19. Without these volunteers, we would not be able to advance the clinical study of INO-4800 at record speed and potentially provide INO-4800 as a viable vaccine against the global COVID-19 pandemic."

1