# Exhibit G

# INOVIO Reports Second Quarter 2020 Financial Results; Provides DNA Medicines Clinical Program Mid-Year Update

INOVIO Second Quarter Highlights

- INO-4800 U.S. Phase 1 clinical manuscript with full clinical data currently undergoing peer-review for publication at a top medical journal; INO-4800 was generally safe and well-tolerated in all participants with only 6 treatment related Grade 1 (lowest) AEs

- 100% of trial participants demonstrated overall immune responses

- 95% had seroconverted by antibody response overall;

- Nearly 90% generated strong T cell responses, including CD8+ T cell responses

- Secured $71 million from U.S. Department of Defense to scale up manufacture of CELLECTRA® 3PSP smart device and procurement of CELLECTRA® 2000

- Reported favorable INO-4800 animal challenge data in mouse and non-human primate (NHP) studies; NHP challenge data at 13 weeks post last immunization showed robust memory immune responses and protection from virus replication in both nasal passages and lower lungs

- INO-4800 selected by U.S. Operation Warp Speed for COVID-19 non-human primate challenge study

- Expanded INO-4800 DNA manufacturing agreement with Richter-Helm and CEPI to support large-scale manufacturing; currently expanding manufacturing consortium and on track to meet goal of producing at least 100 million INO-4800 doses in 2021 via growing global coalition of partners and funders

- Phase 1/2 INO-4800 trials for COVID-19 approved in South Korea and China

- Presented positive 12-month overall survival efficacy data demonstrating 85% survival rate for DNA immunotherapy candidate INO-5401 in treatment of glioblastoma multiforme (GBM) at American Society of Clinical Oncology (ASCO) Annual Meeting

- Reported positive Interim Phase 2 results for DNA immunotherapy candidate VGX-3100 in treating HPV-associated anal and vulvar dysplasia; VGX-3100 REVEAL 1 pivotal Phase 3 data for HPV-associated cervical dysplasia on track to be reported in 4Q2020

1

- INO-3107, a treatment of recurrent respiratory papillomatosis (RRP), a rare, debilitating disease caused by HPV infection, received Orphan Disease designation by the FDA; Phase 1/2 clinical trial initiated

Investor Call Today at 4:30 PM ET

NEWS PROVIDED BY
**INOVIO Pharmaceuticals, Inc.** →
Aug 10, 2020, 16:05 ET

PLYMOUTH MEETING, Pa., Aug. 10, 2020 /PRNewswire/ -- INOVIO (NASDAQ:INO), a biotechnology company focused on rapidly bringing to market precisely designed DNA medicines to treat and protect people from infectious diseases and cancer, today reported financial results for the quarter ended June 30, 2020. INOVIO's management will host a live conference call and webcast at 4:30 p.m. Eastern Time today to discuss financial results and provide a general business update, including near-term expectations for its COVID-19 DNA vaccine development program and a mid-year clinical program update for its DNA medicines portfolio.

Dr. J. Joseph Kim, INOVIO's President and Chief Executive Officer, said, "The second quarter further demonstrated the versatility and potential of INOVIO's DNA medicines platform to meet urgent global health needs. In addition to advancing our DNA vaccine INO-4800 to combat the ongoing COVID-19 pandemic, INOVIO presented encouraging results for one of the most devastating and difficult-to-treat cancers, GBM. We believe our DNA medicines are ideally suited to safely drive robust immune responses across infectious diseases and cancer, and we look forward to publishing our latest INO-4800 data, starting our Phase 2/3 COVID-19 clinical study in the U.S. in September, and expanding the manufacturing capacity to produce at least 100 million doses of INO-4800 in 2021 via our growing global coalition of partners and funders."

**INOVIO Second Quarter Program Updates**

**DNA Vaccines for COVID-19 and MERS**

Infectious Diseases, Ology Bioservices, the Parker Institute for Cancer Immunotherapy, Plumbline Life Sciences, Regeneron, Richter-Helm BioLogics, Roche/Genentech, University of Pennsylvania, Walter Reed Army Institute of Research, and The Wistar Institute. INOVIO also is a proud recipient of 2020 Women on Boards "W" designation recognizing companies with more than 20% women on their board of directors. For more information, visit www.inovio.com.

**CONTACTS:**

Media: Jeff Richardson, 267-440-4211, jrichardson@inovio.com
Investors: Ben Matone, 484-362-0076, ben.matone@inovio.com

*This press release contains certain forward-looking statements relating to our business, including our plans to develop DNA medicines, our expectations regarding our research and development programs, including the planned initiation and conduct of preclinical studies and clinical trials and the availability and timing of data from those studies and trials, and our ability to successfully manufacture and produce large quantities of our product candidates if they receive regulatory approval. Actual events or results may differ from the expectations set forth herein as a result of a number of factors, including uncertainties inherent in pre-clinical studies, clinical trials, product development programs and commercialization activities and outcomes, our ability to secure sufficient manufacturing capacity to mass produce our product candidates, the availability of funding to support continuing research and studies in an effort to prove safety and efficacy of electroporation technology as a delivery mechanism or develop viable DNA medicines, our ability to support our pipeline of DNA medicine products, the ability of our collaborators to attain development and commercial milestones for products we license and product sales that will enable us to receive future payments and royalties, the adequacy of our capital resources, the availability or potential availability of alternative therapies or treatments for the conditions targeted by us or our collaborators, including alternatives that may be more efficacious or cost effective than any therapy or treatment that we and our collaborators hope to develop, issues involving product liability, issues involving patents and whether they or licenses to them will provide us with meaningful protection from others using the covered technologies, whether such proprietary rights are enforceable or defensible or infringe or allegedly infringe on rights of others or can withstand claims of invalidity and whether we can finance or devote*

12