# Exhibit J



# Inovio Pharmaceuticals, Inc.
# NasdaqGS:INO
# FQ2 2020 Earnings Call Transcripts

## Monday, August 10, 2020 8:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2020- | | | -FQ3 2020- | -FY 2020- | -FY 2021- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS (GAAP) | (0.17) | (0.83) | NM | (0.17) | (0.70) | 1.28 |
| Revenue (mm) | 2.61 | 0.27 | ▼(89.66 %) | 3.50 | 13.56 | 485.39 |

Currency: USD
Consensus as of  Jul-31-2020 11:16 AM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

- EPS (GAAP) -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ3 2019 | (0.25) | (0.23) | NM |
| FQ4 2019 | (0.24) | (0.38) | NM |
| FQ1 2020 | (0.22) | (0.26) | NM |
| FQ2 2020 | (0.17) | (0.83) | NM |

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Presentation

**Operator**

Good day, and welcome to the Inovio Second Quarter 2020 Financial Results Conference Call. [Operator Instructions] Please note this event is being recorded.

I would now like to turn the conference over to Ben Matone, Senior Director of Investor Relations. Please go ahead.

**Ben Matone**
*Director of Investor Relations*

Thank you, operator. Good afternoon, and thank you for joining Inovio's Second Quarter 2020 Earnings Conference Call. Joining us today are Dr. J. Joseph Kim, President and CEO; Dr. Kate Broderick, Senior Vice President of Research and Development and Project Lead for Inovio's infectious disease programs; Dr. Jacqui Shea, Inovio's Chief Operating Officer; and the company's Chief Financial Officer, Peter Kies.

For today's call, we will review our corporate and financial information for the second quarter 2020 ended June 30, 2020, as well as provide an update on our clinical programs progress, which includes the accelerated development for our COVID-19 vaccine program. This call is being webcast live on our website, ir.inovio.com, and a replay will be made available. Following prepared remarks, we will be conducting a question-and-answer segment reserved for equity research analysts.

During the course of this conference call, we will be making forward-looking statements regarding future events and the future performance of the company. These events relate to our business plans to develop Inovio's integrated platform of DNA medicines, which include clinical and regulatory developments and timing of clinical data readouts, along with capital resources and strategic matters as well as the impact of the COVID-19 pandemic on Inovio's business operations. All of these statements are based on the beliefs and expectations of management as of today. These statements involve certain assumptions, risks and uncertainties and could cause actual results to differ materially. We assume no obligation to revise or update forward-looking statements, whether as a result of new information, future events or otherwise. Investors should read carefully the risks and uncertainties described in today's press release as well as the risk factors included in today's 10-Q filing with the SEC.

With that, I would now like to turn the call over to Joseph.

**J. Joseph Kim**
*CEO, President & Director*

Thank you, Ben, and thanks, everyone, for joining the call today. We began this year stating that we were entering a new era for DNA medicines. This was before COVID-19 became the most urgent public health crisis the world has seen in a century. We are very proud of our accomplishments to date in addressing this growing pandemic and the evolving nature of SARS-CoV-2, the virus that causes COVID-19. The challenges of this still relatively unknown virus cannot be understated. We understand the importance of continuing to develop our scientific and medical understanding of the virus and its effects, and having multiple approaches to defeat it remains paramount.

Over the last decade, Inovio has led the field in demonstrating how optimized DNA plasmids can be rapidly developed and delivered into cells using the CELLECTRA smart device that overcomes historical obstacles in effectively delivering DNA medicines and producing safe and robust immune responses. Our goal is to generate data that challenges the status quo and focuses on the efficacy, durability, versatility and safety of our DNA medicines, all of which are critical when confronted with a novel virus. We are delivering on that goal, and I am very proud of our COVID-19 DNA vaccine development team, which is led by Dr. Kate Broderick. She will be sharing with you shortly the amazing work completed this quarter with our COVID-19 DNA vaccine, INO-4800. And I once again want to thank Kate and her -- and our entire Inovio team for their tireless and extraordinary efforts to combat this great threat. Through these efforts, our

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**INOVIO PHARMACEUTICALS, INC. FQ2 2020 EARNINGS CALL | AUG 10, 2020**

INO-4800 Phase I clinical results, which is now undergoing peer review for publication at a top medical journal, have demonstrated robust immunogenicity, including neutralizing antibodies and T cell responses, both CD8 and CD4 T cell responses, and a uniquely favorable safety profile that supports the foundation of promising responses we have seen in more than 2,000 patients and over 7,000 application of our DNA medicines with our CELLECTRA delivery devices.

