# Exhibit S

| CONFIDENTIAL | inovio |
|---|---|
| FORM | PHARMACEUTICALS |

**TITLE**

## Telephone Contact Report

| Date of Conversation(s): | 23 JUN 2020 | Application Number(s): | IND 19690; INO -4800 | |
|---|---|---|---|---|
| **Organization:** | FDA/CBER/OVRR | | **Product:** | INO-4800 |

| INOVIO Contact(s): | Organization Contact |
|---|---|
| **Ami Shah Brown, PhD, MPH, SVP RA** | **Stephanie Polo, Primary Reviewer/Regulatory Project Manager  (RPM)** |

| **Attendees:** | Ami Shah Brown |
|---|---|
| **Subject:** | IND 19690 |

**Executive Summary:**

COVID19-311 Protocol Version 2.0, dated June 15, 2020 has been placed on clinical hold resulting in a partial clinical hold on IND 19690. There is no impact on the ongoing COVID19-001 Phase 1 clinical trial and that may continue as planned.

**Conversation Details:**

Ms. Stephanie Polo, Primary Reviewer, RPM, called Ami Shah Brown at 2:55pm EDT to inform that upon review of IND 19690, SER 0009 (submitted on June 16, 2020) and SER 0010 (submitted on June 18, 2020), and SER 0011 (submitted June 23, 2020) containing the COVID19-311 Protocol, Version 2.0, dated June 15, 2020 and responses to requests for additional information, IND 19690 was being placed on partial clinical hold under 21 CFR 312.42 (b)(2)(i), 21 CFR 312.42 (b)(1)(i), and 21 CFR 312.42 (b)(1)(iv).

Ms. Polo informed that under the provisions of this partial clinical hold, subjects may not be given the investigational drug as part of the COVID19-311 Phase 3 clinical trial however, there is no impact on ongoing COVID19-001 Phase 1 clinical trial which may continue as planned.

Ms. Polo informed that a formal letter will be generated and sent to Inovio within 30 days and that this letter will detail FDA's identified hold issues and recommendations on how to resolve them for initiation of the COVID19-311 Phase 3 clinical trial. Despite the statutory timeline of 30 days for issuance of clinical hold letters, Ms. Polo reiterated FDA's commitment to provide the letter as expeditiously as possible before the 30-day timeline given FDA's accelerated review timelines for COVID-19 vaccine development programs. When pressed on the general nature of the identified hold issues, Ms. Polo stated that she was unable to provide any additional information however, she would provide more information as soon as possible. When queried about why the mechanism of a formal partial hold was chosen instead of an informal additional request for information as discussed

INO_EDPA_00175134

| CONFIDENTIAL |  |
|---|---|
| FORM | |

TITLE

## Telephone Contact Report

---

during a telephone conversation on June 19, 2020, Ms. Polo stated that while this informal option was discussed during the cross-functional meeting attended by FDA leadership, the formal mechanism to issue a "hold" on the initiation of the COVID19-311 study was deemed to be a more expeditious way of delineating and resolving any pending issues than a series of asynchronous, real-time, informal requests.

---

**Actions:**

- Communicate partial hold information to Inovio Regulatory Team, INO-4800 Project Team, and Inovio Executive and Senior Management, Department of Defense (DoD), and other stakeholders per discretion of Inovio Senior Management given the impact on ongoing preparatory activities.
- Await Partial Clinical Hold Letter for IND 19690 from FDA
- As we await formal letter, anticipate potential hold issues and engage in scenario planning work to start drafting responses to enable an expeditious complete response to the Partial Clinical Hold on IND 19690 upon receipt of the letter from FDA

---

**Report Prepared by:**

Ami Shah Brown, PhD, MPH                    Senior Vice President, Regulatory Affairs
_____            _____
Printed Name                                Title/Role

_____            23 Jun 2020
Signature                                   _____
                                            Date (ddMmmyyyy)

INO_EDPA_00175135