IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INOVIO PHARMACEUTICALS, INC., et al., <br><br> Defendants. | Case No. 2:20-cv-01402-GJP <br><br> CLASS ACTION |

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

AND NOW, this _____ day of _____, 2022, upon consideration of Defendants Inovio Pharmaceuticals, Inc., J. Joseph Kim, Peter D. Kies, and Robert J. Juba, Jr.'s Request for Judicial Notice in Support of Their Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint ("Request for Judicial Notice"), and any opposition and reply thereto, and there being good cause shown, it is hereby:

ORDERED that Defendants' Request for Judicial Notice is GRANTED.

<br><br>

The Honorable Gerald J. Pappert
United States District Court Judge