# EXHIBIT D

# SAXTON & STUMP
LAWYERS AND CONSULTANTS

# A **Different** Approach

Saxton & Stump provides solutions for complex legal issues and partners with clients to create a roadmap for their success. We are committed to empowering clients by delivering five-star service and results-focused advice.

## What We Do

- Appellate and Post-Trial Advocacy
- Attorney and Judicial Ethics and Discipline
- Banking and Financial Services
- Bankruptcy and Financial Restructuring
- Business and Corporate
- Construction
- Death Care
- Employee Benefits and Executive Compensation
- Environmental, Workplace Safety and Utilities
- Franchising, Licensing and Distribution
- Healthcare and Life Sciences
- Higher Education (Title IX)
- Hospitality
- Information Privacy and Cybersecurity
- Insurance
- Intellectual Property
- Investigations and Criminal Defense
- Labor and Employment
- Litigation and Class Action Defense
- Liquor Licensing and Alcohol
- Medical Devices
- Outside General Counsel
- Quality Assurance and Peer Review
- Real Estate
- Regulatory and Government Affairs
- Risk Mitigation and Safety
- Senior Care
- Trucking and Commercial Transportation
- Trusts and Estates

## Client-Focused

Our team invests in learning about you, your industry, your challenges and your goals. We support you, engage you, listen to you and develop individualized solutions to meet your unique needs.

## Five-Star Service

We are committed to building service excellence and it is part of our culture. Our team works together firm-wide to create an exceptionally positive client experience through responsiveness and a forward-thinking mindset.

## Team of Resources

The diverse backgrounds and extensive knowledge of our attorneys, accountants, business professionals, consultants, doctors, nurses and industry experts create an unparalleled resource for our clients.

## Technology-Driven

We maximize productivity and quality through an emphasis on technology and have dedicated in-house professionals for information technology, trial technology, software engineering and artificial intelligence.

## Passion for Education

Saxton & Stump is passionate about sharing legal knowledge and educating the community. We regularly publish articles and updates to keep clients informed and our attorneys often speak at educational seminars for local companies and industry organizations.

---

**LANCASTER, PA**
280 Granite Run Dr.
Suite 300
Lancaster, PA 17601
(717) 556-1000

**HARRISBURG, PA**
4250 Crums Mill Rd.
Suite 201
Harrisburg, PA 17112
(717) 216-5505

**MALVERN, PA**
100 Deerfield Ln.
Suite 240
Malvern, PA 19355
(484) 328-8500

**PHILADELPHIA, PA**
230 Sout Broad St.
Suite 1100
Philadelphia, PA 19102
(215) 925-2500

**CHARLESTON, SC**
151 Meeting St.
Suite 350
Charleston, SC 29401
(843) 414-5080

A **DIFFERENT** APPROACH



**saxtonstump.com**



# SAXTON & STUMP
## LAWYERS AND CONSULTANTS

# HON. LAWRENCE F. STENGEL (RET.)
## SHAREHOLDER

_____

✉ lfs@saxtonstump.com    ☎ 717.556.1080

280 Granite Run Drive | Suite 300 | Lancaster, PA 17601

**www.SaxtonStump.com**

Hon. Lawrence F. Stengel (Ret.), former Chief Judge for the United States District Court for the Eastern District of Pennsylvania, is a shareholder at Saxton & Stump and focuses his practice on investigations and criminal defense, arbitrations and mediations, monitorships and receiverships.

## Current Practice

As Chair of the firm's Investigation and Criminal Defense practice, Judge Stengel leads a team of attorneys who conduct fair and thorough internal investigations for corporations, educational institutions, governmental agencies, municipalities and other organizations across the country. The team is also uniquely qualified to handle Title IX investigations and sexual misconduct grievances for individuals and higher education institutions, serving as counsel or hearing officers.

Judge Stengel's reputation for fairness and insight makes him a sought-after arbitrator and mediator. He leads a team of neutrals at Optimal Dispute Resolutions, a rapidly growing regional and national alternative dispute resolution (ADR) provider.

In addition, Judge Stengel works with Saxton & Stump's Labor and Employment and Intellectual Property groups, having significant experience in various kinds of employment cases as well as in patent, trademark, copyright and trade secret litigation. He is also a member of the firm's Attorney and Judicial Ethics and Discipline practice, led by Hon. Robert A. Graci (Ret) and frequently consults for the firm's Commercial Litigation practice by examining and strengthening arguments for trial.

## Recent Notable Matters

- Special Investigator in the National Football League's (NFL) Concussion Settlement program
- Chair of the Independent Oversight Committee for the Archdiocese of Philadelphia's Independent Reconciliation and Reparations Program (IRRP)
- Special Master in complex civil cases in the United States District Court for the Eastern District of Pennsylvania and for the District of Delaware

## Judicial Experience

Judge Stengel served as a judge for nearly three decades and has presided over a breadth of criminal and civil trials, both jury and non-jury. He has extensive experience in deciding matters involving corporate governance, civil rights violations, discrimination and compliance with federal and state regulations. He has worked with law enforcement professionals, attorneys and others and understands the need for legal expertise and interpersonal skills in conducting sensitive and confidential investigations.

