### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICK MCDERMID, *individually and on behalf of all others similarly situated*,

     *Plaintiff,*

     v.

INOVIO PHARMACEUTICALS, INC., *et al.*,

     *Defendants.*

CIVIL ACTION
NO. 20-01402

### ORDER

**AND NOW**, this 31st day of August 2022, having issued an Order Preliminarily Approving Settlement and Providing for Notice (ECF 150) in response to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF 148), it is **ORDERED** that:

1. Plaintiffs' Motion for Class Certification (ECF 99) is **DENIED** as moot.

2. Plaintiffs' Uncontested Motion to File Documents Conditionally Under Seal (ECF 111) is **GRANTED**.

3. Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint (ECF 133) is **DENIED** as moot.

          BY THE COURT:


          /s/ Gerald J. Pappert
          GERALD J. PAPPERT, J.