UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>INOVIO PHARMACEUTICALS, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Civ. Action No. 2:20-cv-01402-GJP<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES IN SUPPORT OF MOTIONS FOR FINAL APPROVAL OF THE SETTLEMENT AND THE PLAN OF ALLOCATION, AND FOR AN AWARD OF ATTORNEY'S FEES AND EXPENSES |

- 1 -

AND NOW, this ____7th_____ day of __November__, 2022, it is hereby ORDERED, for good cause shown, that Plaintiffs' Motion for Leave to File Excess Pages in Support of Motions for Final Approval of the Settlement and the Plan of Allocation, and for an Award of Attorney's Fees and Expenses (ECF 154) is **GRANTED**.  Plaintiffs shall file a single brief, not to exceed 35 pages in length, in support of both aforementioned Motions.

    IT IS SO ORDERED.

DATED: _____        \_\_\_\_\_*/s/ Gerald J. Pappert*_____
                                                                       THE HONORABLE GERALD J. PAPPERT
                                                                       UNITED STATES DISTRICT JUDGE