# EXHIBIT A

# MANNY WILLIAMS – TIME SUMMARY
# INOVIO PHARMACEUTICALS CLASS ACTION

| Date | Description | Hours |
|---|---|---|
| 3/27/20 | Fist communication with RGRD staff regarding potential representation. Provided my background, potential case info, my financial transactions in regard to Inovio, etc. | 0.75 |
| 3/30/20 | Communication with RGRD attorney in regards to case, lead client duties, and asked to set up a call. | 0.50 |
| 3/30/20 | Initial introduction call same day with RGRD attorney. | 0.75 |
| 3/31/20 | RGRD attorney communication to discover more on my damages – date on my losses, investment accounts, etc. Discussed what was needed before 05.12.20 Deadline to file a lead plaintiff application in case. | 0.50 |
| 4/6/20 | Communication with RGRD attorney. Introduced additional counsel working case. Provided numerous documents for me to read, review and sign. Including – but not limited to - <br>(1) Firm resume. <br>(2) Lead plaintiff's role and duties summary sheet. <br>(3) The initial complaint that was filed in Inovio. <br>(4) Certification w/ Schedule A. <br>(5) Formal retainer. | 2.00 |
| 4/7/20 | Communication with RGRD attorney. Reviewing forms again. Followed up with attorney for clarification on several forms. Signed and returned. | 0.50 |
| 5/4/20 | Communication with RGRD attorney to discuss upcoming Lead Plaintiff motion. I was asked to write a declaration saying that you understand the duties of a lead plaintiff and are willing to serve in that role. | 1.00 |
| 5/6/20 | Communication with RGRD attorney to go over Declaration, confirm info, etc. | 0.25 |
| 5/8/20 | Communication with RGRD attorney. Revised Declaration upon request, asked for more details to be added and to review again. | 0.50 |
| 5/9/20 | I worked on Declaration, added requested details, and submitted back | 0.75 |
| 5/13/20 | Communication with RGRD attorney. Confirmation of Lead Plaintiff motion filed the day prior 05.12.20. | 0.25 |
| 5/31/20 | Monthly Review of Litigation File. Studying case materials independently to fulfill my lead plaintiff duties. Materials included monthly mailed packets from RGRD with case synopsis, updates, stock valuation, etc. Keeping track of news coverage and reporting on Inovio. Prior case docs received to date reviewed as well | 2.00 |

4895-5379-1550.v1

| Date | Description | Hours |
|---|---|---|
| 6/1/20 | Communication with RGRD attorney on brief filed 05.29.20 for Lead Plaintiff application, and in opposition to competing lead plaintiff motions for my review. | 2.00 |
| 06/09/20 | Monthly Review of Litigation File.  Self prep for Plaintiff Motion. | 2.00 |
| 6/10/20 | Drive From Bay Area to San Diego to meet with RGRD attorneys. | 8.00 |
| ~~6/8/20~~ 6/11/20 | Met with RGRD attorneys to discuss status of the case and lead plaintiff matters, and Court scheduled telephonic hearing on our lead plaintiff motion. | 3.50 |
| 6/12/20 | Drive back San Diego to Bay Area. | 8.00 |
| 6/18/20 | Communication with RGRD attorney. Update that Judge Pappert entered an order appointing me as the lead plaintiff, and how the proceedings went. I was given a copy of the Judge's order to read and review. | 1.50 |
| 6/30/20 | Monthly Review of Litigation File | 1.50 |
| 7/2/20 | RGRD attorney communication to advise we now have a deadline for filing the amended complaint (August 5) and a briefing schedule on Defendants' motion to dismiss.  As such, it would be a good time for us to conduct a brief call to discuss the case and recent developments | 0.25 |
| 7/7/20 | Call with RGRD attorney to discuss filing the amended complaint. | 0.75 |
| 7/7/20 | Communication with RGRD attorney. Provided me a copy of (1) Joint Stipulation and Order governing the initial schedule for the case; and (2) Inovio's complaint against its vaccine manufacturer, VGXI, Inc. | 2.50 |
| 7/28/20 | Communication with RGRD attorney. Provided a copy of the most recent draft of the Amended Consolidated Complaint, due to be filed, in order to read and review for any questions. | 1.75 |
| 7/30/20 | Call with RGRD attorney to discuss draft pleading. | 0.50 |
| 7/31/20 | Monthly Review of Litigation File | 1.25 |
| 8/1/20 | Receive and review draft Consolidated Complaint.  Confer with RGRD attorneys regarding what to expect regarding scheduling of case. | 7.10 |
| 8/13/20 | Call with RGRD attorney to discuss case developments. | 0.75 |
| 08/31/20 | Monthly Review of Litigation File | 1.50 |
| 9/8/20 | Receive and review draft of First Amended Complaint. Confer with RGRD attorneys regarding case status | 6.30 |
| 9/11/20 | Communication with RGRD attorney. Provided thorough case updates on amending the operative complaint, negotiating a stipulation with defendants that will reschedule the briefing on their motion to dismiss, filing | 0.25 |

