# EXHIBIT A

## ANDREW ZENOFF TIME SUMMARY
## INOVIO PHARMACEUTICALS CLASS ACTION

| Date | Description | Hours |
|---|---|---|
| 7/28/20 | Write to RGRD regarding Inovio case and receive call-back communication from RGRD regarding Inovio. Compile and transmit trading records to RGRD. Continued communications with RGRD. | 6.50 |
| 7/31/20 | Further communications with RGRD attorneys regarding potentially joining case as named plaintiff. | 3.40 |
| 9/8/20 | Receive and review draft of First Amended Complaint | 4.20 |
| 9/9/20 | Communication with RGRD attorney regarding execution of retainer and plaintiff's certification. | 0.30 |
| 9/10/20 | Execute retainer and plaintiff's certification, return to RGRD attorneys. | 0.20 |
| 9/16/20 | Receive communication from RGRD attorneys with final draft copy of First Amended Complaint. Review document | 4.70 |
| 9/18/20 | Receive communication from RGRD attorneys regarding Court accepting motion to amend. Respond to RGRD attorneys | 0.20 |
| 9/28/20 | Call with RGRD attorneys regarding case status | 1.30 |
| 10/30/20 | Conduct periodic re-review all case-related documents | 5.00 |
| 11/7/20 | Receive and review Defendants' motion to dismiss | 2.95 |
| 12/17/20 | Receive draft of opposition to Defendants' motion to dismiss, review and consult with RGRD | 2.20 |
| 12/19/20 | Receive and skim opposition to Defendants' motion to dismiss | 0.50 |
| 12/31/20 | Continue review of Defendants' motion to dismiss and consult with RGRD on telephone regarding the same | 2.60 |
| 1/22/21 | Receive and review Defendants' reply in support of motion dismiss | 2.00 |
| 1/31/21 | Conduct periodic re-review all case-related documents | 6.00 |
| 3/16/21 | Conference call with RGRD attorneys regarding case status | 0.50 |
| 4/5/21 | Review communication from RGRD, including Scheduling Order issued by Judge Pappert | 0.50 |
| 4/14/21 | Conduct periodic re-review all case-related documents | 4.50 |
| 6/1/21 | Call with RGRD attorneys regarding case status | 1.00 |
| 6/4/21 | Review copies of discovery directed to me by Defendants | 6.20 |
| 6/5/21 | Communication with RGRD attorney regarding my deposition date | 0.30 |
| 6/14/21 | Communication with RGRD attorney regarding discovery responses and upcoming mediation | 0.20 |
| 6/15/21 | Receive draft discovery responses and review for accuracy | 5.10 |
| 6/19/21 | Call with RGRD attorneys regarding discovery responses and upcoming mediation | 2.60 |

4888-9161-6830.v1

| Date | Description | Hours |
|---|---|---|
| 6/22/21 | Communication with RGRD attorneys regarding to do list while I'm out of country. Receive and review final drafts of discovery responses | 6.50 |
| 7/1/21 | Review draft of Plaintiffs' Confidential Mediation Statement | 1.00 |
| 7/2/21 | Review exhibits attached to final Confidential Mediation Statement | 2.10 |
| 7/8/21 | Receive copy of Defendants' mediation statement and review | 5.70 |
| 7/12/21 | Communication with RGRD attorney regarding mediation strategy | 0.30 |
| 7/13/21 | Communication with RGRD attorney regarding outcome of mediation | 0.20 |
| 7/26/21 | Receive and review draft declaration in support of Plaintiffs' motion for class certification for accuracy. | 2.40 |
| 7/27/21 | Communication from RGRD attorney. Do final review and execute my declaration is support of motion for class certification | 1.10 |
| 7/30/21 | Receive and review Plaintiffs' motion for class certification | 3.50 |
| 8/5/21 | Communications with RGRD attorney regarding reschedule of deposition date. | 0.40 |
| 8/22/21 | Conduct periodic re-review all case-related documents | 7.00 |
| 8/24/21 | Travel to and from RGRD offices for deposition preparation and meet with RGRD attorneys to prepare. | 11.10 |
| 8/25/21 | Travel to and from RGRD offices for deposition and sit for my deposition. Debrief with RGRD attorneys. | 12.30 |
| 9/8/21 | Communication with RGRD attorneys regarding additional discovery matters and case status | 1.70 |
| 9/16/21 | Communication with RGRD attorneys regarding Defendants' request for clarification on certain discovery responses. | 0.20 |
| 9/21/21 | Call with RGRD attorneys providing clarification to Defendants request for clarification on certain discovery responses. Read communication from RGRD attorneys laying out what information Defendants need. Contact my broker for purposes of obtaining clarifying information and provide answers to RGRD attorney | 3.20 |
| 11/15/21 | Receive and review communication from RGRD attorneys regarding case status. | 0.10 |
| 11/17/21 | Communication with RGRD attorney regarding joint call with M. Williams regarding case matters | 0.10 |
| 12/6/21 | Receive and review draft reply brief in support of class certification | 1.10 |
| 12/10/21 | Conduct periodic re-review all case-related documents | 5.00 |

| Date | Description | Hours |
|---|---|---|
| 12/16/21 | Receive and read non-redacted version of filed reply brief in further support of class certification | 0.30 |
| 1/22/22 | Receive communication from RGRD attorney about proposed Second Amended Complaint. | 0.10 |
| 1/26/22 | Receive and review draft Second Amended Complaint | 2.10 |
| 2/9/22 | Conduct periodic re-review all case-related documents | 5.50 |
| 3/14/22 | Receive and review Court order deeming Second Amended Complaint.  Briefly review final filing. | 0.20 |
| 4/14/22 | Communications with RGRD attorneys regarding case status | 1.30 |
| 4/18/22 | Receive and review responses to Defendants second set of discovery responses for accuracy. | 7.40 |
| 5/18/22 | Communications with RGRD attorneys regarding potential settlement discussions. | 2.20 |
| 5/19/22 | Further communications with RGRD attorneys regarding potential settlement. | 3.00 |
| 5/20/22 | Conference call with RGRD attorneys regarding settlement discussions. | 1.10 |
| 5/23/22 | Conduct periodic re-review all case-related documents | 6.00 |
| 5/27/22 | Communications with RGRD attorneys regarding proposed terms of settlement. | 0.30 |
| 6/30/22 | Communication with RGRD attorney regarding case status. | 0.20 |
| 7/26/22 | Conduct periodic re-review all case-related documents, and consider options laid out by RGRD attorneys regarding matter of settlement | 6.50 |
| 7/28/22 | Call with Darren Robbins regarding Inovio case status | 0.50 |
| 8/1/22 | Communication with RGRD attorney regarding timing of filing of motion for preliminary approval of settlement and information/declaration needs from me in support. | 1.10 |
| 8/9/11 | Communication with RGRD attorney regarding information/declaration needs from me in support of proposed settlement. | 0.30 |
| 8/11/22 | Communication with RGRD attorney regarding settlement process, etc. | 1.70 |
| 8/16/22 | Calls with RGRD attorney regarding case and class action settlement process | 0.50 |

4888-9161-6830.v1