# EXHIBIT C



The pharma company has focused on growth as it has spun off its consumer-healthcare business. A GSK factory in Belgium.

# Drug Manufacturer GSK Hires Finance Chief From Burberry

By Jennifer Williams-Alvarez And Mark Maurer

Pharmaceutical firm **GSK** PLC hired the finance chief of British luxury fashion group **Burberry Group** PLC to lead its finances as it works to develop new medicines after the recent spinoff of its consumer-health business.

Brentford, U.K.-based GSK, a maker of cancer and asthma medications, on Monday named Julie Brown as chief financial officer and executive director, effective next spring. She is set to join the company in April 2023 to transition into the role on May 1, the company said. Ms. Brown is set to succeed Iain Mackay, who joined the company as CFO-designate in January 2019 and was named finance chief that April.

Mr. Mackay plans to step down as CFO in May. He is retiring from the company, according to GSK, which was renamed in May from GlaxoSmithKline PLC.

Ms. Brown serves as chief operating and financial officer at Burberry, a role she has held since 2017. She was previously group finance chief at medical equipment manufacturer Smith & Nephew PLC for four years. Before that, she held various leadership roles at GSK rival AstraZeneca PLC over the course of 25 years, ultimately serving as interim group CFO.

"Julie is a highly experienced CFO with a tremendous understanding of the biopharma sector," Emma Walmsley, chief executive officer at GSK, said in a release. GSK declined to comment beyond its statement.

Burberry on Friday said a search is under way for the successor to Ms. Brown. The company didn't respond for a comment.

GSK in July completed the $36 billion spinoff of its consumer-healthcare business, which was formed by combining its own consumer-health business alongside those of pharmaceutical companies Novartis AG and Pfizer Inc., starting in 2015. Spinning off the business, now called Haleon PLC, allows GSK to focus more on developing new medicines as well as deal making, the company said. Ms. Walmsley, who took over as CEO in April 2017, has focused on boosting growth, replacing most of the company's top management and increasing research spending.

GSK in July reported revenue of £6.93 billion for the quarter ended June 30, equivalent to roughly $7.37 billion, up from £5.84 billion from the prior-year period, driven by strong sales in specialty and general medicines and vaccines. Operating profit fell to £1.08 billion from £1.28 billion a year earlier, in part due to remeasurement charges for certain liabilities, the company said.

In her new role, Ms. Brown will receive a yearly base salary of £915,335 alongside an annual bonus with a target value of 100% of her annual pay, GSK said Monday. Additionally, she will receive a long term incentive award valued at £1.83 million.

# Second Amazon Prime Sales Event Added in October

By Ginger Adams Otis

**Amazon.com** Inc. has added another Prime Day-like event to its sales calendar.

The retail giant on Monday said its 48-hour "Prime Early Access Sale" will take place Oct. 11-12 for members of its Prime subscription program. The two-day event continues a recent trend of Amazon holding sales events over multiple days to maximize its revenue.

Amazon already offers Prime members a July shopping extravaganza on its annual Prime Day. The company said customers purchased more than 300 million items during its July Prime Day event, which was held July 12-13.

The event is meant to mark the start of the holiday shopping season at Amazon, offering deals at a time when shoppers are being squeezed by inflation. U.S. consumer prices rose 8.3% in August from a year earlier.

Deals from the October sale will be available in 15 countries, including the U.S. and the U.K., as well as China, France and much of Europe.

As part of the October event, Amazon will introduce a new Top 100 list of some of the season's most popular products. The list will be released on Oct. 11. Items will go on sale as of midnight Pacific Time, the company said.

Shares of Amazon closed Monday up 1.2%.

The Seattle-based company indicated its plans to add a second Prime Day this summer when it notified some sellers of a fall event and asked them to submit deals.

The October sale could help Amazon boost revenue in the fourth quarter, its most important period of the year.

The second Prime event also signals that Amazon is looking to expand upon the success of Prime Day, which it has held since 2015 and typically generates billions of dollars in revenue for the company.

Amazon has previously held a fourth-quarter Prime Day. In 2020, it moved Prime Day from the summer to the fourth quarter after the early days of the pandemic caused an overwhelming amount of orders on its site, prompting the company to reschedule.

