# EXHIBIT D



RECEIVED
October 31, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: Allen Whitney Boyce

10/24/2022

Inovio Securities Litigation

ATTN: EXCLUSION REQUEST

c/o Gilardi & Co. LLC
P.O. BOX 5100
Larkspur, CA 94977-5100

02/20 2020
Bought 11,764 Shares INO
$4.50 unit
$52,938.00 Principal


03/06/2020
Sold   11,764 Shares   INO
$103,311.51

Request exclusion from Civ.Action No.2-20-cv-01402-GJP  CLASS ACTION

Allen Whitney Boyce


ALLEN BOYCE

25 OCT 2022 PM 2 L



FOREVER / USA

INOVIO SECURITIES LITIGATION
c/o GILARDI & CO. LLC
P.O. BOX 5100
LARKSPUR, CA 94977 - 5100

RECEIVED GE
OCT 3 1 2022
CLAIMS CENTER

94977-510000

ATTN: EXCLUSION REQUEST



RECEIVED
November 2, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: William H Cheeks

CERTIFIED MAIL

10/26/22

INOVIO SECURITIES LITIGATION

ATTN: EXCLUSION REQUEST

C/O Gilarti & CO. LLC

PO Box 5100

Larkspur, CA 94977-5100

Subject: Class in McDermid v. Inovio Pharmaceuticals, Inc., et al
No. 2:20-cv-01402-GJP

Please be advised that I wish to be excluded from the class action suit and settlement. Below is listed the information per your request regarding trade information on the above referenced stock:

| Quantity | Purchase | @ | sold | @ |
|---|---|---|---|---|
| 100 | 3/24/20 | $6.89 | 3/25/20 | $6.84 |
| 50 | 3/26/20 | $8.21 | 6/05/20 | $11.37 |
| 50 | 3/26/20 | $8.21 | 7/23/20 | $24.42 |
| 250 | 4/22/20 | $11.75 | 7/23/20 | $24.42 |
| 12 | 4/23/20 | $24.41 | 7/23/20 | $24.42 |

| 23 | 4/23/20 | $12.86 | 7/23/20 | $24.42 |
| 15 | 4/23/20 | $12.86 | 9/28/20 | $11.85 |
| 62 | 6/23/20 | $17.02 | 9/28/20 | $11.85 |
| 23 | 6/25/20 | $27.26 | 9/28/20 | $11.85 |

I will take no further action in this matter nor benefit in, or participate in, this action ,or be liable for any legal cost and expenses in the same, that may be assessed by whatever authority.

Thank You,

*William H. Cheeks*
William H. Cheeks

Cc: copy to self

Mr William Cheeks

7021 0950 0001 1825 7547

27 OCT 2

U.S. POSTAGE PAID
FCM LETTER
OCT 27 22
AMOUNT
**$7.85**
R2305K131390-17

1000  94977

RECEIVED GE
NOV 02 2022
CLAIMS CENTER

INOVIO Securities Litigation
ATTN: Exclusion Request
c/o Gilardi + Co. LLC
PO Box 5100
Larkspur, CA 94977-5100

94977-510000

**CERTIFIED MAIL**



RECEIVED
November 07, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: Steven J Bowman

To whom it may concern,

Please exclude me from the class in McDermid v. Inovio Pharmaceuticals, et al., No. 2:20-cv-01402-GJP.

My name is Steven J. Bowman. I can be reached at [redacted] Phone # [redacted].

I owned zero (0) shares on 2/14/2020. I purchased 200 shares of "INO" on 3/23/2020 @ 6.70/share and sold them on 5/18/2020 @ 13.83/share.

Regards,

[signature]

10/28/2020

S.J. Bowman



Inovio Securities Litigation
c/o Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA 94977-5100
ATTN: Exclusion Request

RECEIVED GE
NOV 07 2022
CLAIMS CENTER

94977-510000