# EXHIBIT A

# EXHIBIT A

*McDermid v. Inovio Pharmaceuticals, Inc., et al.*, Case No. 2:20-cv-01402-GJP
Robbins Geller Rudman & Dowd LLP
Inception through October 14, 2022

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Albert, Michael | (P) | 132.30 | 675 | $ 89,302.50 |
| Gronborg, Tor | (P) | 746.40 | 1150 | 858,360.00 |
| Myers, Danielle S. | (P) | 37.90 | 950 | 36,005.00 |
| Pintar, Theodore J. | (P) | 69.40 | 1100 | 76,340.00 |
| Robbins, Darren J. | (P) | 39.80 | 1350 | 53,730.00 |
| Smith, Trig R. | (P) | 1,504.30 | 925 | 1,391,477.50 |
| Browne, Lonnie A. | (A) | 505.40 | 580 | 293,132.00 |
| Johnson, Stephen D. | (A) | 27.80 | 175 | 4,865.00 |
| McGuire, Sean C. | (A) | 1,045.90 | 475 | 496,802.50 |
| Balotta, Matthew J. | (OC) | 707.00 | 550 | 388,850.00 |
| Kaster, Adam R. | (SA) | 477.30 | 420 | 200,466.00 |
| Petix, Andrew T. | (SA) | 847.90 | 420 | 356,118.00 |
| Barhoum, Anthony J. | (EA) | 19.10 | 430 | 8,213.00 |
| Topp, Jennifer M. | (EA) | 16.80 | 335 | 5,628.00 |
| Villalovas, Frank E. | (EA) | 7.20 | 420 | 3,024.00 |
| Roelen, Scott R. | (RA) | 33.60 | 295 | 9,912.00 |
| Wilhelmy, David E. | (RA) | 15.10 | 295 | 4,454.50 |
| Brandon, Kelley T. | (I) | 80.00 | 290 | 23,200.00 |
| Peitler, Steven J. | (I) | 22.00 | 290 | 6,380.00 |
| Litigation Support | | 88.90 | 150-400 | 22,803.50 |
| Law Clerks | | 12.50 | 175 | 2,187.50 |
| Summer Associate | | 87.10 | 175 | 15,242.50 |
| Paralegals | | 355.60 | 325-375 | 124,845.00 |
| Document Clerks | | 49.90 | 150 | 7,485.00 |
| Shareholder Relations | | 112.90 | 100 | 11,290.00 |
| **TOTAL** | | **7,042.10** | | **$ 4,490,113.50** |

(P) Partner
(A) Associate
(OC) Of Counsel
(SA) Staff Attorney
(EA) Economic Analyst
(RA) Research Analyst
(I) Investigator