# EXHIBIT B

# EXHIBIT B

*McDermid v. Inovio Pharmaceuticals, Inc., et al.*, Case No. 2:20-cv-01402-GJP
Robbins Geller Rudman & Dowd LLP
Inception through September 2, 2022

| CATEGORY | | AMOUNT |
|---|---|---|
| Filing, Witness and Other Fees | | $ 5,644.90 |
| Business Wire | | 450.00 |
| Meals | | 4,585.05 |
| Telephone | | 72.42 |
| Messenger, Overnight Delivery | | 839.91 |
| Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography | | 111,389.45 |
| Experts/Consultants | | 560,673.00 |
|     Crowninshield Financial Research, Inc. | $ 345,730.00 | |
|     Vyacheslav Fos | 56,800.00 | |
|     Stephen F. Amato | 38,000.00 | |
|     Lankau Consulting LLC | 35,250.00 | |
|     Todd Henderson | 34,500.00 | |
|     Bryan R. Cullen | 28,193.00 | |
|     The Expert Institute Group, LLC | 18,000.00 | |
|     Nicholas P. Jewell | 4,200.00 | |
| Local Counsel (Saxton & Stump, LLC) | | 36,422.92 |
| Photocopies | | 454.90 |
|     Outside | $ 308.95 | |
|     In-House B&W (973 copies at $0.15 per page) | 145.95 | |
| Non-Party Document Production | | 45,000.00 |
| Online Legal and Financial Research | | 5,076.10 |
| eDiscovery Database Hosting | | 15,541.30 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | | 28,200.00 |
| Miscellaneous (Notary Cost) | | 25.00 |
| *TOTAL* | | *$ 814,374.95* |