# EXHIBIT C

# EXHIBIT C

*McDermid v. Inovio Pharmaceuticals, Inc., et al.*, Case No. 2:20-cv-01402-GJP
Robbins Geller Rudman & Dowd LLP

Filing, Witness and Other Fees: $5,644.90

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 06/25/20 | MONTGOMERY COUNTY PROTHONOTARY | 06/23/20 - FILINGS FROM *INOVIO PHARM., INC. V. GENEONE LIFE SCI. INC.*, NO. 2020-06554 |
| 07/11/20 | MONTGOMERY COUNTY PROTHONOTARY | 07/09/20 - FILINGS FROM *INOVIO PHARM., INC. V. GENEONE LIFE SCI. INC.*, NO. 2020-06554 |
| 08/15/20 | MONTGOMERY COUNTY PROTHONOTARY | 08/1/20 - FILINGS FROM *INOVIO PHARM., INC. V. GENEONE LIFE SCI. INC.*, NO. 2020-06554 |
| 08/27/20 | MONTGOMERY COUNTY PROTHONOTARY | 08/25/20 - FILINGS FROM *INOVIO PHARM., INC. V. GENEONE LIFE SCI. INC.*, NO. 2020-06554 |
| 09/27/20 | MONTGOMERY COUNTY PROTHONOTARY | 09/25/20 - FILING FROM *INOVIO PHARM., INC. V. GENEONE LIFE SCI. INC.*, NO. 2020-06554 |
| 10/29/20 | MONTGOMERY COUNTY PROTHONOTARY | 10/27/20 - FILING FROM *INOVIO PHARM., INC. V. GENEONE LIFE SCI. INC.*, NO. 2020-06554 |
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: LAFFERTY & LAHEY PARTNERS, LLC DOING BUSINESS AS PRICETARGET RESEARCH, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: CANTOR FITZGERALD AND CO., INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: CLARIVATE ANALYTICS (US), LLC, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: OPPENHEIMER & CO., INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: RBC CAPITAL MARKETS, LLC, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: STIFEL, NICOLAUS & COMPANY, INCORPORATED, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: H. C. WAINWRIGHT & CO., LLC, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: INSTITUTIONAL SHAREHOLDERS SERVICES, INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: THE BENCHMARK COMPANY, LLC, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: PIPER SANDLER COMPANIES, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: ACURIS, INC. FORMERLY KNOWN AS INFINATA, INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/05/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: ROTH CAPITAL PARTNERS, LLC, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/06/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: MAXIM GROUP LLC, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/06/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: WATCHDOG RESEARCH, INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/07/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: ZACKS INVESTMENT RESEARCH, INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/09/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: THERMO FISHER SCIENTIFIC, INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/09/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: VGXI, INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 04/12/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: OLOGY BIOSERVICES, INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/14/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: OLOGY BIOSERVICES, INC., SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 04/19/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: STREETWISE REPORTS, LLC, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 05/02/21 | MONTGOMERY COUNTY PROTHONOTARY | 04/30/21 - FILINGS FROM *INOVIO PHARM., INC. V. GENEONE LIFE SCI. INC.*, NO. 2020-06554 |
| 05/05/21 | MONTGOMERY COUNTY PROTHONOTARY | 05/03/21 - FILINGS FROM *INOVIO PHARM., INC. V. GENEONE LIFE SCI. INC.*, NO. 2020-06554 |
| 07/23/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: DEPARTMENT OF DEFENSE - JOINT PROGRAM EXECUTIVE OFFICE FOR CHEMICAL, BIOLOGICAL, AT BUSINESS RADIOLOGICAL AND NUCLEAR DEFENSE C/O OFFICE OF THE GENERAL COUNSEL, BY SERVING: MICHAEL BROWN, PERSON AUTHORIZED TO ACCEPT SERVICE, SERVED BY: BROOKE ARLEDGE. SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A. |
| 10/07/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: MCGUIRE WOODS LLP, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 10/08/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: TOGORUN/GMJ GLOBAL; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 11/29/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: PATHEON MANUFACTURING SERVICES, LLC, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 01/01/22 | MONTGOMERY COUNTY PROTHONOTARY | MONTGOMERY PROTHONOTARY NORRISTOWN PA 12/30/21 - STATE COURT DOCUMENTS FROM STATE COURT WEBSITE |
| 01/05/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: ROBERT V. HOUSE, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |
| 02/09/22 | USDC-PA | L. BROWNE *PRO HAC VICE* ADMISSION FEE FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
| 03/31/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: PRICEWATERHOUSECOOPERS, LLP, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |
| 03/31/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: SHAREWORKS BY MORGAN STANLEY, F/K/A SOLIUM CAPITAL, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |
| 04/01/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | RETURNED NOT SERVED: THE COALITION OF EPIDEMIC PREPAREDNESS INNOVATIONS, RETURNED BY: SAME DAY PROCESS DC; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |
| 04/04/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: COALITION FOR EPIDEMIC PREPAREDNESS INNOVATIONS U.S., SUBPOENA TO |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
|  |  | PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |
| 04/13/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: SOLIUM CAPITAL LLC AKA SHAREWORKS BY MORGAN STANLEY, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A |
| 04/15/22 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: ANDREW LEFT, SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION |