# EXHIBIT D

# EXHIBIT D

*McDermid v. Inovio Pharmaceuticals, Inc., et al.*, Case No. 2:20-cv-01402-GJP
Robbins Geller Rudman & Dowd LLP

Court Hearing Transcripts and Deposition Reporting, Transcripts and Videography: $111,389.45

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 06/13/20 | SHANNAN GAGLIARDI | TRANSCRIPT OF PROCEEDING ON 06/11/20 |
| 07/14/20 | TREASURER OF MONTGOMERY COUNTY | 06/22/20 TRANSCRIPT REQUEST CHARGES |
| 07/14/20 | TREASURER OF MONTGOMERY COUNTY | 06/18/20 TRANSCRIPT REQUEST CHARGES |
| 07/28/21 | VERITEXT CORP. | CERTIFIED TRANSCRIPT OF WITNESS MANUEL S. WILLIAMS |
| 08/25/21 | VERITEXT CORP. | CERTIFIED TRANSCRIPT OF WITNESS ANDREW R. ZENOFF |
| 11/19/21 | VERITEXT CORP. | VIDEO OF WITNESS RENE M. STULZ |
| 11/19/21 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT OF WITNESS RENE M. STULZ |
| 01/20/22 | VERITEXT CORP. | VIDEO OF WITNESS DANIEL JOHN COVATTA |
| 01/20/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT OF WITNESS DANIEL JOHN COVATTA |
| 02/09/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT - EXHIBITS - VERITEXT VIRTUAL PRIMARY PARTICIPANTS - REALTIME & ROUGH SERVICES OF: BENJAMIN MICHAEL MATONE |
| 02/09/22 | VERITEXT CORP. | VIDEO INITIAL SERVICES - ADDITIONAL HOURS - ELECTRONIC ACCESS OF: BENJAMIN MICHAEL MATONE |
| 02/10/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT - REALTIME & ROUGH SERVICES - EXHIBIT SHARE OF: AMI SHAH BROWN, PH.D. |
| 02/10/22 | VERITEXT CORP. | VIDEO OF WITNESS AMI SHAH BROWN, PH.D. |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 02/11/22 | VERITEXT CORP. | VIDEO OF WITNESS LAURENT MICHEL PAUL FRANCOIS HUMEAU, PH.D. |
| 02/11/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT OF WITNESS LAURENT MICHEL PAUL FRANCOIS HUMEAU, PH.D. |
| 02/17/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT - EXHIBITS - REALTIME SERVICES OF: MARISA ANGELA SEPULVEDA BECERRA |
| 02/17/22 | VERITEXT CORP. | VIDEO INITIAL SERVICES - ADDITIONAL HOURS - ELECTRONIC ACCESS OF: KATHERINE SEALS |
| 02/17/22 | VERITEXT CORP. | VIDEO INITIAL SERVICES - ADDITIONAL & EXTENDED HOURS - ELECTRONIC ACCESS OF: MARISA ANGELA SEPULVEDA BECERRA |
| 02/17/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT OF WITNESS KATHERINE SEALS |
| 03/01/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT - REALTIME SERVICES - VERITEXT VIRTUAL PRIMARY PARTICIPANTS OF: SHAWN DAVID BRIDY |
| 03/01/22 | VERITEXT CORP. | VIDEO OF WITNESS SHAWN DAVID BRIDY |
| 03/04/22 | VERITEXT CORP. | VIDEO OF WITNESS ROBERT JOSEPH JUBA, JR |
| 03/07/22 | VERITEXT CORP. | AUDIO TRANSCRIPT OF INTERVIEW - JULY 14, 2020 |
| 03/09/22 | VERITEXT CORP. | VIDEO INITIAL SERVICES - ADDITIONAL & EXTENDED HOURS - ELECTRONIC ACCESS OF: KEIKO OZAKI SIMON, PH.D. |
| 03/09/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT OF WITNESS KEIKO OZAKI SIMON, PH.D. |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 03/10/22 | VERITEXT CORP. | AUDIO TRANSCRIPT OF INOVIO UP ON ZIKA VACCINE CNBC VIDEO TRANSCRIPTION |
| 03/10/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT OF WITNESS ROBERT V. HOUSE, PH.D. |
| 03/10/22 | VERITEXT CORP. | VIDEO OF WITNESS ROBERT V. HOUSE, PH.D. |
| 03/11/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT OF WITNESS JEFFREY CARL RICHARDSON |
| 03/11/22 | VERITEXT CORP. | VIDEO OF WITNESS JEFFREY CARL RICHARDSON |
| 03/16/22 | VERITEXT CORP. | VIDEO INITIAL SERVICES - ADDITIONAL HOURS - ELECTRONIC ACCESS OF: ANDREW LEFT VOL. I |
| 03/16/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT OF WITNESS ANDREW LEFT VOL. 1 |
| 03/22/22 | VERITEXT CORP. | VIDEO INITIAL SERVICES, ADDITIONAL AND EXTENDED HOURS, ELECTRONIC ACCESS OF WITNESS DEPOSITION: JACQUELINE ELIZABETH SHEA, PH.D. |
| 03/22/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT - REALTIME SERVICES - VERITEXT VIRTUAL PRIMARY PARTICIPANTS - EXHIBIT SHARE OF: JACQUELINE ELIZABETH SHEA, PH.D. |
| 03/24/22 | VERITEXT CORP. | DOROTHY PETERSON VIDEO DEPOSITION, INITIAL SERVICES, ADDITIONAL HOURS AND ELECTRONIC ACCESS |
| 03/24/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT - VERITEXT VIRTUAL PRIMARY PARTICIPANTS - REALTIME & ROUGH SERVICES - EXHIBIT SHARE OF: DOROTHY PETERSON |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 03/25/22 | VERITEXT CORP. | VIDEO SERVICES, ADDITIONAL AND EXTENDED HOURS OF WITNESS DEPOSITION: JONG JOSEPH KIM |
| 03/25/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT - VERITEXT VIRTUAL PRIMARY PARTICIPANTS - REALTIME & ROUGH SERVICES - EXHIBIT SHARE OF: JONG JOSEPH KIM |
| 03/29/22 | VERITEXT CORP. | VIDEO INITIAL SERVICES, ADDITIONAL HOURS AND ELECTRONIC ACCESS OF WITNESS DEPOSITION: SHUPING YANG |
| 03/29/22 | VERITEXT CORP. | VIDEO INITIAL SERVICES, ADDITIONAL HOURS AND ELECTRONIC ACCESS OF WITNESS DEPOSITION: PETER DAVID KIES |
| 03/29/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT - REALTIME & ROUGH SERVICES - EXHIBIT SHARE OF: PETER DAVID KIES |
| 03/29/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT - VERITEXT VIRTUAL PRIMARY PARTICIPANTS - EXHIBIT SHARE OF: SHUPING YANG |
| 03/30/22 | VERITEXT CORP. | WITNESS DEPOSITION: JOSEPH ANTHONY WILLIAM CLARK, III - ORIGINAL WITH 2 CERTIFIED TRANSCRIPTS, VERITEXT VIRTUAL PRIMARY PARTICIPANTS, REALTIME & ROUGH SERVICES AND EXHIBIT SHARE |
| 03/30/22 | VERITEXT CORP. | VIDEO SERVICES; DEPOSITION OF WITNESS: GLORIA JANATA |
| 03/30/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, REALTIME & ROUGH SERVICES, EXHIBIT SHARE OF WITNESS DEPOSITION: GLORIA JANATA |

