# EXHIBIT E

**EXHIBIT E**

*McDermid v. Inovio Pharmaceuticals, Inc., et al.*, Case No. 2:20-cv-01402-GJP
Robbins Geller Rudman & Dowd LLP

Photocopies: $454.90
    Outside Photocopies: $308.95 (detailed below)
    In-house black and white: $145.95 (973 copies at $0.15 per copy)

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 08/06/20 | OFFICE OF THE PROTHONOTARY | 07/31/20 SERVICE CHARGE |
| 01/24/22 | SAN DIEGO SUPERIOR COURT | PURCHASE OF COURT RECORDS |