**From:**          Justin Green <jpgreen47@gmail.com>
**Sent:**          Tuesday, November 15, 2022 2:13 PM
**To:**            PAED Documents
**Subject:**       Civil Action No. 2:20-cv-01402-GJP, McDermid v. Inovio Pharmaceuticals, Inc., et al. - Objections
**Attachments:**   Green's Objections to Proposed Class Action Settlement.pdf

**CAUTION - EXTERNAL:**

To the Clerk of the Court:

See attached Class Member Justin P. Green's Objections to Proposed Class Action Settlement.  Please file this document in *McDermid v. Inovio Pharmaceuticals, Inc., et al.*, Civil Action No. 2:20-cv-01402-GJP.  In accordance with the Notice of Pendency and Proposed Settlement of Class Action in this case, I have also mailed this document to your office.

I would like a file-stamped copy of this document.  Please provide me with an invoice if there is any cost for the file-stamped copy.

Respectfully,

Justin P. Green
1242 Grand Canal Dr.
Corpus Christi, TX 78418
Phone: (361) 442-5870
Email: jpgreen47@gmail.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.