UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICK McDERMID, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Civ. Action No. 2:20-cv-01402-GJP |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | SUPPLEMENTAL DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION AND REQUESTS FOR EXCLUSION RECEIVED TO DATE |
| INOVIO PHARMACEUTICALS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

I, ROSS D. MURRAY, declare and state as follows:

1.      I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California.  Pursuant to this Court's August 31, 2022 Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order") (ECF 150), Gilardi was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned action (the "Action").  I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

2.      I submit this declaration as a supplement to my earlier declaration, the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date (the "Initial Mailing Declaration") (ECF 156-7).  The following statements are based on my personal knowledge and information provided to me by other Gilardi employees and if called to testify I could and would do so competently.

### UPDATE ON DISSEMINATION OF THE CLAIM PACKAGE

3.      As more fully detailed in the Initial Mailing Declaration, as of November 8, 2022, Gilardi had mailed 576,695 copies of the Court-approved Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim form (the "Proof of Claim") (collectively, the "Claim Package") to potential Class Members and their nominees.  *See* Initial Mailing Declaration, ¶11.

4.      Since November 8, 2022, Gilardi has mailed an additional 1,606 copies of the Claim Package in response to requests from potential Class Members, brokers, and nominees and as a result of mail returned as undeliverable for which new addresses were identified and re-mailed to those new addresses.  Therefore, as of December 8, 2022, Gilardi has mailed a total of 578,301 Claim Packages to potential Class Members and nominees.

### REQUESTS FOR EXCLUSION RECEIVED TO DATE

5.      Pursuant to the Notice Order, the Notice informed potential Class Members that written requests for exclusion from the Class must be mailed to *Inovio Securities Litigation*, ATTN: EXCLUSION REQUESTS, c/o Gilardi & Co. LLC, P.O. Box 5100, Larkspur, CA 94977-

5100, such that they are received no later than November 23, 2022. At the time of the Initial Mailing Declaration, Gilardi reported that it had received three requests for exclusion in connection with this Settlement. *See* Initial Mailing Declaration, ¶16.

6.    Since the Initial Mailing Declaration was executed, and as of the date of this declaration, Gilardi has received four additional timely requests for exclusion and four late requests for exclusion, redacted copies of which are attached hereto as Exhibit A.[1]

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 8th day of December, 2022, at San Rafael, California.

_____
ROSS D. MURRAY

---

[1] Gilardi also received one late request for exclusion which is a duplicate of a prior timely received exclusion request.