# EXHIBIT A



RECEIVED
November 23, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: Joseph Putnam

Joseph Putnam

█████████████████████████████████

November 21, 2022

Inovio Securities Litigation
ATTN: EXCLUSION REQUEST
c/o Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA 94977-5100

## REQUEST TO BE EXCLUDED FROM CLASS IN MCDERMID V. INOVIO PHARMACEUTICALS, INC., ET AL., NO. 2:20-CV-01402-GJP

Dear Gilardi & Co. LLC:

Pursuant to the exclusion request/opt-out instructions and procedures outlined in the Notice of Pendency and Proposed Settlement of Class Action dated August 31, 2022, this letter serves as written notice of my request to be excluded from the proposed settlement in *McDermid v. Inovio Pharmaceuticals, Inc., et al.*, No. 2:20-cv-01402-GJP.

I am requesting exclusion from the Class and my identifying information is as follows:

Joseph Putnam

███████████████████████████

Without waiving my rights to supplement the information contained herein, to the best of my knowledge and belief, the information regarding the number of shares of Inovio common stock that I: (i) owned as of the opening of trading on February 14, 2020; and (ii) purchased, acquired and/or sold from February 14, 2020 through August 10, 2020, inclusive, as well as the number of shares, dates and prices for each such purchase, acquisition and sale is attached hereto as Exhibit 1.

Sincerely,

*Joseph S. Putnam*

Joseph Putnam

| Date | Client Group Name | Symbol / CUSIP | Activity | Quantity | Price | Amount | Settle Date | Asset Class | Security Type |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | EXHIBIT A | | | |
| 4/15/2021 | PUTNAM JOSEPH | INO | BUY | 1,000.00 | $10.2859 | (10,290.90) | 4/19/2021 | SBL | Common Stock |
| 3/11/2021 | PUTNAM JOSEPH | INO | BUY | 970.00 | $10.3474 | (10,041.98) | 3/15/2021 | SBL | Common Stock |
| 2/10/2021 | PUTNAM JOSEPH | INO | BUY | 750.00 | $13.3078 | (9,985.85) | 2/12/2021 | SBL | Common Stock |
| 2/1/2021 | PUTNAM JOSEPH | INO | BUY | 675.00 | $14.8287 | (10,010.61) | 2/3/2021 | SBL | Common Stock |
| 2/1/2021 | PUTNAM JOSEPH | INO | BUY | 625.00 | $16.0243 | (10,016.43) | 2/3/2021 | SBL | Common Stock |
| 2/1/2021 | PUTNAM JOSEPH | INO | BUY | 200.00 | $16.8398 | (3,368.38) | 2/3/2021 | SBL | Common Stock |
| 2/1/2021 | PUTNAM JOSEPH | INO | BUY | 400.00 | $16.8301 | (6,732.87) | 2/3/2021 | SBL | Common Stock |
| 2/1/2021 | PUTNAM JOSEPH | INO | BUY | 575.00 | $17.7303 | (10,196.19) | 2/3/2021 | SBL | Common Stock |
| 1/29/2021 | PUTNAM JOSEPH | INO | BUY | 775.00 | $12.9581 | (10,047.53) | 2/2/2021 | SBL | Common Stock |
| 1/27/2021 | PUTNAM JOSEPH | INO | BUY | 1,401.00 | $12.2700 | (17,193.13) | 1/29/2021 | SBL | Common Stock |
| 1/27/2021 | PUTNAM JOSEPH | INO | BUY | 239.00 | $12.2800 | (2,935.41) | 1/29/2021 | SBL | Common Stock |
| 1/27/2021 | PUTNAM JOSEPH | INO | BUY | 760.00 | $13.1095 | (9,964.87) | 1/29/2021 | SBL | Common Stock |
| 1/25/2021 | PUTNAM JOSEPH | INO | BUY | 2,200.00 | $9.1274 | (20,085.28) | 1/27/2021 | SBL | Common Stock |
| 1/15/2021 | PUTNAM JOSEPH | INO | BUY | 500.00 | $10.2470 | (5,128.50) | 1/20/2021 | SBL | Common Stock |
| 1/4/2021 | PUTNAM JOSEPH | INO | BUY | 1,130.00 | $9.0000 | (10,175.00) | 1/6/2021 | SBL | Common Stock |
| 11/16/2020 | PUTNAM JOSEPH | INO | BUY | 400.00 | $12.6659 | (5,071.36) | 11/18/2020 | SBL | Common Stock |
| 9/25/2020 | PUTNAM JOSEPH | INO | BUY | 30.00 | $16.6399 | (499.45) | 9/29/2020 | SBL | Common Stock |
| 9/25/2020 | PUTNAM JOSEPH | INO | BUY | 570.00 | $16.6450 | (9,492.40) | 9/29/2020 | SBL | Common Stock |
| 9/23/2020 | PUTNAM JOSEPH | INO | BUY | 610.00 | $16.3676 | (9,989.24) | 9/25/2020 | SBL | Common Stock |
| 9/21/2020 | PUTNAM JOSEPH | INO | BUY | 560.00 | $17.9417 | (10,052.35) | 9/23/2020 | SBL | Common Stock |
| 9/16/2020 | PUTNAM JOSEPH | INO | BUY | 370.00 | $14.4000 | (5,329.04) | 9/18/2020 | SBL | Common Stock |
| 9/16/2020 | PUTNAM JOSEPH | INO | BUY | 340.00 | $15.1823 | (5,162.99) | 9/18/2020 | SBL | Common Stock |
| 9/16/2020 | PUTNAM JOSEPH | INO | BUY | 310.00 | $16.3399 | (5,066.36) | 9/18/2020 | SBL | Common Stock |
| 9/16/2020 | PUTNAM JOSEPH | INO | BUY | 290.00 | $17.2623 | (5,007.05) | 9/18/2020 | SBL | Common Stock |
| 9/16/2020 | PUTNAM JOSEPH | INO | BUY | 200.00 | $17.9850 | (3,597.71) | 9/18/2020 | SBL | Common Stock |
| 9/16/2020 | PUTNAM JOSEPH | INO | BUY | 75.00 | $17.9998 | (1,350.26) | 9/18/2020 | SBL | Common Stock |
| 9/15/2020 | PUTNAM JOSEPH | INO | BUY | 750.00 | $13.5352 | (10,154.76) | 9/17/2020 | SBL | Common Stock |
| 9/15/2020 | PUTNAM JOSEPH | INO | BUY | 360.00 | $13.7575 | (4,954.34) | 9/17/2020 | SBL | Common Stock |
| 9/9/2020 | PUTNAM JOSEPH | INO | BUY | 475.00 | $10.6599 | (5,068.45) | 9/11/2020 | SBL | Common Stock |
| 9/3/2020 | PUTNAM JOSEPH | INO | BUY | 900.00 | $10.3448 | (9,315.32) | 9/8/2020 | SBL | Common Stock |
| 8/25/2020 | PUTNAM JOSEPH | INO | BUY | 400.00 | $12.7271 | (5,095.84) | 8/27/2020 | SBL | Common Stock |

