**EXHIBIT 1**

*McDermid v. Inovio Pharmaceuticals, Inc., et al.*,
Civ. Action No. 2:20-cv-01402-GJP

**INDIVIDUALS WHO HAVE
REQUESTED EXCLUSION FROM THE CLASS**

1. Allen Whitney Boyce
2. William H. Cheeks
3. Steven J. Bowman
4. Joseph Putnam
5. Patrick Grandy
6. Tanner Gudeman
7. John Hoff
8. Carter Brown c/o Damian Brown
9. James A. Laite
10. Anna Allen
11. Richard L. Browett and Linda C. Browett -Trustees (Browett Family Trust DTD 04/23/2014)