December 15, 2022

Clerk of the Court
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market St.
Philadelphia, PA 19106

RE:   *McDermid v. Inovio Pharmaceuticals, Inc., et al.*
      **Civil Action No. 2:20-cv-01402-GJP**
      **U.S. District Court, Eastern District of Pennsylvania**

**Class Member Justin P. Green's Sur-Reply**
**to Plaintiffs' Reply in Further Support of Motion for Final Approval of Settlement, Plan of Allocation,**
**Award of Attorney's Fees and Expenses, and Awards to Plaintiffs**

To the Clerk of the Court:

Class Member Justin P. Green ("Mr. Green") files this sur-reply to Plaintiffs' Reply in Further Support of Motion for Final Approval of Settlement, Plan of Allocation, Award of Attorney's Fees and Expenses, and Awards to Plaintiffs [Doc. 158], stating as follows:

Plaintiffs argue that their proposed zero-dollar recognized loss amount for some class members is permissible under the Private Securities Litigation Reform Act ("PSLRA"). [Doc. 158 at 4.]  Plaintiffs are not, however, asking the Court to approve a securities damages award. Plaintiffs are instead asking the Court to approve a settlement agreement and release of claims. Plaintiffs have cited no legal authority for the position that ordinary contract law principles, such as the need for consideration, do not apply to the proposed settlement agreement. Class members should still receive something of value in exchange for releasing their claims. Or, in the alternative, the class should be reconstituted to remove such individuals from the class.

Plaintiffs argue that Mr. Green has essentially waived his argument about the sufficiency of the notice because he did not cite specific ethics rules. [Doc. 158 at 8 n.9.]  This is untrue. Mr. Green cited and directly quoted from Pennsylvania Code Rule 1.4 regarding an attorney's duty to inform clients. [Doc. 157 at 5.]  Mr. Green also cited Comment 5 to Rule 1.4 and cited two Third Circuit cases discussing misleading or confusing notices. [Doc. 157 at 5.]  These authorities are sufficient to support Mr. Green's argument.

Finally, Plaintiffs apparently suggest an affiliation between Mr. Green and professional objectors. [Doc. 158 at 9-10.]  Plaintiffs point to the fact that Mr. Green practices law in the same city as Christopher Bandas, an

attorney whose *pro hac vice* motion was denied in a different federal court. [Doc. 158 at 10 n.10.] Mr. Green has no affiliation with Mr. Bandas and is not acting as a so-called professional objector. Mr. Green is representing himself and has made his objections on behalf of the entire class, many of whom are having their claims released without legally sufficient consideration. Plaintiffs' argument is merely an attempt to cause reputational damage to Mr. Green based on him living in the same city as a so-called professional objector. Mr. Green asks the Court to set aside Plaintiffs' unsupported suggestion that Mr. Green has any affiliation with professional objectors.

Respectfully submitted,

Justin P. Green*
1242 Grand Canal Dr.
Corpus Christi, TX 78418
Phone: (361) 442-5870
Email: jpgreen47@gmail.com
CLASS MEMBER, *PRO SE*

*Attorney licensed in the State of Texas

CC:    Attorneys for Plaintiffs
       Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 15th day of December 2022, a copy of the foregoing letter was served on all other parties and/or counsel as follows:

**Via email to:**
Darren J. Robbins (*darrenr@rgrdlaw.com*)
Lonnie A. Browne (*lbrowne@rgrdlaw.com*)
Matthew J. Balotta (*mbalotta@rgrdlaw.com*)
Michael Albert (*malbert@rgrdlaw.com*)
Sean McGuire (*smcguire@rgrdlaw.com*)
Danielle S. Myers (*danim@rgrdlaw.com*)
ROBBINS GELLER RUDMAN & DOWD LLP
655 W. Broadway, Ste. 1900
San Diego, CA 92101
ATTORNEYS FOR LEAD PLAINTIFF MANUEL S. WILLIAMS

**Via email to:**
Theodore J. Pintar (*tedp@rgrdlaw.com*)
Tor Gronborg (*torg@rgrdlaw.com*)
Trig R. Smith (*trigs@rgrdlaw.com*)
ROBBINS GELLER RUDMAN & DOWD LLP
655 W. Broadway, Ste. 1900
San Diego, CA 92101
ATTORNEYS FOR LEAD PLAINTIFF MANUEL S. WILLIAMS
AND FOR REPRESENTATIVE PLAINTIFF ANDREW ZENOFF

**Via email to:**
Lawrence F. Stengel (*lfs@saxtonstump.com*)
SAXTON STUMP
280 Granite Run Dr., Ste. 300
Lancaster, PA 17601
ATTORNEY FOR LEAD PLAINTIFF MANUEL S. WILLIAMS
AND FOR REPRESENTATIVE PLAINTIFF ANDREW ZENOFF

**Via email to:**
Michael C. Dell'Angelo (*mdellangelo@bm.net*)
Shanon J. Carson (*scarson@bm.net*)
BERGER MONTAGUE PC
1818 Market St., Ste. 3600
Philadelphia, PA 19103
ATTORNEYS FOR PLAINTIFF PATRICK MCDERMID

**Via email to:**
Jacob A. Goldberg (*jgoldberg@rosenlegal.com*)
THE ROSEN LAW FIRM
101 Greenwood Ave., Ste. 440
Jenkintown, PA 19046
ATTORNEY FOR PLAINTIFF PATRICK MCDERMID

**Via email to:**
Mark S. Goldman (*goldman@lawgsp.com*)
GOLDMAN SCARLATO & PENNY PC

161 Washington St., Ste. 1025
Conshohocken, PA 19428
ATTORNEY FOR PLAINTIFF PATRICK MCDERMID

**Via email to:**
Craig E. Tenbroeck (*ctenbroeck@cooley.com*)
Peter M. Adams (*padams@cooley.com*)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
ATTORNEYS FOR DEFENDANT INOVIO PHARMCEUTICALS, INC.
AND FOR DEFENDANT J. JOSEPH KIM

**Via email to:**
Heather Speers (*hspeers@cooley.com*)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
ATTORNEY FOR DEFENDANTS

**Via email to:**
Georgina J. Inglis (*ginglis@cooley.com*)
Caitlin Bridget Munley (*cmunley@cooley.com*)
COOLEY LLP
1299 Pennsylvania Ave. NW, Ste. 700
Washington, D.C. 20004
ATTORNEYS FOR DEFENDANTS

**Via email to:**
Koji K. Fukumura (*kfukumura@cooley.com*)
COOLEY LLP
10265 Science Center Dr.
San Diego, CA 92121
ATTORNEY FOR DEFENDANTS

**Via email to:**
Luke T. Cadigan (*lcadigan@cooley.com*)
COOLEY LLP
500 Boylston St.
Boston, MA 02116
ATTORNEY FOR DEFENDANTS

**Via email to:**
Patrick K. Loftus (*loftus@duanemorris.com*)
Matthew S. Decker (*mdecker@duanemorris.com*)
DUANE MORRIS LLP
30 S. 17th St.
Philadelphia, PA 19103-7396
ATTORNEYS FOR DEFENDANTS

Justin P. Green