**From:**          Justin Green <jpgreen47@gmail.com>
**Sent:**          Thursday, December 15, 2022 11:34 AM
**To:**            PAED Documents
**Subject:**       Civil Action No. 2:20-cv-01402-GJP, McDermid v. Inovio Pharmaceuticals, Inc., et al. - Sur-Reply
**Attachments:**   Green's Sur-Reply.pdf

<mark>CAUTION - EXTERNAL:</mark>

To the Clerk of the Court:

See attached Class Member Justin P. Green's Sur-Reply to Plaintiffs' Reply in Further Support of Motion for Final Approval of Settlement, Plan of Allocation, Award of Attorney's Fees and Expenses, and Awards to Plaintiffs.

Please file this document in *McDermid v. Inovio Pharmaceuticals, Inc., et al.*, Civil Action No. 2:20-cv-01402-GJP.

Respectfully,

Justin P. Green
1242 Grand Canal Dr.
Corpus Christi, TX 78418
Phone: (361) 442-5870
Email: jpgreen47@gmail.com

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>