IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCDERMID, *individually and on behalf of all others similarly situated*,<br><br>   *Plaintiff,*<br><br> v.<br><br>INOVIO PHARMACEUTICALS, INC., *et al*,<br><br>   *Defendants.* | CIVIL ACTION<br><br>NO. 20-01402 |

**ORDER**

 **AND NOW**, this 18th day of January 2023, upon consideration of Plaintiffs' Motion for final approval of the Settlement Agreement, Plan of Allocation, award for attorneys' fees, expenses, and awards to the lead and representative Plaintiffs (ECF 156), Class Member Justin P. Green's Objections (ECF 157), Plaintiffs' Reply (ECF 158), Green's Sur-Reply (ECF 159), and the final hearing (ECF 160), it is hereby **ORDERED** that Plaintiffs' Motion (ECF 156) is **GRANTED**.

                 BY THE COURT:

                 ***/s/ Gerald J. Pappert***
                 GERALD J. PAPPERT, J.