Inovio has also set the standard with INO-4800 for durability of a protective response in a nonhuman primate animal challenge study at 4 months post vaccination and has shown balanced antibody and T cell immunogenicity against the emerging dominant strain of the virus known as G614. To our knowledge, we are the first to report generation of neutralizing antibody against this mutated strain of the coronavirus by vaccinating nonhuman primates. This data is published as a preprint on bioArchive and is currently under review at a peer review journal. We look forward to publishing our additional animal challenge studies as well as being a part of Operation Warp Speed's nonhuman primate animal challenge study.

We also have made significant strides in expanding our global coalition to manufacture large-scale quantities of INO-4800 and smart devices to deliver them. I look forward to having our Chief Operating Officer, Dr. Jacqui Shea, provide you with our latest manufacturing update.

I want to thank our partners and growing global manufacturing coalition, which includes Richter-Helm BioLogics in Germany, other large-scale European manufacturers and Ology Bioservices and other large-scale manufacturers here in the U.S. I also want to thank our current funders, including the U.S. Department of Defense, CEPI and The Bill & Melinda Gates Foundation. With this support, we look forward to advancing INO-4800 into a Phase II/III trial in September and meeting our target to provide at least 1 million doses of our DNA vaccine this year and 100 million doses in 2021. And while this past quarter has been dominated by COVID-19 news, our team continues to drive forward our overall DNA medicines pipeline with important milestones that support our goal to produce data to challenge the status quo and focuses on the safety, efficacy, durability and versatility of our DNA medicines.

As a quick recap, over the quarter, we accomplished the following: First, we presented positive interim data from our Phase I/IIa trial for our Middle East Respiratory Syndrome DNA vaccine, INO-4700, at ASGCT and are moving forward with our Phase II trial in the Middle East. We are the first company with Phase II vaccine for the coronavirus that causes MERS, which is in the same family of viruses as the coronavirus that causes COVID-19.

Second, we presented positive 12-month overall survival data at ASCO, demonstrating an 85% survival rate for our DNA immunotherapy INO-5401 for the devastating and difficult-to-treat glioblastoma multiforme. We look forward to the fourth quarter, where we will be evaluating and providing at an oncology conference overall survival at 18 months, which is the primary efficacy end point for the 52-patient Phase II trial.

Third, we reported positive interim Phase II results for VGX-3100 against HPV-related precancerous anal and vulvar dysplasias, and we remain on track to report top line Phase III pivotal efficacy data for VGX-3100 against HPV-related precancerous cervical dysplasia from REVEAL 1 in the fourth quarter of this year.

Fourth, for REVEAL 2, as we mentioned during our last earnings conference call in May, patient recruitment took a hit as a result of global pandemic since the first quarter. Our team continues to work relentlessly on getting us back on track to prepandemic enrollment rate in a safe manner, and I am confident that we will be in a position to build off of a positive REVEAL 1 data this year.

Fifth, we're also excited with the progress across our HPV programs, particularly for INO-3107, which recently received an orphan drug designation from the FDA to treat the rare, debilitating and potentially fatal condition called recurrent respiratory papillomatosis or RRP. We're currently conducting an open-label multicenter Phase I/II trial of INO-3107 in the U.S. As we mentioned during previous calls regarding RRP, these patients typically undergo multiple surgeries a year and literally plan their lives around scheduling their surgeries. As such, given the disease characteristics and tight knit community where patients are treated, we believe enrollment will be relatively swift and anticipate interim readouts by next year. We also expect to apply for regulatory approval to commence a trial to evaluate INO-3107 in pediatric

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

patients after we had a chance to evaluate data from the current study. Broadening the outreach towards pediatrics will not only build on the overall value of INO-3107, but also provide a viable therapeutic option for these patients who suffer from this rare disease and lifelong surgeries. As this is an open-label trial, we're hoping to have the data to share with you in the second half of next year.

Now I'd like to turn the call over to our SVP of R&D, Dr. Kate Broderick, who will provide an update on our COVID-19 program. Kate?

**Kate E. Broderick**
*Senior Vice President of Research & Development*

Thank you, Joseph, and good afternoon, everyone. Since I last spoke with you during our May earnings call, we have accomplished a huge amount in the fight against COVID-19 disease. As Joseph stated, the key to combating COVID-19 is to continue to build on our understanding of the virus and the disease and have multiple approaches to defeat it. We are very encouraged by the immune responses of our DNA vaccine candidate, INO-4800, and we look forward to beginning our planned Phase II/III trials in September upon FDA concurrence.