His judicial career began in 1990, when he was appointed by Governor Robert Casey to fill a vacancy on the Lancaster County Court of Common Pleas. In 1991, Judge Stengel was elected to a full-term on the court and was retained in 2001. During his 14 years of service, he presided over hundreds of trials, jury and nonjury; wrote hundreds of opinions; and conducted settlement conferences in numerous cases. He handled 20 homicide cases, two of which were capital cases that went to trial. His state court work included many complex negligence, product liability, professional malpractice, land use and commercial cases involving trials, hearings, motions and settlements.

In 2000, he was elected to the Executive Committee of the Pennsylvania Conference of State Trial Judges and received the President's award in 2002 for his work in planning an educational program for the state judiciary on racial disparity in sentencing.

Former President George W. Bush nominated Judge Stengel to the United States District Court for the Eastern District of Pennsylvania in 2003. After Senate confirmation, he was sworn in on June 29, 2004 and served as a federal judge in Philadelphia and Reading. On August 1, 2017, he was named Chief Judge of the EDPA, the third largest federal court in the nation. At the federal level, Judge Stengel authored more than 1400 opinions and has presided over dozens of civil and criminal trials, including two multidistrict litigation cases.

In 2009, he was appointed to the Judicial Conference Committee on Judicial Resources, the committee responsible for human resources policy for the entire federal judiciary. He was subsequently named Chairman of the Committee on Judicial Resources by Chief Justice Roberts in 2015.

Judge Stengel announced his retirement from the bench in 2018 and joined Saxton & Stump shortly thereafter.

## Background

Judge Stengel received a Bachelor of Arts from Saint Joseph's University in 1974 and his J.D. from the University of Pittsburgh School of Law in 1980 where he served on the Law Review. Early in his career, from 1980 to 1984, he was in private practice in Pittsburgh with Dickie, McCamey, and Chilcote, P.C. He then began his own practice in Lancaster with his father, Lawrence E. Stengel, from 1985 until 1990.

He was a teacher at Lancaster Catholic High School from 1974 until 1977 and has served as an adjunct professor at Millersville University, Franklin and Marshall College and the Beasley School of Law at Temple University.

# RECENT APPOINTMENTS AND PROFESSIONAL ACTIVITIES

**Special Investigator,** National Football League's (NFL) Concussion Settlement Program, December 2018

**Chair of the** Independent Oversight Committee, Archdiocese of Philadelphia's Independent Reconciliation and Reparations Program (IRRP), December 2018

- Committee is tasked with overseeing the claims process and regularly reviewing and examining Archdiocesan programs that relate to child protection and abuse survivor assistance

- Invited to give testimony before the Pennsylvania Senate Judiciary Committee regarding the Archdiocese of Philadelphia's IRRP during a hearing on statues of limitations with respect to claims of sexual abuse, September 2019

**Special Master**, United States District Court for the District of Delaware, appointed to serve in a complex civil matter

**Special Master**, United States District Court for the Eastern District of Virginia, appointed to oversee the divestiture of assets in a private Clayton Act case

**Mediator**, United States District Court for the Eastern District of Pennsylvania, appointed to serve as a mediator in a complex civil case

## SIGNIFICANT OPINIONS

- *Bayer Intellectual Prop. GmbH v. Aurobindo* Pharma Ltd., July 2018
- *Biesecker v. Cerebral Palsy Association*, March 2018
- *In Re: Christopher Columbus, LLC*, September 2017
- *Valspar Corp. v. E. I. Du Pont De Nemours & Company*, (dissenting), September 2017
- *Cerciello v. Sebelius*, March 2016
- *Paterno v. Pennsylvania State University*, February 2016
- *In Re: Tylenol (Acetaminophen) Marketing, Sales Practices and Products Liability Litigation*, May 2015
- *Goff v. Kutztown University*, October 2014
- *Kortyna v. Lafayette College*, September 2014
- *Prewitt v. Walgreens Co.*, September 2012
- *Carpenter Tech Corp. v. Allegheny Technologies Inc.*, et al., August 2011
- *In Re: Wellbutrin SR Antitrust Litigation Medical Mutual of Ohio v. Glaxo Smith Kline*, August 2010
- *Innovative Office Products, Inc. v. Spaceco. Inc and Spaceco Business Solutions*, Inc., August 2008
- *EEOC v. Smokin' Joe's Tobacco Shop*, August 2007
- *Asten Johnson v. Columbia Casualty Co., et. al.*, March 2007
- *Startzell v. City of Philadelphia*, May 2006
- *Synthes (USA) v. Globus Med., Inc.*, September 2005
- *Commonwealth v. Lambert*, August 1998

## PRACTICES

- Investgations and Criminal Defense
- ADR
- Appellate and Post-Trial Advocacy
- Attorney and Judicial Ethics and Discipline
- Regulatory and Government Affairs
- Commercial Litigation
- Intellectual Property
- Intellectual Property Litigation
- Labor and Employment
- Title IX