- 2 -

| Date | Description | Hours |
|---|---|---|
| | motion to amend, info on representative plaintiff for the case. | |
| 9/15/20 | Call with RGRD attorneys regarding amendment of Consolidated Complaint | 0.40 |
| 9/16/20 | Receive communication from RGRD attorneys with final draft copy of First Amended Complaint. Review document | 2.10 |
| 9/18/20 | Receive communication from RGRD attorneys regarding Court accepting motion to amend. Respond to RGRD attorneys | 0.30 |
| 9/22/20 | Receive communication from RGRD attorneys regarding status call and receive as filed copy of First Amended Complaint | 0.40 |
| 9/30/20 | Call with RGRD attorneys regarding case status | 1.10 |
| 9/30/20 | Monthly Review of Litigation File | 1.00 |
| 10/31/20 | Monthly Review of Litigation File | 0.50 |
| 11/7/20 | Receive and review Defendants' motion to dismiss | 4.30 |
| 11/15/20 | Monthly Review of Litigation File | 2.00 |
| 12/9/20 | Communication with RGRD attorneys regarding scheduling | 0.30 |
| 12/15/20 | Monthly Review of Litigation File | 2.50 |
| 12/17/20 | Receive draft of opposition to Defendants' motion to dismiss and review | 2.90 |
| 12/31/20 | Receive opposition to Defendants' motion to dismiss as filed and review | 3.20 |
| 1/22/21 | Receive and review Defendants' reply in support of motion dismiss | 2.30 |
| 1/31/21 | Monthly Review of Litigation File | 0.75 |
| 2/16/21 | Communication with RGRD attorney. Provided the Court's order granting in part and denying in part Defendants' motion to dismiss to review. | 1.50 |
| 2/19/21 | Conference call with RGRD attorneys regarding case status | 0.90 |
| 2/31/21 | Monthly Review of Litigation File | 0.50 |
| 3/16/21 | Conference call with RGRD attorneys regarding case status and exchange additional correspondence scheduling | 0.80 |
| 3/31/21 | Monthly Review of Litigation File | 1.50 |
| 4/5/21 | Review communication from RGRD, including Scheduling Order issued by Judge Pappert. Engage in additional correspondence regarding status | 0.60 |
| 04/30/20 | Monthly Review of Litigation File | 1.75 |
| 5/25/21 | Call with RGRD attorneys regarding case status | 0.90 |
| 5/31/21 | Monthly Review of Litigation File | 0.50 |
| 6/1/21 | Communication with RGRD attorneys regarding case status and scheduling of deposition | 1.00 |
| 6/4/21 | Review copies of discovery directed to me by Defendants | 5.40 |

- 3 -

4895-5379-1550.v1

| Date | Description | Hours |
|---|---|---|
| 6/14/21 | Communication with RGRD attorney regarding discovery responses, upcoming mediation and receive case update | 1.00 |
| 6/15/21 | Receive draft discovery responses and review for accuracy | 5.30 |
| 6/22/21 | Call with RGRD attorneys regarding drafts of discovery responses. Review current drafts for accuracy and communicate to counsel | 7.10 |
| 6/23/21 | Call with RGRD attorneys regarding final draft of discovery responses. | 2.10 |
| 6/30/21 | Call with RGRD attorneys regarding status of discovery and upcoming mediation | 1.20 |
| 06/30/21 | Monthly Review of Litigation File | 0.25 |
| 7/1/21 | Review draft of Plaintiffs' Confidential Mediation Statement | 2.10 |
| 7/2/21 | Review exhibits attached to final Confidential Mediation Statement | 3.30 |
| 7/8/21 | Receive copy of Defendants' mediation statement and review and compare versus Plaintiffs' arguments | 4.10 |
| 7/12/21 | Communication with RGRD attorney regarding mediation strategy | 0.10 |
| 7/13/21 | Communication with RGRD attorney regarding outcome of mediation | 0.30 |
| 7/15/21 | Monthly Review of Litigation File. Self prep for Deposition | 3.00 |
| 7/21/21 | Call with RGRD attorneys regarding case status and deposition logistics | 1.20 |
| 7/22/21 | Receive and review draft declaration in support of Plaintiffs' motion for class certification for accuracy. | 2.10 |
| ~~7/27/21~~ 7/23/21 | Communication from RGRD attorney and receive deposition preparation materials. Read and review deposition materials | 7.50 |
| 7/26/21 | Flight and cab from home in Bay Area to San Diego for Deposition. | 2.50 |
| ~~7/28/21~~ 7/27/21 | Travel to and from RGRD offices for deposition preparation and meet with RGRD attorneys to prepare. | 7.50 |
| ~~7/29/21~~ 7/28/21 | Travel to and from RGRD offices for deposition and sit for my deposition. Debrief with RGRD attorneys. | 8.50 |
| 7/29/21 | Flight and cab from home San Diego back to my home in Bay Area. | 2.50 |
| 7/30/21 | Receive and review Plaintiffs' motion for class certification | 3.90 |
| 8/11/21 | Receive copy of my transcript from RGRD attorney and begin review | 2.10 |
| 8/12/21 | Review my deposition transcript for accuracy. | 6.50 |
| 8/13/21 | Finalize review of my deposition and transcript and communicate with RGRD attorneys | 2.20 |
| 8/30/20 | Monthly Review of Litigation File | 1.50 |