> More than 300 million items were sold during July's Prime Day.

That year, research firm Insider Intelligence estimated Amazon made about $6 billion from the event, adding to the company's $125.5 billion in sales for the fourth quarter. Analysts at FactSet project Amazon's fourth-quarter revenue this year will top $156 billion.

In August, Amazon told third-party sellers using its shipping services that it would introduce a "holiday peak fulfillment fee" from Oct. 15 to Jan. 14. The new fee is expected to increase costs for sellers in the U.S. and Canada by an average of 35 cents per item sold, according to an email sent to sellers.



The retailer's 'Prime Early Access Sale' is scheduled for Oct. 11-12.

# Wave Equity Fined Over Cost Issue

By Chris Cumming

The Securities and Exchange Commission alleged that **Wave Equity Partners** failed to promptly repay one of its funds for some expenses and didn't tell investors for more than two years, as the regulator continues its crackdown on undisclosed costs charged to investors by private-equity firms.

The SEC's cease-and-desist order said that between 2018 and the end of 2020, Wave Equity, a Boston-based firm that makes growth-equity investments in clean energy and environmentally focused businesses, used about $1.1 million from its Wave Equity Fund II LP to pay fees to an outside vendor.

Although the firm was required to promptly repay the fund by reducing management fees charged to its investors, Wave Equity didn't take that step—and didn't inform those investors about the issue—until last year, the SEC said.

Wave Equity agreed to pay a $325,000 penalty. The firm refunded the money to the affected fund last year and has hired a new chief compliance officer and an outside compliance consultant, the SEC order said.

The firm said it was pleased to resolve the matter, noting that it has enhanced its compliance program and repaid the money.

"We take our responsibilities to our investors seriously and are committed to transparency and the highest standards of governance," the statement said.

# Unilever CEO Set To Retire

*Continued from page B1*

fore taking the top job.

Mr. Jope started as CEO on Jan. 1, 2019, and soon came under pressure. Less than a year into his tenure, he warned that Unilever would miss its annual sales targets amid slow growth and fierce competition in the U.S., an announcement that sent its shares tumbling.

The Scottish marketer then faced the task of leading Unilever through the Covid-19 pandemic. Unilever's broad exposure to emerging markets—for years seen as a competitive advantage—brought additional challenges as the virus disproportionately hit key markets like India, propelling the company to change how it makes, prices and distributes products there.

To accelerate growth, Mr. Jope has sought to rotate Unilever's portfolio into faster-growing areas like health, beauty and hygiene.

However, he abandoned a potential blockbuster deal for the owner of Aquafresh toothpaste and Advil painkillers—a business now known as Haleon—this year after criticism from analysts and investors about the price and strategic fit of the proposed transaction. Some shareholders said Unilever should focus on boosting its existing brands and divesting itself of slower-growing ones instead.

After the botched bid, Mr. Jope announced a reorganization of Unilever that he said would allow the company to be more responsive to trends and create more accountability.

That move also came as Mr. Peltz's Trian fund emerged as one of Unilever's largest shareholders.

Unilever has since appointed Mr. Peltz to its board, at which time the activist investor said he thought the company had "significant potential" and that he wanted to work collaboratively.

Throughout his tenure as CEO, Mr. Jope has extolled the virtues of giving Unilever's brands a social or environmental purpose, which he defines as having a point of view on issues important to the planet or society.

The company says brands with a purpose increase sales faster than those without, though some shareholders have been critical of the approach.

—*Michael Susin contributed to this article.*



Alan Jope is leaving as Unilever seeks to reinvigorate growth.

---

**ADVERTISEMENT**

**The Marketplace**
To advertise: 800-366-3975 or WSJ.com/classifieds

## CLASS ACTIONS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated,
Plaintiff,
vs.
INOVIO PHARMACEUTICALS, INC., et al.,
Defendants.