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 03/30/22 | VERITEXT CORP. | ADDITIONAL BILLING FOR SECOND REALTIME CONNECTION AND VERITEXT VIRTUAL OF WITNESS DEPOSITION: GLORIA JANATA |
| 03/30/22 | VERITEXT CORP. | VIDEO INITIAL SERVICES, ADDITIONAL & EXTENDED HOURS AND ELECTRONIC ACCESS OF WITNESS DEPOSITION: JOSEPH ANTHONY WILLIAM CLARK, III |
| 04/05/22 | VERITEXT CORP. | VIDEO DEPOSITION OF WITNESS: KATE ELIZABTH BRODERICK, PH.D., INITIAL SERVICES, ADDITIONAL AND EXTENDED HOURS AND ELECTRONIC ACCESS |
| 04/05/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, VERITEXT VIRTUAL PRIMARY PARTICIPANTS, REALTIME & ROUGH SERVICES, EXHIBIT SHARE OF WITNESS DEPOSITION: KATE ELIZABETH BRODERICK, PH.D. |
| 04/07/22 | VERITEXT CORP. | VIDEO DEPOSITION OF WITNESS: ANDREW LEFT VOL II, INITIAL SERVICES, ADDITIONAL HOURS AND ELECTRONIC ACCESS |
| 04/07/22 | VERITEXT CORP. | ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, VERITEXT VIRTUAL PRIMARY PARTICIPANTS, REALTIME & ROUGH SERVICES, EXHIBIT SHARE OF WITNESS DEPOSITION: ANDREW LEFT, VOLUME II |
| 04/26/22 | VERITEXT CORP. | VIDEO SERVICES; DEPOSITION OF WITNESS: AMI SHAH BROWN, PH.D., VOL. 2 |
| 04/26/22 | VERITEXT CORP. | WITNESS DEPOSITION: AMI SHAH BROWN, PH.D.; ORIGINAL WITH 1 CERTIFIED TRANSCRIPT, REALTIME SERVICES - REMOTE CONNECTION, VERITEXT VIRTUAL PRIMARY PARTICIPANTS AND EXHIBIT SHARE. |