| 8/14/2020 | PUTNAM  JOSEPH | INO | BUY | 340.00 | $14.6400 | (4,980.09) | 8/18/2020 | SBL | Common Stock |
|---|---|---|---|---|---|---|---|---|---|
| 8/14/2020 | PUTNAM  JOSEPH | INO | BUY | 325.00 | $15.4221 | (5,014.69) | 8/18/2020 | SBL | Common Stock |
| 8/5/2020 | PUTNAM  JOSEPH | INO | BUY | 230.00 | $21.7760 | (5,013.48) | 8/7/2020 | SBL | Common Stock |
| 8/3/2020 | PUTNAM  JOSEPH | INO | BUY | 250.00 | $20.3940 | (5,103.50) | 8/5/2020 | SBL | Common Stock |
| 7/30/2020 | PUTNAM  JOSEPH | INO | BUY | 260.00 | $21.1000 | (5,491.00) | 8/3/2020 | SBL | Common Stock |
| 7/28/2020 | PUTNAM  JOSEPH | INO | BUY | 235.00 | $21.4800 | (5,052.80) | 7/30/2020 | SBL | Common Stock |
| 7/17/2020 | PUTNAM  JOSEPH | INO | BUY | 375.00 | $26.6208 | (9,985.29) | 7/21/2020 | SBL | Common Stock |
| 7/17/2020 | PUTNAM  JOSEPH | INO | BUY | 368.00 | $27.3599 | (10,070.95) | 7/21/2020 | SBL | Common Stock |
| 7/16/2020 | PUTNAM  JOSEPH | INO | BUY | 210.00 | $23.8573 | (5,015.03) | 7/20/2020 | SBL | Common Stock |
| 7/14/2020 | PUTNAM  JOSEPH | INO | BUY | 200.00 | $26.1825 | (5,241.50) | 7/16/2020 | SBL | Common Stock |
| 7/13/2020 | PUTNAM  JOSEPH | INO | BUY | 200.00 | $25.9858 | (5,202.16) | 7/15/2020 | SBL | Common Stock |
| 7/9/2020 | PUTNAM  JOSEPH | INO | BUY | 200.00 | $24.4045 | (4,885.90) | 7/13/2020 | SBL | Common Stock |
| 7/7/2020 | PUTNAM  JOSEPH | INO | BUY | 227.00 | $22.0150 | (5,002.41) | 7/9/2020 | SBL | Common Stock |
| 7/6/2020 | PUTNAM  JOSEPH | INO | BUY | 250.00 | $20.0999 | (5,029.98) | 7/8/2020 | SBL | Common Stock |
| 7/2/2020 | PUTNAM  JOSEPH | INO | BUY | 225.00 | $21.9384 | (4,941.14) | 7/7/2020 | SBL | Common Stock |
| 6/30/2020 | PUTNAM  JOSEPH | INO | BUY | 365.00 | $27.0000 | (9,860.00) | 7/2/2020 | SBL | Common Stock |
| 6/29/2020 | PUTNAM  JOSEPH | INO | BUY | 170.00 | $28.3000 | (4,816.00) | 7/1/2020 | SBL | Common Stock |
| 6/26/2020 | PUTNAM  JOSEPH | INO | BUY | 160.00 | $31.3300 | (5,017.80) | 6/30/2020 | SBL | Common Stock |