So first, let me begin on where we are as of today. Our manuscript for the initial 40-subject Phase I trial in the U.S., which is comprised of week 8 safety and immunogenicity analysis, is undergoing peer review process at a top medical journal. Today, in our COVID program, there have been no safety concerns as per the Data Safety Monitoring Board with no serious adverse events reported and only a few mild transient adverse events primarily related to injection site reactions such as redness. So just to emphasize that one more time, all 6 related AEs were grade 1, the lowest level in severity, and this profile compares superbly relative to currently marketed commercial vaccines and also other candidate vaccines being developed for COVID-19.

The dataset includes a clinical immunology package analyzing binding antibodies, live virus neutralization results, T cell responses using both ELISpot assays and flow cytometry. Unfortunately, while I'm currently not at liberty to discuss the details of all these studies until they've been published, I can report that all participants in the trial showed strong antibodies and/or strong T cell immune responses. In terms of the human autoimmune responses, 95% of the participants seroconverted, and that's defined as those participants who respond with either neutralizing and/or binding antibodies after 2 doses.

In addition, almost 90% of vaccinated participants generated strong T cell responses. Interestingly, statistically significant increases in both CD8 and CD4 T cells were noted post vaccination. T cell responses were higher in magnitude than convalescent samples tested and were similar or greater responses to those previously reported for other COVID candidates.

Several new recent studies have revealed that a large proportion of the population might possess T cells that could help recognize SARS-CoV-2 despite them never actually having encountered the virus before. These T cells are much more likely generated from previous infections with related coronaviruses, including 4 viruses that frequently cause common cold. Many experts believe that these so-called cross-reactive T cells may make the COVID-19 disease milder and perhaps partly explain why some people who are infected become very sick while others can be asymptomatic.

Leading infectious disease immunologists believe that vaccine-generated specific T cell responses could even be even more helpful than these naturally-established cross-reactive T cells in limiting the severity of COVID disease. Therefore, developing COVID-19 vaccines, which could generate strong T cell responses as well as, of course, neutralizing antibody responses, could ultimately represent better a more efficacious and durable vaccine against COVID-19. As such, our promising clinical data demonstrates that INO-4800 is a COVID-19 vaccine candidate with a unique and highly favorable safety profile, which produces well-balanced immune responses consisting of both neutralizing antibodies and T cells. In addition, the clinical data also suggests a fully boostable immunogenicity profile with no anti-vector immunity, as expected.

Our Phase I human data builds upon our recent nonhuman primate animal challenge study, which is currently the closest thing that we have to testing a vaccine's efficacy when confronting a live virus. As Joseph mentioned, we were very encouraged with the duration of protection that INO-4800 demonstrated

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

as well as the robust immune response across the antibodies and the T cells, mirroring the impressive clinical data.

To give some more context, our challenge study is more stringent than what others have generated to date as it was performed over 3 months from the last vaccination and not at the peak of their acute immune responses at 1 to 4 weeks post last dose. As such, our challenge study addresses protection from memory immune responses and not from high levels of circulating antibodies present during the acute post vaccination phase. We also assess the ability of INO-4800 to generate neutralizing antibodies against the newly emergent virus strain, G614, which is critical to ensuring that our research keeps pace with the virus as it evolves. And I want to emphasize here that no antibody-enhanced disease events were reported, supporting our favorable safety profile. We look forward to reassessing the impact of INO-4800's durability of response at 12 months out with our other ongoing nonhuman primate animal challenge studies, and we're also pleased to be participating in Operation Warp Speed's nonhuman primate animal challenge.

Finally, we are excited that our expanded U.S. Phase I trial is fully enrolled in older subjects and proceeding as planned, and our Phase I/II trials in South Korea and China have begun. We look forward to providing data updates on these trials in the fourth quarter.

And now I'd like to hand it back over to Joseph. Thank you.

**J. Joseph Kim**
*CEO, President & Director*

Thank you, Kate. Great summary. Now I'll turn over to our COO, Dr. Jacqui Shea, for a manufacturing update.

**Jacqueline E. Shea**
*Chief Operating Officer*

Thank you, Joseph, and good afternoon, everyone. First, I'd like to take a moment to recap and highlight the unique advantages of our DNA vaccines platform specific to how quickly DNA medicines can be designed and manufactured as well as the stability of the products, which are both critical aspects in addressing a global pandemic.

In terms of rapid and scalable manufacturing, our DNA vaccine development is achieved via a fully scalable manufacturing process, which are well established. They are cost-effective to manufacture and to produce in large quantities. And very importantly, DNA medicines are also very easily characterized from a manufacturing perspective, much more so than many other biologic products, and this facilitates production through multiple manufacturers. As Joseph mentioned, we have an established plan in place for manufacturing at least 1 million 1 mg doses of INO-4800 this year and the target of 100 million doses by 2021. We are also working on further expanding our manufacturing consortium.