## TEACHING

- Adjunct Professor, Beasley School of Law at Temple University, 2013 - 2018
- Adjunct Professor, Franklin & Marshall College, 1997 - 2018
- Adjunct Professor, Millersville University, 1999 - 2003
- Teacher, Lancaster Catholic High School, 1974 - 1977

# COMMUNITY INVOLVEMENT

- Board Member, Pennsylvanians for Modern Courts, 2018 - present
- Council Member, Advisory Council, Lancaster Catholic High School, 2013 - present
- Coach, Lancaster Area CYO Basketball, 1987 - 1994, 1986 - 1991, 2003 - 2004, and 2012 - 2018
- President, Parish Council, Sacred Heart Parish, 1994 - 2004
- Coach, Lancaster YMCA Soccer Program, 1986 - 1992
- Board of Directors, and Chair, Selection Committee, Leadership Lancaster, 1990 - 1996
- Board Member, Board of Directors, Lancaster Catholic High School, 1986 - 1990

# MEMBERSHIPS

- Pennsylvanians For Modern Courts, Board Member
- Executive Committee and Education Committee, Pennsylvania Conference of State Trial Judges, 2000-2004
- President, Lancaster Bar Association, 2002
- Judicial Conference Committee on Judicial Resources, 2009-2018
- Chair, Judicial Conference Committee on Judicial Resources, 2015-2018
- Member, Third Circuit Judicial Council, 2017-2018

# RECENT SPEAKING ENGAGEMENTS

- "In Pursuit of Civil Discourse," *Donegal High School Democracy Day*, November 1, 2019
- "A Judge's Perspective on Litigation and Practice," *Lancaster Area Paralegal Association 5th Annual Civil Conference*, September 13, 2019
- "Judicial Function, Exceptional Lawyers and Juror's Impressions," *U-Haul National Trial Lawyers' Conference*, May 30, 2019
- "Hostile Work Environments and Sexual Harassment," panel member, *Pennsylvania Bar Association 26th Annual Conference – PBA Commission on Women in the Profession*, May 15, 2019
- "Civil Practice in the Eastern District of Pennsylvania," panel member, *Philadelphia Bar Institute*, April 11, 2019
- "Navigating the Top Issues Facing HR Professionals," *Associated Builders and Contractors Keystone Chapter*, December 2018
- "Inside Rule 56: What the Judges think about summary judgment in employment cases," *Pennsylvania Bar Institute 23rd Annual Employment Law Institute*, April 20, 2017
- "Emerging Issues in Mass Tort MDL's," *Duke Law School Multi District Litigation Conference - Center for Judicial Studies*, October 28, 2016
- "Practicing in Federal and State Courts," *Lancaster Bar Association*, February 19, 2016
- "Professionalism in the Courtroom," *Pennsylvania Bar Institute 22nd Annual Employment Law Institute*, April 2016

# AWARDS AND RECOGNITIONS

- **2020 Achievement Award,** Lancaster Bar Association, in recognition of his long and distinguished career as a LBA member
- **President's Award**, Pennsylvania Conference of State Trial Judges, 2002, for work in planning an educational program for the state judiciary on racial disparity in sentencing

- **Distinguished Citizen of the Year Award**, Pennsylvania Dutch Council of the Boy Scouts of America, 2006

- **Alumni Citation for Outstanding Professional Achievement** from Lancaster Catholic High School, 2005

# RECENT MEDIA MENTIONS AND OP-ED ARTICLES

- DOJ's Roger Stone Debacle Puts New Focus on Judge Amy Berman Jackson. Jacqueline Thomsen. *The National Law Journal*. (February 12, 2020)

- Retired federal judge offers verdict on the way we choose judges. Lawrence F. Stengel. *Lancaster Newspaper*. (September 15, 2019)

- Retired federal judge considers checks, balances and the Mueller report. Lawrence F. Stengel. *Lancaster Newspaper*. (April 29, 2019)

- Former federal judge Lawrence Stengel chosen to look for fraud in NFL concussion litigation. Nicholas Malfitano. *Pennsylvania Record*. (December 17, 2018)

- Leaders of fund detail monetary aid for victims of 'unspeakable crimes'. Matthew Gambino. *National Catholic Reporter*. (November 15, 2018)

- Retired US Chief Judge Stengel Joins Lancaster Law Firm. P.J. D'Annunzio. *The Legal Intelligencer*. (September 5, 2018)

- Judge Lawrence Stengel to retire after career that gave 'everyone a fair shake'. Jeff Hawkes. *Lancaster Newspaper*. (July 22, 2018)

- Lawrence Stengel, former county judge, named Chief Judge of US District Court, Eastern District of Pennsylvania. Tom Knapp. *Lancaster Newspaper*. (July 31, 2017)

## EDUCATION

- University of Pittsburgh School of Law, J.D., 1980

- St. Joseph's University, B.A., 1974

## ADMISSIONS

- Pennsylvania

- United States Supreme Court

- United States Courts of Appeals for the Third Circuit

- United States District Court for the Eastern District of Pennsylvania

- United States District Courts for the Middle District of Pennsylvania

For more information please visit:
SaxtonStump.com/professionals/lawrence-stengel