- 4 -

4895-5379-1550.v1

| Date | Description | Hours |
|---|---|---|
| 9/7/21 | Communicate with RGRD attorney regarding additional discovery information requested from Defendants | 1.10 |
| 9/8/21 | Call with RGRD attorneys regarding additional discovery matters and case status | 2.10 |
| 9/10/21 | Receive and review responses to additional discovery requests for accuracy and communicate with RGRD attorneys. | 3.30 |
| 9/30/21 | Monthly Review of Litigation File | 1.00 |
| 10/31/21 | Monthly Review of Litigation File | 2.00 |
| 11/15/21 | Receive and review communication from RGRD attorneys regarding case status. | 0.10 |
| 11/17/21 | Communication with RGRD attorney regarding joint call with A. Zenoff regarding case matters | 0.10 |
| 11/30/21 | Call with RGRD attorneys regarding case status and current briefing matters on class certification | 0.30 |
| 11/30/21 | Monthly Review of Litigation File | 1.00 |
| 12/6/21 | Receive and review draft reply brief in support of class certification | 2.30 |
| 12/15/21 | Monthly Review of Litigation File | 2.00 |
| 12/16/21 | Receive and read unredacted version of filed reply brief in further support of class certification. Engage in further discussion with RGRD attorneys regarding case | 0.50 |
| 1/18/22 | Call with RGRD attorney on case proceedings. | 0.75 |
| 1/22/22 | Receive communication from RGRD attorney about proposed Second Amended Complaint. Engage in further discussion with RGRD attorneys regarding proposed amendment | 0.30 |
| 1/26/22 | Receive and review draft Second Amended Complaint. Engage in further discussion with RGRD attorneys regarding pleading | 4.10 |
| 2/15/22 | Monthly Review of Litigation File | 1.50 |
| 3/14/22 | Receive and review Court order deeming Second Amended Complaint filed. Re-read final filing. | 5.50 |
| 3/31/22 | Monthly Review of Litigation File | 0.50 |
| 4/15/22 | Receive draft of responses to Defendants' second set of discovery responses for accuracy | 0.90 |
| 4/18/22 | Receive and review another draft of responses to Defendants second set of discovery responses for accuracy | 4.30 |
| 4/30/22 | Monthly Review of Litigation File | 0.75 |
| 5/15/22 | Monthly Review of Litigation File | 2.00 |
| 5/19/22 | Communications with RGRD attorneys regarding potential settlement discussions. | 0.70 |
| 5/19/22 | Further communications with RGRD attorneys regarding potential settlement. | 2.00 |

| Date | Description | Hours |
|---|---|---|
| 5/20/22 | Conference call with RGRD attorneys regarding settlement discussions. | 0.50 |
| 5/27/22 | Communications with RGRD attorneys regarding proposed terms of settlement. | 0.10 |
| 6/30/22 | Communication with RGRD attorney regarding case status. | 0.20 |
| 7/18/22 | Communication with RGRD attorney. Provided the stipulation of settlement finalization and proposing a filing date for preliminary approval of the settlement. | 0.50 |
| 8/1/22 | Communication with RGRD attorney regarding timing of filing of motion for preliminary approval of settlement and information/declaration needs from me in support. | 0.60 |
| 8/9/11 | Communication with RGRD attorney regarding information/declaration needs from me in support of proposed settlement. | 0.30 |
| 8/11/22 | Communication with RGRD attorney regarding settlement process, etc. | 2.00 |
| 8/12/22 | Communication with RGRD attorney's regarding settlement process and logistics. | 0.75 |
| 8/16/22 | Communication up call with RGRD attorney's regarding settlement process, logistics. | 0.75 |