Civ. Action No. 2:20-cv-01402-GJP

**CLASS ACTION**

**IF YOU PURCHASED OR ACQUIRED INOVIO PHARMACEUTICALS, INC. ("INOVIO") COMMON STOCK FROM FEBRUARY 14, 2020 THROUGH AUGUST 10, 2020, INCLUSIVE (THE "CLASS"), YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT. CERTAIN PERSONS ARE EXCLUDED FROM THE DEFINITION OF THE CLASS AS SET FORTH IN THE STIPULATION OF SETTLEMENT.**

PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and by Order of the United States District Court for the Eastern District of Pennsylvania, that the above-captioned litigation (the "Action") has been certified as a class action and that a Settlement has been proposed for $30,000,000.00 in cash and 7,000,000 shares of Inovio common stock. A hearing will be held on December 15, 2022, at 2:00 p.m., before the Honorable Gerald J. Pappert, at the United States District Court, Eastern District of Pennsylvania, Courtroom 11A, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, or remotely per details that will be made publicly available on the Settlement website (www.InovioSecuritiesLitigation.com) in advance of the Settlement Hearing for the purpose of determining whether: (1) the proposed Settlement should be approved by the Court as fair, reasonable and adequate; (2) the proposed Plan of Allocation for distribution of the Settlement proceeds is fair, reasonable and adequate and therefore should be approved; and (3) the application of Lead Counsel for the payment of attorneys' fees and expenses from the Settlement Fund, including interest earned thereon, should be approved.

**IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE ACTION, AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND.** If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and a copy of the Proof of Claim Form ("Proof of Claim"), you may obtain a copy of these documents by contacting the Claims Administrator at: *Inovio Securities Litigation*, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 6162, Novato, CA 94948-6162; info@InovioSecuritiesLitigation.com; 1-866-809-3338. You may also obtain copies of the Stipulation of Settlement, Notice and Proof of Claim at www.InovioSecuritiesLitigation.com.

If you are a Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim by mail postmarked no later than December 19, 2022, or submit it online by that date. If you are a Class Member and do not submit a valid Proof of Claim, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will still be bound by any judgment entered by the Court in this Action (including the releases provided for therein).

To exclude yourself from the Class, you must mail a written request for exclusion so that it is received by November 23, 2022, in accordance with the instructions set forth in the Notice. If you are a Class Member and do not exclude yourself from the Class, you will be bound by any judgment entered by the Court in this Action (including the releases provided for therein) whether or not you submit a Proof of Claim. If you submit a written request for exclusion, you will have no right to recover money pursuant to the Settlement.

Any objection to the proposed Settlement, the Plan of Allocation of Settlement proceeds, or the fee and expense application must be filed with the Court no later than November 23, 2022.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.** If you have any questions about the Settlement, or your eligibility to participate in the Settlement, you may contact Lead Counsel at the following address or by calling 1-800-449-4900:

ROBBINS GELLER RUDMAN & DOWD LLP
TRIG SMITH, ESQ.
655 West Broadway, Suite 1900
San Diego, CA 92101
settlementinfo@rgrdlaw.com

DATED: August 31, 2022

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

## BUSINESS OPPORTUNITIES

**SECURED, COLLATERALIZED INVESTMENT OPPORTUNITY**
FOR ACCREDITED INVESTORS

**9-10%**
ANNUAL RETURNS
9-YEAR AVG.: 9.47%
MONTHLY DIVIDENDS
FIRST LIEN MORTGAGES

**InvestWithLYNK.com**
(410) 258-3903

*Past performance not an indicator of future results. Visit website for details & disclosures.*

**Sale: Turnkey Biz. 75% Margins/$1.5 Mill Net**
Highly successful, 50-year-old service business w large number of annually repeating hospital/med center clients.
Owner/founder retiring.
Operate biz from anywhere.
Serious only. $6 Mill.
Jeff Roberts 800-845-7720
jroberts@capstonemarketingservices.com

**◀ FOR SALE ▶**
8.5% Notes
1st Deeds of Trust
(303) 332-3785
jscol@pchomesltd.com

---

**THE WALL STREET JOURNAL.**
**THE MARKETPLACE**
ADVERTISE TODAY
**(800) 366-3975**
For more information visit:
wsj.com/classifieds

© 2022 Dow Jones & Company, Inc.
All Rights Reserved.