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

## Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).



*IOV-EXCL00005*

RECEIVED
November 23, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: Patrick Grandy

**OPT OUT LETTER**

Exclusion request

OPT OUT LETTER

To whom it may concern

Please opt me out of the litigation  in the case mentioned below.

Patrick Grandy

class action 2:20-cv-01402-GJP

MCDermid v. Inovio Pharmaceuticals Inc , et al

At the time in question i bought
2/14/20--8/10/20--14,316 shares
 see attached
Total shares held at that time aprox 46,356 shares

Regards,

 11/21/2022

Patrick Grandy

--

Pat Grandy

Sans Serif

**Transactions   Statements   Confirmations   Shareholder Library**

| Type: | All transaction types ⌄ |
| Symbol(s): | ino |

(separate symbols with commas)

View range:  Month-to-date | 1 day  7 days  14 days  30 days  60 days

View year:  2022  2021  2020  2019  2018  2017  2016  2015  Show More..

View dates:  Feb ⌄  14 ⌄  2020 ⌄  to·  Aug ⌄  10 ⌄  2020 ⌄

You can search a date range of up to one year.

Sweeps:  Hide sweeps

Sweeps are uninvested cash transactions that move in and out of cash alternatives.

or

### Account Balances

| 2/14/2020 Cash balance | $0 00 |
| 8/10/2020 Cash balance | $0 00 |
| **Net change** | **$0.00** |
| 2/14/2020 Cash alternatives balance | $617 79 |
| 8/10/2020 Cash alternatives balance | $416 09 |
| **Net change** | **-$201.70** |

### Looking for tax documents?

To find 1099s and other tax documents, go to the Tax Center.

### Search results for 2/14/2020 to 8/10/2020

| Date/Time ▲ | Description | Amount | Commission | Reg Fee | Details |
|---|---|---|---|---|---|
| 04/21/2020 10:12:11 | Bought 1000 INO @ 10 22 | 10,220.00 | 0 00 | 0.00 | |
| 05/12/2020 15 26 26 | Bought 2788 INO @ 12.9499 | 36,104.32 | 0.00 | 0 00 | |
| 05/12/2020 15:26:26 | Bought 1058 INO @ 12 949 | 13,700.04 | 0.00 | 0.00 | |
| 05/19/2020 12:16 28 | Bought 3000 INO @ 14 775 | 44,325 00 | 0.00 | 0.00 | |
| 06/29/2020 11 48 59 | Bought 371 INO @ 30.7 | 11,389.70 | 0.00 | 0 00 | |
| 06/29/2020 11:48 59 | Bought 550 INO @ 30 69 | -16,879 50 | 0 00 | 0.00 | |
| 06/29/2020 11.48.59 | Bought 329 INO @ 30.68 | 10,093.72 | 0.00 | 0.00 | |
| 06/29/2020 11:48:59 | Bought 300 INO @ 30.65 | 9,195.00 | 0.00 | 0 00 | |
| 07/01/2020 15:43:28 | Bought 850 INO @ 19 7999 | 16,829 92 | 0.00 | 0.00 | |
| 07/01/2020 15 43 28 | Bought 1270 INO @ 19.797 | 25,142.19 | 0.00 | 0.00 | |
| 07/01/2020 15:43 28 | Bought 400 INO @ 19.79 | -7,916 00 | 0.00 | 0.00 | |
| 07.21/2020 10:10 07 | Bought 2400 INO @ 25.1 | -60,240 00 | 0.00 | 0.00 | |

PATRICK GILARDI

Inovio Securities
Kcc Class Action Service
1 mcinnis Parkway          SAN Rafel.
       Suite 250                    94903

No overnight
Service to p.o.box

Alternate address from
Vicki @ Gilardi

Exclusion Request

c/o Gilardi + Co LLC.