In terms of stability, INO-4800 does not require frozen shipping or storage, meaning no minus 20 or minus 80 freezers are required. Our vaccine is stable for a year at room temperature or for 2 months at 37 degrees C and has a 5-year projected shelf life when refrigerated. The formulation consists of optimized DNA plasmids, water and salt with no lipid nanoparticles or adjuvants required, further leading to not only better stability of the vaccine, but also better tolerability when administered. This stability is a unique and important differentiating factor that positions INO-4800 very favorably when considering the logistics of addressing global vaccination needs during a pandemic.

Also, as Joseph mentioned, Inovio made significant strides in expanding our global coalition of collaborators, partners, manufacturers and funders to rapidly advance and manufacture large-scale quantities of INO-4800 to meet the demands of this pandemic. So to give you some scale-up highlights, at the end of quarter 1, the Department of Defense awarded Ology Bioservices, an $11.9 million contract to work with Inovio to manufacture INO-4800 for the DoD for clinical trials. In quarter 2, we also expanded our manufacturing partnership with Richter-Helm BioLogics in Germany, partially funded through the Coalition for Epidemic Preparedness Innovations, or CEPI. We are also in the process of finalizing additional manufacturing partnerships in the U.S. and in Europe to fulfill our vaccine candidate production

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question today will come from Gregory Renza with RBC Capital.

**Gregory James Renza**
*RBC Capital Markets, Research Division*

Congratulations on the progress. Joseph, I just wanted to start with your commentary around the plans for the Phase II/III trial for 4100 (sic) [ 4800 ]. I'm just curious if you could perhaps comment on the current gating factors for getting that going. It sounds like you're targeting a September start, maybe just slightly a delay from maybe previous commentary. So I just want to understand maybe what the pushes and pulls are there. And then, secondarily, just related to some of the resources or monies that would perhaps be involved to support that and help to execute on that.

**J. Joseph Kim**
*CEO, President & Director*

Yes. Thank you, Greg. So we've been working urgently to get our Phase II/III events. We are in very active discussions with the FDA on the design, and we feel that we are very close to this process. So in terms of drug doses, we have everything available to execute. In terms of the devices, we have everything -- we have very encouraging and positive Phase I data, which is undergoing peer review. So we feel like we are executing on this. Obviously, we are concurrently working on getting an external funding to support this large trial. So please stay tuned because we will be able to, certainly by September, announce the Phase II/III start with external funding in this regard.

**Gregory James Renza**
*RBC Capital Markets, Research Division*

That's great. And then just a quick follow-up on the nonhuman primate study data. Just how should we be thinking about the length of that follow-up period as well as perhaps the dose used for the challenge study when comparing that with perhaps other nonhuman primate studies? I'll hop back into the queue.

**J. Joseph Kim**
*CEO, President & Director*

Yes, absolutely. Maybe I'll turn to Kate Broderick to handle this question. Kate?

**Kate E. Broderick**
*Senior Vice President of Research & Development*

Thanks so much for that question because that really gives me the opportunity to really underscore how incredibly important that nonhuman primate data is. I do want to be clear that at this point, to my knowledge anyway, we, Inovio, INO-4800 is the only vaccine candidate to show durability and protection from COVID-19 disease. And really, that is incredibly important. A good vaccine has to be safe, it has to be effective, but also has to have durability. If you can only protect for a few weeks or a month, that really doesn't have a whole lot of relevance in the situation today. So we are very excited by the data that we just recently released on bioArchive and truly think that is going to be important as we sort of survey a lot of people, vaccine candidates, which is really much more similar to what would actually happen in real life as opposed to kind of an artificial situation when you challenge immediately after the acute period of immune responses. I hope that helps answer your question.

**Operator**

And our next question will come from Stephen Willey with Stifel.

**Stephen Douglas Willey**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Is there any more -- Joseph, is there any more granularity you can provide just around expected timing of the Phase I publication? And I guess, I think it was noted in the press release that there's -- the study was extended to include, I guess, more participants, raised the age bracket again. But then it also looks like there was a lower dose that was added as part of the study extension. So should we assume that the inclusion of a lower dose implies that there may not have been a clear dose response between the 1 mg and 2 mg cohorts? And then I just have a couple of follow-ups.