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on September 27, 2022:

Name of Publication: The Wall Street Journal

Address: 1211 Avenue of the Americas

City, State, Zip: New York, NY 10036

Phone #: 1-800-568-7625

State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of September 2022, at Sellersville, Pennsylvania.

_____
Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the Inovio Pharmaceuticals Settlement

September 27, 2022 08:00 AM Eastern Daylight Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Inovio Pharmaceuticals Settlement:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated, | ) ) | Civ. Action No. 2:20-cv-01402-GJP |
| Plaintiff, | ) | CLASS ACTION |
| | ) | |
| vs. | ) | |
| | ) | |
| INOVIO PHARMACEUTICALS, INC., et al., | ) | |
| Defendants. | ) ) ) | |

*IF YOU PURCHASED OR ACQUIRED INOVIO PHARMACEUTICALS, INC. ("INOVIO") COMMON STOCK FROM FEBRUARY 14, 2020 THROUGH AUGUST 10, 2020, INCLUSIVE (THE "CLASS"), YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT. CERTAIN PERSONS ARE EXCLUDED FROM THE DEFINITION OF THE CLASS AS SET FORTH IN THE STIPULATION OF SETTLEMENT.*

PLEASE READ THIS NOTICE CAREFULLY. YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and by Order of the United States District Court for the Eastern District of Pennsylvania, that the above-captioned litigation (the "Action") has been certified as a class action and that a Settlement has been proposed for $30,000,000.00 in cash and 7,000,000 shares of Inovio common stock. A hearing will be held on December 15, 2022, at 2:00 p.m., before the Honorable Gerald J. Pappert, at the United States District Court, Eastern District of Pennsylvania, Courtroom 11A, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, or remotely per details that will be made publicly available on the Settlement website (www.InovioSecuritiesLitigation.com) in advance of the Settlement Hearing for the purpose of determining whether: (1) the proposed Settlement should be approved by the Court as fair, reasonable and adequate; (2) the proposed Plan of Allocation for distribution of the Settlement proceeds is fair, reasonable and adequate and therefore should be approved; and (3) the application of Lead Counsel for the payment of attorneys' fees and expenses from the Settlement Fund, including interest earned thereon, should be approved.

**IF YOU ARE A MEMBER OF THE CLASS DESCRIBED ABOVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THE ACTION, AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT FUND.** If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and a copy of the Proof of Claim Form ("Proof of Claim"), you may obtain a copy of these documents by contacting the Claims Administrator at: *Inovio Securities Litigation,* Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 6162, Novato, CA 94948-6162; info@InovioSecuritiesLitigation.com; 1-866-809-3338. You may also obtain copies of the Stipulation of Settlement, Notice and Proof of Claim at www.InovioSecuritiesLitigation.com.

If you are a Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim by mail postmarked no later than December 19, 2022, or submit it online by that date. If you are a Class Member and do not submit a valid Proof of Claim, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will still be bound by any judgment entered by the Court in this Action (including the releases provided for therein).

To exclude yourself from the Class, you must mail a written request for exclusion so that it is received by November 23, 2022, in accordance with the instructions set forth in the Notice. If you are a Class Member and do not exclude yourself from the Class, you will be bound by any judgment entered by the Court in this Action (including the releases provided for therein) whether or not you submit a Proof of Claim. If you submit a written request for exclusion, you will have no right to recover money pursuant to the Settlement.

Any objection to the proposed Settlement, the Plan of Allocation of Settlement proceeds, or the fee and expense application must be filed with the Court no later than November 23, 2022.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.** If you have any questions about the Settlement, or your eligibility to participate in the Settlement, you may contact Lead Counsel at the following address or by calling 1-800-449-4900:

> ROBBINS GELLER RUDMAN & DOWD LLP
> TRIG SMITH, ESQ.
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> settlementinfo@rgrdlaw.com

Dated: August 31, 2022     BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Contacts
Media:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire

Address: 101 California Street 20th Floor

City, ST Zip: San Francisco, CA 94111

Phone #: 415-986-4422

State of: California

The press release was distributed on September 27, 2022 to the following media circuits offered by the above-referenced wire service:

1. US1 National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of September 2022, at Sellersville, Pennsylvania.

_____
Carla Peak