P.O. Box 5100

LARKSPUR, CA.

          94977-5100.

RECEIVED
NOV 2 3 2022

**FedEx** Express  NEW Package  **US Airbill**

FedEx Tracking Number  **8048 6272 8433**

Form ID No. **0200**

## 1 From

Date

Sender's Name _____ Phone _____

Company _____

Address _____ Dept./Floor/Suite/Room

City _____ State ____ ZIP ____

## 2 Your Internal Billing Reference

## 3 To

Recipient's Name _____ Phone _____

Company _____

Address _____ Dept./Floor/Suite/Room
We cannot deliver to P O boxes or P O ZIP codes

Address _____
Use this line for the HOLD location address or for continuation of your shipping address

City _____ State ____

**HOLD Weekday**
FedEx location address
REQUIRED NOT available for
FedEx First Overnight.

**HOLD Saturday**
FedEx location address
REQUIRED Available ONLY for
FedEx Priority Overnight and
FedEx 2Day to select locations

## 4 Express Package Service   * To most locations.
NOTE: Service order has changed. Please select carefully.

Packages up to 150 lbs.
For packages over 150 lbs., use the new
FedEx Express Freight US Airbill

### Next Business Day

☐ **FedEx First Overnight**
Earliest next business morning delivery to select locations Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected

☐ **FedEx Priority Overnight**
Next business morning * Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected

☐ **FedEx Standard Overnight**
Next business afternoon *
Saturday Delivery NOT available

### 2 or 3 Business Days

☐ **FedEx 2Day A.M**
Second business morning *
Saturday Delivery NOT available

☐ **FedEx 2Day**
Second business afternoon.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected

☐ **FedEx Express Saver**
Third business day *
Saturday Delivery NOT available

## 5 Packaging   * Declared value limit $500.

☐ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

## 6 Special Handling and Delivery Signature Options

☐ **SATURDAY Delivery**
NOT available for FedEx Standard Overnight, FedEx 2Day A M , or FedEx Express Saver

☐ **No Signature Required**
Package may be left without obtaining a signature for delivery

☐ **Direct Signature**
Someone at recipient's address may sign for delivery Fee applies.

☐ **Indirect Signature**
If no one is available at recipient's address, someone at a neighboring address may sign for delivery For residential deliveries only Fee applies.

**Does this shipment contain dangerous goods?**

One box must be checked

☐ No   ☐ Yes As per attached Shipper's Declaration   ☐ Yes Shipper's Declaration not required   ☐ Dry Ice Dry Ice, 9, UN 1845 ____ x ____ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

☐ Cargo Aircraft Only

## 7 Payment  Bill to:

☐ Sender Acct No in Section 1 will be billed   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Enter FedEx Acct. No. or Credit Card No. below

Obtain recip Acct. No ☐

Total Packages   Total Weight ____ lbs   Credit Card Auth

† Our liability is limited to US$100 unless you declare a higher value See the current FedEx Service Guide for details.

RECEIVED NOV 2 3 2022

644

8048 6272 8433

Rev Date 4/12 • Part #167002 • ©2012 FedEx • PRINTED IN U S A  SRF

fedex.com 1800 GoFedEx 1800 463 3339

## Peel-and-Stick FedEx Express Package US Airbill

1. Complete front page of the Airbill.
2. Retain "Sender's Copy" for your records.
3. Remove label backing.
4. Adhere Airbill to front of package.
   Please DO NOT remove "FedEx Copy."



PEEL FROM THIS CORNER.



*IOV-EXCL00006*

RECEIVED
November 23, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: Tanner Gudeman

Tanner Gudeman



November 22, 2022

Inovio Securities Litigation
ATTN: EXCLUSION REQUEST
c/o Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA 94977-5100

## REQUEST TO BE EXCLUDED FROM CLASS IN MCDERMID V. INOVIO PHARMACEUTICALS, INC., ET AL., NO. 2:20-CV-01402-GJP

Dear Gilardi & Co. LLC:

Pursuant to the exclusion request/opt-out instructions and procedures outlined in the Notice of Pendency and Proposed Settlement of Class Action dated August 31, 2022, this letter serves as written notice of my request to be excluded from the proposed settlement in *McDermid v. Inovio Pharmaceuticals, Inc., et al.*, No. 2:20-cv-01402-GJP.

I am requesting exclusion from the Class and my identifying information is as follows:

Tanner Gudeman



Information regarding the number of shares of Inovio common stock that I: (i) owned as of the opening of trading on February 14, 2020; and (ii) purchased, acquired and/or sold from February 14, 2020 through August 10, 2020, inclusive, as well as the number of shares, dates and prices for each such purchase, acquisition and sale is attached hereto as Exhibit 1.