**J. Joseph Kim**
*CEO, President & Director*

Let me touch on the last part of the question first. No, we do see -- so the Phase I extension studies were done prior to having all of the immune response readouts from the initial 40-person 2 cohorts. One was that that's the escalation of age groups that the FDA wanted. So we started with 18 to 50 person cohorts first with 1- and 2-milligram doses, and then we have added 51-plus population. We also felt that we wanted to see the overall spectrum of doses coming down to 0.5 milligram as a broad spectrum of dose escalation. Stepping back a little bit, but in a pandemic response, we're moving very urgently. Those things are done to complete our overall clinical development plan. So we feel that both 1-milligram and 2-milligram doses are very immunogenic and have shown very strong safety and tolerability, especially when you compare it to already-approved conventional vaccines as well as some of the other reports from other vaccine candidates.

Back to what -- when you would expect the peer review, I'm urgently waiting as much as you guys are. The peer review process is going to take their own time, but we're hoping that it's sooner rather than later. And all of the humoral and cellular immune responses, every detail of safety and tolerability will be outlined in the published paper.

**Stephen Douglas Willey**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. So I guess, should we expect to have that Phase I publication in hand before the decision is announced or before the initiation of the Phase II/III in September?

**J. Joseph Kim**
*CEO, President & Director*

No. These are 2 parallel events.

**Stephen Douglas Willey**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And then just, I guess, on the VGXI ongoing, I guess, litigation or arbitration, whatever you want to call it, does this impact at all the likelihood of starting a Phase II/III in September? And I guess, what are the projected time lines to a resolution here if this does indeed need to be litigated?

**J. Joseph Kim**
*CEO, President & Director*

So I don't want to go too -- we don't want to go too deeply into actual discussion of the litigation because that's an ongoing process, but I can absolutely say that this or any other litigation has any impact on our INO-4800 development plan, including Phase II/III efficacy trials or even the scale-up in 2021 of our goal of reaching 100 million doses. So we feel -- as I mentioned before, we have all the doses and device and arrays manufacturer to support our trials, and our focus is squarely on scaling up for 100 million doses that we feel are needed in 2021.

**Stephen Douglas Willey**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And then just lastly -- and I guess it was kind of asked at the outset, but I guess you characterized the initiation of the II/III as kind of being dependent upon receiving FDA concurrence. I guess can you

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

maybe just talk a little bit about what that FDA concurrence looks like? And should we anticipate that a registrational program here looks something like the NIH master protocol?

**J. Joseph Kim**
*CEO, President & Director*

Yes. So FDA concurrence just means it's an actual term for FDA approval of any process in process steps. Nothing is actually approved. IND isn't approved. It's concurred or you're allowed to go forward. So it's just a terminology. So we could have easily have used colloquial language of, yes, upon getting FDA okay to move to the next steps.

Without getting into details, our II/III approach is allowing us to quickly go -- get through the Phase II portion and getting to a Phase III efficacy portion as soon as possible. And that -- I think we mentioned in broad brushes previously that it will be a placebo-controlled, randomized, double-blind efficacy trial. So those are -- overall approach will be similar to the other Phase III trials ongoing from other groups.

**Stephen Douglas Willey**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

And in terms of patient numbers, should we expect to see a patient number based upon this achievement of FDA concurrence that looks like the NIH master protocol?

**J. Joseph Kim**
*CEO, President & Director*

Yes. In similar magnitude, we expect -- it really depends on the actual infection rates at that time. Who we target in terms of higher risk profile volunteers would also dictate the overall sizing of the sample size, but it will be in the same order of magnitude.

**Operator**

And our next question will come from Yi Chen with H.C. Wainwright.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

My first question is, do you follow up with the original 38 healthy volunteers in the Phase I trial just to see how long the antibody and T cell responses can last?

**J. Joseph Kim**
*CEO, President & Director*

Yes. Currently, as we -- in the protocol, we have designed to follow up, up to 1 year after the second dose. So total follow-up will be up to 13th month of the start of the trial both for safety and the durability of the immune response.

**Yi Chen**
*H.C. Wainwright & Co, LLC, Research Division*

Got it. And are the Phase I trials in South Korea and China have the same protocol as the U.S. Phase I trial? And can you tell us how many patients will be enrolled in the China Phase I trial?

**J. Joseph Kim**
*CEO, President & Director*

Yes. So both South Korea trial and China trial of INO-4800, their Phase I portions are very much similar to our initial 40-person cohort of Phase I studies. So it's similar in design. Where it would differ is the intent and the sizing of the Phase II portions of those trials. So in China, the Phase II trial is estimated to be in several hundred patients -- subjects. In South Korea, we're looking to expand into older population in larger numbers. So there -- we're trying to broaden our database of safety and immunogenicity and overall value to the franchise globally.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.