Sincerely,

Tanner Gudeman

| EXHIBIT 1 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Client Group Name | Symbol | Activity | Quantity | Price | Amount | Settle Date | Asset Class | Security Type |
| 4/19/2022 | GUDEMAN  TANNER | INO | BUY | 1,750.00 | $2.9771 | (5,214.93) | 4/21/2022 | SBL | Common Stock |
| 10/6/2021 | GUDEMAN  TANNER | INO | BUY | 3,750.00 | $6.4269 | (24,105.88) | 10/8/2021 | SBL | Common Stock |
| 1/22/2021 | GUDEMAN  TANNER | INO | BUY | 2,000.00 | $8.9685 | (17,942.00) | 1/26/2021 | SBL | Common Stock |
| 9/16/2020 | GUDEMAN  TANNER | INO | BUY | 18.00 | $16.8998 | (304.21) | 9/18/2020 | SBL | Common Stock |
| 9/16/2020 | GUDEMAN  TANNER | INO | BUY | 56.00 | $16.8700 | (944.76) | 9/18/2020 | SBL | Common Stock |
| 9/16/2020 | GUDEMAN  TANNER | INO | BUY | 926.00 | $16.8800 | (15,631.62) | 9/18/2020 | SBL | Common Stock |
| 9/16/2020 | GUDEMAN  TANNER | INO | BUY | 5,000.00 | $17.6284 | (88,146.21) | 9/18/2020 | SBL | Common Stock |
| 9/15/2020 | GUDEMAN  TANNER | INO | BUY | 995.00 | $13.5869 | (13,523.95) | 9/17/2020 | SBL | Common Stock |
| 9/15/2020 | GUDEMAN  TANNER | INO | BUY | 5.00 | $13.5850 | (67.95) | 9/17/2020 | SBL | Common Stock |
| 8/14/2020 | GUDEMAN  TANNER | INO | BUY | 900.00 | $14.8098 | (13,333.32) | 8/18/2020 | SBL | Common Stock |
| 8/14/2020 | GUDEMAN  TANNER | INO | BUY | 100.00 | $14.8015 | (1,480.65) | 8/18/2020 | SBL | Common Stock |
| 8/6/2020 | GUDEMAN  TANNER | INO | BUY | 490.00 | $20.3820 | (9,989.68) | 8/10/2020 | SBL | Common Stock |
| 8/6/2020 | GUDEMAN  TANNER | INO | BUY | 500.00 | $19.9000 | (9,952.50) | 8/10/2020 | SBL | Common Stock |
| 8/5/2020 | GUDEMAN  TANNER | INO | BUY | 460.00 | $21.7760 | (10,021.96) | 8/7/2020 | SBL | Common Stock |
| 7/30/2020 | GUDEMAN  TANNER | INO | BUY | 200.00 | $22.0399 | (4,409.43) | 8/3/2020 | SBL | Common Stock |
| 7/30/2020 | GUDEMAN  TANNER | INO | BUY | 250.00 | $22.0400 | (5,511.82) | 8/3/2020 | SBL | Common Stock |
| 7/30/2020 | GUDEMAN  TANNER | INO | BUY | 250.00 | $20.9271 | (5,233.51) | 8/3/2020 | SBL | Common Stock |



**After printing this label**:

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide



*IOV-EXCL00007*

RECEIVED
November 22, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: John Hoff

Mr. John W. Hoff, JD, MPA

# Consultant, Fourth Amendment



November 12, 2022

Dear Inovio Securities Litigation Claims Administrator,

I wish to exclude myself from the class (opt out) by submitting this written statement prior to November 23, 2022. I would like my statement to be part of the record.

Though I am not required to state a reason why I want to opt out, I will, in fact, state a reason for purposes of urging changes in policy, law, and procedure as follows:

It seems like I get some kind of "notice of class action" every couple months concerning some stock I hold or have held in the past. In every single instance, I am required to "prove" my current or previous ownership, a tedious and time-consuming process and for what? For some very minor amount of money, assuming the settlement even gets finalized? In some instances, I am no longer active on the trading platform where I once held that stock, and I have no way to pull up that information from, say, Robinhood or TDAMeritrade.

Yet the defendant and the plaintiff have knowledge, or constructive knowledge, of my stock ownership. If there wasn't a record of my owning this stock at one time or another, I would not get notified by mail in the first place. So why should I have to "prove" what is already known and recorded? Why should any burden be shifted to me, whatsoever, to "prove" my ownership interest? Rather, I should be sent a form confirming my contact information and then just go ahead and mail me what, if anything, I am due.

It is my intention to just keep "opting out" of these notices of class action, every blessed time, by sending this same exact letter. You have shifted a burden to me, so I now shift it right back to you.

Sincerely,

John Hoff

JOY | John Hoff



15 NOV 2022  PM 2 L

RECEIVED
NOV 2 2 2022

Inovio Securities Litigation
Claims Administrator
C/o Gilardi & Co. LLC
P.O. Box 6162
Novato, CA
94948-616262          94948-6162



*IOV-EXCL80001*

RECEIVED
November 28, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: Carter Brown
c/o Damian Brown

Inovio Securities Litigation

ATTN: EXCLUSION REQUEST,

c/o Gilardi & Co. LLC,

P.O Box 5100, Larkspur, CA 94977-5100

Carter Brown c/o Damian Brown



October 26, 2022

To Whom It May Concern:

I Damian Brown is requesting on behalf Carter Brown (Beneficial Purchaser) to be excluded from

the Class in *McDermid v. Inovio Pharmaceuticals, Inc.*, et at., No. 2:20-cv-01402-GJP.

Damian Brown



Schwab One® Custodial Account of
**DAMIAN BROWN CUST FOR**
**CARTER BROWN UNYUTMA**
**UNTIL AGE 21**

Account Number



**Trade Confirmation**

---

**SOLD**   **Cronos Group Inc** (Symbol: CRON)

| Security No./CUSIP: 22717L-10-1 | | | Type: Cash | Trade: 10/14/20 | Settle: 10/16/20 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |

**For this security:**                                                                                                           Internal Use Only 2, E
- The cost basis method requested was FIFO  Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Schwab acted as your agent.

---

**SOLD**   **Inovio Pharma** (Symbol: INO)

| Security No./CUSIP: 45773H-20-1 | | | Type: Cash | Trade: 10/14/20 | Settle: 10/16/20 |
|---|---|---|---|---|---|
| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | | Total Amount ($) |
| 5 | 12.1922 | 60.96 | N/A | | 60.96 |

**For this security:**                                                                                                           Internal Use Only 2, E
- The cost basis method requested was FIFO. Please view the Cost Basis Disclosure Statement for additional information on cost basis method choices and how Schwab reports adjusted cost basis information to the IRS.
- Schwab acted as your agent.

Please see "Terms and Conditions" for more information



**Schwab One® Custodial Account of**
**DAMIAN BROWN CUST FOR**
**CARTER BROWN UNYUTMA**
**UNTIL AGE 21**

**Account Number**

**Statement Period**
**August 1-31, 2020**

## Investment Detail - Equities

| Equities | Quantity Units Purchased | Market Price Cost Per Share | Market Value Cost Basis | % of Account Assets Acquired | Unrealized Gain or (Loss) | Estimated Yield Holding Days | Estimated Annual Income Holding Period |
|---|---|---|---|---|---|---|---|
| **CRONOS GROUP INC      F**<br>SYMBOL: CRON | | | | | | | **N/A** |
| **INOVIO PHARMA**<br>SYMBOL: INO | 5.0000<br>5.0000 | 11.99000<br>13.8100 | 59.95<br>69.05 | 15%<br>04/29/20 | (9.10)<br>(9.10) | N/A<br>124 | **N/A**<br>Short-Term |
| **MATTEL INC. ◊**<br>SYMBOL: MAT | | | | | | | **N/A** |

*Cost Basis*

| **Total Equities** | 42.0000 | | 405.77 | 100% | 14.52 | | **N/A** |
| | | **Total Cost Basis:** | *391.25* | | | | |

*Estimated Annual Income ("EAI") and Estimated Yield ("EY") calculations are for informational purposes only. The actual income and yield might be lower or higher than the estimated amounts. EY is based upon EAI and the current price of the security and will fluctuate. For certain types of securities, the calculations could include a return of principal or capital gains in which case EAI and EY would be overstated  EY and EAI are not promptly updated to reflect when an issuer has missed a regular payment or announced changes to future payments, in which case EAI and EY will continue to display at a prior rate*

| | | |
|---|---|---|
| **Total Investment Detail** | | **344.52** |
| **Total Account Value** | | **344.52** |
| *Total Cost Basis* | | *391.25* |

Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis data may be incomplete or unavailable for some of your holdings.
Please see "Endnotes for Your Account" section for an explanation of the endnote codes and symbols on this statement



Schwab One® Custodial Account of
**DAMIAN BROWN CUST FOR
CARTER BROWN UNYUTMA
UNTIL AGE 21**

Account Number


**Trade Confirmation**

---

**BOUGHT    Inovio Pharma** (Symbol: INO)

| Security No./CUSIP: 45773H-20-1 | | | Type: Cash | Trade: 04/29/20 | Settle: 05/01/20 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| 5 | 13.81 | 69.05 | N/A | 69.05 |

| **For this security:** | Internal Use Only  2, E |
|---|---|
| - Schwab acted as your agent | |

---

**BOUGHT    Mattel Inc. Dividends reinvested** (Symbol: MAT)

| Security No./CUSIP: 577081-10-2 | | | Type: Cash | Trade: 04/29/20 | Settle: 05/01/20 |
|---|---|---|---|---|---|

| Quantity | Price ($) | Principal ($) | Charges and/or Interest ($) | Total Amount ($) |
|---|---|---|---|---|
| | | | | |

| **For this security:** | Internal Use Only  2, E |
|---|---|
| - Schwab acted as your agent | |

---

Please see "Terms and Conditions" for more information

**CARTER BROWN C/O DAMIAN BROWN**



FOREVER

RECEIVED *GE*

**NOV 2 8 2022**

**CLAIMS** CENTER

**ATTN:**
EXCLUSION REQUEST, C/O GILARDI & CO LLC,
P O BOX 5100,
LARKSPUR, CA 94977-5100

94977-510000



*IOV-EXCL80002*

RECEIVED
November 30, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: Tanner Gudeman

Tanner Gudeman



November 22, 2022

Inovio Securities Litigation
ATTN: EXCLUSION REQUEST
c/o Gilardi & Co. LLC
P.O. Box 5100
Larkspur, CA 94977-5100

## <u>REQUEST TO BE EXCLUDED FROM CLASS IN MCDERMID V. INOVIO PHARMACEUTICALS, INC., ET AL., NO. 2:20-CV-01402-GJP</u>

Dear Gilardi & Co. LLC:

Pursuant to the exclusion request/opt-out instructions and procedures outlined in the Notice of Pendency and Proposed Settlement of Class Action dated August 31, 2022, this letter serves as written notice of my request to be excluded from the proposed settlement in *McDermid v. Inovio Pharmaceuticals, Inc., et al.*, No. 2:20-cv-01402-GJP.

I am requesting exclusion from the Class and my identifying information is as follows:

Tanner Gudeman



Information regarding the number of shares of Inovio common stock that I: (i) owned as of the opening of trading on February 14, 2020; and (ii) purchased, acquired and/or sold from February 14, 2020 through August 10, 2020, inclusive, as well as the number of shares, dates and prices for each such purchase, acquisition and sale is attached hereto as Exhibit 1.

Sincerely,

Tanner Gudeman

| EXHIBIT 1 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Client Group Name | Symbol | Activity | Quantity | Price | Amount | Settle Date | Asset Class | Security Type |
| 4/19/2022 | GUDEMAN  TANNER | INO | BUY | 1,750.00 | $2.9771 | (5,214.93) | 4/21/2022 | SBL | Common Stock |
| 10/6/2021 | GUDEMAN  TANNER | INO | BUY | 3,750.00 | $6.4269 | (24,105.88) | 10/8/2021 | SBL | Common Stock |
| 1/22/2021 | GUDEMAN  TANNER | INO | BUY | 2,000.00 | $8.9685 | (17,942.00) | 1/26/2021 | SBL | Common Stock |
| 9/16/2020 | GUDEMAN  TANNER | INO | BUY | 18.00 | $16.8998 | (304.21) | 9/18/2020 | SBL | Common Stock |
| 9/16/2020 | GUDEMAN  TANNER | INO | BUY | 56.00 | $16.8700 | (944.76) | 9/18/2020 | SBL | Common Stock |
| 9/16/2020 | GUDEMAN  TANNER | INO | BUY | 926.00 | $16.8800 | (15,631.62) | 9/18/2020 | SBL | Common Stock |
| 9/16/2020 | GUDEMAN  TANNER | INO | BUY | 5,000.00 | $17.6284 | (88,146.21) | 9/18/2020 | SBL | Common Stock |
| 9/15/2020 | GUDEMAN  TANNER | INO | BUY | 995.00 | $13.5869 | (13,523.95) | 9/17/2020 | SBL | Common Stock |
| 9/15/2020 | GUDEMAN  TANNER | INO | BUY | 5.00 | $13.5850 | (67.95) | 9/17/2020 | SBL | Common Stock |
| 8/14/2020 | GUDEMAN  TANNER | INO | BUY | 900.00 | $14.8098 | (13,333.32) | 8/18/2020 | SBL | Common Stock |
| 8/14/2020 | GUDEMAN  TANNER | INO | BUY | 100.00 | $14.8015 | (1,480.65) | 8/18/2020 | SBL | Common Stock |
| 8/6/2020 | GUDEMAN  TANNER | INO | BUY | 490.00 | $20.3820 | (9,989.68) | 8/10/2020 | SBL | Common Stock |
| 8/6/2020 | GUDEMAN  TANNER | INO | BUY | 500.00 | $19.9000 | (9,952.50) | 8/10/2020 | SBL | Common Stock |
| 8/5/2020 | GUDEMAN  TANNER | INO | BUY | 460.00 | $21.7760 | (10,021.96) | 8/7/2020 | SBL | Common Stock |
| 7/30/2020 | GUDEMAN  TANNER | INO | BUY | 200.00 | $22.0399 | (4,409.43) | 8/3/2020 | SBL | Common Stock |
| 7/30/2020 | GUDEMAN  TANNER | INO | BUY | 250.00 | $22.0400 | (5,511.82) | 8/3/2020 | SBL | Common Stock |
| 7/30/2020 | GUDEMAN  TANNER | INO | BUY | 250.00 | $20.9271 | (5,233.51) | 8/3/2020 | SBL | Common Stock |

NOV 22 22
$0.00
RDC 07     94977     R2304H109061-99

# PRIORITY MAIL EXPRESS®



**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**



EJ 311 705 517 US

RECEIVED GE

FLAT RATE ENVELOPE

NOV 30 2022 CLAIMS CENTER

RATE ■ ANY WEIGHT

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)     PHONE [redacted]

Dinsmon + Shohl
[redacted]

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.*

**TO: (PLEASE PRINT)**     PHONE ( 415 ) 461- 0900

Inovio Securities Litigation
ATTN: EXCLUSION REQUEST
c/o Gilardi + Co. LLC
P.O. Box 5100
Larkspr, CA 94977-5100

ZIP + 4® (U.S. ADDRESSES ONLY)     9 4 9 7 7 - 5 1 0 0

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◀ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No.     Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day     ☐ 2-Day     ☐ Military     ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 40507 | 11/23/22 Wen | $ 27.90 |

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
|---|---|---|---|
| 11/22/22 | ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | $ | $ |

| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
|---|---|---|---|
| 3:30 ☐ AM ☐ PM | $ | $ | $ |

| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees |
|---|---|---|
| $ | $ | 27.90 |

| Weight ☐ Flat Rate | Acceptance Employee Initials | |
|---|---|---|
| lbs. ozs. PO | $ 27.90 |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, MARCH 2019     PSN 7690-02-000-9996

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.

schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006     EP13F May 2020     OD: 12 1/2 x 9 1/2

  

**UNITED STATES POSTAL SERVICE.**



RECEIVED
November 30, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: James A Laite

November 21, 2022

Hello,

I do  not want to be part of the class action law suit.

If you have any questions, please feel free to contact me at

James Andrew Laite

McDermid v. Inovio Pharaceuticals, et al., No. 2:20-cv-01402-GJP

Thanks,

James A Laite

James A Laite

21 NOV 2022  PM 2  L

RECEIVED **GE**

NOV 30 2022

CLAIMS CENTER

ATTN: Exclusion Request

C/O Gilardi + Co. LLC

P.O. Box 5100

Larkrpur, CA 94977-5100

94977-510000



||||||||||||||||||||||||||||||||||||||*IOV-EXCL80004*

RECEIVED
Dec 05, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: Anna Allen

I never oK
this and I
want to opt
out
Signed
Cimia  4
Allen

Anna Allen

30 NOV 2022 PM 2 L

*Inovio Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 6162
Novato, CA 94948-6162

RECEIVED GE

DEC 0 5 2022

CLAIMS CENTER

**IOV**







RECEIVED
Dec 05, 2022
Claims Center

# Exclusion Cover Page

Case Name: Inovio Securities Litigation

Case Code: IOV

Exclusion Deadline: November 23, 2022 (Must be received no later than)

Name of Person Filing Exclusion: Richard L and Linda C Browett Trustee
Browett Family Trust DTD 04/23/2014



2 December 2022

Inovio Securities Administration Litigation
c/o Gilardi & Co. LLC
PO Box 6162
Novato, CA 94948-6162

To Whom It May Concern:

By our signatures below, I, we, are writing to you to inform you that I, we, wish to be excluded from the class action law suit Civ. Action No 2-20-cv-01402-GJP.  Our shares were bought by and owned by the Browett Family Trust dated April 23, 2014, Trustees Richard L. Browett and Linda C. Browett.   The address of the Browett Family Trust is stated above on this letterhead.


_____
Richard L. Browett, Trustee


_____
Linda C. Browett, Trustee



RICHARD BROWETT

**IOV**

*Inovio Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 6162
Novato, CA 94948-6162

RECEIVED GE

DEC 0 5 2022

CLAIMS CENTER